## AFFIDAVIT OF ATTEMPTED SERVICE/NON-SERVICE

**Court:  United States District Court District of Columbia**

**Case Number:**  1:05cv01919

**Plaintiff:** Securities and Exchange Commission    **Defendant:** Lee Roy Allen, Jr

**To be served on:** Lee Roy Allen, Jr

I, Les White , a registered and certified process server and agent of Capitol Process Services located at 1827 18th St. NW, Washington DC 20009, do swear and affirm that I made 3 attempts to serve the document(s), Summons in a Civil Case; Complaint; Consent to Proceed before a United States Magistrate Judge for all Purposes; and Notice of right to Consent to Trial Before a United States Magistrate Judge in the case as listed above. The attempt(s) were made as marked below.

| Date | Address | Time |
|------|---------|------|
| 1. 10-8-05 | 886 North Cofco Center Court, # 1135, Phoenix, AZ 85008 | 12:48 pm |
| 2. 10-12-05 | 2803 North 29th Street, Phoenix, AZ 85008 | 6:51 pm |
| 3. 10-15 -05 | 2803 North 29th Street, Phoenix, AZ 85008 | 6:18 pm |

(Additional attempts made listed on back)

The reason for non-service is detailed in the corresponding comments written below.

1. Per Bobi Lyon, Leasing Agent LeeRoy Allen Jr. moved out on 8-9-05- left no forwarding address.
2. No answer; no sounds; animals inside; mail for Daniel Flanning in box.
3. Spoke to Resident Ms. Hanie who stated they have lived there for 6 months and do not know Lee Roy Allen, Jr.

I certify that I have no interest in the above action, am of legal age, and I am in good standing as a process server within the jurisdiction in which the service was attempted.

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

10-19-05
Date

_Les White_

PROCESS SERVER
Capitol Process Services Inc.
1827 18th St., NW
Washington, DC 20009