## Lowman, Michael K.

**From:** Romero, Christy L.
**Sent:** Wednesday, October 26, 2005 3:26 PM
**To:** LeeRoy Allen JR
**Cc:** Lowman, Michael K.; Deitch, Lisa
**Subject:** RE: SEC Litigation

Dear Mr. Allen,

   We have received your recent e-mail.   As you know, the Commission has filed an enforcement action in the United States District Court in the District of Columbia.  Based upon your email, you have found the Commission's litigation release and a copy of the complaint.  Would you be willing to waive formal service in this matter and accept service of the summons and complaint in this matter by email?  If so, please fill out the attached form and fax it back to me at (202) 772-9240.

   While I can understand your displeasure as being named as a party in an SEC enforcement proceeding, we were faced with little alternative to seek this path given our recent inability to contact you by mail, phone or email.  Please note that if you refuse to waive service of process and return the form to us, we will be forced to have a process server do so personally or seek permission by the court to serve you by an alternative means.  Under Rule 4 of the Federal Rules of Civil Procedure, a party who fails to accept service is responsible for the plaintiff's costs incurred in attempting to obtain service of process.

Christy L. Romero
Senior Counsel
United States Securities and Exchange Commission
Division of Enforcement
Mail Stop 8549-C
100 F Street N.E.
Washington, D.C. 20549
(202) 551-4857
romeroc@sec.gov

---

**From:** LeeRoy Allen JR [mailto:leeroyallenjr@maraleeco.com]
**Sent:** Sunday, October 23, 2005 2:17 PM
**To:** Romero, Christy L.
**Subject:** Fw: SEC Litigation

MS. ROMERO,

THIS WAS RECENTLY BROUGHT TO MY ATTENTION BY A GOOD FRIEND.....I CAN NOT UNDERSTAND YOUR REASONING BEHIND THIS ACTION.......I WILL BE RESPONDING TO THIS MATTER WHEN I AM ABLE TOO......HAVE BEEN DEALING WITH A MAJOR PERSONAL FINANCIAL REVERSAL AND HAVE NOT BEEN ABLE TO CONCENTRATE ON MY PROBLEM WITH YOU, THIS ACTION, HOWEVER IS WAY OFF BASE AND I WILL BE DEALING WITH THIS SITUATION IN WRITING JUST AS SOON AS I AM ABLE TO.......THIS IS NOT ONLY, **NOT FAIR BUT TOTALLY UNREALISTIC**......I AM SERIOUSLY DISAPPOINTED THAT YOU WOULD INFORM OTHERS BEFORE I AM ABLE TO PROPERLY DEFEND MY POSITION AND THAT YOU WOULD PURSUE THIS COURSE OF ACTION........

LEEROY ALLEN, JR.

P.S. I DO NOT HAVE A PERMANENT ADDRESS AS OF YET OR TELEPHONE ACCESS BUT I WILL WORK ON PROVIDING YOU WITH ACCESS SOON......THIS MATTER NEEDS TO BE CLEARED, ALONG WITH MY NAME AND REPUTATION AND YOU ARE HEADED IN THE WRONG DIRECTION. I TRUSTED THAT YOU WOULD DO YOUR JOB CORRECTLY AND FAIRLY WITH AN OBJECTIVE MIND.......WHAT YOU DESCRIBE IN NOT OBJECTIVE OR

12/13/2005

ACCURATE FOR THAT MATTER.


----- Original Message -----
**From:** LeeRoy Allen JR
**To:** Phil Marheine
**Sent:** Sunday, October 23, 2005 10:50 AM
**Subject:** Re: SEC Litigation

PHIL,

THANK YOU FOR SHARING THE INFORMATION,,,,,,I WAS NOT AWARE OF THIS ACTION.....I WILL INITIATE
ACTION ON MY PART EFFECTIVE NEXT WEEK......SORRY FOR THE CONFUSION, I WILL GET THIS MATTER
CORRECTED.

LEEROY

----- Original Message -----
**From:** Phil Marheine
**To:** LeeRoy Allen JR
**Sent:** Wednesday, October 19, 2005 2:58 PM
**Subject:** SEC Litigation

Here it is hope all is well



Home | Previous Page

U.S. Securities and Exchange Commission

# U.S. SECURITIES AND EXCHANGE COMMISSION

# Litigation Release No. 19405 / September 29, 2005

# Accounting and Auditing Enforcement Release No. 2324 / September 29, 2005

# *Securities and Exchange Commission v. LeeRoy*

12/13/2005

*Allen, Jr.,* Civil Action No. 1:05CV01919 (D.D.C.) (September 29, 2005)

# SEC CHARGES LEEROY ALLEN, JR., FORMER CEO OF INTERNATIONAL BIOFUEL AND BIOCHEMICAL CORPORATION, WITH SECURITIES FRAUD

On September 29, 2005, the Securities and Exchange Commission ("Commission") filed a civil injunctive action in the United States District Court for the District of Columbia against LeeRoy Allen, Jr. ("Allen"), the former chairman, chief executive officer and president of International Biofuel and Biochemical Corporation ("IBBC").

The Complaint alleges that from December 2002, through August 30, 2004, Allen made numerous materially false and misleading statements in filings IBBC made with the Commission which created the illusion that IBBC was a viable business that would use cutting edge technology to produce, distribute and market biodiesel fuel (also known as biofuel). In reality, IBBC never produced, distributed or marketed any biofuel. As Allen knew, IBBC was nothing more than a startup company with no assets, funding or viable product.

In its Complaint, the Commission seeks a final judgment permanently enjoining Allen from violating Section 17(a) of the Securities Act of 1933, Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") and Exchange Act Rules 10b-5 and 13a-14. The Commission also seeks an order: that Allen disgorge all ill-gotten gains he received by virtue of his misconduct, with prejudgment interest; that Allen pay civil penalties; barring Allen from acting as an officer or director of a public company; and barring Allen from any future participation in the offering of any penny stock.

In a related matter, the Commission issued an administrative order against IBBC finding that it failed to comply with, and committed violations of, Sections 10 (b), 13(a), 13(b)(2)(A) and 13(b)(2)(B) of the Exchange Act and Exchange Act Rules 10b-5, 13a-1 and 13a-13,

by failing to file required periodic reports with the Commission, making materially false and misleading statements in Commission filings, failing to file audited financial statements in its 2002 annual report, and failing to make and keep books and records and maintain internal controls in 2002. The order revokes the registration of IBBC's common stock and orders that IBBC cease and desist from committing or causing any violation, and any future violations, of Sections 10(b), 13(a), 13(b)(2)(A) and 13(b)(2)(B) of the Exchange Act and Exchange Act Rules 10b-5, 13a-1 and 13a-13. IBBC consented to entry of the order without admitting or denying any of the findings in the order. In the Matter of International Biofuel and Biochemical Corporation, Admin. Proc. File No. 34-52525 (September 29, 2005).

➤SEC Complaint in this matter

*http://www.sec.gov/litigation/litreleases/lr19405.htm*

Home | Previous Page                    **Modified: 09/29/2005**

12/13/2005