**Lowman, Michael K.**

**From:** Romero, Christy L.
**Sent:** Tuesday, November 15, 2005 8:15 AM
**To:** Lowman, Michael K.
**Cc:** Deitch, Lisa
**Subject:** FW: SEC Litigation

---

**From:** LeeRoy Allen JR [mailto:leeroyallenjr@maraleeco.com]
**Sent:** Sunday, November 13, 2005 1:13 PM
**To:** Romero, Christy L.
**Subject:** Re: SEC Litigation

MS. ROMERO,

I DO INTEND ON DEFENDING MY POSITION, AS I CONTINUE TO BELIEVE THAT I HAVE DONE NOTHING WRONG.......I AM NOT IN DENIAL, IT IS A FACT.

I DO NOT HAVE REGULAR EMAIL ACCESS BUT AM WORKING TO REACH THAT LEVEL.

I WILL SOON NEED TO PROVIDE YOU WITH A MAILING ADDRESS AS I WILL NEED TO SEE YOUR INFORMATION THAT LEAD YOU TO YOU FINAL DETERMINATION......THERE ARE SEVERAL PEOPLE INVOLVED THAT WOULD BETTER KNOW MY POSITION AND THEY HAVE NOT BEEN INTERVIEWED.......IT IS NOT FAIR THAT YOU SUBMIT INFORMATION TO MY FRIENDS THE WAY YOU AND YOUR AGENCY HAVE DONE.....THEY ARE NOW VERY MUCH CONCERNED ABOUT MY WELL FAIR AND WISH TO SUPPORT MY EFFORTS WITH IBBC.

THANK YOU FOR YOUR ASSISTANCE IN THIS MATTER.

LEEROY ALLEN, JR.

> ----- Original Message -----
> **From:** Romero, Christy L.
> **To:** LeeRoy Allen JR
> **Cc:** Lowman, Michael K. ; Deitch, Lisa
> **Sent:** Thursday, October 27, 2005 12:17 PM
> **Subject:** RE: SEC Litigation
>
> Mr. Allen,
>
> Thank you for agreeing to waive formal service of the complaint. However, I do not want there to be any confusion. You need to mail or fax the Waiver of Service form back to me immediately. You have 60 days from yesterday's date October 26, 2005, to file **with the District Court** an answer to the complaint if you would like to defend the case. Any actions or explanations you would like to make in your defense in this matter must be filed **with the District Court** with a copy to the SEC.
>
> Christy L. Romero
> Senior Counsel
> United States Securities and Exchange Commission
> Division of Enforcement
> Mail Stop 8549-C
> 100 F Street N.E.
> Washington, D.C. 20549

12/13/2005

## Lowman, Michael K.

**From:** Romero, Christy L.
**Sent:** Tuesday, November 15, 2005 8:16 AM
**To:** Lowman, Michael K.
**Cc:** Deitch, Lisa
**Subject:** FW: Waiver of Service

**From:** LeeRoy Allen JR [mailto:leeroyallenjr@maraleeco.com]
**Sent:** Sunday, November 13, 2005 1:25 PM
**To:** Romero, Christy L.
**Subject:** Re: Waiver of Service

MS. ROMERO,

I HAVE NOT HAD A CHANCE TO KEEP UP WITH THE WAIVER FILING.....I WILL GET IT DONE THIS WEEK.

WE DO NOT HAVE A FAX THIS WAS AN OLD NUMBER THAT IS NOT OPERATIONAL.

LEEROY ALLEN, JR.

> ----- Original Message -----
> **From:** Romero, Christy L.
> **To:** LeeRoy Allen JR
> **Cc:** Lowman, Michael K. ; Deitch, Lisa
> **Sent:** Friday, November 04, 2005 7:03 AM
> **Subject:** Waiver of Service
>
> Mr. Allen,
>
> I have not yet received the signed waiver of service form from you.  Please return that to us as soon as possible.  I saw on Maralee's website that you have a fax machine.  For your convenience you may fax it to me at (202) 772-9240.
>
> Christy L. Romero
>
> Senior Counsel
>
> United States Securities and Exchange Commission
>
> Division of Enforcement
>
> Mail Stop 8549-C
>
> 100 F Street N.E.
>
> Washington, D.C. 20549
>
> (202) 551-4857

12/13/2005

romeroc@sec.gov

12/13/2005