# AFFIDAVIT OF ATTEMPTED SERVICE/NON-SERVICE

**Court:** United States District Court District of Columbia

**Case Number:** 1:05cv01919

**Plaintiff:** Securities and Exchange Commission   **Defendant:** Lee Roy Allen, Jr

**To be served on:** Lee Roy Allen, Jr

I, Alisa Kalp, of Capitol Process Services located at 1827 18th St. NW, Washington DC 20009, do swear and affirm that I made an attempt to Locate the Following Individual listed below.

Lee Roy Allen, Jr.

The reason for non-service is detailed in the comments written below.

Location Research on all other given addresses in Arizona and in New Mexico show no evidence of Lee Roy Allen, Jr.

I certify that I have no interest in the above action, am of legal age.

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

11-19-05
Date

PROCESS SERVER
Capitol Process Services Inc.
1827 18th St., NW
Washington, DC 20009