Today's Date: 12-9-05       Facsimile Cover Letter

**RUSH**



## CAPITOL PROCESS SERVICES/INVESTIGATIONS INC.

1827 18th Street, N.W.
Washington, D.C. 20009
Phone: (202) 667-0050 ex 108 (800) 243-8773 ex 108
Fax: (202) 332-0741

FROM: Alisa Kalp, OUT-OF-STATE DEPT.

TO:  Name: Mike Lowman
     FAX NO: 772-9245
     Firm/ Company: SEC

Total number of pages 4, including this cover letter.
Please contact the above name if all pages are not received.

Message: Please look over the affidavit of due diligence so I may give our agent the OK to fed-ex to us for Monday

Thank you,
Alisa

CAUTION: The information contained in this facsimile message is privileged and confidential and is intended only for the individual or entity named above. If you, the reader of this message, are not the intended recipient, you are strictly prohibited from disseminating, distributing, or copying the information contained in this message. If you have received this message in error, please notify us immediately by telephone and return the original message to us at the address above. We will reimburse postage. Thank You.

Please call the transmitting office if the transmission is incomplete or illegible in any way.

Michael K. Lowman
Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff(s),

vs.

LEEROY ALLEN, JR,

    Defendant(s).

Affidavit No. OA2005-2042

NO. 1:05CV01919

**AFFIDAVIT OF DILIGENT ATTEMPTED SERVICE OF PROCESS**

STATE OF ARIZONA    )
County of Maricopa  ) ss.

**LES WHITE #6036 and DAWN E. POLK #5658**, registered in Maricopa County, being first duly sworn, deposes and states: That he is fully qualified to serve process in this cause, having been so appointed by the court; that he received from:

Label30
Client File No. SEC/Allen
12/7/2005

The instruments and documents described below:

SUMMONS IN A CIVIL CASE; COMPLAINT

That true copies of these documents were personally served as below, upon:

**LEEROY ALLEN JR: DEFENDANT WAS NOT FOUND AT ANY OF THE ATTEMPTED ADDRESSES. SEE PAGE TWO OF THIS AFFIDAVIT FOR DETAILED ADDRESS AND THE RESPECTIVE FINDINGS INFORMATION**

OMNI LEGAL SUPPORT GROUP
722 East Osborn Rd., Suite 330
Phoenix, Arizona 85014
(602) 277-3777

_____
Les White: Affiant

_____
Notary Public

Subscribed and Sworn Before Me on
December 9, 2005

_____
Dawn E. Polk: Affiant

_____
Notary Public

Subscribed and Sworn Before Me on
December 9, 2005

NO. 1:05CV01919
SECURITIES AND EXCHANGE COMMISSION V LEEROY ALLEN, JR

AFFIDAVIT OF DILIGENT
ATTEMPTED SERVICE OF PROCESS

<u>ATTEMPT LOG</u>

Service was ATTEMPTED at the ABODE:    2233 E. HIGHLAND AV, #138
                                        PHOENIX AZ 85016

DATE and TIME: 12/07/05 AT: 7:27PM
THIS IS THE CUMMINGS RESIDENCE; THEY HAVE LIVED THERE FOR 6 MONTHS; DEF IS UNK TO THEM

Service was ATTEMPTED at the ABODE:    2809 N. 29TH STREET
                                        PHOENIX AZ 85008

DATE and TIME: 12/07/05 AT: 7:40PM
THIS ADDRESS DOES NOT EXIST (NOT IN FIELD/NOT ON MAPS/NOT IN ASSESSOR RECORDS)

Service was ATTEMPTED at the ABODE:    2813 N. 29TH STREET
                                        PHOENIX AZ 85001

DATE and TIME: 12/07/05 AT: 7:44PM
THIS IS THE ODESCO RESIDENCE; THEY HAVE LIVED THERE FOR 1 ½ YEARS; DEF IS UNK TO THEM

Service was ATTEMPTED at the ABODE:    3640 E INDIAN SCHOOL RD
                                        PHOENIX AZ 85018

DATE and TIME: 12/08/05 AT: 7:56PM
THIS IS THE QUEST COMMUNICATIONS BUILDING

Service was ATTEMPTED at the ABODE:    8350 N. 22ND STREET, #2037
                                        PHOENIX AZ 85021

DATE and TIME: 12/8/05 AT: 8:15PM
THIS ADDRESS DOES NOT EXIST (WILL TRY AVENUE)

Service was ATTEMPTED at the ABODE:    8350 N. 22ND AVENUE, #2037
                                        PHOENIX AZ 85009

DATE and TIME: 12/9/05 AT: 10:40AM
THIS IS A TOWNHOUSE COMMUNITY ON A GOLF COURSE KNOWN AS "EL CARO"; MGMNT HAS NO LISTING FOR APT NUMBER 2037; THEY HAVE 1047 AND 2047; THEY CANNOT LOOK UNDER NAMES OF RESIDENCE FOR PRIVACY REGULATIONS

Service was ATTEMPTED at the ABODE:    5730 N. 23RD AVENUE
                                        PHOENIX AZ 85015

DATE and TIME: 12/9/05 AT: 10:26AM
NO ANSWER AT DOOR; NO MAIL IN BOX; SHUTTERS TIGHTLY CLOSED AROUND SMALL HOUSE; BKYARD W/PARTIAL CHAIN LINK FENCE - WHITE TOYOTA PARKED UNDER COVER IN BKYRD - WENT AROUND TO LOOK THRU CRACKS IN R.V. GATE AND COULD SEE PLATE NUMBER AZ 225-LTL; NO ACTIVITY HEARD WITHIN; THIS IS A VERY LOW INCOME HOUSING AREA AND THIS HOUSE IS VERY UNKEMPT LOOKING PAINT PEELING ETC; THE RESIDENCE IS OWNED BY A WOMAN NAMED MARY T. LOPEZ SINCE DEC 1995; THE HOUSE HAS LIVE PLANTS THAT LOOKED CARED FOR ON THE FRONT PORCH

*Service was ATTEMPTED at the ABODE:*    201 E. CORONADO STREET
                                         BUCKEYE, AZ 85326

DATE and TIME: 12/8/05 AT: 6:44PM
THIS IS A WAREHOUSE BLDG THAT APPEARS UNOCCUPIED; XX DIRECTORIES LISTED A COMPANY "GOLDEN EAGLE"; WHEN NUMBER WAS CALLED 12/9/05 11:30AM RECEPTIONIST STATED THAT THIS IS GOLDEN EAGLE BUDWISER AND THAT THE GIVEN ADDRESS WAS THEIR OLD LOCATION; SHE FURTHER STATED THAT THEY DO NOT HAVE A LEEROY ALLEN WORKING THERE, NOR DO THEY KNOW OF ANYONE BY THAT NAME OR HAVE ANYONE BY THAT NAME IN THEIR RECORDS

*Service was ATTEMPTED at the ABODE:*    201 W. CORONADO STREET
                                         BUCKEYE, AZ 85326

DATE and TIME: 12/8/05 AT: 6:50PM
THIS ADDRESS DOES NOT EXIST (FIELD/MAPS/ACCESSOR RECORDS)

**END LOG**