UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, </br></br>　　　　Plaintiff, </br></br>　　v. </br></br>LEEROY ALLEN, JR., </br></br>　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )　　Civil Action No. 05-1919 (RCL) |

## ORDER

Upon consideration of Plaintiff's Report [3] to Court on Status of Service of Process on Defendant Leeroy Allen, Jr. and the entire record herein, it is hereby

ORDERED that plaintiff shall file another status memorandum indicating all subsequent steps taken to effect service within thirty days from this date.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, December 14, 2005.