UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>LEEROY ALLEN, JR.,<br><br>Defendant. | Civil Action No.<br>1:05-cv-01919-RCL |

**REPORT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(f)
AND LOCAL CIVIL RULE 16.3(d) AND
<u>PROPOSED SCHEDULING ORDER</u>**

Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this Report and Proposed Scheduling Order pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Civil Rule 16.3(d). Counsel for the SEC conferred with defendant LeeRoy Allen, Jr. ("Allen") by telephone on January 23, 2006, to discuss the matters set forth in Fed. R. Civ. P. 26(f) and Local Civil Rule 16.3(c). The SEC was represented by Michael K. Lowman and Christy L. Romero, and LeeRoy Allen, Jr. ("Allen") appeared pro se. The Commission sent a draft of this Report to Allen by U.S.P.S. Express Mail on January 27, 2006 and requested that he contact the Commission by February 3, 2006 to advise the Commission as to whether he approved the Report's contents or had any changes. To date, Allen has not contacted the Commission with respect to the contents of this Report.

## REPORT OF THE PARTIES' SCHEDULING CONFERENCE

**Matters Set Forth in Local Civil Rule 16.3(c):**

**Dispositive Motions** –The SEC and Allen jointly report that dispositive motions may be filed in this matter, but agree to proceed with discovery at this point in time. Local Civ. R. 16.3(c)(1).

**Joinder of Other Parties or Amendment of Pleadings** –With respect to any amendment of the complaint or joinder of additional defendants, the parties reserve all of their respective rights under the Federal Rules of Civil Procedure and Local Civil Rules of this Court and such joinder or amendments must be filed by November 7, 2006. Local Civ. R. 16.3(c)(2).

**Assignment to a Magistrate Judge** – The parties agree that the case should not be assigned to a Magistrate Judge for all purposes, including trial. Local Civ. R. 16.3(c)(3).

**Possibility of Settlement** – The parties discussed settlement before the SEC filed its case, and have again discussed it in connection with the preparation of this Report. The parties agree that there is no reasonable prospect of settlement at this early stage of the litigation absent the Commission agreeing to waive any disgorgement or penalties. The parties will, however, continue to discuss the possibility of settling the case on an ongoing basis as pretrial discovery proceeds.  The Commission will send Allen financial disclosure forms so that the Commission can, if Allen so chooses, evaluate any settlement proposal that Allen may submit to the Commission that seeks a financial waiver based upon an inability to pay. Local Civ. R. 16.3(c)(4).

**Alternative Dispute Resolution** – Counsel for the SEC has discussed ADR and its response to this provision with its client and with Allen. The parties agree that the legal and factual issues presented make ADR unwarranted at this early stage of the litigation. The parties agree to reassess whether the case would benefit from ADR after discovery has substantially been completed and the parties have been able to assess the prospects of settlement in light of that discovery. Local Civ. R. 16.3(c)(5).

**Deadlines for Dispositive Motions** – The parties agree that February 28, 2007, shall be the deadline for filing dispositive motions, that any opposition papers in respect of such motions shall be served on or before March 28, 2007, and any reply papers in respect thereof shall be served on or before April 11, 2007. Local Civ. R. 16.3(c)(6).

**Initial Disclosures** – The parties will make the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, but have agreed to extend the date for making such disclosures to February 16, 2006. Local Civ. R. 16.3(c)(7).

**Discovery** – The parties anticipate seeking document and deposition discovery in respect of witnesses scattered throughout the United States. The parties agree that at least twelve months is necessary for the completion of pretrial discovery, and propose a January 30, 2007 discovery cutoff. The parties also agree that there should be no limitations upon discovery beyond those provided for in the Federal Rules of Civil Procedure and the Local Civil Rules of this Court. Local Civ. R. 16.3(c)(8).

**Expert Discovery** – The parties agree to make the disclosures required by Fed. R. Civ. P. 26(a)(2)(A) on or before November 7, 2006, and to make the disclosures required by Fed. R. Civ. P. 26(a)(2)(B) on or before December 15, 2006. Depositions of such

expert witnesses, if any, shall be completed by the January 30, 2007 discovery cutoff. Local Civ. R. 16.3(c)(9).

**Bifurcation** – The parties agree that there is no need for bifurcation of either discovery or trial.  Local Civ. R. 16.3(c)(11).

**Date for Pretrial Conference** – The parties agree that any date convenient to the Court after September 11, 2007, would be appropriate for the pretrial conference.  The parties respectfully request that the trial date be set at the pretrial conference for sixty days from the date of the pretrial conference.  Local Civ. R. 16.3(c)(12) & (13).

**Proposed Form of Scheduling Order:**  A proposed form of scheduling order is attached for the Court's convenience.

                Respectfully submitted,

                **Michael K. Lowman /s/**_____
                Michael K. Lowman (Bar No. 460190)
                Christy L. Romero (Bar No. 479380)
                Attorneys for Plaintiff
                SECURITIES AND EXCHANGE COMMISSION
                100 F Street, N.E.
                Washington, D.C.  20549
                (202) 551-4477 (Lowman)
                (202) 551-4857 (Romero)
                (202) 772-9245 (Lowman fax)

Of Counsel:

Antonia Chion
Christopher Conte
Lisa Deitch
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, D.C.  20549

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| v. ) | 1:05-cv-01919-RCL |
| ) | |
| LEEROY ALLEN, JR., ) | |
| ) | |
| Defendant. ) | |

### [PROPOSED] SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.3, the following deadlines are hereby established:

The parties shall make the initial disclosures required by Fed. R. Civ. P. 26(a)(1) on or before February 16, 2006.

The parties shall seek to join additional defendants or amend the pleadings on or before November 7, 2006.

The parties shall make the disclosures concerning expert testimony required by Fed. R. Civ. P. 26(a)(2)(A) on or before November 7, 2006, and the disclosures required by Fed. R. Civ. P. 26(a)(2)(B) on or before December 15, 2006.  Depositions of expert witnesses, if any, shall be completed by January 30, 2007.

All pretrial discovery shall be completed on or before January 30, 2007.

The parties shall serve their respective dispositive motions and supporting papers, if any, on or before February 28, 2007.  Any opposition papers in respect of such motions

shall be served on or before March 28, 2007, and any reply papers in respect thereof shall be served on or before April 11, 2007.

The pretrial conference shall be held on September ___, 2007, at ___ o'clock __.m., at the United States Courthouse, Third and Constitution, Washington, D.C.

Dated:  February ___, 2006

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2006

Copies to:

Michael K. Lowman, Esq.
SECURITIES AND EXCHANGE
COMMISSION
100 F Street, N.E.
Washington, D.C.  20549

LeeRoy Allen, Jr.
P.O. Box 70
Bayard, New Mexico 88023

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on Monday, February 6, 2006, I caused a copy of the attached Report Pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3(d) and Proposed Scheduling Order to be served by first-class mail, postage prepaid, upon defendant at the following address:

> LeeRoy Allen, Jr.
> P.O. Box 70
> Bayard, NM 88023

> **<u>Michael K. Lowman /s/</u>**
> Michael K. Lowman
> Assistant Chief Litigation Counsel