UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 05-1919 (RCL) |
| LEEROY ALLEN, JR., ) ) | |
| Defendant. ) ) | |

## SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.3, the following deadlines are hereby established:

The parties shall make the initial disclosures required by Fed. R. Civ. P. 26(a)(1) on or before February 16, 2006, *nunc pro tunc*.

The parties shall seek to join additional defendants or amend the pleadings on or before November 7, 2006.

The parties shall make the disclosures concerning expert testimony required by Fed. R. Civ. P. 26(a)(2)(A) on or before November 7, 2006, and the disclosures required by Fed. R. Civ. P. 26(a)(2)(B) on or before December 15, 2006. Depositions of expert witnesses, if any, shall be completed by January 30, 2007.

All pretrial discovery shall be completed on or before January 30, 2007.

The parties shall serve their respective dispositive motions and supporting papers, if any, on or before February 28, 2007. Any opposition papers in respect of such motions shall be

served on or before March 28, 2007, and any reply papers in respect thereof shall be served on or before April 11, 2007.

    A status conference shall be held after disposition of any dispositive motions, at which dates for pretrial and trial will be set.

    SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, February 23, 2006.