UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
SECURITIES AND EXCHANGE COMMISSION, )
                                        )     NOTICE OF APPEARANCE
                         Plaintiff,     )
                                        )     1:05CV 01919
              v.                        )
                                        )     Royce C. Lamberth
LEEROY ALLEN, JR.,                      )
                                        )
                         Defendant.     )
_____

        PLEASE TAKE NOTICE that Kenneth J. Guido has entered an appearance on

behalf of the United States Securities and Exchange Commission ("Commission") in the

above captioned matter.  Mr. Guido is an Assistant Chief Litigation counsel to the

Commission, is a member in good standing of the Bar of the District of Columbia, and

will represent the Commission in this matter as lead counsel.

August 21, 2006                    Respectfully submitted,

                                   /s/ Kenneth J. Guido
                                   Kenneth J. Guido, Jr.
                                   Assistant Chief Litigation Counsel
                                   Enforcement Division
                                   U.S. Securities and Exchange Commission
                                   100 F. Street N.E.
                                   Washington, DC 20549-4030
                                   (202) 551-4480 (Direct)
                                   (202) 772-9245 (Fax)
                                   guidok@sec.gov

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 21, 2006, I electronically filed this document with the Clerk of the Court by using the CM/ECF system and certify that on August 21, 2006, I served the document by mailing a copy first class mail, postage prepaid to the defendant LeeRoy Allen, Jr. at the address listed below:

LeeRoy Allen, Jr.
P.O. Box 70
Bayard, NM 88023

/s/ Kenneth J. Guido_____

Attorney for Plaintiff
Securities and Exchange Commission