UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEEROY ALLEN, JR., ) <br> ) <br> Defendant. ) | 1:05 CV 01919 <br><br> Royce C. Lamberth |

**MOTION BY PLAINTIFF**
**FOR JUDGMENT UNDER RULE 54(B)**

Pursuant to Rule 54(b), Plaintiff Securities and Exchange Commission ("SEC"), by and through its undersigned counsel, hereby moves this Court for entry of a Judgment against Defendant Leeroy Allen Jr. ("Allen"). The SEC states as follows:

1. The SEC and Defendant Allen reached an agreement to settle the claims brought in this civil action under the terms in the Consent and Judgment attached to this motion.

2. Defendant Allen executed the Consent and Judgment attached to this motion on October 17, 2006.

3. The SEC now seeks to have the Judgment entered by the Court.

4. The undersigned counsel conferred with pro se defendant Allen regarding the relief requested in this Motion. In the attached notarized Consent, signed

on October 17, 2006, Allen agrees that the Commission may present the Judgment to the Court for signature and entry without further notice.

WHEREFORE, Plaintiff SEC, by and through its undersigned counsel, hereby requests that the Court enter an Order, substantially in the form of the Judgment attached to this motion.

Dated: October 19, 2006

/s/ Kenneth J. Guido
Kenneth J. Guido, Trial Counsel
Attorney for Plaintiff
Securities and Exchange Commission
100 F Street NE
Washington, D.C. 20549-4030
(tel) 202/551-4480 (Guido)
(fax) 202/772-9245 (Guido)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 19, 2006, I electronically filed this document with the Clerk of the Court by using the CM/ECF system, and served a copy of the motion, Allen's Consent, and proposed Judgment to Allen by overnight Express Mail at the address listed below.

Mr. Leeroy Allen
P.O Box 70
Bayard, NM 88023

_____
Attorney for Plaintiff
Securities and Exchange Commission