UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) | |
| Plaintiff, | ) ) ) | NOTICE THAT MICHAEL HAS WITHDRAWN AS COUNSEL |
| v. | ) ) ) | |
| LEEROY ALLEN, JR., | ) ) | |
| Defendant. | ) ) | 1:05CV 01919 Royce C. Lamberth |

PLEASE TAKE NOTICE that Michael Lowman has left the United States Securities and Exchange Commission ("Commission") and his appearance should be withdrawn as counsel to the Commission. Kenneth Guido is an Assistant Chief Litigation counsel to the Commission, is a member in good standing of the Bar of the District of Columbia, and will continue to represent the Commission in this matter as lead counsel.

October 23, 2006                                        Respectfully submitted,

/s/ Kenneth J. Guido
Kenneth J. Guido, Jr.
Assistant Chief Litigation Counsel
Enforcement Division
U.S. Securities and Exchange Commission
100 F. Street N.E.
Washington, DC 20549-4030
(202) 551-4480 (Direct)
(202) 772-9245 (Fax)
guidok@sec.gov

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on October 23, 2006, I electronically filed this document with the Clerk of the Court by using the CM/ECF system which has been electronically been transmitted to Michael Lowman, and certify that on October 23, 2006, I served the document by mailing a copy first class mail, postage prepaid to the defendant LeeRoy Allen, Jr. at the address listed below:

    LeeRoy Allen, Jr.
    P.O. Box 70
    Bayard, NM 88023

                                          /s/ Kenneth J. Guido_____

                                          Attorney for Plaintiff
                                          Securities and Exchange Commission