Kenneth J. Guido
Assistant Chief Litigation Counsel
Enforcement Division
U.S. Securities and Exchange Commission
100 F. Street N.E.
Washington, DC 20549-4030
(202) 551-4480 (Direct)
(202) 772-9245 (Fax)
guidok@sec.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEEROY ALLEN, JR., )<br>)<br>Defendant. ) | 1:05 CV 01919 RCL |

### PLAINTIFF'S MOTION FOR FINAL JUDGMENT SETTING DISGORGEMENT, PREJUDGMENT INTEREST, AND CIVIL MONEY PENALTY AGAINST DEFENDANT LEEROY ALLEN, JR.

On October 24, 2006, this Court issued a Final Judgment against LeeRoy Allen ("Allen") that, among other things, enjoined him from violating various provisions of the United States securities laws. In the Order, the Court also authorized the Plaintiff Securities and Exchange Commission ("Commission") to file a motion for an Order Setting the Amount of Disgorgement, Prejudgment Interest and Civil Penalty Allen should be ordered to pay. The Commission now hereby moves for an Order directing Allen to pay the following amounts:

(1)   Disgorgement of $122,331;

(2) Prejudgment Interest of at least $26,748.22; and

(3) Civil Money Penalty of $120,000.

The Court is respectfully referred to the Memorandum of Points and Authorities, supporting Affidavits, Transcripts of Deposition Testimony, other discovery documents, and the Commission's Prejudgment Interest Report for the reasons why the Commission's motion should be granted.

Dated: December 20, 2006

_____
Kenneth J. Guido, Trial Counsel
Attorney for Plaintiff
Securities and Exchange Commission
100 F Street NE
Washington, D.C. 20549-4030
(tel) 202/551-4480 (Guido)
(fax) 202/772-9245 (Guido)