Kenneth J. Guido
Assistant Chief Litigation Counsel
Enforcement Division
U.S. Securities and Exchange Commission
100 F. Street N.E.
Washington, DC 20549-4030
(202) 551-4480 (Direct)
(202) 772-9245 (Fax)
guidok@sec.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | 1:05 CV 01919 RCL |
| v. | ) ) | |
| LEEROY ALLEN, JR., | ) ) | |
| Defendant. | ) | |

**DECLARATION OF AUTHENTICATION**

Kenneth J. Guido, pursuant to 28 U.S.C. § 1746, declares as follows:

I am an attorney and a member in good standing of the bar of the District of

Columbia . I am an Assistant Chief Counsel in the Enforcement Division of the United

States Securities and Exchange Commission (the "Commission"), plaintiff in this matter.

I make this declaration to authenticate the following documents filed by the Commission

in the above captioned matter:

Exhibit A.  Affidavit of Jeffrey Anderson, accountant for the Commission, dated
December 19, 2006, and Appendices A-C, and Exhibits 1 and 2  thereto;

Exhibit B-1.  Sworn investigative testimony of LeeRoy Allen, Jr., ("Allen Test."),
pp. 1-2; 20-21; 373-376; and Reporter's Certificate (March 17, 2004);

Exhibit B-2. Sworn deposition testimony of LeeRoy Allen, Jr., pp. 1-2; 12-13; 285-290 (September 18, 2006),and Certificate of Notary Public dated January 14, 2009;

Exhibit C. Plaintiff's First Request for Production of Documents to LeeRoy Allen, Jr., dated April 26, 2006;

Exhibit D. Affidavit of Henry DeFrancesco, dated November 13, 2006, and Exhibits 1 and 2 thereto;

Exhibit E. Affidavit of Stephen Morrison, dated November 14, 2006;

Exhibit F. Affidavit of Simin Azhandeh, dated November 14, 2006, and Exhibit 1 thereto;

Exhibit G. Affidavit of Siavash Okravi dated November 14, 2006;

Exhibit H. Account opening document, monthly bank statement, cancelled checks, wire statement, business records certification, and other documents produced on April 5, 2005 to the Commission by JP Morgan Chase Bank, formerly Bank One, for Bank One for checking account No. 656089323 and Bank One checking account No. 656089166 (Bates Stamped SEC 012077-012126);

Exhibit I. Account opening document, monthly bank statement, cancelled checks, wire statement, business records certification, and other documents produced on April 22, 2005 to the Commission by JP Morgan Chase Bank, formerly Bank One, for Bank One for checking account No. 656089323 and Bank One checking account No. 656089166 (Bates Stamped SEC 012127-012207);

Exhibit J. Account opening document, monthly bank statement, cancelled checks, wire statement, business records certificatiaon, and other documents produced on April 22, 2005 to the Commission by Wells Fargo Bank for Wells Fargo Business Market account No. 055-6925675 (Bates Stamped SEC 010794-010964);

Exhibit K. Account opening document, monthly bank statement, cancelled checks, wire statement, business records certification, and other documents produced on April 22, 2005 to the Commission by Wells Fargo Bank for Wells Fargo checking account No. 055-6925352 (Bates Stamped SEC 010965-011036);

Exhibit L. Harris direct Brokerage Account Statements for account of LeeRoy Allen, Jr., No. 67E-17210, authenticated as Exhibit 31 to deposition by Allen at pp.285-290, described herein in Exhibit B above;

Exhibit M. Securities and Exchange Commission, Division of Enforcement, Prejudgment Interest Report, dated November 8, 2006;

Exhibit N.  Transaction Journal of Transfer Agent, Computershare Trust Company, Inc., for International Biofuel and Biochemical Corporation (Bates Nos. SEC 012532-5334, 013362, 013387, and 013394) and business records certification dated November 17, 2006; and

Exhibit O.  Commission Order Terminating Registration of IBBC's stock (September 29, 2006).

I declare under penalty of perjury that the attached documents are true and correct copies of the documents described above.

Executed on December 19, 2006.

Kenneth J. Guido