UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEEROY ALLEN, JR., )<br>)<br>Defendant. ) | 1:05 CV 01919<br><br>Royce C. Lamberth |

**AFFIDAVIT OF JEFFREY ROBERT ANDERSON, ACCOUNTANT FOR PLAINTIFF, IN SUPPORT OF PLAINTIFF'S MOTION AND MEMORANDUM OF LAW FOR FINAL JUDGMENT SETTING DISGORGEMENT AND CIVIL PENALTIES AGAINST DEFENDANT LEEROY ALLEN, JR.**

I, Jeffrey Robert Anderson, hereby state as follows:

1. I am a staff accountant employed by Plaintiff Securities and Exchange Commission ("Commission") in the Division of Enforcement since November 2005, and in the Division of Investment Management from December 2004, to November 2005. I have a Masters of Business Administration in Professional Accounting from Canisius College in Buffalo, New York and a Bachelor of Science with a Management major and Finance concentration from St. John Fisher College, in Rochester, New York. Prior to working for the Commission, I was an auditor with Defense Contract Audit Agency in Fort Belvoir, Virginia from September 2003, to December 2004. From August 2001, to August 2003, I was a staff accountant with Essex Homes of Western New York, Inc. in Clarence, New York. I have prepared this affidavit in support of the Commission's Motion For Final Judgment Setting Disgorgement and Civil Penalties Against Defendant LeeRoy Allen, Jr.

2. I have been provided by counsel for the Commission with copies of:

(a) The account opening documents, monthly bank statements, and other documents for accounts in the name of International Biofuel and Biochemical ("IBBC"), including monthly bank statements, cancelled checks, wire statements and other documents produced by JP Morgan Chase Bank, formerly Bank One, for Bank One checking account # 656089323 and Bank One checking account # 656089166 (Exhibits H and I to Declaration of Authenticity filed herewith);



1

(b)     The account opening documents, monthly bank statements, cancelled checks, wire statements and other documents produced by Wells Fargo for Wells Fargo Business Market account # 0556925675 and Wells Fargo checking account # 0556925352 (Exhibit J to Declaration of Authenticity filed herewith);

(c)     The account opening documents, monthly bank statements, cancelled checks, wire statements and other documents produced by Wells Fargo for checking account # 0556925204 in the name of Consolidated Tribal Investment ("CTI") (Exhibit K to Declaration of Authenticity filed herewith).

3.     I have also been provided by counsel for the Commission with copies of the account opening documents and monthly account statements for a Harris Direct account ("Brokerage Account") in the name of LeeRoy Allen, Jr. ("Allen") (Exhibit L to Declaration of Authenticity filed herewith). In his deposition in this case, Allen testified that these documents related to his Brokerage Account. (Exhibit B-1 to Declaration of Authenticity filed herewith).

4.     I have also been provided by counsel for the Commission with a copy of documents produced to the Commission by IBBC's transfer agent Computershare Trust Co, Inc. ("Computershare"), including lists of shareholders and transfer journals. (Exhibit N to Declaration of Authenticity filed herewith).

5.     I have personally reviewed the deposits into IBBC's and CTI's bank accounts contained in Exhibits H, I, J, and K, and have determined that IBBC received $250,000 in investor funds and CTI received $100,000 in investor funds for a total of $350,000 in investor funds, as reflected in Appendix A attached hereto and incorporated herein.

6.     I have also personally reviewed the withdrawals made from branches, ATM withdrawals and checks written to Allen from IBBC's and CTI's bank accounts (Exhibits H, I, J, and K) and determined that Allen withdrew $67,061 in cash from IBBC's bank accounts and $41,243 in cash from CTI's bank account for a total of $108,304 cash withdrawals from all accounts, as reflected in Appendix B attached hereto and incorporated herein.

    7.    I have also personally reviewed the monthly statements and other related documents from the Brokerage Account related to IBBC stock (trading symbol "IBBO") (Exhibit L) and have determined that on March 13, 2003, Allen received 500,000 shares of IBBC stock in his Brokerage Account. I also determined that from March 14, 2003 through April 28, 2003, Allen sold 90,000 shares of this stock for total sale proceeds of $14,750. My calculations are reflected in Appendix C attached hereto and incorporated herein.

Dated: December 19, 2006

_____
Jeffrey Robert Anderson
Securities and Exchange Commission
100 F Street NE
Washington, D.C. 20549-4030
202-551-6920


DISTRICT OF COLUMBIA    }
                                        }   SS:
WASHINGTON                  }

The foregoing instrument was acknowledged before me this 19th day of December, 2006, by Jeffrey Robert Anderson, who _X_ is personally known to me or ___ who has produced a driver's license as identification and who did take an oath.

_____
Notary Public
District of Columbia
Commission Number      : ___
Commission Expiration    : June 30, 2010

3