COPY

1

1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION
2
3   In the Matter of:            )
4                                ) File No. HO-09635-A
5   J-BIRD MUSIC GROUP LIMITED   )
6   AND INTERNATIONAL BIOFUEL AND)
7   BIOCHEMICAL CORPORATION      )
8   WITNESS:  LEEROY ALLEN, JUNIOR
9   PAGES:    1 through 407
10  PLACE:    Securities and Exchange Commission
11            450 Fifth Street, N.W.. Room 1C10A
12            Washington, D.C. 20549
13  DATE:     Wednesday, March 17, 2004
14
15      The above-entitled matter came on for hearing, pursuant
16  to notice, at 10:00 a.m.
17
18
19
20
21
22
23
24            Diversified Reporting Services, Inc.
25                      (202) 467-9200

SEC 000141


PLAINTIFF'S EXHIBIT B-1

2

```
 1   APPEARANCES:
 2   On behalf of the Securities and Exchange Commission:
 3        CHRISTY L. ROMERO, ESQUIRE
 4        LISA DEITCH, ESQUIRE (left at 11:28 a.m.)
 5        Securities and Exchange Commission
 6        450 Fifth Street, N.W.
 7        Washington, D.C. 20549
 8        (202) 942-4707
 9
10   On behalf of the Witness:
11        LEEROY ALLEN, JUNIOR, PRO SE
12        President and CEO
13        International Biofuel and Biochemical Corporation
14        4637 North 24th Street
15        Phoenix, Arizona 85016
16        (602) 955-1640
17
18
19
20
21
22
23
24
25
```

SEC 000142

20

1          Could I go back to the bank accounts?
2     Q    Sure.
3     A    They're -- right directly underneath IBBC is
4  another bank account that was opened up under -- called
5  Consolidated Tribal Investments.
6     Q    Okay.
7     A    Okay.  That bank account also belonged to IBBC,
8  because, at the time that we formed the agreement between
9  IBBC and American Bio-Fuels, the -- I had two board members
10 from American Bio-Fuels on the board of directors of IBBC,
11 Joe LaStella and William Fowler.  They indicated that we
12 needed to have a separate corporation to basically run the
13 operation until IBBC could be cleared up, in other words, of
14 its problems.  As a result of that, I opened up Consolidated
15 Tribal Investments to have an account in case we needed to do
16 business as Consolidated Tribal Investments.
17    Q    You said until IBBC could cleared up of its
18 problems?
19    A    Well, IBBC -- the information I was getting from
20 Mr. LaStella and Mr. Fowler was that they were very much
21 concerned about IBBC and whether IBBC would ever become a
22 real company again, as a publicly traded company.  They were
23 concerned to put -- they were concerned about putting assets
24 into IBBC, and that they felt that the assets would basically
25 -- might just be wasted.  Okay.  My concern was that IBBC was

SEC 000160

1   the parent company, the way I see it, I still see it today,
2   and IBBC needs assets to support the company and bring, at
3   some point in time in the future, a little bit of liquidity
4   to the shareholder that's been hanging out there while these
5   -- all this time. So --
6       Q   Okay. You said -- I think you said that the CTI
7   bank account also belongs to IBBC?
8       A   I closed that Consolidated Tribal Investments
9   banking account. When I removed Joe LaStella and William
10  Fowler off the board of directors, I, within a couple weeks
11  or a week, I immediately closed that account, because it had
12  no reason to exist.
13      Q   Okay. Let me stop you for just a second. You said
14  that that bank account also belonged to IBBC?
15      A   Yes.
16      Q   What do you mean by that? Was IBBC the name on the
17  account?
18      A   No. My name was on both of these accounts? I was
19  supporting both of these accounts. But I felt that
20  Consolidated Tribal Investments was a part of IBBC, because
21  IBBC was the parent company. Consolidated Tribal Investments
22  was a company that I felt or I was told would be doing
23  business with American Bio-Fuels to develop the processors,
24  things like that.
25      Q   Okay. You closed the account and when was that?

SEC 000161

374

1   ownership interest?
2       A   What I -- no.  I saw IBBC -- I've always seen IBBC
3   as the parent company, and I've always been operating on the
4   theory that if we did put an asset into CTI, IBBC was going
5   to get it.
6       Q   Is there some kind of corporate documentation for
7   that?
8       A   No.
9       Q   Does American Bio-Fuels have an interest in CTI?
10      A   As far as I'm concerned, CTI belongs to American
11  Bio-Fuels or Stretch Fowler.
12      Q   I thought you said it was the parent company of
13  IBBC?
14      A   Consolidated Tribal Investments?
15      Q   That's what I'm asking.
16      A   No.  I said it wasn't.  It never has been a parent.
17  IBBC is the parent company.  Consolidated Tribal Resources,
18  if anything, would have become a subsidiary of IBBC.
19      Q   Not Resources, Consolidated Tribal Investments,
20  CTI, is IBBC the parent company of that?
21      A   Yes.
22      Q   But you don't have any corporate documentation?
23      A   No.
24      Q   And you don't know how that ownership is?
25      A   No.  Because, at the time, I thought, when CTI,

SEC 000514

375

1   Consolidated Tribal Investments was created on the theory
2   that I was going to be president of the company, of CTI.
3   And, therefore, I had no concern about what CTI would do as
4   far as -- because I felt that if I was IBBC, CTI was --
5   belonged to IBBC.
6       Q    Okay.  And does American Bio-Fuels have an interest
7   in CTI?
8       A    American Bio -- when I -- when Joseph Linkevic
9   brought to my attention that I was not the president of CTI,
10  I relinquished everything on CTI.  I closed the checking
11  account for CTI.  I shut everything down on CTI.
12      Q    Did IBBC acquire any assets of CTI?
13      A    I don't believe that CTI ever had any assets.  We
14  never acquired anything.
15      Q    Did IBBC pay CTI any money?
16      A    I don't know if it has or not.  I don't know.  I'd
17  have to look at their file.  IBBC and CTI were sharing money.
18  You know, they were, you know, helping each other, you know.
19      Q    What do you mean?
20      A    Well, when I thought I was in control of CTI, I was
21  -- you know, if IBBC needed something, needed money to do
22  some -- pay its light bill, I would take it -- and if CTI had
23  the money, I would pay the light bill for IBBC.  I --
24      Q    Since you controlled both, you just kind of used
25  whatever one had money to --

376

1     A    I felt that --

2     Q    -- pay the bills?

3     A    I always felt that they were one and the same, with
4  IBBC being the parent company, until it was brought to my
5  attention that no, I really wasn't.

6                    (SEC Exhibit No. 136 was marked for
7                    identification.)

8     BY MS. ROMERO:

9     Q    Do you recognize Exhibit 136?

10    A    Yes.

11    Q    This is the minutes of a special board meeting on
12 April 22nd, 2003 of IBBC; is that correct?

13    A    Yes.

14    Q    And if you turn to the second page, down at the
15 bottom it says "Resolve that IBBC acquire assets from CTI,"
16 and it says "including exclusive licensing rights."  So --
17 and then it says "Exclusive rights, devise this technology,
18 tribal nations, certain lubricants, and filter technologies,"
19 and that "IBBC will issue CTI 15 million shares of stock and
20 $100,000," do you see that?

21    A    Yes, I do.

22    Q    Did that transfer take place?

23    A    This is when everything -- at this point in time is
24 when everything started to become clear as to what -- the
25 concept that I had for CTI and the concept that American Bio-

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
## REPORTER'S CERTIFICATE

I, _Cindy L. Fryer_, reporter, hereby certify that the foregoing transcript consisting of _40_ pages is a complete, true, and accurate transcript of the testimony indicated, held on _3/17/04_ at _WDC_ in the matter of:

_J-Bird Music Group Limited_. I further certify that this proceeding was record by me, and that the foregoing transcript has been prepared under my direction.

Date: _3/17/04_

Official Reporter: _Cindy L. Fryer_
Diversified Reporting Services, Inc.

**Diversified Reporting Services, Inc.**
(202) 467-9200  Fax (202) 296-3468

SEC 000547