UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEEROY ALLEN, JR., )<br>)<br>Defendant. ) | 1:05 CV 01919<br><br>Royce C. Lamberth |

**AFFIDAVIT OF HENRY DEFRANCESCO IN SUPPORT OF PLAINTIFF'S MOTION AND MEMORANDUM OF LAW FOR FINAL JUDGMENT SETTING DISGORGEMENT AND CIVIL PENALTIES AGAINST DEFENDANT LEEROY ALLEN, JR.**

I, Henry DeFrancesco, hereby state as follows:

1.     I am a Florida resident, age 85, and am one of the largest shareholders of International Biofuel and Biochemical Corporation ("IBBC").

2.     In October 2003, LeeRoy Allen, Jr. ("Allen") asked me to invest in IBBC in exchange for shares of IBBC treasury stock which had the symbol "IBBO." Allen also asked me to contact friends of mine who might be interested in investing in IBBC.

3.     On October 7, 2003, I emailed Siavash Okravi ("Okravi"), Simin Azhandeh ("Azhandeh"), Stephen Morrison ("Morrison") and others and told them that IBBC was selling stock and that if they were interested I would put them in contact with Allen. Exhibit 1 attached hereto is a true and correct copy of my email. As set forth in Exhibit 1, my email address is Henbob2@aol.com, Morrison's email address is stevemorrison@starpower.net, Okravi's email address is sokhravi@concentric.net, Azhandeh's email address is Simin307@aol.com, and Allen's email address is leeroyallenjr@netscape.net.

4.     On October 9, 2003, Morrison responded to my email and said that he had talked to Allen and was wiring money to Allen and thanked me for getting him involved. At this time, I had not spoken to Morrison about Consolidated Tribal Investments ("CTI"). Exhibit 1 attached hereto is a true and correct copy of Morrison's response to my email.

1



5. On October 13, 2003, I emailed Allen telling him that I could transfer the money he requested and asked him for the bank name and account number where I should send the money. Exhibit 2 attached hereto is a true and correct copy of my email. In this email, I am referring to my earlier conversation with Allen when he told me that I could send him money to buy IBBC stock.

6. On that same day, Allen responded to my email and instructed me to wire the funds to a bank account in the name of CTI. Exhibit 2 attached hereto is a true and correct copy of Allen's response to my email.

7. Allen had previously told me in a telephone conversation that took place in the few days before October 13, 2003, that CTI would become a subsidiary of IBBC and all money that went to CTI would end up in IBBC. In Exhibit 2, Allen refers to our earlier conversation about CTI and says "As I mentioned we are funding this company and it will become a subsidiary of IBBO." See Exhibit 2.

8. In this same email, Allen said "Again, thank you for all of your help. Mr. Morrison has sent his money. Once I have received all of the names of the interested parties, I will have the transfer agent re-issue the IBBO stock under each name." See Exhibit 2. Based on earlier telephone conversations with Allen, I interpreted this to mean that Morrison, I and any of my other friends who wished to invest in IBBC, would receive IBBC stock in exchange for payments made to Allen.

9. On October 16, 2003, I wired $20,000 to CTI's account, thinking, based on my earlier conversations with Allen, that I was investing in IBBC and would receive IBBC stock in exchange for my payment.

10. In the few days prior to November 25, 2003, Allen told me in a telephone call that IBBC needed to raise additional funds and he asked me to wire money to CTI's account in exchange for IBBC stock.

11. On November 25, 2003, I wired an additional $20,000 to CTI's account, thinking, based on my earlier conversations with Allen, that I was investing in IBBC and would receive IBBC stock in exchange for my payment.

12. Eventually, I received IBBC stock in exchange for the $40,000 that I wired to CTI's bank account.

13.   In April 2004, Allen asked me to serve on IBBC's board of directors and I agreed.  From April 2004, until the time Allen resigned as on August 30, 2004, Allen ran IBBC on his own.  Upon Allen's resignation, I began serving as President of IBBC in order to try and recoup my investment in IBBC.

Dated: November 13, 2006

*Henry DeFrancesco*
Henry DeFrancesco
444 W. Palm Aire Drive
Pompano Beach, Florida 33069
(954) 968-3689

STATE OF FLORIDA        }
                        }   SS:
COUNTY OF BROWARD       }

The foregoing instrument was acknowledged before me this 13th day of November, 2006, by Henry DeFrancesco, who ___ is personally known to me or ✓ who has produced a Florida driver's license as identification and who did take an oath.

_____
Notary Public
State of Florida
Commission Number       :
Commission Expiration   :

BHANMATTIE DEODAT
Notary Public, State of Florida
My comm. expires April 27, 2009
No. DD 423614

3

# EXHIBIT 1

Subj: **Re: IBBO STOCK**
Date: 10/9/2003 8:55:17 AM Eastern Daylight Time
From: stevemorrison@starpower.net
To: Henbob2@aol.com

Henry,

I talked with Leeroy last night, we are all set up. I am going to wire him the money today from Williamsburg this afternoon. He is quite optimistic and seems to think we will see a substantial increase in stock valuation in 12 to 18 months. This all works for me. Thanks for getting me involved.

Steve

Steve Morrison
1206 Meadow Green Lane
McLean, VA 22102
(703) 356-0321

----- Original Message -----
From: Henbob2@aol.com
To: Simin307@aol.com
Cc: sokhravi@concentric.net ; stevemorrison@starpower.net ; Earlsat@aol.com ; hsmoore@triad.rr.com ; leeroyallenjr@netscape.net
Sent: Tuesday, October 07, 2003 9:51 AM
Subject: IBBO STOCK

Leeroy Allen, CEO of IBBO has informed me that there is company treasury stock available. He has offered the stock at $0.10 a share. A million shares are available. He would like to see it purchased in five (5) 200,000 share blocks. I plan to add to my current holdings by purchasing the final block. Let me know if you are interested. Call me at 954 968 3689 and I will fill you in on the details and give you a run down on the company. If you are still interested after conversing with me, I will put you in touch with Leeroy and he will provide you with additional company information and arrange for the purchase. Henry D.

Thursday, October 09, 2003 America Online: Henbob2

SEC 013479

HD 00011

# EXHIBIT 2

Page 1 of 1

Subj: RE: Electronic transfer info.
Date: 10/13/2003 11:16:28 AM Eastern Daylight Time
From: leeroyallenjr@netscape.net
To: Henbob2@aol.com

Henry,

Sorry for not getting back to you sooner. We have made much progress relating to work that we would like to do with a local Tribal Government.
We have been meeting and discussing the Biodiesel project with them and it has taken longer then expected. They have agreed to submit our proposal to the General Counsel for a vote/approval. The counsel will meet the first week in November. We still have much to do to bring the Industrial Board up to speed and make a solid presentation on our behalf.

What this means to the IBBO, is that they would permit us to place a biodiesel plant right in an area where all of Arizona could be serviced.
They also would provide IBBO, with a presence in this area that would attract other Tribal Governments. They have shown us the location where they plan on putting us, should the Tribal Government approve the venture.
The location would has both highway and rail access. They would give us about 5 to 10 acres of land and help build the structure needed to house the plant. Its difficult to describe in words, but the opportunity is hugh for IBBO. It is estimated that Tribal Governments control about 800 million to 1 billion dollars in assets, in this area. Its a highly coveted area and just to get the Industrial Park Board to approve the idea and want to make a presentation on our behalf to the Tribal Government is very significant to our company. This has never been accomplished before. The Board wants approval of the project, so we have a better then average chance of getting the project approved.

The wiring information is as follows.

Wells Fargo Bank
Routing #: 121000248
Account #: 0556925204
Account Name: Consolidated Tribal Investments

As I mentioned we are funding this company and it will become a subsidary of IBBO. We will be meeting with the Crow Nation, about this project on Wednesday. This project is also very large in scope and could potentially mean about 30 to 40 million dollars to the IBBO bottomline per Quarter. The funding that we are raising will help secure the assets and mineral rights. The company will also give all of the Tribal Governments a common place to do business with IBBO in the future.

Again, thank you for all of your help. Mr. Morrison has sent his money. Once I have received all of the names of the interested parties, I will have the transfer agent re-issue the IBBO stock under each name. Right now, I just need the name and level of particpation.

Thank you again,

LeeRoy Allen, Jr.


Henbob2@aol.com wrote:

>Hi Leeroy, If I have the bank number and account number by 2:00 PM EDT, I
>should be able to transfer today. If not, I will do so on Tuesday. Steve is
>transferring today. Simin is sending a check on Monday. Two others have expressed a
>real interest but want a little time to do DD and arrange for funds. If they
>don't come thru by Wednesday the 15th, I have other possibilities. Best
>regards, Henry D.
>

---

McAfee VirusScan Online from the Netscape Network.
Comprehensive protection for your entire computer. Get your free trial today!
http://channels.netscape.com/ns/computing/mcafee/index.jsp?promo=393397

Get AOL Instant Messenger 5.1 free of charge. Download Now!
http://aim.aol.com/aimnew/Aim/register.adp?promo=380455

SEC 013481

Monday, October 13, 2003 America Online: Henbob2

HD 00013