UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEEROY ALLEN, JR., )<br>)<br>Defendant. ) | 1:05 CV 01919<br><br>Royce C. Lamberth |

**AFFIDAVIT OF STEPHEN MORRISON IN SUPPORT OF PLAINTIFF'S MOTION AND MEMORANDUM OF LAW FOR FINAL JUDGMENT SETTING DISGORGEMENT AND CIVIL PENALTIES AGAINST DEFENDANT LEEROY ALLEN, JR.**

I, Stephen Morrison, hereby state as follows:

1. I am a Virginia resident, age 61, and am a shareholder of International Biofuel and Biochemical Corporation ("IBBC").

2. On October 7, 2003, Henry DeFrancesco ("DeFrancesco") emailed me to tell me that LeeRoy Allen, Jr. ("Allen"), CEO of IBBC was looking for investors in exchange for shares of IBBC treasury stock which had the symbol "IBBO." DeFrancesco put me in contact with Allen.

3. On October 8, 2003, I spoke with Allen by telephone about investing in IBBC. When I told Allen that I was interested in investing in IBBC, he instructed me to wire my money to a bank account in the name of Consolidated Tribal Investments ("CTI") and told me that he would send me IBBC stock in exchange for my payment.

4. On October 9, 2003, I wired $20,000 to CTI's account, thinking, based on my earlier conversation with Allen, that I was investing in IBBC and would receive IBBC stock in exchange for my payment.

1


PLAINTIFF'S EXHIBIT

5. I received IBBC stock in exchange for the $20,000 that I wired to CTI's bank account.

Dated: November 14, 2006

Stephen Morrison
1206 Meadow Green Lane
McLean, Virginia 22102

STATE OF VIRGINIA       }
                        }  SS:
COUNTY OF FAIRFAX       }

The foregoing instrument was acknowledged before me this 14 day of November, 2006, by Stephen Morrison, who X is personally known to me or X who has produced a Virginia driver's license as identification and who did take an oath.

_____
Notary Public
State of Virginia
Commission Number       :
Commission Expiration   : 12/31/2010



NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MALEKNAZ TABRIZI
COUNTY OF FAIRFAX
My Commission Expires
December 31, 2010