UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

SECURITIES AND EXCHANGE COMMISSION, )
)
        Plaintiff, )
)    1:05 CV 01919
        v. )
)    Royce C. Lamberth
LEEROY ALLEN, JR., )
)
        Defendant. )

---

### AFFIDAVIT OF SIMIN AZHANDEH IN SUPPORT OF PLAINTIFF'S MOTION AND MEMORANDUM OF LAW FOR FINAL JUDGMENT SETTING DISGORGEMENT AND CIVIL PENALTIES AGAINST DEFENDANT LEEROY ALLEN, JR.

I, Simin Azhandeh, hereby state as follows:

1. I am a Virginia resident, age 37, and am a shareholder of International Biofuel and Biochemical Corporation ("IBBC").

2. On October 7, 2003, Henry DeFrancesco ("DeFrancesco") emailed me to tell me that LeeRoy Allen, Jr. ("Allen"), CEO of IBBC was looking for investors in exchange for shares of IBBC treasury stock which had the symbol "IBBO." DeFrancesco put me in contact with Allen.

3. A couple of days before October 23, 2003, I spoke with Allen by telephone about investing in IBBC. When I told Allen that I was interested in investing in IBBC, he instructed me to wire my money to a bank account in the name of Consolidated Tribal Investments ("CTI") and told me that he would send me IBBC stock in exchange for my payment.

4. On October 23, 2003, I sent to Allen a check for $20,000 made payable to CTI, thinking, based on my earlier conversation with Allen, that I was investing in IBBC and would receive IBBC stock in exchange for my payment. In the memo line of the check I wrote "IBBO Investment." Attached hereto as Exhibit 1 is a true and correct copy of the check.

1



PLAINTIFF'S EXHIBIT F

5.  I received IBBC stock in exchange for the $20,000 check written to CTI that I sent to Allen.

Dated: November 14, 2006

_____
Simin Azhandeh
1007 Fairway Drive NE
Vienna, Virginia 22180

STATE OF VIRGINIA        }
                         }   SS:
COUNTY OF FAIRFAX        }

The foregoing instrument was acknowledged before me this 14th day of November, 2006, by Simin Azhandeh, who ___ is personally known to me or X who has produced a Virginia driver's license as identification and who did take an oath.

_____
Notary Public
State of Virginia
Commission Number     : STICKLER, ADAM C.
Commission Expiration : 30 JUNE 2008

2

# EXHIBIT 1

# EXHIBIT 1

Date: November 6, 2006          *Federal Reserve Bank Check*          Page 1 of 1
*Image Retrieval*

*Reference: 30000045481326:30000026569326:30000025038342*



| | | | |
|---|---|---|---|
| Process Date | 20031027 | R/T Number | 256075520 |
| Capture Site | 052000278 | DIN | 000000032913723 |
| Check Number | 000000 | Process Control | 003696 |
| Amount | 0002000000 | Aux On Us | 000000000000000 |
| EPC | 0 | Account Number | 00000000000695727 |
| Pocket Number | 06 | Ver | C |