UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

SECURITIES AND EXCHANGE COMMISSION, )
)
        Plaintiff, )
) 1:05 CV 01919
v. )
) Royce C. Lamberth
LEEROY ALLEN, JR., )
)
        Defendant. )

---

**AFFIDAVIT OF SIAVASH OKRAVI IN SUPPORT OF PLAINTIFF'S MOTION AND MEMORANDUM OF LAW FOR FINAL JUDGMENT SETTING DISGORGEMENT AND CIVIL PENALTIES AGAINST DEFENDANT LEEROY ALLEN, JR.**

I, Siavash Okravi, hereby state as follows:

1. I am a New York resident, age 44, and am a shareholder of International Biofuel and Biochemical Corporation ("IBBC").

2. On October 7, 2003, Henry DeFrancesco ("DeFrancesco") emailed me to tell me that LeeRoy Allen, Jr. ("Allen"), CEO of IBBC was looking for investors in exchange for shares of IBBC treasury stock which had the symbol "IBBO." DeFrancesco put me in contact with Allen.

3. A couple of days before December 17, 2003, I spoke with Allen by telephone about investing in IBBC. When I told Allen that I was interested in investing in IBBC, he instructed me to wire my money to a bank account in the name of Consolidated Tribal Investments ("CTI") and told me that he would send me IBBC stock in exchange for my payment.

4. On December 17, 2003, I wired $20,000 to CTI's account, thinking, based on my earlier conversation with Allen, that I was investing in IBBC and would receive IBBC stock in exchange for my payment.

1


PLAINTIFF'S EXHIBIT G

5. I received IBBC stock in exchange for the $20,000 that I wired to CTI's bank account.

6. Additionally, on March 23, 2004, based on instructions from Allen, I wired $30,000 to an account in IBBC's name from my 401K account which clears through First Clearing, LLC, a Wachovia account. I received IBBC stock in exchange for these funds.

Dated: November 14, 2006

_____
Siavash Okravi
2 Allendale Drive
Rye, New York 10580


STATE OF NEW YORK        }
                         }   SS:
COUNTY OF ~~WESTCHESTER~~ }
         Montgomery

The foregoing instrument was acknowledged before me this 14 day of November, 2006, by Siavash Okravi, who ___ is personally known to me or ___ who has produced a New York driver's license as identification and who did take an oath.


_Nancy C. Capel_
Notary Public
State of New York
Commission Number       :
Commission Expiration   :

Nancy C. Capel
Notary Public, State of New York
Qualified in Montgomery County
Reg. No. 01CA4916902
Commission Expires 12/28/09

2