JPMorgan

**JPMorgan Chase Bank**
1 Chase Manhattan Plaza, 26th
New York, New York 10081
Legal Department
Tel. (212) 552-2103
Fax (212) 552-0693

**Candice D. Brooks**
Legal Assistant

April 5, 2005

RECEIVED
APR 7 2005
Division of Enforcement

U.S. Securities and Exchange Commission
Division of Enforcement
450 5th Street, N.W.
Washington, DC 20549-0707
Attention: Christy Romero

Re: In the Matter of J-Bird Music Group Ltd.

Dear Ms. Romero:

I am forwarding copies of the account statement that you requested concerning the above matter. This information is supplied responsive to the subpoena served on JPMorgan Chase and Co. Additional information is still in the process of being retrieved and is forthcoming.

| Account No. | Account Holder | Statement Cycle |
|---|---|---|
| 656089323 | IBBC | 04/2004-09/2004 |
| 656089166 | IBBC | 04/2004-09/2004 |

This is to certify that the enclosed information is true and accurate and is kept in the normal course of the business JP Morgan Chase Co.

If you have any questions concerning this information, please feel free to contact me.

Very truly yours,

Candice D. Brooks

File #120240/CB

SEC 012077

*45694:v01*

BO 00001



NNN 1 0 08 110517

Bank One, NA
Arizona Market
P.O. Box 260180
Baton Rouge , LA 70826-0180

IBBC
4637 N 24TH ST
PHOENIX AZ 85016-5203

Acct # 000000656089323
Apr 28 through May 12, 2004
Page 1 of 2

*To Contact Bank One*

*By Phone:* 1-800-404-4111
*Para Espanol:* 1-877-428-9707
*Hearing Impaired:* 1-888-663-4833
*Internet:* www.BankOne.com

## BANK ONE BASIC BUSINESS CHECKING

Account number 000000656089323

| | Items | Amount |
|---|---|---|
| Beginning balance | | $0.00 |
| Checks paid | 0 | 0.00 |
| Other withdrawals | 3 | - 117.95 |
| Deposits / additions / other credits | 1 | +1,000.00 |
| Balance as of May 12 | | **$882.05** |

**Other withdrawals including fees and list posted items**

| Date | Description | |
|---|---|---|
| 05-11 | Bank One ATM Withdrawal 006120 05/112620 E Camelback Phoenix AZ | 100.00 |
| 05-12 | Card Purchase With Pin 000544 05/125021 N 20th St Phoenix AZ | 13.65 |
| 05-12 | Card Purchase With Pin 000656 05/125021 N 20th St Phoenix AZ | 4.30 |
| | | **117.95** |

**Deposits / additions / other credits**

| Date | Description | |
|---|---|---|
| 04-28 | Funds Trans To | 1,000.00 |
| | | **1,000.00** |

**Daily ending balance**

| Date | Amount | Date | Amount |
|---|---|---|---|
| 04-28 | $1,000.00 | 05-12 | $882.05 |
| 05-11 | $900.00 | | |

**Transactions For Service Fee Calculation**

| | |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| Transaction Total | 0 |

*continues*

SEC 012078

BO 00002

## *In case of errors or questions about your electronic funds transfers*

Telephone or write Bank One (phone # and address on front of statement) If you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- your name and account number
- the dollar amount of the suspected error
- a description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will recredit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## *In case of errors or questions about non-electronic transactions*

Contact Bank One immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules & Regulations that govern your account at Bank One.

## *Billing rights summary*

**In case of errors or questions about your bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you *no later* than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- your name and account number
- the dollar amount of the suspected error
- describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special rule for credit card purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

## *Balancing your checkbook*

Use the following worksheet to reconcile your checking account. If you need help balancing your checkbook, call the customer service number on the front of this statement.

Mark in your checkbook all additions and subtractions reported in your checking account statement.

**1 Write in the ending balance shown on this statement.** $ ______

**2 List all deposits and other additions** (such as transfers) not shown on this statement and add the total to the ending balance.

______
______
______
______
______
______

Total ➤ +$ ______

**3 List all withdrawals and other subtractions** (such as outstanding checks and banking card transactions) not shown on this statement. Then subtract this total from the ending balance

______
______
______
______
______
______
______
______
______
______
______
______
______

Total ➤ -$ ______

**4 After you figure in all the additions and subtractions,** this amount should match the current balance in your checkbook. =$ ______

LENDER
Member FDIC

SEC 012079

o1bosddb

BO 00003

NNN 1 0 08 110518

IBBC

Acct # 000000656089323
Apr 28 through May 12, 2004
Page 2 of 2

| Service Fee Calculation | |
|---|---|
| Service Fee | 0.00 |
| Service Fee Credit | 0.00 |
| Net Service Fee | 0.00 |
| Excessive Transaction Fees (Above 150) | 0.00 |
| Total Service Fees | 0.00 |

SEC 012080

BO 00004

SEC 012081

BO 00005

NNN 1 1 08 7026

Bank One, NA
Arizona Market
P.O. Box 260180
Baton Rouge , LA 70826-0180

Acct # 000000656089323
May 13 through Jun 10, 2004
Page 1 of 2

IBBC
DBA COMPUTER BATH
4637 N 24TH ST
PHOENIX AZ 85016-5203

*To Contact Bank One*

*By Phone:* 1-800-404-4111
*Para Espanol:* 1-877-428-9707
*Hearing Impaired:* 1-888-663-4833
*Internet:* www.BankOne.com

## BANK ONE BASIC BUSINESS CHECKING

Account number 000000656089323

| | Items | Amount |
|---|---|---|
| Beginning balance | | $882.05 |
| Checks paid | 1 | - 500.00 |
| Other withdrawals | 2 | - 164.73 |
| Deposits / additions / other credits | 0 | 0.00 |
| Balance as of Jun 10 | | $217.32 |

**Checks paid**

| Number | Amount | Date paid | Number | Amount | Date paid |
|---|---|---|---|---|---|
| 1001 | 500.00 | 05-14 | **Total** | **500.00** | |

**Other withdrawals including fees and list posted items**

| Date | Description | | |
|---|---|---|---|
| 05-14 | Bank One ATM Withdrawal | 006818 05/142620 E Camelback Phoenix AZ | 100.00 |
| 05-17 | The One Card Purchase | 05/14Cork N Cleaver Phoenix AZ | 64.73 |
| | | | **164.73** |

**Daily ending balance**

| Date | Amount | Date | Amount |
|---|---|---|---|
| 05-14 | $282.05 | 05-17 | $217.32 |

**Transactions For Service Fee Calculation**

| | |
|---|---|
| Checks Paid / Debits | 1 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| Transaction Total | 1 |

*continues*

SEC 012082

BO 00006

### *In case of errors or questions about your electronic funds transfers*

Telephone or write Bank One (phone # and address on front of statement) If you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- your name and account number
- the dollar amount of the suspected error
- a description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will recredit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### *In case of errors or questions about non-electronic transactions*

Contact Bank One immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules & Regulations that govern your account at Bank One.

### *Billing rights summary*

**In case of errors or questions about your bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you *no later* than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- your name and account number
- the dollar amount of the suspected error
- describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special rule for credit card purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

### *Balancing your checkbook*

Use the following worksheet to reconcile your checking account. If you need help balancing your checkbook, call the customer service number on the front of this statement.

Mark in your checkbook all additions and subtractions reported in your checking account statement.

**1 Write in the ending balance shown on this statement.** $ ____________

**2 List all deposits and other additions** (such as transfers) not shown on this statement and add the total to the ending balance.

____________
____________
____________
____________
____________
____________

Total ➤ +$ ____________

**3 List all withdrawals and other subtractions** (such as outstanding checks and banking card transactions) not shown on this statement. Then subtract this total from the ending balance

____________
____________
____________
____________
____________
____________
____________
____________
____________
____________
____________
____________
____________

Total ➤ -$ ____________

**4 After you figure in all the additions and subtractions,** this amount should match the current balance in your checkbook. =$ ____________

LENDER

Member FDIC

SEC 012083

01bosddb

BO 00007

NNN 1 1 08 7027

IBBC

Acct # 000000656089323
May 13 through Jun 10, 2004
Page 2 of 2

| Service Fee Calculation | |
|---|---|
| Service Fee | 0.00 |
| Service Fee Credit | 0.00 |
| Net Service Fee | 0.00 |
| Excessive Transaction Fees (Above 150) | 0.00 |
| Total Service Fees | 0.00 |

THE BANK ONE PLATINUM VISA CARD WITH ALL THE RIGHT CHOICES. AND, THEY'RE YOURS TO MAKE. SELECT YOUR CARD COLOR, PICK YOUR BILLING DATE AND PAYMENT METHOD, ADD A REWARDS OPTION AND ENJOY AN EVERYDAY LOW RATE. MAKE ONE OF OURS, YOURS.
CALL 1-800-436-7979.

SEC 012084

BO 00008

SEC 012085

BO 00009

YNN 1 0 08 108519

Bank One, NA
Arizona Market
P.O. Box 260180
Baton Rouge , LA 70826-0180

Acct # 000000656089323
Jun 11 through Jul 13, 2004
Page 1 of 2

IBBC
DBA COMPUTER BATH
4637 N 24TH ST
PHOENIX AZ 85016-5203

*To Contact Bank One*

| | |
|---|---|
| ***By Phone:*** | *1-800-404-4111* |
| ***Para Espanol:*** | *1-877-428-9707* |
| ***Hearing Impaired:*** | *1-888-663-4833* |
| ***Internet:*** | *www.BankOne.com* |

*J.P. MORGAN CHASE & CO. AND BANK ONE CORPORATION HAVE JOINED TOGETHER TO CREATE ONE COMPANY THAT OFFERS YOU THE VERY BEST IN FINANCIAL SOLUTIONS. YOU'LL HAVE MORE CHOICES, WITH GREATER ACCESS AND CONVENIENCE AT OVER 6,500 ATMS IN 19 STATES. THANKS FOR BANKING WITH US.*

## BANK ONE BASIC BUSINESS CHECKING

Account number 000000656089323

| | *Items* | *Amount* |
|---|---|---|
| Beginning balance | | $217.32 |
| Checks paid | 0 | 0.00 |
| Other withdrawals | 5 | - 196.71 |
| Deposits / additions / other credits | 0 | 0.00 |
| Balance as of Jul 13 | | **$20.61** |

**Other withdrawals including fees and list posted items**

| *Date* | *Description* | | |
|---|---|---|---|
| 06-16 | Bank One ATM Withdrawal | 003392 06/162620 E Camelback Phoenix AZ | 100.00 |
| 06-21 | The One Card Purchase | 06/17Ihop#1527 05415278 Avondale AZ | 29.02 |
| 06-21 | The One Card Purchase | 06/18The Olive Gard0001454 Scottsdale AZ | 27.16 |
| 06-21 | Bank One ATM Withdrawal | 001280 06/202827 N 44th St Phoenix AZ | 20.00 |
| 06-23 | The One Card Purchase | 06/21Kfc 2900004-9 29000049 Phoenix AZ | 20.53 |
| | | | **196.71** |

**Daily ending balance**

| *Date* | *Amount* | *Date* | *Amount* |
|---|---|---|---|
| 06-16 | $117.32 | 06-23 | $20.61 |
| 06-21 | $41.14 | | |

**Transactions For Service Fee Calculation**

| | |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| Transaction Total | 0 |

*continues*

SEC 012086

BO 00010

### *In case of errors or questions about your electronic funds transfers*

Telephone or write Bank One (phone # and address on front of statement) If you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- your name and account number
- the dollar amount of the suspected error
- a description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will recredit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### *In case of errors or questions about non-electronic transactions*

Contact Bank One immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules & Regulations that govern your account at Bank One.

### *Billing rights summary*

**In case of errors or questions about your bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you *no later* than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- your name and account number
- the dollar amount of the suspected error
- describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special rule for credit card purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

### *Balancing your checkbook*

Use the following worksheet to reconcile your checking account. If you need help balancing your checkbook, call the customer service number on the front of this statement.

Mark in your checkbook all additions and subtractions reported in your checking account statement.

**1 Write in the ending balance shown on this statement.** $ ________

**2 List all deposits and other additions** (such as transfers) not shown on this statement and add the total to the ending balance.

________
________
________
________
________
________

Total ➤ +$ ________

**3 List all withdrawals and other subtractions** (such as outstanding checks and banking card transactions) not shown on this statement. Then subtract this total from the ending balance

________
________
________
________
________
________
________
________
________
________
________
________
________

Total ➤ -$ ________

**4 After you figure in all the additions and subtractions,** this amount should match the current balance in your checkbook. =$ ________

Member FDIC

SEC 012087

o1bosddb

BO 00011

YNN 1 0 08 108520

IBBC

Acct # 000000656089323
Jun 11 through Jul 13, 2004
Page 2 of 2

| Service Fee Calculation | |
|---|---|
| Service Fee | 0.00 |
| Service Fee Credit | 0.00 |
| Net Service Fee | 0.00 |
| Excessive Transaction Fees (Above 150) | 0.00 |
| Total Service Fees | 0.00 |

SEC 012088

BO 00012

SEC 012089

BO 00013

NNN 1 0 08 102380

Bank One, NA
Arizona Market
P.O. Box 260180
Baton Rouge , LA 70826-0180

Acct # 000000656089323
Jul 14 through Aug 11, 2004
Page 1 of 2

IBBC
DBA COMPUTER BATH
4637 N 24TH ST
PHOENIX AZ 85016-5203

*To Contact Bank One*

*By Phone:* *1-800-404-4111*
*Para Espanol:* *1-877-428-9707*
*Hearing Impaired:* *1-888-663-4833*
*Internet:* *www.BankOne.com*

## BANK ONE BASIC BUSINESS CHECKING

Account number 000000656089323

| | Items | Amount |
|---|---|---|
| Beginning balance | | $20.61 |
| Checks paid | 0 | 0.00 |
| Other withdrawals | 4 | - 90.12 |
| Deposits / additions / other credits | 0 | 0.00 |
| Balance as of Aug 11 | | -69.51 |

**Other withdrawals including fees and list posted items**

| Date | Description | | |
|---|---|---|---|
| 07-14 | The One Card Purchase | 07/12Miracle Mile Deli Phoenix AZ | 4.27 |
| 07-20 | The One Card Purchase | 07/18Chevron 00203455 Vancouver WA | 31.85 |
| 07-21 | Overdraft Fee | | 29.00 |
| 07-27 | Extended Overdraft Fee | | 25.00 |
| | | | 90.12 |

*A overdraft fee was charged on 07-21 due to insufficient funds in your account.*

**Daily ending balance**

| Date | Amount | Date | Amount |
|---|---|---|---|
| 07-14 | $16.34 | 07-21 | -44.51 |
| 07-20 | -15.51 | 07-27 | -69.51 |

**Transactions For Service Fee Calculation**

| | |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| Transaction Total | 0 |

continues

**SEC 012090**

**BO 00014**

## *In case of errors or questions about your electronic funds transfers*

Telephone or write Bank One (phone # and address on front of statement) If you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- your name and account number
- the dollar amount of the suspected error
- a description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will recredit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## *In case of errors or questions about non-electronic transactions*

Contact Bank One immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules & Regulations that govern your account at Bank One.

## *Billing rights summary*

**In case of errors or questions about your bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you *no later* than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- your name and account number
- the dollar amount of the suspected error
- describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special rule for credit card purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

## *Balancing your checkbook*

Use the following worksheet to reconcile your checking account. If you need help balancing your checkbook, call the customer service number on the front of this statement.

Mark in your checkbook all additions and subtractions reported in your checking account statement.

**1 Write in the ending balance shown on this statement.** $ ____________

**2 List all deposits and other additions** (such as transfers) not shown on this statement and add the total to the ending balance.

____________
____________
____________
____________
____________
____________

Total ➤ +$ ____________

**3 List all withdrawals and other subtractions** (such as outstanding checks and banking card transactions) not shown on this statement. Then subtract this total from the ending balance

____________
____________
____________
____________
____________
____________
____________
____________
____________
____________
____________
____________
____________

Total ➤ -$ ____________

**4 After you figure in all the additions and subtractions,** this amount should match the current balance in your checkbook. =$ ____________

LENDER

Member FDIC

SEC 012091

o1bosdcb

BO 00015

NNN 1 0 08 102381

IBBC

Acct # 000000656089323
Jul 14 through Aug 11, 2004
Page 2 of 2

| Service Fee Calculation | |
| --- | --- |
| Service Fee | 0.00 |
| Service Fee Credit | 0.00 |
| Net Service Fee | 0.00 |
| Excessive Transaction Fees (Above 150) | 0.00 |
| Total Service Fees | 0.00 |

SEC 012092

BO 00016

SEC 012093

BO 00017

NNN 1 0 08 108808

Bank One, NA
Arizona Market
P.O. Box 260180
Baton Rouge , LA 70826-0180

Acct # 000000656089323
Aug 12 through Sep 13, 2004
Page 1 of 2

IBBC
DBA COMPUTER BATH
4637 N 24TH ST
PHOENIX AZ 85016-5203

*To Contact Bank One*

*By Phone:* *1-800-404-4111*
*Para Espanol:* *1-877-428-9707*
*Hearing Impaired:* *1-888-663-4833*
*Internet:* *www.BankOne.com*

## BANK ONE BASIC BUSINESS CHECKING

Account number 000000656089323

| | Items | Amount |
|---|---|---|
| Beginning balance | | $ -69.51 |
| Checks paid | 0 | 0.00 |
| Other withdrawals | 0 | 0.00 |
| Deposits / additions / other credits | 0 | 0.00 |
| Balance as of Sep 13 | | -69.51 |

| Transactions For Service Fee Calculation | |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| Transaction Total | 0 |

| Service Fee Calculation | |
|---|---|
| Service Fee | 0.00 |
| Service Fee Credit | 0.00 |
| Net Service Fee | 0.00 |
| Excessive Transaction Fees (Above 150) | 0.00 |
| Total Service Fees | 0.00 |

SIGN UP NOW FOR ONLINE STATEMENTS FROM BANK ONE, THE FAST FREE, AND SECURE WAY TO MANAGE YOUR BANK STATEMENTS. VIEW UP TO SIX MONTHS OF STATEMENTS ONLINE, OR DOWNLOAD YOUR STATEMENTS AND STORE THEM ELECTRONICALLY. NO PAPER, NO SHREDDING, NO PROBLEM. VISIT BANKONE.COM/PAPERLESS TO SIGN UP NOW.

BANK ONE PLATINUM VISA (R) REWARDS CARD. EARN A FULL 1% CASH BACK ON CARD PURCHASES AND INTEREST. GET $25 CASH BACK, OR RECEIVE A GIFT CERTIFICATE EACH TIME YOU REACH 2500 IN POINTS. STOP BY YOUR LOCAL BANKING CENTER, CALL 1-800-436-7979, OR VISIT BANKONE.COM FOR FULL DETAILS.

*continues*

SEC 012094

BO 00018

### *In case of errors or questions about your electronic funds transfers*

Telephone or write Bank One (phone # and address on front of statement) If you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- your name and account number
- the dollar amount of the suspected error
- a description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will recredit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### *In case of errors or questions about non-electronic transactions*

Contact Bank One immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules & Regulations that govern your account at Bank One.

### *Billing rights summary*

**In case of errors or questions about your bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you *no later* than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- your name and account number
- the dollar amount of the suspected error
- describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special rule for credit card purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

### *Balancing your checkbook*

Use the following worksheet to reconcile your checking account. If you need help balancing your checkbook, call the customer service number on the front of this statement.

Mark in your checkbook all additions and subtractions reported in your checking account statement.

**1 Write in the ending balance shown on this statement.** $ ____________

**2 List all deposits and other additions** (such as transfers) not shown on this statement and add the total to the ending balance.

____________
____________
____________
____________
____________
____________

Total ➤ +$ ____________

**3 List all withdrawals and other subtractions** (such as outstanding checks and banking card transactions) not shown on this statement. Then subtract this total from the ending balance

____________
____________
____________
____________
____________
____________
____________
____________
____________
____________
____________
____________
____________

Total ➤ -$ ____________

**4 After you figure in all the additions and subtractions,** this amount should match the current balance in your checkbook. =$ ____________

EQUAL HOUSING OPPORTUNITY
LENDER

Member FDIC

SEC 012095

o1bosddb

BO 00019

NNN 1 0 08 108809

IBBC

Acct # 000000656089323

**Aug 12 through Sep 13, 2004**

Page 2 of 2

INTRODUCING STUDENT CHECKING FROM BANK ONE. EXCLUSIVELY FOR OUR CHECKING ACCOUNT CUSTOMERS, GREAT FOR YOUR SON OR DAUGHTER, CONVENIENT FOR YOU. HELP THE STUDENT IN YOUR FAMILY GET OFF TO A SOUND FINANCIAL FUTURE. STOP IN YOUR NEAREST BANK ONE BRANCH SOON TO OPEN A STUDENT CHECKING ACCOUNT OR FOR MORE INFORMATION.

**SEC 012096**

**BO 00020**

SEC 012097

BO 00021