NNN T 1 0 08 110501

Bank One, NA
Arizona Market
P.O. Box 260180
Baton Rouge , LA 70826-0180

Acct # 000000656089166

Apr 20 through May 12, 2004
Page 1 of 2

IBBC
4637 N 24TH ST
PHOENIX AZ 85016~5203

*To Contact Bank One*

**By Phone:** 1-800-404-4111
**Para Espanol:** 1-877-428-9707
**Hearing Impaired:** 1-888-663-4833
**Internet:** www.BankOne.com

## BANK ONE BASIC BUSINESS CHECKING

Account number 000000656089166

| | Items | Amount |
|---|---|---|
| Beginning balance | | $0.00 |
| Checks paid | 5 | - 14,260.00 |
| Other withdrawals | 3 | - 4,021.60 |
| Deposits / additions / other credits | 1 | +30,000.00 |
| Balance as of May 12 | | $11,718.40 |

### Checks paid

| Number | Amount | Date paid | Number | Amount | Date paid |
|---|---|---|---|---|---|
| 999990 | 3,800.00 | 05-03 | 999993 | 2,560.00 | 05-06 |
| 999991 | 4,500.00 | 04-30 | 999994 | 1,400.00 | 05-11 |
| 999992 | 2,000.00 | 05-04 | Total | 14,260.00 | |

### Other withdrawals including fees and list posted items

| Date | Description | | Amount |
|---|---|---|---|
| 04-28 | Funds Trans From | | 1,000.00 |
| 05-03 | Withdrawal | | 3,000.00 |
| 05-04 | Chk/Sav Documentfees | PPD | 21.60 |
| | | | 4,021.60 |

### Deposits / additions / other credits

| Date | Description | Amount |
|---|---|---|
| 04-20 | Deposit | 30,000.00 |
| | | 30,000.00 |

### Daily ending balance

| Date | Amount | Date | Amount |
|---|---|---|---|
| 04-20 | $30,000.00 | 04-30 | $24,500.00 |
| 04-28 | $29,000.00 | 05-03 | $17,700.00 |

*continues*

SEC 012098

BO 00022



PLAINTIFF'S
EXHIBIT
H-(a)

### In case of errors or questions about your electronic funds transfers

Telephone or write Bank One (phone # and address on front of statement) if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- your name and account number
- the dollar amount of the suspected error
- a description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will recredit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In case of errors or questions about non-electronic transactions

Contact Bank One immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, we must hear from you no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules & Regulations that govern your account at Bank One.

### Billing rights summary

**In case of errors or questions about your bill**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you *no later* than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- your name and account number
- the dollar amount of the suspected error
- describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special rule for credit card purchases**

If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address.  (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

### Balancing your checkbook

Use the following worksheet to reconcile your checking account. If you need help balancing your checkbook, call the customer service number on the front of this statement.

Mark in your checkbook all additions and subtractions reported in your checking account statement.

1 Write in the ending balance shown
  on this statement.                                        $ _____

2 List all deposits and other additions (such as
  transfers) not shown on this statement and add
  the total to the ending balance.

                                        _____
                                        _____
                                        _____
                                        _____
                                        _____
                                        _____

                              Total ➤    +$ _____

3 List all withdrawals and other subtractions
  (such as outstanding checks and banking card
  transactions) not shown on this statement.
  Then subtract this total from the ending balance

                                        _____
                                        _____
                                        _____
                                        _____
                                        _____
                                        _____
                                        _____
                                        _____
                                        _____
                                        _____

                              Total ➤    -$ _____

4 After you figure in all the additions and
  subtractions, this amount should match the
  current balance in your checkbook.      =$ _____



Member FDIC

**SEC 012099**

e1boaddb

**BO 00023**

NNN T 1 0 08 110502

IBBC

Acct # 000000655089166

Apr 20 through May 12, 2004

Page 2 of 2

**Daily ending balance**

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| 05-04 | $15,678.40 | 05-11 | $11,718.40 |
| 05-06 | $13,118.40 | | |

**Transactions For Service Fee Calculation**

| | |
|---|---|
| Checks Paid / Debits | 6 |
| Deposits / Credits | 1 |
| Deposited Items | 1 |
| Transaction Total | 8 |

**Service Fee Calculation**

| | |
|---|---|
| Service Fee | 0.00 |
| Service Fee Credit | 0.00 |
| Net Service Fee | 0.00 |
| Excessive Transaction Fees (Above 150) | 0.00 |
| Total Service Fees | 0.00 |

**SEC 012100**

**BO 00024**

SEC 012101

BO 00025

*BANK ONE.*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

*BANK ONE.*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

*BANK ONE.*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

*BANK ONE.*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

*BANK ONE.*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

*BANK ONE.*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

*BANK ONE.*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

*BANK ONE.*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

**SEC 012102**

**BO 00026**

BANK ONE

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.*

BANK ONE

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.*

BANK ONE

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.*

BANK ONE

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.*

BANK ONE

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.*

BANK ONE

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.*

BANK ONE

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.*

BANK ONE

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.*

SEC 012103

BO 00027

NNN T 1 0 08 104360

Bank One, NA
Arizona Market
P.O. Box 260180
Baton Rouge , LA 70826-0180

Acct # 000000656089166
**May 13 through Jun 10, 2004**
Page 1 of 2

IBBC
4637 N 24TH ST
PHOENIX AZ  85016-5203

*To Contact Bank One*

*By Phone:*      1-800-404-4111
*Para Espanol:*   1-877-428-9707
*Hearing Impaired:* 1-888-663-4833
*Internet:*       www.BankOne.com

## BANK ONE BASIC BUSINESS CHECKING
Account number 000000656089166

| | Items | Amount |
|---|---|---|
| Beginning balance | | $11,718.40 |
| Checks paid | 8 | - 7,284.23 |
| Other withdrawals | 24 | - 4,417.61 |
| Deposits / additions / other credits | 0 | 0.00 |
| Balance as of Jun 10 | | $16.56 |

### Checks paid

| Number | Amount | Date paid | Number | Amount | Date paid |
|---|---|---|---|---|---|
| 1001 | 201.56 | 05-18 | 1006 | 500.00 | 06-02 |
| 1002 | 1,000.00 | 05-19 | 1007 | 2,500.00 | 06-01 |
| 1003 | 45.00 | 05-24 | 1008 | 2,670.53 | 06-09 |
| 1004 | 252.14 | 06-09 | Total | 7,284.23 | |
| 1005 | 115.00 | 06-02 | | | |

### Other withdrawals including fees and list posted items

| Date | Description | | Amount |
|---|---|---|---|
| 05-17 | Card Purchase With Pin | 000712 05/1515255 N. Hayden Ro Scottsdale AZ | 549.24 |
| 05-17 | Bank One ATM Withdrawal | 007124 05/152620 E Camelback Phoenix AZ | 300.00 |
| 05-17 | Non Bk One Withdrawal Fee | | 2.00 |
| 05-17 | Non-Bank One ATM Withdraw | 067940 05/17Biltmore-N.24 Phoenix AZ | 101.50 |
| 05-17 | Card Purchase With Pin | 044438 05/171949 East Camelbac Phoenix AZ | 70.49 |
| 05-19 | The One Card Purchase | 05/17Amenwestair 40121577 800 235 929 AZ | 489.20 |
| 05-19 | Bank One ATM Withdrawal | 007924 05/192620 E Camelback Phoenix AZ | 100.00 |
| 05-19 | The One Card Purchase | 05/17City Phx Pymt Counter Phoenix AZ | 42.14 |
| 05-19 | The One Card Purchase | 05/17Champps Restaurant And 7539 AZ | 32.48 |
| 05-20 | Bank One ATM Withdrawal | 003998 05/192827 N 44th St Phoenix AZ | 200.00 |
| 05-20 | The One Card Purchase | 05/19Quality Stamp And Seal Glendale AZ | 130.70 |

*continues*

**SEC 012104**

**BO 00028**

## In case of errors or questions about your electronic funds transfers

Telephone or write Bank One (phone # and address on front of statement). If you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:
- your name and account number
- the dollar amount of the suspected error
- a description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will recredit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## In case of errors or questions about non-electronic transactions

Contact Bank One immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules & Regulations that govern your account at Bank One.

## Billing rights summary

### In case of errors or questions about your bill
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- your name and account number
- the dollar amount of the suspected error
- describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### Special rule for credit card purchases
If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

## Balancing your checkbook

Use the following worksheet to reconcile your checking account. If you need help balancing your checkbook, call the customer service number on the front of this statement.

Mark in your checkbook all additions and subtractions reported in your checking account statement.

1 Write in the ending balance shown on this statement.        $ _____

2 List all deposits and other additions (such as transfers) not shown on this statement and add the total to the ending balance.

_____
_____
_____
_____
_____
_____

Total ➤      +$ _____

3 List all withdrawals and other subtractions (such as outstanding checks and banking card transactions) not shown on this statement. Then subtract this total from the ending balance.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Total ➤      −$ _____

4 After you figure in all the additions and subtractions, this amount should match the current balance in your checkbook.        =$ _____



Member FDIC

**SEC 012105**

e1bosddb

NNN T 1 0 08 104361

IBBC

Acct # 000000656089166
May 13 through Jun 10, 2004
Page 2 of 2

**Other withdrawals including fees and list posted items**

| Date | Description | |
|------|-------------|--:|
| 05-24 | Withdrawal | 1,500.00 |
| 05-24 | Card Purchase With Pin    357422 05/21Sprint Pcs Overland Park KS | 200.00 |
| 05-24 | The One Card Purchase    05/20California Pizza 055 Phoenix AZ | 46.89 |
| 05-24 | Card Purchase With Pin    000796 05/225021 N 20th St Phoenix AZ | 13.65 |
| 05-26 | Card Purchase With Pin    000868 05/265021 N 20th St Phoenix AZ | 33.95 |
| 05-27 | The One Card Purchase    05/26Qwestcomm*tn602 800-244-1111 CO | 243.01 |
| 05-27 | The One Card Purchase    05/26Qwestcomm*dc244 800-603-6000 CO | 115.00 |
| 06-01 | Bank One ATM Withdrawal    005219 05/292827 N 44th St Phoenix AZ | 100.00 |
| 06-01 | Bank One ATM Withdrawal    006146 05/292827 N 44th St Phoenix AZ | 40.00 |
| 06-01 | The One Card Purchase    05/28Ajo AL'S Mexican Cafe Phoenix AZ | 22.84 |
| 06-01 | The One Card Purchase    05/29Usps 0363680078 Phoenix AZ | 12.90 |
| 06-02 | The One Card Purchase    05/31Cheesecake Phoenix Phoenix AZ | 67.32 |
| 06-04 | Card Purchase With Pin    000986 06/045021 N 20th St Phoenix AZ | 4.30 |
| | | 4,417.61 |

**Daily ending balance**

| Date | Amount | Date | Amount |
|------|-------:|------|-------:|
| 05-17 | $10,695.17 | 05-27 | $6,301.59 |
| 05-18 | $10,493.61 | 06-01 | $3,625.85 |
| 05-19 | $8,829.79 | 06-02 | $2,943.53 |
| 05-20 | $8,499.09 | 06-04 | $2,939.23 |
| 05-24 | $6,693.55 | 06-09 | $16.56 |
| 05-26 | $6,659.60 | | |

**Transactions For Service Fee Calculation**

| | |
|---|--:|
| Checks Paid / Debits | 9 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| Transaction Total | 9 |

**Service Fee Calculation**

| | |
|---|--:|
| Service Fee | 0.00 |
| Service Fee Credit | 0.00 |
| Net Service Fee | 0.00 |
| Excessive Transaction Fees (Above 150) | 0.00 |
| Total Service Fees | 0.00 |

THE BANK ONE PLATINUM VISA CARD WITH ALL THE RIGHT CHOICES. AND,
THEY'RE YOURS TO MAKE. SELECT YOUR CARD COLOR, PICK YOUR BILLING
DATE AND PAYMENT METHOD, ADD A REWARDS OPTION AND ENJOY AN
EVERYDAY LOW RATE. MAKE ONE OF OURS, YOURS.
CALL 1-800-436-7979.

SEC 012106

BO 00030

SEC 012107

BO 00031

*BANK ONE*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

*BANK ONE*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

*BANK ONE*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

*BANK ONE*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

*BANK ONE*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

*BANK ONE*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

*BANK ONE*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

*BANK ONE*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

SEC 012108

BO 00032

BANK≡ONE.

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*

BANK≡ONE.

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*

BANK≡ONE.

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*

BANK≡ONE.

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*

BANK≡ONE.

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*

BANK≡ONE.

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*

BANK≡ONE.

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*

BANK≡ONE.

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*

**SEC 012109**

**BO 00033**

*BANK ONE.*

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*

*BANK ONE.*

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*

*BANK ONE.*

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*

*BANK ONE.*

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*

SEC 012110

BO 00034

https://instantimage.bankone.net/Star/action/Print.do?pageName=DDStmt&pageName=D...  03/31/2005

YNN T 1 0 08 108495

Bank One, NA
Arizona Market
P.O. Box 260180
Baton Rouge , LA 70826-0180

Acct # 000000656089166
Jun 11 through Jul 13, 2004
Page 1 of 3

Ilaludilllaumulllaoulundlaoulladlloullaloll

IBBC
4637 N 24TH ST
PHOENIX AZ  85016-5203

*To Contact Bank One*

| By Phone: | 1-800-404-4111 |
| Para Espanol: | 1-877-428-9707 |
| Hearing Impaired: | 1-888-663-4833 |
| Internet: | www.BankOne.com |

*J.P. MORGAN CHASE & CO. AND BANK ONE CORPORATION HAVE JOINED TOGETHER TO CREATE ONE COMPANY THAT OFFERS YOU THE VERY BEST IN FINANCIAL SOLUTIONS. YOU'LL HAVE MORE CHOICES, WITH GREATER ACCESS AND CONVENIENCE AT OVER 6,500 ATMS IN 19 STATES. THANKS FOR BANKING WITH US.*

## BANK ONE BASIC BUSINESS CHECKING
Account number 000000656089166

| | Items | Amount |
|---|---|---|
| Beginning balance | | $16.55 |
| Checks paid | 4 | - 5,206.37 |
| Other withdrawals | 39 | - 3,384.15 |
| Deposits / additions / other credits | 2 | +8,500.00 |
| Balance as of Jul 13 | | -73.96 |

**Checks paid**

| Number | Amount | Date paid | Number | Amount | Date paid |
|---|---|---|---|---|---|
| 1010 | 3,200.00 | 06-18 | 1013 | 125.00 | 07-06 |
| 1011 | 281.37 | 06-17 | Total | 5,206.37 | |
| 1012 | 1,600.00 | 07-01 | | | |

**Other withdrawals including fees and list posted items**

| Date | Description | |
|---|---|---|
| 06-11 | The One Card Purchase　　06/10Qwestcomm*fn602 800-603-6000 CO | 244.89 |
| 06-14 | Overdraft Fee | 29.00 |
| 06-16 | Withdrawal | 300.00 |
| 06-17 | Card Purchase With Pin　　000396 06/164502 E. Oak Road Phoenix AZ | 83.92 |
| 06-21 | Bank One ATM Withdrawal　　001282 06/202827 N 44th St Phoenix AZ | 100.00 |
| 06-21 | The One Card Purchase　　06/18The Olive Gard0001454 Scottsdale AZ | 5.75 |
| 06-22 | Bank One ATM Withdrawal　　000880 06/22201 N Central Ave Phoenix AZ | 40.00 |
| 06-23 | The One Card Purchase　　06/21Circle K 05408 Phoenix AZ | 25.16 |
| 06-23 | Card Purchase With Pin　　000606 06/233801 N. 33Rd Ave. Phoenix AZ | 23.86 |
| 06-24 | Bank One ATM Withdrawal　　001096 06/24201 N Central Ave Phoenix AZ | 100.00 |
| 06-24 | Card Purchase With Pin　　047379 06/241949 East Camelbac Phoenix AZ | 21.61 |

*continues*

**SEC 012111**

**BO 00035**

### In case of errors or questions about your electronic funds transfers

Telephone or write Bank One (phone # and address on front of statement) If you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- your name and account number
- the dollar amount of the suspected error
- a description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will recredit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In case of errors or questions about non-electronic transactions

Contact Bank One immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules & Regulations that govern your account at Bank One.

### Billing rights summary

**In case of errors or questions about your bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you *no later* than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- your name and account number
- the dollar amount of the suspected error
- describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special rule for credit card purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

### Balancing your checkbook

Use the following worksheet to reconcile your checking account. If you need help balancing your checkbook, call the customer service number on the front of this statement.

Mark in your checkbook all additions and subtractions reported in your checking account statement.

**1 Write in the ending balance shown on this statement.**   $ _____

**2 List all deposits and other additions** (such as transfers) not shown on this statement and add the total to the ending balance.

_____
_____
_____
_____
_____
_____

Total ➤   +$ _____

**3 List all withdrawals and other subtractions** (such as outstanding checks and banking card transactions) not shown on this statement. Then subtract this total from the ending balance

_____
_____
_____
_____
_____
_____
_____
_____
_____

Total ➤   -$ _____

**4 After you figure in all the additions and subtractions,** this amount should match the current balance in your checkbook.   =$ _____



Member FDIC

**SEC 012112**

o1beoddb

**BO 00036**

YNN T 1 0 08 108496

IBBC

Acct # 000000656089166

Jun 11 through Jul 13, 2004

Page 2 of 3

**Other withdrawals including fees and list posted items**

| Date | Description | | |
|------|-------------|---|---|
| 06-25 | The One Card Purchase | 06/23Carolinas Mexican Food Phoenix AZ | 20.58 |
| 06-28 | Card Purchase With Pin | 478905 06/27Sprint Pcs Overland Park KS | 200.00 |
| 06-28 | The One Card Purchase | 06/26Shell Oil 20404980144 Banning CA | 40.01 |
| 06-28 | Card Purchase With Pin | 000053 06/2712185 S. Hwy. 33/P Santa Nella CA | 39.40 |
| 06-28 | The One Card Purchase | 06/25Circle K 06359 Phoenix AZ | 24.15 |
| 06-29 | Card Purchase With Pin | 000208 06/291001 Metro Ctr Blv Foster City CA | 93.38 |
| 06-29 | The One Card Purchase | 06/27Best Western Santa Nell Gustine CA | 82.50 |
| 06-30 | The One Card Purchase | 06/29Flower Lounge Rest 1 Millbrae CA | 153.69 |
| 06-30 | Card Purchase With Pin | 432256 06/30900 El Camino Real Millbrae CA | 84.37 |
| 06-30 | The One Card Purchase | 06/25Casino Arizona Mk Scottsdale AZ | 47.85 |
| 06-30 | Card Purchase With Pin | 705809 06/291340 El Camino Rea San Bruno CA | 5.19 |
| 07-01 | Card Purchase With Pin | 728604 07/01Copa Inc Blythe CA | 50.00 |
| 07-01 | Card Purchase With Pin | 663254 06/30D_R Mkt Lost Hil CA | 35.96 |
| 07-01 | The One Card Purchase | 06/30Blackwell'S Corner Lost Hills CA | 10.00 |
| 07-02 | The One Card Purchase | 06/30Hyatt Hotels Sf Airpo Burlingame CA | 361.57 |
| 07-02 | The One Card Purchase | 07/01Motel 6_00002220 Needles CA | 39.59 |
| 07-06 | The One Card Purchase | 07/03Changing Hands Bookst 4807300205 AZ | 37.29 |
| 07-06 | The One Card Purchase | 07/02Picacho Peak Dq&travel Picacho AZ | 35.07 |
| 07-06 | The One Card Purchase | 07/01Cracker Barrel #277 Goodyear AZ | 10.14 |
| 07-07 | The One Card Purchase | 07/06Enterprise Rentacar Phoenix AZ | 776.70 |
| 07-07 | Non Bk One Withdrawal Fee | | 2.00 |
| 07-07 | Non-Bank One ATM Withdraw | 000647 07/072425 E Camelback S Phoenix AZ | 21.75 |
| 07-07 | The One Card Purchase | 07/05Miracle Mile Deli Phoenix AZ | 9.40 |
| 07-08 | The One Card Purchase | 07/02El Charro Cafe Tucson AZ | 72.17 |
| 07-08 | The One Card Purchase | 07/06Arco Ampm #1 81976 Phoenix AZ | 37.00 |
| 07-12 | The One Card Purchase | 07/09Qwestcomm*tn602 800-603-6000 CO | 74.94 |
| 07-13 | Overdraft Fee | | 29.00 |
| 07-13 | The One Card Purchase | 07/09Alphagraphics #011-Tc Phoenix AZ | 16.26 |
| | | | 3,384.15 |

*A overdraft fee was charged on 06-14 due to insufficient funds in your account.*

*A overdraft fee was charged on 07-13 due to insufficient funds in your account.*

**Deposits / additions / other credits**

| Date | Description | |
|------|-------------|---|
| 06-15 | Deposit | 4,500.00 |
| 06-25 | Deposit | 4,000.00 |
| | | 8,500.00 |

*continues*

**SEC 012113**

**BO 00037**

YNN T  1  0  08  108497

IBBC

Acct # 000000656089166
Jun 11 through Jul 13, 2004
Page 3 of 3

**Daily ending balance**

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| 06-11 | -228.33 | 06-28 | $3,736.86 |
| 06-14 | -257.33 | 06-29 | $3,560.98 |
| 06-15 | $4,242.67 | 06-30 | $3,269.88 |
| 06-16 | $3,942.67 | 07-01 | $1,573.92 |
| 06-17 | $3,577.38 | 07-02 | $1,172.76 |
| 06-18 | $377.38 | 07-06 | $965.26 |
| 06-21 | $271.63 | 07-07 | $155.41 |
| 06-22 | $231.63 | 07-08 | $46.24 |
| 06-23 | $182.61 | 07-12 | -28.70 |
| 06-24 | $61.00 | 07-13 | -73.96 |
| 06-25 | $4,040.42 | | |

**Transactions For Service Fee Calculation**

| | |
|---|---|
| Checks Paid / Debits | 5 |
| Deposits / Credits | 2 |
| Deposited Items | 2 |
| Transaction Total | 9 |

**Service Fee Calculation**

| | |
|---|---|
| Service Fee | 0.00 |
| Service Fee Credit | 0.00 |
| Net Service Fee | 0.00 |
| Excessive Transaction Fees (Above 150) | 0.00 |
| Total Service Fees | 0.00 |

**SEC 012114**

**BO 00038**

BANK≡ONE.

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK≡ONE.

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK≡ONE.

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK≡ONE.

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK≡ONE.

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK≡ONE.

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK≡ONE.

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK≡ONE.

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

SEC 012115

BO 00039

https://instantimage.bankone.net/Star/action/Print.do?pageName=DDStmt&pageName=D...    03/31/2005

BANK ≡ ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ≡ ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ≡ ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ≡ ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

SEC 012116

BO 00040

NNN T 1 0 08 102360

Bank One, NA
Arizona Market
P.O. Box 260180
Baton Rouge , LA 70826-0180

Acct # 000000656089166
Jul 14 through Aug 11, 2004
Page 1 of 3

IBBC
4637 N 24TH ST
PHOENIX AZ  85016-5203

*To Contact Bank One*

By Phone:       1-800-404-4111
Para Espanol:   1-877-428-9707
Hearing Impaired: 1-888-663-4833
Internet:       www.BankOne.com

## BANK ONE BASIC BUSINESS CHECKING
Account number 000000656089166

|  | Items | Amount |
|---|---|---|
| Beginning balance | | $ -73.96 |
| Checks paid | 5 | - 4,059.32 |
| Other withdrawals | 44 | - 4,227.03 |
| Deposits / additions / other credits | 2 | +8,562.78 |
| Balance as of Aug 11 | | $202.47 |

**Checks paid**

| Number | Amount | Date paid | Number | Amount | Date paid |
|---|---|---|---|---|---|
| 1014 | 2,670.53 | 07-21 | 1017 | 93.24 | 08-02 |
| 1015 | 500.00 | 07-20 | 1018 | 495.55 | 08-10 |
| 1016 | 300.00 | 07-27 | Total | 4,059.32 | |

**Other withdrawals including fees and list posted items**

| Date | Description | | Amount |
|---|---|---|---|
| 07-14 | Overdraft Fee | | 29.00 |
| 07-15 | The One Card Purchase | 07/13Diversified Reporting Washington DC | 1,548.75 |
| 07-15 | The One Card Purchase | 07/13Circle K 05408 Phoenix AZ | 24.15 |
| 07-16 | 040716006047 Incoming Domestic Wire Fee | | 12.00 |
| 07-16 | Overdraft Fee | | 58.00 |
| 07-19 | The One Card Purchase | 07/18Buca Di Beppo #0301 Scottsdale AZ | 107.29 |
| 07-19 | Bank One ATM Withdrawal | 007527 07/172827 N 44th St Phoenix AZ | 100.00 |
| 07-19 | The One Card Purchase | 07/16USA Petroleum Road Forks NM | 32.71 |
| 07-19 | The One Card Purchase | 07/16Chevron 00076280 Lordsburg NM | 32.00 |
| 07-19 | The One Card Purchase | 07/15Chevron 00090463 Phoenix AZ | 23.50 |
| 07-19 | The One Card Purchase | 07/16Si Senor Restaurant Deming NM | 11.70 |
| 07-19 | The One Card Purchase | 07/16Cracker Barrel #344 Marana AZ | 9.94 |
| 07-19 | The One Card Purchase | 07/174K Truck Stop-Kafe San Simon AZ | 6.52 |
| 07-20 | The One Card Purchase | 07/19Enterprise Rentacar Phoenix AZ | 264.97 |

*continues*

**SEC 012117**

**BO 00041**

### In case of errors or questions about your electronic funds transfers

Telephone or write Bank One (phone # and address on front of statement) If you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- your name and account number
- the dollar amount of the suspected error
- a description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will recredit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In case of errors or questions about non-electronic transactions

Contact Bank One immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules & Regulations that govern your account at Bank One.

### Billing rights summary

**In case of errors or questions about your bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you *no later* than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- your name and account number
- the dollar amount of the suspected error
- describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special rule for credit card purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

### Balancing your checkbook

Use the following worksheet to reconcile your checking account. If you need help balancing your checkbook, call the customer service number on the front of this statement.

Mark in your checkbook all additions and subtractions reported in your checking account statement.

**1** Write in the ending balance shown
on this statement.          $ _____

**2** List all deposits and other additions (such as transfers) not shown on this statement and add the total to the ending balance.

_____
_____
_____
_____
_____
_____

Total  ➤          +$ _____

**3** List all withdrawals and other subtractions (such as outstanding checks and banking card transactions) not shown on this statement. Then subtract this total from the ending balance

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Total  ➤          -$ _____

**4** After you figure in all the additions and subtractions, this amount should match the current balance in your checkbook.          =$ _____



Member FDIC

**SEC 012118**

etbesddb

**BO 00042**

NNN T 1 0 08 102361

IBBC

Acct # 000000656089166

Jul 14 through Aug 11, 2004

Page 2 of 3

**Other withdrawals including fees and list posted items**

| Date | Description | | |
|------|-------------|---|---|
| 07-20 | The One Card Purchase | 07/18Arco Ampm # 81976 Phoenix AZ | 43.65 |
| 07-20 | The One Card Purchase | 07/19Usps 0363680078 Phoenix AZ | 4.30 |
| 07-21 | Card Purchase With Pin | 001367 07/215021 N 20th St Phoenix AZ | 4.42 |
| 07-22 | Bank One ATM Withdrawal | 005472 07/22201 N Central Ave Phoenix AZ | 100.00 |
| 07-22 | Card Purchase With Pin | 545322 07/214515 East Thomas R Phoenix AZ | 33.87 |
| 07-22 | The One Card Purchase | 07/20Johnny Rockets Scotts Scottsdale AZ | 30.36 |
| 07-22 | The One Card Purchase | 07/20Chevron 00091499 Scottsdale AZ | 25.06 |
| 07-23 | The One Card Purchase | 07/22Qwestcomm*tn602 800-603-6000 CO | 434.53 |
| 07-26 | Card Purchase With Pin | 317055 07/24Sprint Pcs Overland Park KS | 150.00 |
| 07-26 | The One Card Purchase | 07/24Southwestair52627118337 Dallas TX | 116.70 |
| 07-26 | The One Card Purchase | 07/22City Phx Pymt Counter Phoenix AZ | 54.10 |
| 07-26 | The One Card Purchase | 07/23Matador Restaurant Phoenix AZ | 37.13 |
| 07-26 | The One Card Purchase | 07/23Circle K 05408 Phoenix AZ | 24.05 |
| 07-27 | Card Purchase With Pin | 000109 07/263920 E Thomas Rd Phoenix AZ | 3.85 |
| 07-28 | Non Bk One Withdrawal Fee | | 2.00 |
| 07-28 | Non-Bank One ATM Withdraw | 000844 07/282425 E Camelback S Phoenix AZ | 21.75 |
| 07-29 | Bank One Card Cash Back | 000327 07/293801 N. 33Rd Ave. Phoenix AZ | 54.12 |
| 07-29 | The One Card Purchase | 07/27Carolinas Mexican Food Phoenix AZ | 6.40 |
| 07-30 | The One Card Purchase | 07/27Circle K 00822 Avondale AZ | 24.54 |
| 07-30 | The One Card Purchase | 07/29Wide World of Maps Inc Phoenix AZ | 4.27 |
| 07-30 | The One Card Purchase | 07/28Ktc #1303080  13030804 Phoenix AZ | 1.61 |
| 08-02 | Bank One ATM Withdrawal | 002657 08/022620 E Camelback Phoenix AZ | 40.00 |
| 08-05 | The One Card Purchase | 08/04Ajo AL'S Mexican Cafe Phoenix AZ | 42.11 |
| 08-06 | The One Card Purchase | 08/05Qwestcomm*tn602 800-603-6000 CO | 444.69 |
| 08-09 | The One Card Purchase | 08/08Qwestcomm*tn602 800-603-6000 CO | 68.18 |
| 08-09 | Bank One ATM Withdrawal | 002767 08/072827 N 44th St Phoenix AZ | 20.00 |
| 08-09 | The One Card Purchase | 08/07Usps 0363729551 Phoenix AZ | 3.85 |
| 08-10 | The One Card Purchase | 08/06DR *symantec.com Orderlind.Com MN | 49.95 |
| 08-11 | Bank One ATM Withdrawal | 001814 08/11201 S Beeline Hwy Payson AZ | 100.00 |
| 08-11 | Card Purchase With Pin | 901107 08/11401 S. Beeline Hwy Payson AZ | 21.01 |
| | | | 4,227.03 |

*A overdraft fee was charged on 07-14 due to insufficient funds in your account.*

*A overdraft fee was charged on 07-16 due to insufficient funds in your account.*

**Deposits / additions / other credits**

| Date | Description | | |
|------|-------------|---|---|
| 07-16 | 040716006047 0770    122287196    Org=alvaretta B Ruppman 493 Naples, FL Obi=addr 4637 N 24th Street Phoenix AZ | | 8,000.00 |
| 08-02 | Deposit | | 562.78 |
| | | | 8,562.78 |

*continues*

**SEC 012119**

**BO 00043**

NNN T 1 0 08 102362

IBBC

Acct # 000000656089166
Jul 14 through Aug 11, 2004
Page 3 of 3

**Daily ending balance**

| Date | Amount | | Date | Amount |
|------|--------|---|------|--------|
| 07-14 | -102.96 | | 07-28 | $1,109.21 |
| 07-15 | -1,675.86 | | 07-29 | $1,048.69 |
| 07-16 | $6,254.14 | | 07-30 | $1,018.27 |
| 07-19 | $5,930.48 | | 08-02 | $1,447.81 |
| 07-20 | $5,117.56 | | 08-05 | $1,405.70 |
| 07-21 | $2,442.61 | | 08-06 | $961.01 |
| 07-22 | $2,253.32 | | 08-09 | $868.98 |
| 07-23 | $1,818.79 | | 08-10 | $323.48 |
| 07-26 | $1,436.81 | | 08-11 | $202.47 |
| 07-27 | $1,132.96 | | | |

**Transactions For Service Fee Calculation**

| | |
|---|---|
| Checks Paid / Debits | 5 |
| Deposits / Credits | 1 |
| Deposited Items | 1 |
| Transaction Total | 7 |

**Service Fee Calculation**

| | |
|---|---|
| Service Fee | 0.00 |
| Service Fee Credit | 0.00 |
| Net Service Fee | 0.00 |
| Excessive Transaction Fees (Above 150) | 0.00 |
| Total Service Fees | 0.00 |

**SEC 012120**

**BO 00044**

*BANK ONE.*

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*

*BANK ONE.*

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*

*BANK ONE.*

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*

*BANK ONE.*

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*

*BANK ONE.*

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*

*BANK ONE.*

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*

*BANK ONE.*

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*

*BANK ONE.*

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*

*BANK ONE.*

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*

*BANK ONE.*

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*

SEC 012121

BO 00045



*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*



*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*

SEC 012122

BO 00046

NNN T 1 0 08 108788

Bank One, NA
Arizona Market
P.O. Box 260180
Baton Rouge, LA 70826-0180

Acct # 000000656089166
Aug 12 through Sep 13, 2004
Page 1 of 2

IBBC
4637 N 24TH ST
PHOENIX AZ  85016-5203

*To Contact Bank One*

By Phone:        1-800-404-4111
Para Espanol:    1-877-428-9707
Hearing Impaired: 1-888-663-4833
Internet:        www.BankOne.com

## BANK ONE BASIC BUSINESS CHECKING
Account number 000000656089166

| | Items | Amount |
|---|---|---|
| Beginning balance | | $202.47 |
| Checks paid | 0 | 0.00 |
| Other withdrawals | 12 | - 572.11 |
| Deposits / additions / other credits | 0 | 0.00 |
| Balance as of Sep 13 | | -369.64 |

**Other withdrawals including fees and list posted items**

| Date | Description | | Amount |
|---|---|---|---|
| 08-12 | Card Purchase With Pin | 082584 08/12401 S. Beeline Hwy Payson AZ | 24.20 |
| 08-13 | Card Purchase With Pin | 068741 08/131949 East Camelbac Phoenix AZ | 38.91 |
| 08-13 | The One Card Purchase | 08/11Laguna Travel Center Casa Blanca NM | 25.01 |
| 08-16 | The One Card Purchase | 08/13Enterprise Rentacar Phoenix AZ | 229.46 |
| 08-16 | The One Card Purchase | 08/12Laguna Travel Center Casa Blanca NM | 14.21 |
| 08-17 | Overdraft Fee | | 58.00 |
| 08-17 | The One Card Purchase | 08/16Usps 0363680078 Phoenix AZ | 15.40 |
| 08-18 | Overdraft Fee | | 29.00 |
| 08-19 | The One Card Purchase | 08/17Borders Books 01000546 Phoenix AZ | 33.45 |
| 08-19 | The One Card Purchase | 08/17Arco Ampm # 81976 Phoenix AZ | 21.47 |
| 08-20 | Overdraft Fee | | 58.00 |
| 08-23 | Extended Overdraft Fee | | 25.00 |
| | | | 572.11 |

*A overdraft fee was charged on 08-17 due to insufficient funds in your account.*

*A overdraft fee was charged on 08-18 due to insufficient funds in your account.*

*A overdraft fee was charged on 08-20 due to insufficient funds in your account.*

*continues*

SEC 012123

BO 00047

## In case of errors or questions about your electronic funds transfers

Telephone or write Bank One (phone # and address on front of statement) If you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- your name and account number
- the dollar amount of the suspected error
- a description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will recredit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## In case of errors or questions about non-electronic transactions

Contact Bank One immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules & Regulations that govern your account at Bank One.

## Billing rights summary

**In case of errors or questions about your bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you *no later* than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- your name and account number
- the dollar amount of the suspected error
- describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

## Special rule for credit card purchases

If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

## Balancing your checkbook

Use the following worksheet to reconcile your checking account. If you need help balancing your checkbook, call the customer service number on the front of this statement.

Mark in your checkbook all additions and subtractions reported in your checking account statement.

**1** Write in the ending balance shown
on this statement.                                        $ _____

**2** List all deposits and other additions (such as transfers) not shown on this statement and add the total to the ending balance.

_____
_____
_____
_____
_____
_____

Total ➤                +$ _____

**3** List all withdrawals and other subtractions (such as outstanding checks and banking card transactions) not shown on this statement. Then subtract this total from the ending balance

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Total ➤                -$ _____

**4** After you figure in all the additions and subtractions, this amount should match the current balance in your checkbook.        =$ _____



Member FDIC

SEC 012124

o1bookfb

BO 00048

NNN T 1 0 08 108789

IBBC

Acct # 000000656089166
Aug 12 through Sep 13, 2004
Page 2 of 2

Daily ending balance

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| 08-12 | $178.27 | 08-18 | -231.72 |
| 08-13 | $114.35 | 08-19 | -286.64 |
| 08-16 | -129.32 | 08-20 | -344.64 |
| 08-17 | -202.72 | 08-23 | -369.64 |

Transactions For Service Fee Calculation

| | |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| Transaction Total | 0 |

Service Fee Calculation

| | |
|---|---|
| Service Fee | 0.00 |
| Service Fee Credit | 0.00 |
| Net Service Fee | 0.00 |
| Excessive Transaction Fees (Above 150) | 0.00 |
| Total Service Fees | 0.00 |

SIGN UP NOW FOR ONLINE STATEMENTS FROM BANK ONE, THE FAST, FREE,
AND SECURE WAY TO MANAGE YOUR BANK STATEMENTS. VIEW UP TO SIX
MONTHS OF STATEMENTS ONLINE, OR DOWNLOAD YOUR STATEMENTS AND
STORE THEM ELECTRONICALLY. NO PAPER, NO SHREDDING, NO PROBLEM.
VISIT BANKONE.COM/PAPERLESS TO SIGN UP NOW.

BANK ONE PLATINUM VISA (R) REWARDS CARD. EARN A FULL 1%
CASH BACK ON CARD PURCHASES AND INTEREST. GET $25 CASH BACK,
OR RECEIVE A GIFT CERTIFICATE EACH TIME YOU REACH 2500 IN POINTS.
STOP BY YOUR LOCAL BANKING CENTER, CALL 1-800-436-7979, OR VISIT
BANKONE.COM FOR FULL DETAILS.

INTRODUCING STUDENT CHECKING FROM BANK ONE. EXCLUSIVELY FOR OUR
CHECKING ACCOUNT CUSTOMERS, GREAT FOR YOUR SON OR DAUGHTER,
CONVENIENT FOR YOU. HELP THE STUDENT IN YOUR FAMILY GET OFF TO A
SOUND FINANCIAL FUTURE. STOP IN YOUR NEAREST BANK ONE BRANCH
SOON TO OPEN A STUDENT CHECKING ACCOUNT OR FOR MORE INFORMATION.

SEC 012125

BO 00049

SEC 012126

BO 00050