**JPMorganChase**

**JPMorgan Chase Bank**
One Chase Manhattan Plaza, 26th Floor
New York, New York 10081
Legal  Department
Tel. (212) 552-2103
Off. Fax (212) 552-0693

**Candice D. Brooks**
Legal Assistant

**RECEIVED**

MAY 0 2 2005

**Division of Enforcement**

April 22, 2005

US Securities and Exchange Commission
Division of Enforcement
450 5th Street, N.W.
Washington, DC  20549-0707
Attention:  Christy Romero

Re: In the Matter of J-Bird Music Group Ltd.

Dear Sir or Madam:

I am forwarding the account information that you requested concerning the above account holder. This information is supplied responsive to the subpoena served on JPMorgan Chase and Co.

| Account No. | Account Holder | Statement Cycle |
|---|---|---|
| 656089323 | IBBC | 04/2004-09/2004 reconstruction |
| 656089166 | IBBC | 04/2004-09/2004 reconstruction |

This is to certify that the attached/enclosed records are a full, completed and exact duplicate of the official records, which are maintained in the usual course of business.

I trust that this shall comply with any evidentiary rules of the court.  This information is has been given in full compliance with the subpoena, but in lieu of an appearance

Very truly yours,

Candice Brooks

File: 120240/CB

SEC 012127

*43782:v01*

BO 00051



PLAINTIFF'S
EXHIBIT

Page 1 of 20

NNN 1 0 08 110517

Bank One, NA
Arizona Market
P.O. Box 260180
Baton Rouge , LA 70826-0180

Acct # 000000656089323

**Apr 28 through May 12, 2004**

Page 1 of 2

IIBBC
4637 N 24TH ST
PHOENIX AZ  85016-5203

*To Contact Bank One*

By Phone:        1-800-404-4111
Para Espanol:    1-877-428-9707
Hearing Impaired: 1-888-663-4833
Internet:        www.BankOne.com

## BANK ONE BASIC BUSINESS CHECKING
Account number 000000656089323

|  | Items | Amount |
|---|---|---|
| Beginning balance | | $0.00 |
| Checks paid | 0 | 0.00 |
| Other withdrawals | 3 | - 117.95 |
| Deposits / additions / other credits | 1 | +1,000.00 |
| Balance as of May 12 | | $882.05 |

**Other withdrawals including fees and list posted items**

| Date | Description | |
|---|---|---|
| 05-11 | Bank One ATM Withdrawal    006120 05/112620 E Camelback Phoenix AZ | 100.00 |
| 05-12 | Card Purchase With Pin    000544 05/125021 N 20th St Phoenix AZ | 13.65 |
| 05-12 | Card Purchase With Pin    000656 05/125021 N 20th St Phoenix AZ | 4.30 |
| | | 117.95 |

**Deposits / additions / other credits**

| Date | Description | |
|---|---|---|
| 04-28 | Funds Trans To | 1,000.00 |
| | | 1,000.00 |

**Daily ending balance**

| Date | Amount | Date | Amount |
|---|---|---|---|
| 04-28 | $1,000.00 | 05-12 | $882.05 |
| 05-11 | $900.00 | | |

**Transactions For Service Fee Calculation**

| | |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| Transaction Total | 0 |

*continues*

**SEC 012128**

**BO 00052**

### In case of errors or questions about your electronic funds transfers

Telephone or write Bank One (phone # and address on front of statement) If you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:
- your name and account number
- the dollar amount of the suspected error
- a description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will recredit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In case of errors or questions about your non-electronic transactions

Contact Bank One immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules & Regulations that govern your account at Bank One.

### Billing rights summary

#### In case of errors or questions about your bill
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you *no later* than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- your name and account number
- the dollar amount of the suspected error
- describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

#### Special rule for credit card purchases
If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

### Balancing your checkbook

Use the following worksheet to reconcile your checking account. If you need help balancing your checkbook, call the customer service number on the front of this statement.

Mark in your checkbook all additions and subtractions reported in your checking account statement.

1 Write in the ending balance shown on this statement. $ _____

2 List all deposits and other additions (such as transfers) not shown on this statement and add the total to the ending balance.

_____
_____
_____
_____
_____
_____

Total ➤   +$ _____

3 List all withdrawals and other subtractions (such as outstanding checks and banking card transactions) not shown on this statement. Then subtract this total from the ending balance

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Total ➤   −$ _____

4 After you figure in all the additions and subtractions, this amount should match the current balance in your checkbook.   =$ _____



EQUAL HOUSING OPPORTUNITY LENDER   Member FDIC

**SEC 012129**

o1bossdb

**BO 00053**

NNN 1 0 08 110518

IBBC

Acct # 000000656089323
Apr 28 through May 12, 2004
Page 2 of 2

| Service Fee Calculation | |
|---|---|
| Service Fee | 0.00 |
| Service Fee Credit | 0.00 |
| Net Service Fee | 0.00 |
| Excessive Transaction Fees (Above 150) | 0.00 |
| Total Service Fees | 0.00 |

SEC 012130

BO 00054

SEC 012131

BO 00055

NNN 1 1 08 7026

Bank One, NA
Arizona Market
P.O. Box 260180
Baton Rouge , LA 70826-0180

IBBC
DBA COMPUTER BATH
4637 N 24TH ST
PHOENIX AZ  85016-5203

Acct # 000000656089323

May 13 through Jun 10, 2004

Page 1 of 2

*To Contact Bank One*

By Phone:     1-800-404-4111
Para Espanol:    1-877-428-9707
Hearing Impaired: 1-888-663-4833
Internet:      www.BankOne.com

## BANK ONE BASIC BUSINESS CHECKING
Account number 000000656089323

| | Items | Amount |
|---|---|---|
| Beginning balance | | $882.05 |
| Checks paid | 1 | - 500.00 |
| Other withdrawals | 2 | - 164.73 |
| Deposits / additions / other credits | 0 | 0.00 |
| Balance as of Jun 10 | | $217.32 |

**Checks paid**

| Number | Amount | Date paid | Number | Amount | Date paid |
|---|---|---|---|---|---|
| 1001 | 500.00 | 05-14 | Total | 500.00 | |

**Other withdrawals including fees and list posted items**

| Date | Description | | Amount |
|---|---|---|---|
| 05-14 | Bank One ATM Withdrawal | 006818 05/142620 E Camelback Phoenix AZ | 100.00 |
| 05-17 | The One Card Purchase | 05/14Cork N Cleaver Phoenix AZ | 64.73 |
| | | | 164.73 |

**Daily ending balance**

| Date | Amount | Date | Amount |
|---|---|---|---|
| 05-14 | $282.05 | 05-17 | $217.32 |

**Transactions For Service Fee Calculation**

| | |
|---|---|
| Checks Paid / Debits | 1 |
| Deposits / Credits | 0 |
| Deposited items | 0 |
| Transaction Total | 1 |

*continues*

SEC 012132

BO 00056

### In case of errors or questions about your electronic funds transfers

Telephone or write Bank One (phone # and address on front of statement)
If you think your statement is wrong, or if you need more information about
a transaction listed on the statement or receipt. We must hear from you no
later than 60 days after we sent you the first statement on which the problem
or error appeared. Be prepared to give us the following information:
- your name and account number
- the dollar amount of the suspected error
- a description of the error or transfer you are unsure of, why
  you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If
we take more than 10 business days (or 20 business days for new accounts)
to do this, we will recredit your account for the amount you think is in error so
that you will have use of the money during the time it takes us to complete
our investigation.

### In case of errors or questions about non-electronic transactions

Contact Bank One immediately if your statement is incorrect or if you need
more information about any non-electronic transactions (checks or deposits)
on this statement. If any such error appears, we must hear from you no later
than 30 days after the statement was made available to you. For more
complete details, see the Account Rules & Regulations that govern your
account at Bank One.

### Billing rights summary

**In case of errors or questions about your bill**
If you think your bill is wrong, or if you need more information about a
transaction on your bill, write us on a separate sheet of paper at the
address listed on the front of your statement as soon as possible. We
must hear from you *no later* than 60 days after we sent you the first bill on
which the error or problem appeared. You can telephone us, but doing so
will not preserve your rights.

In your letter, give us the following information:
- your name and account number
- the dollar amount of the suspected error
- describe the error and explain, if you can, why you believe there is an
  error; if you need more information, describe the item you are unsure of
- your signature and the date

You do not have to pay any amount in question while we are investigating,
but you are still obligated to pay the parts of your bill that are not in
question. While we investigate your question, we cannot report you as
delinquent or take any action to collect the amount you question.

**Special rule for credit card purchases**
If you have a problem with the quality of goods or services that you
purchased with a credit card and you have tried in good faith to correct
the problem with the merchant, you may not have to pay the remaining
amount due on the goods or services. You have this protection only when
the purchase price was more than $50 and the purchase was made in
your home state or within 100 miles of your mailing address. (If we own
or operate the merchant, or if we mailed you the advertisement for the
property or services, all purchases are covered regardless of amount or
location of purchase.)

### Balancing your checkbook

Use the following worksheet to reconcile your checking account. If you
need help balancing your checkbook, call the customer service number
on the front of this statement.

Mark in your checkbook all additions and subtractions reported in your
checking account statement.

1 Write in the ending balance shown
  on this statement.                                           $ _____

2 List all deposits and other additions (such as
  transfers) not shown on this statement and add
  the total to the ending balance.

  _____
  _____
  _____
  _____
  _____
  _____
  _____

                                          Total ➤  +$ _____

3 List all withdrawals and other subtractions
  (such as outstanding checks and banking card
  transactions) not shown on this statement.
  Then subtract this total from the ending balance

  _____
  _____
  _____
  _____
  _____
  _____
  _____
  _____
  _____
  _____
  _____
  _____

                                          Total ➤  -$ _____

4 After you figure in all the additions and
  subtractions, this amount should match the
  current balance in your checkbook.      =$ _____



Member FDIC

**SEC 012133**

e1bosddb

**BO 00057**

NNN 1 1 08 7027

IBBC

Acct # 000000656089323

May 13 through Jun 10, 2004

Page 2 of 2

| Service Fee Calculation | |
| --- | --- |
| Service Fee | 0.00 |
| Service Fee Credit | 0.00 |
| Net Service Fee | 0.00 |
| Excessive Transaction Fees (Above 150) | 0.00 |
| Total Service Fees | 0.00 |

THE BANK ONE PLATINUM VISA CARD WITH ALL THE RIGHT CHOICES. AND,
THEY'RE YOURS TO MAKE. SELECT YOUR CARD COLOR, PICK YOUR BILLING
DATE AND PAYMENT METHOD, ADD A REWARDS OPTION AND ENJOY AN
EVERYDAY LOW RATE. MAKE ONE OF OURS, YOURS.
CALL 1-800-436-7979.

SEC 012134

BO 00058

Page 1 of 1

IBBC
DBA COMPUTERBATH
4537 N 24TH ST.
PHOENIX, AZ 85016

1001

DATE *May* 14, 2004
16-108

PAY TO THE
ORDER OF    *IBBC*    | $ *500.00*

*Five hundred dollar* $ ⁰⁰/₁₀₀    DOLLARS

**BANK**❖**ONE.**

FOR *Transfer Funds*

⑈001001⑈ ⑆122100024⑆ 656089323⑈ ⑈000050000⑈

Posting Date      2004 May 14

Prime Sequence   8740255755

Amount           $500.00

Bank             12210002

Account:         000000000656089323

Serial Field     000000001001

Bank No.         601

item type

IRD

SEC 012135

BO 00059

SEC 012136

BO 00060

YNN 1 0 08 108519

Bank One, NA
Arizona Market
P.O. Box 260180
Baton Rouge , LA 70826-0180

Acct # 000000656089323

Jun 11 through Jul 13, 2004

Page 1 of 2

IBBC
DBA COMPUTER BATH
4637 N 24TH ST
PHOENIX AZ  85016-5203

*To Contact Bank One*

**By Phone:**        1-800-404-4111
*Para Espanol:*      1-877-428-9707
*Hearing Impaired:* 1-888-663-4833
*Internet:*          www.BankOne.com

*J.P. MORGAN CHASE & CO. AND BANK ONE CORPORATION HAVE JOINED TOGETHER TO CREATE ONE COMPANY THAT OFFERS YOU THE VERY BEST IN FINANCIAL SOLUTIONS. YOU'LL HAVE MORE CHOICES, WITH GREATER ACCESS AND CONVENIENCE AT OVER 6,500 ATMS IN 19 STATES. THANKS FOR BANKING WITH US.*

## BANK ONE BASIC BUSINESS CHECKING
Account number 000000656089323

|  | Items | Amount |
|---|---|---|
| Beginning balance |  | $217.32 |
| Checks paid | 0 | 0.00 |
| Other withdrawals | 5 | - 196.71 |
| Deposits / additions / other credits | 0 | 0.00 |
| Balance as of Jul 13 |  | $20.61 |

### Other withdrawals including fees and list posted items

| Date | Description |  |
|---|---|---|
| 06-16 | Bank One ATM Withdrawal  003392 06/162620 E Camelback Phoenix AZ | 100.00 |
| 06-21 | The One Card Purchase        06/17Ihop#1527    05415278 Avondale AZ | 29.02 |
| 06-21 | The One Card Purchase        06/18The Olive Gard0001454 Scottsdale AZ | 27.15 |
| 06-21 | Bank One ATM Withdrawal  001280 06/202827 N 44th St Phoenix AZ | 20.00 |
| 06-23 | The One Card Purchase        06/21Kfc 2900004-9 29000049 Phoenix AZ | 20.53 |
|  |  | 196.71 |

### Daily ending balance

| Date | Amount | Date | Amount |
|---|---|---|---|
| 06-16 | $117.32 | 06-23 | $20.61 |
| 06-21 | $41.14 |  |  |

### Transactions For Service Fee Calculation

| Checks Paid / Debits | 0 |
|---|---|
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| Transaction Total | 0 |

*continues*

**SEC 012137**

**BO 00061**

### In case of errors or questions about your electronic funds transfers

Telephone or write Bank One (phone # and address on front of statement) if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- your name and account number
- the dollar amount of the suspected error
- a description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will recredit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In case of errors or questions about non-electronic transactions

Contact Bank One immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules & Regulations that govern your account at Bank One.

### Billing rights summary

**In case of errors or questions about your bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you *no later* than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- your name and account number
- the dollar amount of the suspected error
- describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special rule for credit card purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

### Balancing your checkbook

Use the following worksheet to reconcile your checking account. If you need help balancing your checkbook, call the customer service number on the front of this statement.

Mark in your checkbook all additions and subtractions reported in your checking account statement.

**1** Write in the ending balance shown on this statement.          $ _____

**2** List all deposits and other additions (such as transfers) not shown on this statement and add the total to the ending balance.

_____
_____
_____
_____
_____
_____

Total  ➤          +$ _____

**3** List all withdrawals and other subtractions (such as outstanding checks and banking card transactions) not shown on this statement. Then subtract this total from the ending balance

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Total  ➤          -$ _____

**4** After you figure in all the additions and subtractions, this amount should match the current balance in your checkbook.          =$ _____



Member FDIC

SEC 012138

e1bssddb

BO 00062

YNN 1 0 08 108520

IBBC

Acct # 000000656089323
Jun 11 through Jul 13, 2004
Page 2 of 2

| Service Fee Calculation | |
|---|---|
| Service Fee | 0.00 |
| Service Fee Credit | 0.00 |
| Net Service Fee | 0.00 |
| Excessive Transaction Fees (Above 150) | 0.00 |
| Total Service Fees | 0.00 |

SEC 012139

BO 00063

SEC 012140

BO 00064

NNN 1  0  08  102380

Bank One, NA
Arizona Market
P.O. Box 260180
Baton Rouge , LA 70826-0180

Acct # 000000656089323
Jul 14 through Aug 11, 2004
Page 1 of 2

IBBC
DBA COMPUTER BATH
4637 N 24TH ST
PHOENIX AZ  85016-5203

*To Contact Bank One*

By Phone:         1-800-404-4111
Para Espanol:     1-877-428-9707
Hearing Impaired: 1-888-663-4833
Internet:         www.BankOne.com

## BANK ONE BASIC BUSINESS CHECKING
Account number 000000656089323

|  | Items | Amount |
|---|---|---|
| Beginning balance |  | $20.61 |
| Checks paid | 0 | 0.00 |
| Other withdrawals | 4 | - 90.12 |
| Deposits / additions / other credits | 0 | 0.00 |
| Balance as of Aug 11 |  | -69.51 |

**Other withdrawals including fees and list posted items**

| Date | Description | | Amount |
|---|---|---|---|
| 07-14 | The One Card Purchase | 07/12Miracle Mile Deli Phoenix AZ | 4.27 |
| 07-20 | The One Card Purchase | 07/18Chevron 00203455 Vancouver WA | 31.85 |
| 07-21 | Overdraft Fee | | 29.00 |
| 07-27 | Extended Overdraft Fee | | 25.00 |
| | | | 90.12 |

*A overdraft fee was charged on 07-21 due to insufficient funds in your account.*

**Daily ending balance**

| Date | Amount | Date | Amount |
|---|---|---|---|
| 07-14 | $16.34 | 07-21 | -44.51 |
| 07-20 | -15.51 | 07-27 | -69.51 |

**Transactions For Service Fee Calculation**

| | |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| Transaction Total | 0 |

*continues*

SEC 012141

BO 00065

https://instantimage.bankone.net/Star/action/Print.do?pageName=DDStmt&pageName=D...  03/31/2005

## In case of errors or questions about your electronic funds transfers

Telephone or write Bank One (phone # and address on front of statement) If you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- your name and account number
- the dollar amount of the suspected error
- a description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will recredit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## In case of errors or questions about non-electronic transactions

Contact Bank One immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules & Regulations that govern your account at Bank One.

## Billing rights summary

### In case of errors or questions about your bill
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you *no later* than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- your name and account number
- the dollar amount of the suspected error
- describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of and the date
- your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### Special rule for credit card purchases
If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

## Balancing your checkbook

Use the following worksheet to reconcile your checking account. If you need help balancing your checkbook, call the customer service number on the front of this statement.

Mark in your checkbook all additions and subtractions reported in your checking account statement.

**1** Write in the ending balance shown
on this statement.                                    $ _____

**2** List all deposits and other additions (such as
transfers) not shown on this statement and add
the total to the ending balance.

_____
_____
_____
_____
_____
_____

Total  ➤      +$ _____

**3** List all withdrawals and other subtractions
(such as outstanding checks and banking card
transactions) not shown on this statement.
Then subtract this total from the ending balance

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Total  ➤      -$ _____

**4** After you figure in all the additions and
subtractions, this amount should match the
current balance in your checkbook.      =$ _____

  Member FDIC

**SEC 012142**

e1bosddb

**BO 00066**

NNN 1 0 08 102381

IBBC

Acct # 000000655089323

**Jul 14 through Aug 11, 2004**

Page 2 of 2

| Service Fee Calculation | |
|---|---|
| Service Fee | 0.00 |
| Service Fee Credit | 0.00 |
| Net Service Fee | 0.00 |
| Excessive Transaction Fees (Above 150) | 0.00 |
| Total Service Fees | 0.00 |

**SEC 012143**

**BO 00067**

SEC 012144

BO 00068

Bank One, NA
Arizona Market
P.O. Box 260180
Baton Rouge , LA 70826-0180

NNN 1 0 08 108808

Acct # 000000656089323
Aug 12 through Sep 13, 2004
Page 1 of 2

Ilululdlhlumulhulludlhlumllulllullllllulllllul

IBBC
DBA COMPUTER BATH
4637 N 24TH ST
PHOENIX AZ  85016-5203

*To Contact Bank One*

**By Phone:**     1-800-404-4111
**Para Espanol:**  1-877-428-9707
**Hearing Impaired:** 1-888-663-4833
**Internet:**     www.BankOne.com

## BANK ONE BASIC BUSINESS CHECKING
Account number 000000656089323

|  | Items | Amount |
|---|---|---|
| Beginning balance |  | $-69.51 |
| Checks paid | 0 | 0.00 |
| Other withdrawals | 0 | 0.00 |
| Deposits / additions / other credits | 0 | 0.00 |
| Balance as of Sep 13 |  | -69.51 |

| Transactions For Service Fee Calculation |  |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| Transaction Total | 0 |

| Service Fee Calculation |  |
|---|---|
| Service Fee | 0.00 |
| Service Fee Credit | 0.00 |
| Net Service Fee | 0.00 |
| Excessive Transaction Fees (Above 150) | 0.00 |
| Total Service Fees | 0.00 |

SIGN UP NOW FOR ONLINE STATEMENTS FROM BANK ONE, THE FAST FREE,
AND SECURE WAY TO MANAGE YOUR BANK STATEMENTS. VIEW UP TO SIX
MONTHS OF STATEMENTS ONLINE, OR DOWNLOAD YOUR STATEMENTS AND
STORE THEM ELECTRONICALLY. NO PAPER, NO SHREDDING, NO PROBLEM.
VISIT BANKONE.COM/PAPERLESS TO SIGN UP NOW.

BANK ONE PLATINUM VISA (R) REWARDS CARD. EARN A FULL 1%
CASH BACK ON CARD PURCHASES AND INTEREST. GET $25 CASH BACK,
OR RECEIVE A GIFT CERTIFICATE EACH TIME YOU REACH 2500 IN POINTS.
STOP BY YOUR LOCAL BANKING CENTER, CALL 1-800-436-7979, OR VISIT
BANKONE.COM FOR FULL DETAILS.

*continues*

**SEC 012145**

**BO 00069**

### In case of errors or questions about your electronic funds transfers

Telephone or write Bank One (phone # and address on front of statement) If you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:
- your name and account number
- the dollar amount of the suspected error
- a description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will recredit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In case of errors or questions about your non-electronic transactions

Contact Bank One immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules & Regulations that govern your account at Bank One.

### Billing rights summary

**In case of errors or questions about your bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you *no later* than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- your name and account number
- the dollar amount of the suspected error
- describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special rule for credit card purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

### Balancing your checkbook

Use the following worksheet to reconcile your checking account. If you need help balancing your checkbook, call the customer service number on the front of this statement.

Mark in your checkbook all additions and subtractions reported in your checking account statement.

1 Write in the ending balance shown
   on this statement.                         $ _____

2 List all deposits and other additions (such as
   transfers) not shown on this statement and add
   the total to the ending balance.

   _____
   _____
   _____
   _____
   _____
   _____
   _____

                              Total ➤   +$ _____

3 List all withdrawals and other subtractions
   (such as outstanding checks and banking card
   transactions) not shown on this statement.
   Then subtract this total from the ending balance

   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

                              Total ➤   -$ _____

4 After you figure in all the additions and
   subtractions, this amount should match the
   current balance in your checkbook.         =$ _____

 Member FDIC

**SEC 012146**

etbeaddb

BO 00070

NNN 1 0 08 108809

IBBC

Acct # 000000656089323

Aug 12 through Sep 13, 2004

Page 2 of 2

INTRODUCING STUDENT CHECKING FROM BANK ONE. EXCLUSIVELY FOR OUR
CHECKING ACCOUNT CUSTOMERS, GREAT FOR YOUR SON OR DAUGHTER,
CONVENIENT FOR YOU. HELP THE STUDENT IN YOUR FAMILY GET OFF TO A
SOUND FINANCIAL FUTURE. STOP IN YOUR NEAREST BANK ONE BRANCH
SOON TO OPEN A STUDENT CHECKING ACCOUNT OR FOR MORE INFORMATION.

SEC 012147

BO 00071

SEC 012148

BO 00072