Bank One, NA
Arizona Market
P.O. Box 260180
Baton Rouge , LA 70826-0180

NNN T 1 0 08 110501

Acct # 000000656089166
Apr 20 through May 12, 2004
Page 1 of 2

IBBC
4637 N 24TH ST
PHOENIX AZ  85016-5203

**To Contact Bank One**

| | |
|---|---|
| By Phone: | 1-800-404-4111 |
| Para Espanol: | 1-877-428-9707 |
| Hearing Impaired: | 1-888-663-4833 |
| Internet: | www.BankOne.com |

## BANK ONE BASIC BUSINESS CHECKING

Account number 000000656089166

| | Items | Amount |
|---|---|---|
| Beginning balance | | $0.00 |
| Checks paid | 5 | - 14,260.00 |
| Other withdrawals | 3 | - 4,021.60 |
| Deposits / additions / other credits | 1 | +30,000.00 |
| Balance as of May 12 | | $11,718.40 |

**Checks paid**

| Number | Amount | Date paid | Number | Amount | Date paid |
|---|---|---|---|---|---|
| 999990 | 3,800.00 | 05-03 | 999993 | 2,560.00 | 05-06 |
| 999991 | 4,500.00 | 04-30 | 999994 | 1,400.00 | 05-11 |
| 999992 | 2,000.00 | 05-04 | Total | 14,260.00 | |

**Other withdrawals including fees and list posted items**

| Date | Description | | |
|---|---|---|---|
| 04-28 | Funds Trans From | | |
| 05-03 | Withdrawal | | 1,000.00 |
| 05-04 | Chk/Sav Documentfees    PPD | | 3,000.00 |
| | | | 21.60 |
| | | | 4,021.60 |

**Deposits / additions / other credits**

| Date | Description | |
|---|---|---|
| 04-20 | Deposit | 30,000.00 |
| | | 30,000.00 |

**Daily ending balance**

| Date | Amount | Date | Amount |
|---|---|---|---|
| 04-20 | $30,000.00 | 04-30 | $24,500.00 |
| 04-28 | $29,000.00 | 05-03 | $17,700.00 |

*continues*

**SEC 012149**

**BO 00073**



PLAINTIFF'S
EXHIBIT
I (2)

CF34342:200504115002:2003 scanned on SCANER98 by Operator on Apr 11, 2005 at 05:51:17 PM - Page 3 of 25.



REQUEST  200504115002    3800.00
ROLL A02700  20040503  00000514008584
ARCHIVE  P   ACCT 601000656089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TX1-0057
INDY LEGAL ITEMS

SEC 012150

BO 00074

CF34342:200504115002:2001 scanned on SCANER98 by Operator on Apr 11, 2005 at 05:51:17 PM - Page 2 of 25.

*IBBC*

999991

91-2108
1221

PAY TO THE
ORDER OF *Timberline VIP*                    | $ *4,500 00/100*

*Four thousand five hundred dollars* *00/100* _____ DOLLARS

**BANK ☰ ONE.**

0664749736 680076

FOR *Patricia pardue*

⑆999991⑆ ⑆1221000024⑆ 656089166⑆ ⑆0000450000⑆

BANK ONE, NA
BEDFORD, TEXAS
050030004

4440370300

OFB NA TEMPE, AZ 84302060
TR#1760FKT #813
Y1221-0527-8
6858458952

*Timberline VIP
For Deposit only*

REQUEST  200504115002    4500.00
ROLL ARCHIVE  20040430  000008740515110
ARCHIVE  P   ACCT  6010000656089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TX1-0057
INDY LEGAL ITEMS

SEC 012151

BO 00075

CF34342:200504115002:2004 scanned on SCANER98 by Operator on Apr 11, 2005 at 05:51:18 PM - Page 5 of 25.

999992

91-2108
1221

DATE May 3, 2004

PAY TO THE
ORDER OF ___Donald Jacox___    | $ 2,000 00/100

___Two thousand dollar $ 00/100___    DOLLARS

**BANK=ONE.**

Bank One, NA
Phoenix, Arizona 85073
www.BankOne.com

FOR ___Expenses/reinbursement___

⑈999992⑈ ⑆1221000 24⑆ 656089168⑈ ⑈0000 200000⑈

WFB_NA_TEMPE,AZ 05042004
IR#1981PKI #015
>1221-0527-84
7138234213

BANK ONE, NA
BEDFORD, TEXAS
05052004

5640630085

REQUEST 200504115002  2000.00
ROLL ARCHIVE 20040504 000008740727191
ARCHIVE P  ACCT 601000656089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TX1-0057
INDY LEGAL ITEMS

SEC 012152

BO 00076

CF34342:200504115002:2005 scanned on SCANER98 by Operator on Apr 11, 2005 at 05:51:18 PM – Page 6 of 25.

IBBC
4637 N. 24th Street
Phoenix, AZ. 85016

999993

91-2108
1221

DATE April 30, 2004

PAY TO THE ORDER OF _Commercial Properties, Inc._ | $ 2560.00/100

_Two thousand five hundred and sixty dollars $2.00/100_ _____ DOLLARS

**BANK ONE.**
Bank One, NA
Phoenix, Arizona 85073
BankOne.com

FOR _May - 2004 Lease (4637 u.)  (24th 8.)_

⑈999993⑈ ⑊122100024⑊ 686089186⑈ ⑇0000256000⑇

73808 - 1 05052004 0048 0001



BANK ONE, NA
BEDFORD, TEXAS
05072004
4440493963

BANK OF AMERICA,NA TPE
122101706 E2242 90 P07
05/06/04

3250076409

REQUEST 200504115002    2560.00
ROLL ARCHIVE 20040506  00000874082055 9
ARCHIVE P  ACCT 6010000656089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TX1-0057
INDY LEGAL ITEMS

SEC 012153

BO 00077

CF34342:200504115002:2006 scanned on SCANER98 by Operator on Apr 11, 2005 at 05:51:19 PM - Page 7 of 25.

---

999994

91-2/1221 108

DATE *May 10, 2004*

PAY TO THE ORDER OF *International Biofuel and Biochemical Corp.*     | $ *1400.00/100*

*One thousand four hundred dollars 8 00/100*     DOLLARS

**BANK ONE.**
Bank One. NA
Bedford, Texas
8556925352 600178

FOR *Cash Transfer*

⑆999994⑆ ⑆1221000024⑆ ⑈656089166⑈ ⑆0000140000⑆

---

BANK ONE, NA
BEDFORD, TEXAS
05112004

5440557093

UFD NO TENEE AZ 05102004
TR#2728PKT #013
>1221-0527-8<
6738314878

CREDITED TO THE AC... ...VE
LACK OF ENDORSEMENT GUA...CE
WITHIN NAMED PAYEE
WILLIST TAKLO HANK
All Bank...

---

REQUEST 200504115002    1400.00
ROLL A06627  20040511  000005440557093
ARCHIVE P   ACCT 601000656089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TX1-0057
INDY LEGAL ITEMS

SEC 012154

BO 00078

CF34342:200504115002:2002 scanned on SCANER98 by Operator on Apr 11, 2005 at 05:51:17 PM - Page 4 of 25.

**BANK ONE.**　　　　　**WITHDRAWAL**　　　　CHECKING ☑
　　　　　　　　　　　　　　　　　　　　　　　　SAVINGS ☐

R/T 500001017

Today's Date　Customer Name (Please Print)
5/11/04　Cooper Allen Inc

Customer Phone Number　　Customer Social Security No. / Tax I.D. No.
(602)955.1640　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

Customer Mailing Address
4637 N. 34 St.

City　State　ZIP Code
Phx.　AZ　85016

Received the sum of
three thousand dollars & 00/100　Dollars

NOT NEGOTIABLE - Only to be used at BANK ONE by Account Customer

Signature acknowledges
receipt of cash returned　X

ACCOUNT NUMBER - DO NOT ZERO FILL
656089166　　　TOTAL $　3000 00　AMOUNT

⑈000531?234⑈ ⑈500001017⑈ 656089166⑈ ⑈0000300000⑈

BANK ONE, NA
▶111901331◀
05032004
5140877250

REQUEST  200504115002   3000.00
ROLL A02724  20040503  000005140877258
ARCHIVE P  ACCT 601000656089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TX1-0057
INDY LEGAL ITEMS

SEC 012155

BO 00079

### In case of errors or questions about your electronic funds transfers

Telephone or write Bank One (phone # and address on front of statement) if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- your name and account number
- the dollar amount of the suspected error
- a description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will recredit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In case of errors or questions about non-electronic transactions

Contact Bank One immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules & Regulations that govern your account at Bank One.

### Billing rights summary

**In case of errors or questions about your bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you *no later* than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- your name and account number
- the dollar amount of the suspected error
- describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special rule for credit card purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

### Balancing your checkbook

Use the following worksheet to reconcile your checking account. If you need help balancing your checkbook, call the customer service number on the front of this statement.

Mark in your checkbook all additions and subtractions reported in your checking account statement.

1 Write in the ending balance shown
  on this statement.       $ _____

2 List all deposits and other additions (such as transfers) not shown on this statement and add the total to the ending balance.

      _____

      _____

      _____

      _____

      _____

      Total ➤    +$ _____

3 List all withdrawals and other subtractions (such as outstanding checks and banking card transactions) not shown on this statement. Then subtract this total from the ending balance

      _____

      _____

      _____

      _____

      _____

      _____

      _____

      _____

      _____

      Total ➤    -$ _____

4 After you figure in all the additions and subtractions, this amount should match the current balance in your checkbook.    =$ _____



Member FDIC

**SEC 012156**

BO 00080

Page 3 of 29

NNN T 1 0 08 110502

IBBC

Acct # 000000656089166

Apr 20 through May 12, 2004

Page 2 of 2

**Daily ending balance**

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| 05-04 | $15,678.40 | 05-11 | $11,718.40 |
| 05-06 | $13,118.40 | | |

**Transactions For Service Fee Calculation**

| | |
|---|---|
| Checks Paid / Debits | 6 |
| Deposits / Credits | 1 |
| Deposited Items | 1 |
| Transaction Total | 8 |

**Service Fee Calculation**

| | |
|---|---|
| Service Fee | 0.00 |
| Service Fee Credit | 0.00 |
| Net Service Fee | 0.00 |
| Excessive Transaction Fees (Above 150) | 0.00 |
| Total Service Fees | 0.00 |

SEC 012157

BO 00081

SEC 012158

BO 00082

BANK ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.



This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.



This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.



This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

SEC 012159

BO 00083

BANK ☰ ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ☰ ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ☰ ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ☰ ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ☰ ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ☰ ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ☰ ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ☰ ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

SEC 012160

BO 00084

NNN T 1 0 08 104360

Bank One, NA
Arizona Market
P.O. Box 260180
Baton Rouge , LA 70826-0180

Acct # 000000656089166

May 13 through Jun 10, 2004
Page 1 of 2

IBBC
4637 N 24TH ST
PHOENIX AZ  85016-5203

*To Contact Bank One*

| | |
|---|---|
| **By Phone:** | 1-800-404-4111 |
| **Para Espanol:** | 1-877-428-9707 |
| **Hearing Impaired:** | 1-888-663-4833 |
| **Internet:** | www.BankOne.com |

## BANK ONE BASIC BUSINESS CHECKING
Account number 000000656089166

| | Items | Amount |
|---|---|---|
| Beginning balance | | $11,718.40 |
| Checks paid | 8 | - 7,284.23 |
| Other withdrawals | 24 | - 4,417.61 |
| Deposits / additions / other credits | 0 | 0.00 |
| Balance as of Jun 10 | | $16.56 |

### Checks paid

| Number | Amount | Date paid | Number | Amount | Date paid |
|---|---|---|---|---|---|
| 1001 | 201.56 | 05-18 | 1006 | 500.00 | 06-02 |
| 1002 | 1,000.00 | 05-19 | 1007 | 2,500.00 | 06-01 |
| 1003 | 45.00 | 05-24 | 1008 | 2,670.53 | 06-09 |
| 1004 | 252.14 | 06-09 | Total | 7,284.23 | |
| 1005 | 115.00 | 06-02 | | | |

### Other withdrawals including fees and list posted items

| Date | Description | | Amount |
|---|---|---|---|
| 05-17 | Card Purchase With Pin | 000712 05/1515255 N. Hayden Ro Scottsdale AZ | 549.24 |
| 05-17 | Bank One ATM Withdrawal | 007124 05/152620 E Camelback Phoenix AZ | 300.00 |
| 05-17 | Non Bk One Withdrawal Fee | | 2.00 |
| 05-17 | Non-Bank One ATM Withdraw | 067940 05/17Biltmore-N.24 Phoenix AZ | 101.50 |
| 05-17 | Card Purchase With Pin | 044438 05/171949 East Camelbac Phoenix AZ | 70.49 |
| 05-19 | The One Card Purchase | 05/17Amerwestair 40121577 800 235 929 AZ | 489.20 |
| 05-19 | Bank One ATM Withdrawal | 007924 05/192620 E Camelback Phoenix AZ | 100.00 |
| 05-19 | The One Card Purchase | 05/17City Phx Pymt Counter Phoenix AZ | 42.14 |
| 05-19 | The One Card Purchase | 05/17Champps Restaurant And 7539 AZ | 32.48 |
| 05-20 | Bank One ATM Withdrawal | 003998 05/192827 N 44th St Phoenix AZ | 200.00 |
| 05-20 | The One Card Purchase | 05/19Quality Stamp And Seal Glendale AZ | 130.70 |

*continues*

SEC 012161

BO 00085

CF34342:200504115002:2007 scanned on SCANER98 by Operator  on Apr 11, 2005 at 05:51:19 PM - Page 8 of 25.

1001

**IBBC**
4637 N 24TH ST
PHOENIX, AZ  85016

DATE _May 17, 2004_ 90-2108

PAY TO THE
ORDER OF _S. R. P._                      | $ 201. 56/100

_Two hundred and one dollar : 56/100_ _____ DOLLARS

**BANK ONE.**
Bank One, N.A.
Phoenix, Arizona 85073

FOR _16-10-00343-3_ _____

⑈00100⑈⑆ ⑈122100024⑈   556089166⑈   ⑈0000020156⑈

FEDERAL RESERVE BOARD OF GOVERNORS HI GO

MAY 18 04

6009 79784

BANK ONE, NA
▶1119013331◀
05122004

554016944

FOR DEPOSIT ONLY
S. R. P., A.I., & P.I.C.
SALT RIVER PROJECT 024
DBA SALT RIVER U1
KNB, HNN 10153AM 0039  268
5/17/2004 10153AM 268
0008A025 0008A025 0001
16 10 00343 3  $201.56
CK

DEPOSITO JHF

REQUEST 200504115002   201.56
ROLL A10647  20040518  000005540169440
ARCHIVE P  ACCT 6010000656089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TX1-0057
INDY LEGAL ITEMS

SEC 012162

BO 00086

CF34342:200504115002:2008 scanned on B1-REJ1 by Operator DCOWAN on Apr 12, 2005 at 11:56:07 AM - Page 25 of 25.



REQUEST 200504115002   1000.00
ROLL * 20040520 000000056749910
ACS P  ACCT 601000656089166
REQUESTER SUBPNA RK 0408050050
S000AUTOMATI

TX1-0057
INDY LEGAL ITEMS

SEC 012163

BO 00087

CF34342:200504115002:2009 scanned on SCANER98 by Operator on Apr 11, 2005 at 05:51:20 PM – Page 10 of 25.

1003

**IBBC**
4637 N 24TH ST.
PHOENIX, AZ 85016

DATE May 19 200__

PAY TO THE
ORDER OF ___Chen Clark___ | $ 45.00

___Forty-five and xx___ DOLLARS

**BANK ONE.**
Bank One. NA
PHORIA, AZ for a 850/3

FOR ___IT-Work___

⑈00⑈003⑈ ⑈12210002⑈ 656089166⑈ ⑈0000004500⑈

WFB NA TEMPE, AZ 00242004
TR#1887PKT #013
>1221-0527-0<
6838960847

BANK ONE, NA
BEDFORD, TEXAS
85252964

6340047570

REQUEST 200504115002    45.00
ROLL ARCHIVE 20040524 000008740712140
ARCHIVE P  ACCT 601000656089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TX1-0057
INDY LEGAL ITEMS

SEC 012164

BO 00088

CF34342:200504115002:2014 scanned on SCANER98 by Operator on Apr 11, 2005 at 05:51:22 PM - Page 15 of 25.

1004

IBBC
4637 N 24TH ST
PHOENIX, AZ  85016

DATE  May 24 2004  108

PAY TO THE
ORDER OF  Richard Hiatt                    $252.14/00

Two hundred and fifty two dollar & 14/100                    DOLLARS

BANK ONE.

FOR  Reimbursment of Expenses (BUS - E750)

⑈"00 1004"⑈ ⑆1221000 24⑆: 856089166"  "0000025214"

BANK ONE, NA
▶1119013314
06090504

5140115477

30094
79106

REQUEST  200504115002    252.14
ROLL H05424  20040609  000005140115477
ARCHIVE P  ACCT 601000065089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TX1-0057
INDY LEGAL ITEMS

SEC 012165

BO 00089

CF34342:200504115002:2012 scanned on SCANER98 by Operator on Apr 11, 2005 at 05:51:21 PM – Page 13 of 25

1005

**IBBC**
4637 N 24TH ST.
PHOENIX, AZ  85016

DATE *May 27, 2004*    21-2 108
                        1221

PAY TO THE
ORDER OF _____    $ *115.00/100*

*One hundred and fifteen dollars & 00/100* _____ DOLLARS

**BANK=ONE.**
Bank One, NA
Phoenix, Arizona 85073

FOR *IT - Work Office*

⑈001005⑈  ⑊122100024⑊  656089166⑈  ⑈0000011500⑈

UFB NA TEMPE06012004
5173  04930236311  4
>1221-0527-8<
8651:    13 ESD 59

BANK ONE, NA
BEDFORD, TEXAS
06082004

For Deposit Only

REQUEST 200504115002 · 115.00
ROLL H03027 20040602 000005240188343
ARCHIVE P  ACCT 601000656089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TX1-0057
INDY LEGAL ITEMS

SEC 012166

BO 00090

CF34342:200504115002:2013 scanned on SCANER98 by Operator on Apr 11, 2005 at 05:51:21 PM - Page 12 of 25.

**1006**

**IBBC**
4637 N 24TH ST.
PHOENIX, AZ 85016

DATE _June 1, 2005_

PAY TO THE
ORDER OF _IBBC_ | $ _500.00_

_Five hundred dollars $ __00/100_____ DOLLARS

**BANK ☰ ONE.**
Bank One, NA
Phoenix, Arizona 85073
www.BankOne.com

FOR _Reimbursement / transfer funds_

⑈00⏘006⑈ ⑆⑈⑈⑈12⑈21000⑈24⑈⑈ ⑆⑈5⑈60891⑈66⑈⑈ ⑆⑈00000⑈50000⑈⑈

UFB NA TEMPE,AZ 06012004
TR#2317FKT #013
>1221-0527-2<
6938656706

BANK ONE, NA
BEDFORD, TEXAS
06022004

REQUEST 200504115002    500.00
ROLL H03023  20040602  000005240077304
ARCHIVE P  ACCT 601000656089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TX1-0057
INDY LEGAL ITEMS

**SEC 012167**

**BO 00091**

CF34342:200504115002:2011 scanned on SCANER98 by Operator on Apr 11, 2005 at 05:51:20 PM - Page 11 of 25

1007

IBBC
4637 N 24TH ST
PHOENIX, AZ  85016

DATE _June 1, 2004_     91-2 108
                         1221

PAY TO THE
ORDER OF _____     $ 2500.00/100

_two thousand five hundred dollars & 00/100_     DOLLARS

**BANK ONE.**
Bank One, NA
Phoenix, Arizona 85073
www.bankone.com

FOR _Expenses (Reimbursement)_

⑈00100 7⑈  ⑈1221000 24⑈  656089166⑈  ⑈0000 250000⑈

BANK ONE, NA
▶11190 1331◀
06012004

5140623518

REQUEST  200504115002    2500.00
ROLL H01512  20040601  000005140623518
ARCHIVE P  ACCT 6010000656089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TX1-0057
INDY LEGAL ITEMS

SEC 012168

BO 00092

CF34342:200504115002:2015 scanned on SCANER98 by Operator on Apr 11, 2005 at 05:51:21 PM - Page 14 of 25.

**IBBC**
4637 N 24TH ST.
PHOENIX, AZ 85016

1008

May 28 2004

DATE _____

91-Z 108
1221

PAY TO THE
ORDER OF  _Commercial Properties (CPI)_____  | $2670.53

_Two Thousand six hundred and seventy dollars & 53/100_____  DOLLARS

**BANK ONE.**
Bank One, NA
Phoenix, AZ zone 85073
www.BankOne.com

FOR _4637 N. 24 Street_____

"001008"  1:1221000024:  "560891660"  "0000267053"

77371 - 1 06082004 0010 0001

BANK ONE, NA
BEDFORD, TEXAS
96102004

4240278827

122101706

BANK OF AMERICA, NA TPE
122101706 2218 98 P07
000004675756536  06/09/04

3250917966

REQUEST 200504115002   2670.53
ROLL ARCHIVE 20040609  000008740432269
ARCHIVE P  ACCT 601000656089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TX1-0057
INDY LEGAL ITEMS

SEC 012169

BO 00093

### In case of errors or questions about your electronic funds transfers

Telephone or write Bank One (phone # and address on front of statement) if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- your name and account number
- the dollar amount of the suspected error
- a description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will recredit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In case of errors or questions about non-electronic transactions

Contact Bank One immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules & Regulations that govern your account at Bank One.

### Billing rights summary

**In case of errors or questions about your bill**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you *no later* than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will *not* preserve your rights.

In your letter, give us the following information:

- your name and account number
- the dollar amount of the suspected error
- describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special rule for credit card purchases**

If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

### Balancing your checkbook

Use the following worksheet to reconcile your checking account. If you need help balancing your checkbook, call the customer service number on the front of this statement.

Mark in your checkbook all additions and subtractions reported in your checking account statement.

1 Write in the ending balance shown on this statement.    $ _____

2 List all deposits and other additions (such as transfers) not shown on this statement and add the total to the ending balance.

_____
_____
_____
_____
_____

Total ➤    +$ _____

3 List all withdrawals and other subtractions (such as outstanding checks and banking card transactions) not shown on this statement. Then subtract this total from the ending balance

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Total ➤    -$ _____

4 After you figure in all the additions and subtractions, this amount should match the current balance in your checkbook.    =$ _____



Member FDIC

**SEC 012170**

✶1bosddb

**BO 00094**

NNN T  1  0  08  104361

IBBC

Acct # 000000656089166

May 13 through Jun 10, 2004

Page 2 of 2

**Other withdrawals including fees and list posted items**

| Date | Description | Amount |
|------|-------------|--------|
| 05-24 | Withdrawal | 1,500.00 |
| 05-24 | Card Purchase With Pin      357422 05/21Sprint Pcs Overland Park KS | 200.00 |
| 05-24 | The One Card Purchase            05/20California Pizza 055 Phoenix AZ | 46.89 |
| 05-24 | Card Purchase With Pin    000796 05/225021 N 20th St Phoenix AZ | 13.65 |
| 05-26 | Card Purchase With Pin    000868 05/265021 N 20th St Phoenix AZ | 33.95 |
| 05-27 | The One Card Purchase            05/26Qwestcomm*tn602 800-244-1111 CO | 243.01 |
| 05-27 | The One Card Purchase            05/26Qwestcomm*dc244 800-603-6000 CO | 115.00 |
| 06-01 | Bank One ATM Withdrawal   005219 05/292827 N 44th St Phoenix AZ | 100.00 |
| 06-01 | Bank One ATM Withdrawal   006146 05/292827 N 44th St Phoenix AZ | 40.00 |
| 06-01 | The One Card Purchase            05/28Ajo AL'S Mexican Cafe Phoenix AZ | 22.84 |
| 06-01 | The One Card Purchase            05/29Usps 0363680078 Phoenix AZ | 12.90 |
| 06-02 | The One Card Purchase            05/31Cheesecake Phoenix Phoenix AZ | 67.32 |
| 06-04 | Card Purchase With Pin    000986 06/045021 N 20th St Phoenix AZ | 4.30 |
|  |  | 4,417.61 |

**Daily ending balance**

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| 05-17 | $10,695.17 | 05-27 | $6,301.59 |
| 05-18 | $10,493.61 | 06-01 | $3,625.85 |
| 05-19 | $8,829.79 | 06-02 | $2,943.53 |
| 05-20 | $8,499.09 | 06-04 | $2,939.23 |
| 05-24 | $6,693.55 | 06-09 | $16.56 |
| 05-26 | $6,659.60 |  |  |

**Transactions For Service Fee Calculation**

| | |
|---|---|
| Checks Paid / Debits | 9 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| Transaction Total | 9 |

**Service Fee Calculation**

| | |
|---|---|
| Service Fee | 0.00 |
| Service Fee Credit | 0.00 |
| Net Service Fee | 0.00 |
| Excessive Transaction Fees (Above 150) | 0.00 |
| Total Service Fees | 0.00 |

THE BANK ONE PLATINUM VISA CARD WITH ALL THE RIGHT CHOICES. AND,
THEY'RE YOURS TO MAKE. SELECT YOUR CARD COLOR, PICK YOUR BILLING
DATE AND PAYMENT METHOD, ADD A REWARDS OPTION AND ENJOY AN
EVERYDAY LOW RATE. MAKE ONE OF OURS, YOURS.
CALL 1-800-436-7979.

SEC 012171

BO 00095

CF34342:200504115002:2010 scanned on SCANER98 by Operator  on Apr 11, 2005 at 05:51:19 PM – Page 9 of 25.

**BANK ≡ONE.**                **WITHDRAWAL**                CHECKING ☐
                                                            SAVINGS ☐

P/T 500001017

A2 D1  B139524621  X -14/05

| Today's Date | Customer Name (Please Print) | Customer Phone Number | Customer Social Security No. / Tax I.D. No |
|---|---|---|---|
| 3/22/01 | Lee Roy Allen JR | (602) 369-6733 | 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 |

Customer Mailing Address            City          State      ZIP Code
4637 N. 24 Street      Phx      Az.      85016

Received the sum of  One Thousand five hundred dollars   8:00
                                                          no                          Dollars

NOT NEGOTIABLE - Only to be used at BANK ONE by Account Customer.

Signature acknowledges
receipt of cash returned          X

ACCOUNT NUMBER - DO NOT ZERO FILL                               AMOUNT

656 0 89 166        TOTAL $              1 500   00

⑈0036115144⑈ ⑆500001017⑆        656089166⑈        ⑈0000150000⑈

6062

MAY 24 04

BANK ONE, NA
⑆111901331⑆
06242004
5340091584

0601          37    7617 05/24/2004 09:24
ACCT#
ON-US CHECK                  $1,500.00

05/22/2004

REQUEST 200504115002   1500.00
ROLL A12608  20040524  000005340091584
ARCHIVE P  ACCT 601000656089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TX1-0057
INDY LEGAL ITEMS

SEC 012172

BO 00096

SEC 012173

BO 00097

BANK ONE

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.*

BANK ONE

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.*

BANK ONE

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.*

BANK ONE

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.*

BANK ONE

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.*

BANK ONE

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.*

BANK ONE

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.*

BANK ONE

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.*

SEC 012174

BO 00098

*BANK ONE*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

*BANK ONE*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

*BANK ONE*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

*BANK ONE*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

*BANK ONE*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

*BANK ONE*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

*BANK ONE*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

*BANK ONE*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

*BANK ONE*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

*BANK ONE*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

SEC 012175

BO 00099

BANK ≡ ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ≡ ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ≡ ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ≡ ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

SEC 012176

BO 00100

YNN T 1 0 08 108495

Bank One, NA
Arizona Market
P.O. Box 260180
Baton Rouge , LA 70826-0180

Acct # 000000656089166

Jun 11 through Jul 13, 2004

Page 1 of 3

IBBC
4637 N 24TH ST
PHOENIX AZ  85016-5203

**To Contact Bank One**

| | |
|---|---|
| *By Phone:* | 1-800-404-4111 |
| *Para Espanol:* | 1-877-428-9707 |
| *Hearing Impaired:* | 1-888-663-4833 |
| *Internet:* | www.BankOne.com |

*J.P. MORGAN CHASE & CO. AND BANK ONE CORPORATION HAVE JOINED TOGETHER TO CREATE ONE COMPANY THAT OFFERS YOU THE VERY BEST IN FINANCIAL SOLUTIONS. YOU'LL HAVE MORE CHOICES, WITH GREATER ACCESS AND CONVENIENCE AT OVER 6,500 ATMS IN 19 STATES. THANKS FOR BANKING WITH US.*

## BANK ONE BASIC BUSINESS CHECKING
Account number 000000656089166

| | Items | Amount |
|---|---|---|
| Beginning balance | | $16.56 |
| Checks paid | 4 | - 5,206.37 |
| Other withdrawals | 39 | - 3,384.15 |
| Deposits / additions / other credits | 2 | +8,500.00 |
| Balance as of Jul 13 | | -73.96 |

**Checks paid**

| Number | Amount | Date paid | Number | Amount | Date paid |
|---|---|---|---|---|---|
| 1010 | 3,200.00 | 06-18 | 1013 | 125.00 | 07-06 |
| 1011 | 281.37 | 06-17 | Total | 5,206.37 | |
| 1012 | 1,600.00 | 07-01 | | | |

**Other withdrawals including fees and list posted items**

| Date | Description | | Amount |
|---|---|---|---|
| 06-11 | The One Card Purchase | 06/10Qwestcomm*tn602 800-603-6000 CO | 244.89 |
| 06-14 | Overdraft Fee | | 29.00 |
| 06-16 | Withdrawal | | 300.00 |
| 06-17 | Card Purchase With Pin | 000396 06/164502 E. Oak Road Phoenix AZ | 83.92 |
| 06-21 | Bank One ATM Withdrawal | 001282 06/202827 N 44th St Phoenix AZ | 100.00 |
| 06-21 | The One Card Purchase | 06/18The Olive Gard0001454 Scottsdale AZ | 5.75 |
| 06-22 | Bank One ATM Withdrawal | 000880 06/22201 N Central Ave Phoenix AZ | 40.00 |
| 06-23 | The One Card Purchase | 06/21Circle K 05408 Phoenix AZ | 25.16 |
| 06-24 | Card Purchase With Pin | 000606 06/233801 N. 33Rd Ave. Phoenix AZ | 23.86 |
| 06-24 | Bank One ATM Withdrawal | 001096 06/24201 N Central Ave Phoenix AZ | 100.00 |
| 06-24 | Card Purchase With Pin | 047379 06/241949 East Camelbac Phoenix AZ | 21.61 |

*continues*

**SEC 012177**

**BO 00101**

CF34342:200504115002:2018 scanned on SCANER98 by Operator on Apr 11, 2005 at 05:51:23 PM - Page 18 of 25.

92

July 1575
SecDep 1625
3,200

1010

IBBC
4837 N 24TH ST
PHOENIX, AZ 85016

DATE June 15, 2004

PAY TO THE
ORDER OF Henry Horn & Sons, Inc.                    $ 3200.⁰⁰

Three thousand two hundred dollars ⁰⁰/₁₀₀          DOLLARS

**BANK=ONE.**
Bank One, NA
Phoenix, Arizona 85016

FOR 883 Mahler Road, Suite #13 Ins. Co.

⑈00 10 10⑈ ⑈ 1221000 24⑈ 856089166⑈ ⑈0000320000⑈

06172004
121000374  140
EXT-3720 TRC-3720 PX-03
9112000919

06/16/2004 00157310
>12+.016000- 100

BANK ONE, NA
BEDFORD, TEXAS
06182004
564023 1145

FOR DEPOSIT ONLY
*HENRY HORN & SONS INC.
TRUSTEE ACCOUNT
BAYSHORE OFFICE CENTER
NORTH VIEW APTS
MEADOWVIEW APTS
CITY NATIONAL BANK
431000733

REQUEST  200504115002   3200.00
ROLL H09729  20040618  000000564023 1145
ARCHIVE P  ACCT 6010000656089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TX1-0057
INDY LEGAL ITEMS

SEC 012178

BO 00102