CF34342:200504115002:2017 scanned on SCANER98 by Operator on Apr 11, 2005 at 05:51:23 PM - Page 17 of 25

1011

**IBBC**
4637 N 24TH ST.
PHOENIX, AZ 85016

DATE June 16, 2004

PAY TO THE ORDER OF __Chen Clark__ | $281. 37/00

Two hundred la eighty one dollars $^{37}/100 _____ DOLLARS

**BANK ONE.**
Bank One  NA
Phoenix, Arizona 85073
www.BankOne.com

6042001123 6600423

FOR __IT - Work (computer)__

⑈00 1011⑈ ⑆1 22100024⑆ 656089166⑈ ⑈000002 8137⑈

WFB NA TEMPE.AZ 06172004
TR#1724PKT #013
>1221-0527-8<
6630246930

For Deposit Only

BANK ONE, NA
BEDFORD, TEXAS
06182004

4340599303

REQUEST 200504115002   281.37
ROLL ARCHIVE 20040617  000008740924360
ARCHIVE P  ACCT 6010000656089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TX1-0057
INDY LEGAL ITEMS

SEC 012179

BO 00103


PLAINTIFF'S
EXHIBIT
I (3)

CF34342:200504115002:2019 scanned on SCANER98 by Operator on Apr 11, 2005 at 05:51:24 PM - Page 19 of 25

A2DL  B13952464  16/05

1012

**IBBC**
4637 N 24TH ST
PHOENIX, AZ  85016

DATE _July 1, 2004_                91-2108
                                   1221

PAY TO THE
ORDER OF _____   $ 1600 °⁰/₁₀₀

_One Thousand six hundred dollars_ ¹⁰⁰/₁₀₀   DOLLARS

**BANK≡ONE.**
Bank One, N.A.
_____, MO
_____

FOR _Office Reimbursement_
_Travel  N 24 ST Office_

⑈0010⑈2⑈ ⑈⑈2210002⑈⑈ 656089166⑈ ⑈⑈0000160000⑈⑈

BANK ONE, NA
►111901331◄
67612004
5440178209

2015
28652

REQUEST  200504115002    1600.00
ROLL H02634  20040701  000005440178289
ARCHIVE  P   ACCT  6010000656089166
REQUESTER  SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TX1-0057
INDY LEGAL ITEMS

SEC 012180

BO 00104

CF34342:200504115002:2020 scanned on SCANER98 by Operator on Apr 11, 2005 at 05:51:24 PM - Page 20 of 25.

**IBBC**
4637 N 24TH ST.
PHOENIX, AZ 85016

1013

92-108
721

DATE *July 2, 2000*

PAY TO THE
ORDER OF *Clear Clark*    $ *125.00/100*

*One hundred and twenty five dollars & 00/100* DOLLARS

**BANK=ONE.**
Bank One, NA
Phoenix, Arizona 85073
www.BankOne.com

6842001999 6583725        *

FOR *Computer Work (FT)*

⑈00⑈0⑈3⑈ ⑆⑈22⑈000⑈24⑆ ⑆556089166⑈ ⑈0000⑈2500⑈

UFB NA TEMPE,AZ 07062004
TR#4350PKT #013
>1221-0527-8<
6530469058

BANK ONE, NA
BEDFORD, TEXAS
07072004

4240461529

REQUEST  200504115002    125.00
ROLL ARCHIVE  20040706  000008740849231
ARCHIVE P  ACCT 6010000656089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TX1-0057
INDY LEGAL ITEMS

SEC 012181

BO 00105

CF34342:200504115002:2016 scanned on SCANER98 by Operator  on Apr 11, 2005 at 05:51:22 PM – Page 16 of 25.

**BANK ONE.**

**WITHDRAWAL**

CHECKING ☐
SAVINGS ☐

R/T 500001017

A2R2 B1395246✓
10J05

Today's Date  Customer Name (Please Print)
6/15/04  IBBC

Customer Phone Number
(   )

Customer Social Security No. / Tax I.D. No
527-684509

Customer Mailing Address
4637 N. 24 St.  PHX  AZ 85016

City     State   ZIP Code

Received the sum of
three hundred dollars $ °°⁄₁₀₀

Dollars

NOT NEGOTIABLE - Only to be used at BANK ONE by Account Customer

Signature acknowledges
receipt of cash returned

X _____

ACCOUNT NUMBER - DO NOT ZERO FILL

6560891606

TOTAL $     300⁰⁰

AMOUNT

⑈0005317521⑈ ⑉5000010175⑈  6560891566⑈  ⑉0000030000⑈

---

90/15/2004

BANK ONE, NA
▶1119001331◀
06162004

5540700190

---

REQUEST  200504115002    300.00
ROLL H09376  20040616  000005540700190
ARCHIVE P  ACCT 6010000656089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TX1-0057
INDY LEGAL ITEMS

SEC 012182

BO 00106

### In case of errors or questions about your electronic funds transfers

Telephone or write Bank One (phone # and address on front of statement) if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- your name and account number
- the dollar amount of the suspected error
- a description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will recredit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

### In case of errors or questions about non-electronic transactions

Contact Bank One immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules & Regulations that govern your account at Bank One.

### Billing rights summary

**In case of errors or questions about your bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you *no later* than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- your name and account number
- the dollar amount of the suspected error
- describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special rule for credit card purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

### Balancing your checkbook

Use the following worksheet to reconcile your checking account. If you need help balancing your checkbook, call the customer service number on the front of this statement.

Mark in your checkbook all additions and subtractions reported in your checking account statement.

1 Write in the ending balance shown
   on this statement.                                          $ _____

2 List all deposits and other additions (such as
   transfers) not shown on this statement and add
   the total to the ending balance.

   _____
   _____
   _____
   _____
   _____
   _____

                                    Total  ➤        +$ _____

3 List all withdrawals and other subtractions
   (such as outstanding checks and banking card
   transactions) not shown on this statement.
   Then subtract this total from the ending balance

   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

                                    Total  ➤        -$ _____

4 After you figure in all the additions and
   subtractions, this amount should match the
   current balance in your checkbook.          =$ _____



Member FDIC

**SEC 012183**

o1beoddb

**BO 00107**

YNN T 1 0 08 108496

IBBC

Acct # 000000656089166

Jun 11 through Jul 13, 2004

Page 2 of 3

### Other withdrawals including fees and list posted items

| Date | Description | | Amount |
|------|-------------|---|-------:|
| 06-25 | The One Card Purchase | 06/23Carolinas Mexican Food Phoenix AZ | 20.58 |
| 06-28 | Card Purchase With Pin | 478905 06/27Sprint Pcs Overland Park KS | 200.00 |
| 06-28 | The One Card Purchase | 06/26Shell Oil 20404980144 Banning CA | 40.01 |
| 06-28 | Card Purchase With Pin | 000053 06/2712185 S. Hwy. 33/P Santa Nella CA | 39.40 |
| 06-28 | The One Card Purchase | 06/25Circle K 06359 Phoenix AZ | 24.15 |
| 06-29 | Card Purchase With Pin | 000208 06/291001 Metro Ctr Blv Foster City CA | 93.38 |
| 06-29 | The One Card Purchase | 06/27Best Western Santa Nell Gustine CA | 82.50 |
| 06-30 | The One Card Purchase | 06/29Flower Lounge Rest 1 Millbrae CA | 153.69 |
| 06-30 | Card Purchase With Pin | 432256 06/30900 El Camino Real Millbrae CA | 84.37 |
| 06-30 | The One Card Purchase | 06/25Casino Arizona Mk Scottsdale AZ | 47.85 |
| 06-30 | Card Purchase With Pin | 705809 06/291340 El Camino Rea San Bruno CA | 5.19 |
| 07-01 | Card Purchase With Pin | 728604 07/01Copa Inc Blythe CA | 50.00 |
| 07-01 | Card Purchase With Pin | 663254 06/30O  R Mkt Lost Hil CA | 35.96 |
| 07-01 | The One Card Purchase | 06/30Blackwell'S Corner Lost Hills CA | 10.00 |
| 07-02 | The One Card Purchase | 06/30Hyatt Hotels Sf Airpo Burlingame CA | 361.57 |
| 07-02 | The One Card Purchase | 07/01Motel 6    00002220 Needles CA | 39.59 |
| 07-06 | The One Card Purchase AZ | 07/03Changing Hands Bookst 4807300205 | 37.29 |
| 07-06 | The One Card Purchase | 07/02Picacho Peak Dq&travel Picacho AZ | 35.07 |
| 07-06 | The One Card Purchase | 07/01Cracker Barrel #277 Goodyear AZ | 10.14 |
| 07-07 | The One Card Purchase | 07/06Enterprise Rentacar Phoenix AZ | 776.70 |
| 07-07 | Non Bk One Withdrawal Fee | | 2.00 |
| 07-07 | Non-Bank One ATM Withdraw | 000647 07/072425 E Camelback S Phoenix AZ | 21.75 |
| 07-07 | The One Card Purchase | 07/05Miracle Mile Deli Phoenix AZ | 9.40 |
| 07-08 | The One Card Purchase | 07/02El Charro Cafe Tucson AZ | 72.17 |
| 07-08 | The One Card Purchase | 07/06Arco Ampm # 81976 Phoenix AZ | 37.00 |
| 07-12 | The One Card Purchase | 07/09Qwestcomm*tn602 800-603-6000 CO | 74.94 |
| 07-13 | Overdraft Fee | | 29.00 |
| 07-13 | The One Card Purchase | 07/09Alphagraphics #011-Tc Phoenix AZ | 16.26 |
| | | | 3,384.15 |

*A overdraft fee was charged on 06-14 due to insufficient funds in your account.*

*A overdraft fee was charged on 07-13 due to insufficient funds in your account.*

### Deposits / additions / other credits

| Date | Description | Amount |
|------|-------------|-------:|
| 06-15 | Deposit | 4,500.00 |
| 06-25 | Deposit | 4,000.00 |
| | | 8,500.00 |

*continues*

**SEC 012184**

**BO 00108**

CF34343:200504115003:2001 scanned on SCANER98 by Operator on Apr 11, 2005 at 05:46:50 PM - Page 2 of 7.

IBBC
4637 N 24TH ST.
PHOENIX, AZ 85016

CURRENCY 4500.00
COIN
CHECKS 4500.00
$ 4500.00

91-2/1221 108

DATE 6/14/2004
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

DEPOSIT TICKET PLEASE ENTER AMOUNT OF CASH AND CHECKS ATTACH ADDING MACHINE TAPE OR DEPOSIT RECAP

BANK ONE.
Bank One, NA
Phoenix, Arizona 85073
www.BankOne.com

⑆ 560101025⑆ 656089166⑈ 44⑈0000450000⑈

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT

06/15/2004 0 #393
$4,500.00 CHECKING DEPOSIT
1 656089166 #23
06-15-2004 11:57 50 00000 1566

BANK ONE, NA
111901331
06152004
5240392385

REQUEST 200504115003 4500.00
ROLL H09173 20040615 000005240392385
ARCHIVE P ACCT 6010000656089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TX1-0057
INDY LEGAL ITEMS

SEC 012185

BO 00109

CF34343:200504115003:2001 scanned on SCANER98 by Operator on Apr 11, 2005 at 05:46:50 PM - Page 3 of 7.



356trw    "099090"  "122037171"  6B000738723088"    "000045000"

REQUEST 200504115003    4500.00
ROLL H09173  20040615  000005240392385
ARCHIVE P  ACCT 6010000656089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TX1-0057
INDY LEGAL ITEMS

SEC 012186

BO 00110

CF34343:200504115003:2002 scanned on SCANER98 by Operator on Apr 11, 2005 at 05:46:50 PM – Page 4 of 7.

**BANK ONE.**                    NEXT DAY FUNDS AVAILABILITY                    *CREDIT*

RVT 500001059

| | | |
|---|---|---|
| Today's Date 6/25/04 | Customer Social Security No. / Tax I.D. No. | TOTAL CERTIFIED CHECKS ▶ |
| Customer Name (Please Print) IBBC | | TOTAL CASHIER'S CHECKS ▶ |
| Customer Address 4637 N 24th St PHx | | TOTAL TELLERS CHECKS ▶ |
| City Phx | State AZ   ZIP Code 85016 | TOTAL STATE GOV'T CHECKS ▶ |
| | | TOTAL LOCAL GOV'T CHECKS ▶ |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL. Checks and other items received for deposit Subject to the provisions of the Uniform Commercial Code and your Deposit Account Agreement with Bank One.

ACCOUNT NUMBER - DO NOT ZERO FILL

656089166    TOTAL $  4000—

⑈000020537⑈ ⑆500001059⑆ 656089166⑈ 44⑈0000400000⑈

DUPLICATE  PAGE 0        05/25/2004

$4,000.00
1
CHECKING DEPOSIT
ACCT# 656089166
0801 00120 02    3595 06/25/2004 19:19

BANK ONE, NA
▶119013311◀
656089166
5540167957

REQUEST 200504115003  4000.00
ROLL H13112 20040625 000005540167957
ARCHIVE P  ACCT 6010000656089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TX1-0057
INDY LEGAL ITEMS

SEC 012187

BO 00111

CF34343:200504115003:2002 scanned on SCANER98 by Operator on Apr 11, 2005 at 05:46:50 PM - Page 5 of 7.

H. DONNA DYMON, PH.D.  04-88
240 GREENVIEW DR.
DALY CITY, CA  94014

90-B186/1211
33846577

3130

DATE 24 June 2004

PAY TO THE
ORDER OF  International Biofuel Biochemical Corp  $ 4000.00

Four Thousand Only no/100 _____ DOLLARS

**WORLD SAVINGS**
BANK, FSB
75 First Street
San Francisco, California 94105

H. Donna Dymon, PhD

MEMO _____

⑉121181866⑉3130 ⑈  33846577⑈  ⑉0000400000⑉

---

ENDORSE HERE

BANK ONE, NA
▶1119013214
06252004
554016795B

REQUEST 200504115003    4000.00
ROLL H13112 20040625 000005540167957
ARCHIVE P  ACCT 6010000656089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TX1-0057
INDY LEGAL ITEMS

SEC 012188

BO 00112

YNN T 1 0 08 108497

IBBC

Acct # 000000656089166
Jun 11 through Jul 13, 2004
Page 3 of 3

**Daily ending balance**

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| 06-11 | -228.33 | 06-28 | $3,736.86 |
| 06-14 | -257.33 | 06-29 | $3,560.98 |
| 06-15 | $4,242.67 | 06-30 | $3,269.88 |
| 06-16 | $3,942.67 | 07-01 | $1,573.92 |
| 06-17 | $3,577.38 | 07-02 | $1,172.76 |
| 06-18 | $377.38 | 07-06 | $965.26 |
| 06-21 | $271.63 | 07-07 | $155.41 |
| 06-22 | $231.63 | 07-08 | $46.24 |
| 06-23 | $182.61 | 07-12 | -28.70 |
| 06-24 | $61.00 | 07-13 | -73.96 |
| 06-25 | $4,040.42 | | |

**Transactions For Service Fee Calculation**

| | |
|---|---|
| Checks Paid / Debits | 5 |
| Deposits / Credits | 2 |
| Deposited Items | 2 |
| Transaction Total | 9 |

**Service Fee Calculation**

| | |
|---|---|
| Service Fee | 0.00 |
| Service Fee Credit | 0.00 |
| Net Service Fee | 0.00 |
| Excessive Transaction Fees (Above 150) | 0.00 |
| Total Service Fees | 0.00 |

SEC 012189

BO 00113

BANK ☰ ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ☰ ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ☰ ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ☰ ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ☰ ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ☰ ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ☰ ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ☰ ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

SEC 012190

BO 00114

BANK ≡ ONE

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*

BANK ≡ ONE

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*

BANK ≡ ONE

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*

BANK ≡ ONE

*This item is not available for immediate viewing.*

*Please submit a tape request for this item, and it will be retrieved and ready for viewing based on your priority selection.*

**SEC 012191**

**BO 00115**

NNN T 1 0 08 102360

Bank One, NA
Arizona Market
P.O. Box 260180
Baton Rouge , LA 70826-0180

Acct # 000000656089166
Jul 14 through Aug 11, 2004
Page 1 of 3

IBBC
4637 N 24TH ST
PHOENIX AZ  85016-5203

*To Contact Bank One*

| By Phone: | 1-800-404-4111 |
|---|---|
| Para Espanol: | 1-877-428-9707 |
| Hearing Impaired: | 1-888-663-4833 |
| Internet: | www.BankOne.com |

## BANK ONE BASIC BUSINESS CHECKING
Account number 000000656089166

| | Items | Amount |
|---|---|---|
| Beginning balance | | $ -73.96 |
| Checks paid | 5 | - 4,059.32 |
| Other withdrawals | 44 | - 4,227.03 |
| Deposits / additions / other credits | 2 | +8,562.78 |
| Balance as of Aug 11 | | $202.47 |

### Checks paid

| Number | Amount | Date paid | Number | Amount | Date paid |
|---|---|---|---|---|---|
| 1014 | 2,670.53 | 07-21 | 1017 | 93.24 | 08-02 |
| 1015 | 500.00 | 07-20 | 1018 | 495.55 | 08-10 |
| 1016 | 300.00 | 07-27 | Total | 4,059.32 | |

### Other withdrawals including fees and list posted items

| Date | Description | | Amount |
|---|---|---|---|
| 07-14 | Overdraft Fee | | 29.00 |
| 07-15 | The One Card Purchase | 07/13Diversified Reporting Washington DC | 1,548.75 |
| 07-15 | The One Card Purchase | 07/13Circle K 05408 Phoenix AZ | 24.15 |
| 07-16 | 040716006047 Incoming Domestic Wire Fee | | 12.00 |
| 07-16 | Overdraft Fee | | 58.00 |
| 07-19 | The One Card Purchase | 07/18Buca Di Beppo #0301.Scottsdale AZ | 107.29 |
| 07-19 | Bank One ATM Withdrawal | 007527 07/172827 N 44th St Phoenix AZ | 100.00 |
| 07-19 | The One Card Purchase | 07/16USA Petroleum Road Forks NM | 32.71 |
| 07-19 | The One Card Purchase | 07/16Chevron 00076280 Lordsburg NM | 32.00 |
| 07-19 | The One Card Purchase | 07/15Chevron 00090463 Phoenix AZ | 23.50 |
| 07-19 | The One Card Purchase | 07/16Si Senor Restaurant Deming NM | 11.70 |
| 07-19 | The One Card Purchase | 07/16Cracker Barrel #344 Marana AZ | 9.94 |
| 07-19 | The One Card Purchase | 07/174K Truck Stop-Kafe San Simon AZ | 6.52 |
| 07-20 | The One Card Purchase | 07/19Enterprise Rentacar Phoenix AZ | 264.97 |

*continues*

**SEC 012192**

**BO 00116**

CF34342:200504115002:2022 scanned on SCANER98 by Operator on Apr 11, 2005 at 05:51:25 PM - Page 22 of 25.

RECEIVED CPI                                                    1014
JUL 16 2004    IBBC        HAND DELIVERED
                4637 N 24TH ST.
                PHOENIX, AZ  85016

                                          DATE July 1, 2004   91-2/1221  108

PAY TO THE
ORDER OF  Commercial Repair, Inc.                    $ 2670.53/100

Two Thousand six hundred and seventy dollars  $53/100      DOLLARS

BANK ONE.  147003

FOR Lease 9637 N. 24th Street

#001014#  :122100024:  656089166#  /00002670.53/

B1996 - 1 07202004 0002 0001

BANK ONE, NA
BEDFORD, TEXAS
67222004
4640462890

BANK OF AMERICA,NA TPE
3150212643

REQUEST 200504115002   2670.53
ROLL ARCHIVE  20040721  000008740759903
ARCHIVE P  ACCT 6010000656089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TX1-0057
INDY LEGAL ITEMS

SEC 012193

BO 00117

CF34342:200504115002:2021 scanned on SCANER98 by Operator on Apr 11, 2005 at 05:51:24 PM - Page 21 of 25.

1015

**IBBC**
4637 N 24TH ST
PHOENIX, AZ 85016

DATE *July 19, 2004* 01-2108
1221

PAY TO THE
ORDER OF *International Biofuels Bio Chemical Corp*      | $ *500.00/100*

*Five hundred Dollars $.00*                              DOLLARS

**BANK☰ONE.**

0556925352 6800904          *

FOR *Funds Transfer*

⑆001015⑆ ⑇122100024⑈ 656089166⑆ ⑆000005000000⑆

WFB NA TEMPE AZ 07/20/04
TRACER# 135        013
1221-0527-8
0736166867

WFB NA TEMPE,AZ 07192004
TR#1310PKT #006
>1221-0527-8<
6830399877

BANK ONE, NA
BEDFORD, TEXAS
07202004
5440692133

REQUEST 200504115002    500.00
ROLL HI0687 20040720 000005440692133
ARCHIVE P  ACCT 601000656089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TXI-0057
INDY LEGAL ITEMS

SEC 012194

BO 00118

Page 1 of 1

IBBC
4637 N 24TH ST
PHOENIX, AZ 85016                                    1016

PAY TO THE                                          DATE *July 27, 2004*
ORDER OF _____      | $ *300.00*

_Three hundred dollars $*00*_____ DOLLARS

**BANK ONE.**

FOR _Reimbursement of fund_

⑆001016⑆ ⑉122100024⑉ 656089166⑈ ⑆0000030000⑆

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
BANK ONE, NA

BANK ONE - AA
▶1119913331◀
07/27/2004
5540508878

| | |
|---|---|
| Posting Date | 2004 Jul 27 |
| Prime Sequence | 5540508878 |
| Amount | $300.00 |
| Bank | 12210002 |
| Account: | 000000000656089166 |
| Serial Field | 000000001016 |
| Bank No. | 601 |
| item type | P |
| IRD | 00 |

SEC 012195

BO 00119

CF34342:200504115002:2023 scanned on SCANER98 by Operator on Apr 11, 2005 at 05:51:25 PM - Page 23 of 25.

1017

**IBBC**
4837 N 24TH ST
PHOENIX, AZ  85016

DATE *July 29, 2004*                91-2 108
                                       1221

PAY TO THE
ORDER OF *Liberty Cooling & Heating, Inc.*                $ *93.24/00*

*Ninty Three dollars & 24/100*                              DOLLARS

**BANK☰ONE.**
Bank One, NA
Phoenix, Arizona 85016
www.bankone.com

FOR *Invoice # 31373*

⑈⑈001017⑈⑈ ⑈:122100024⑈: ⑈:656089166⑈⑈ ⑈000000932 4⑈

BANK ONE, NA
▶111901331◀
98922004
5640437158

PAY TO THE ORDER OF
BANK ONE, NA
▼122100024▲
FOR DEPOSIT ONLY
1047 1009

LIBERTY COOLING & HEATING, INC.

5054 65716

REQUEST 200504115002    93.24
ROLL ARCHIVE 20040802 000005640437158
ARCHIVE P  ACCT 6010000656089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TX1-0057
INDY LEGAL ITEMS

SEC 012196

BO 00120

CF34342:200504115002:2024 scanned on SCANER98 by Operator on Apr 11, 2005 at 05:51:25 PM – Page 24 of 25

1018

**IBBC**
4637 N 24TH ST
PHOENIX, AZ 85016

DATE *Aug 6, 2004*

81-2108
1221

PAY TO THE
ORDER OF *SRP*                                    | $ *495.55/100*

*four hundred and ninty five dollars 5 55/100*    DOLLARS

**BANK ONE.**

FOR *# 252-130-001*

"001018" :122100024: 656089166" /0000049555/

10ᵍ                    2521300010

5  02 8/10/2004 05190      ;0208 SRP

BANK ONE, NA
▶111901331◀
06102004
5440763463

REQUEST 200504115002    495.55
ROLL ARCHIVE 20040810 000005440763463
ARCHIVE P  ACCT 601000656089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TX1-0057
INDY LEGAL ITEMS

SEC 012197

BO 00121

## In case of errors or questions about your electronic funds transfers

Telephone or write Bank One (phone # and address on front of statement) If you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- your name and account number
- the dollar amount of the suspected error
- a description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will recredit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## In case of errors or questions about non-electronic transactions

Contact Bank One immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules & Regulations that govern your account at Bank One.

## Billing rights summary

### In case of errors or questions about your bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you *no later* than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- your name and account number
- the dollar amount of the suspected error
- describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### Special rule for credit card purchases

If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

## Balancing your checkbook

Use the following worksheet to reconcile your checking account. If you need help balancing your checkbook, call the customer service number on the front of this statement.

Mark in your checkbook all additions and subtractions reported in your checking account statement.

1 Write in the ending balance shown on this statement.    $ _____

2 List all deposits and other additions (such as transfers) not shown on this statement and add the total to the ending balance.

_____
_____
_____
_____
_____
_____

Total  ➤    +$ _____

3 List all withdrawals and other subtractions (such as outstanding checks and banking card transactions) not shown on this statement. Then subtract this total from the ending balance

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Total  ➤    -$ _____

4 After you figure in all the additions and subtractions, this amount should match the current balance in your checkbook.    =$ _____



Member FDIC

**SEC 012198**

e1bosddb

BO 00122

NNN T 1 0 08 102361

IBBC

Acct # 000000656089166
Jul 14 through Aug 11, 2004
Page 2 of 3

**Other withdrawals including fees and list posted items**

| Date | Description | | Amount |
|------|-------------|---|--------|
| 07-20 | The One Card Purchase | 07/18Arco Ampm # 81976 Phoenix AZ | 43.65 |
| 07-20 | The One Card Purchase | 07/19Usps 0363680078 Phoenix AZ | 4.30 |
| 07-21 | Card Purchase With Pin | 001367 07/215021 N 20th St Phoenix AZ | 4.42 |
| 07-22 | Bank One ATM Withdrawal | 005472 07/22201 N Central Ave Phoenix AZ | 100.00 |
| 07-22 | Card Purchase With Pin | 545322 07/214515 East Thomas R Phoenix AZ | 33.87 |
| 07-22 | The One Card Purchase | 07/20Johnny Rockets Scotts Scottsdale AZ | 30.36 |
| 07-22 | The One Card Purchase | 07/20Chevron 00091499 Scottsdale AZ | 25.06 |
| 07-23 | The One Card Purchase | 07/22Qwestcomm*tn602 800-603-6000 CO | 434.53 |
| 07-26 | Card Purchase With Pin | 317055 07/24Sprint Pcs Overland Park KS | 150.00 |
| 07-26 | The One Card Purchase | 07/24Southwestair52627118337 Dallas TX | 116.70 |
| 07-26 | The One Card Purchase | 07/22City Phx Pymt Counter Phoenix AZ | 54.10 |
| 07-26 | The One Card Purchase | 07/23Matador Restaurant Phoenix AZ | 37.13 |
| 07-26 | The One Card Purchase | 07/23Circle K 05408 Phoenix AZ | 24.05 |
| 07-27 | Card Purchase With Pin | 000109 07/263920 E Thomas Rd Phoenix AZ | 3.85 |
| 07-28 | Non Bk One Withdrawal Fee | | 2.00 |
| 07-28 | Non-Bank One ATM Withdraw | 000844 07/282425 E Camelback S Phoenix AZ | 21.75 |
| 07-29 | Bank One Card Cash Back | 000327 07/293801 N. 33Rd Ave. Phoenix AZ | 54.12 |
| 07-29 | The One Card Purchase | 07/27Carolinas Mexican Food Phoenix AZ | 6.40 |
| 07-30 | The One Card Purchase | 07/27Circle K 00822 Avondale AZ | 24.54 |
| 07-30 | The One Card Purchase | 07/29Wide World of Maps Inc Phoenix AZ | 4.27 |
| 07-30 | The One Card Purchase | 07/28Kfc #1303080  13030804 Phoenix AZ | 1.61 |
| 08-02 | Bank One ATM Withdrawal | 002657 08/022620 E Camelback Phoenix AZ | 40.00 |
| 08-05 | The One Card Purchase | 08/04Ajo AL'S Mexican Cafe Phoenix AZ | 42.11 |
| 08-06 | The One Card Purchase | 08/05Qwestcomm*tn602 800-603-6000 CO | 444.69 |
| 08-09 | The One Card Purchase | 08/08Qwestcomm*tn602 800-603-6000 CO | 58.18 |
| 08-09 | Bank One ATM Withdrawal | 002767 08/072827 N 44th St Phoenix AZ | 20.00 |
| 08-09 | The One Card Purchase | 08/07Usps 0363729551 Phoenix AZ | 3.85 |
| 08-10 | The One Card Purchase | 08/06DR *symantec.com Orderfind.Com MN | 49.95 |
| 08-11 | Bank One ATM Withdrawal | 001814 08/11201 S Beeline Hwy Payson AZ | 100.00 |
| 08-11 | Card Purchase With Pin | 901107 08/11401 S. Beeline Hwy Payson AZ | 21.01 |
| | | | 4,227.03 |

*A overdraft fee was charged on 07-14 due to insufficient funds in your account.*

*A overdraft fee was charged on 07-16 due to insufficient funds in your account.*

**Deposits / additions / other credits**

| Date | Description | | Amount |
|------|-------------|---|--------|
| 07-16 | 040716006047 0770     122287196          Org=alvaretta B Ruppman 493 Naples, FL  Obi=addr 4637 N 24th Street Phoenix AZ | | 8,000.00 |
| 08-02 | Deposit | | 562.78 |
| | | | 8,562.78 |

*continues*

SEC 012199

BO 00123

CF34343:200504115003:2003 scanned on SCANER98 by Operator on Apr 11, 2005 at 05:46:51 PM - Page 6 of 7.

IBBC
4637 N 24TH ST
PHOENIX, AZ 85016

CURRENCY ▶ ~~562.78~~
COIN ▶
CHECKS ▶ 562.78

91-2/1221 108

DATE Aug 2, 2004
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL $ 562.78

DEPOSIT TICKET PLEASE ENTER AMOUNT OF CASH AND CHECKS ATTACH ADDING MACHINE TAPE OR DEPOSIT RECAP

BANK ONE.
Bank One, NA
Phoenix, Arizona 85073
www.BankOne.com

⑆5601010 25⑆ 656089166⑈ 44⑈0000056278⑈

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE OR ANY APPLICABLE COLLECTION AGREEMENT

08/02/2004 EAS# 0
$562.78 CHECKING DEPOSIT
ACCT# 656089166
162 08/02/2004 11:13 SEQ# 00:38.05

AUG -2 '04

BANK ONE, NA
111901 5314
08022004

5340466139

REQUEST 200504115003 562.78
ROLL ARCHIVE 20040802 000005340466139
ARCHIVE P ACCT 6010000656089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC

TX1-0057
INDY LEGAL ITEMS

SEC 012200

BO 00124

CF34343:200504115003:2003 scanned on SCANER98 by Operator on Apr 11, 2005 at 05:46:51 PM - Page 7 of 7.

5475

**TONS PER HOUR**
700 DOE RUN LANE
NEWCASTLE, CA 95658
530-887-1187



7/13/2004

PAY TO THE
ORDER OF    Filter Technology                                    $ **562.78

Five Hundred Sixty-Two and 78/100************************************************************** DOLLARS

Filter Technology
4637 N. 24th St.
Phoenix, AZ 85016

MEMO:

⑈005475⑈ ⑆121126271⑆ 020201620⑈          ⑈000056278⑈

ENDORSE HERE

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
BANK ONE, NA

BANK ONE, NA
711190 3314
08/02/2004
5340466140

REQUEST  200504115003    562.78
ROLL ARCHIVE  20040802  000005340466139
ARCHIVE P   ACCT 6010000656089166
REQUESTER SUBPNA RK 0408050050
(AB) SUBPOENA IBBC                              SEC 012201

TX1-0057
INDY LEGAL ITEMS

BO 00125

NNN T 1 0 08 102362

IBBC

Acct # 00000656089166
Jul 14 through Aug 11, 2004
Page 3 of 3

**Daily ending balance**

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| 07-14 | -102.96 | 07-28 | $1,109.21 |
| 07-15 | -1,675.86 | 07-29 | $1,048.69 |
| 07-16 | $6,254.14 | 07-30 | $1,018.27 |
| 07-19 | $5,930.48 | 08-02 | $1,447.81 |
| 07-20 | $5,117.56 | 08-05 | $1,405.70 |
| 07-21 | $2,442.61 | 08-06 | $961.01 |
| 07-22 | $2,253.32 | 08-09 | $868.98 |
| 07-23 | $1,818.79 | 08-10 | $323.48 |
| 07-26 | $1,436.81 | 08-11 | $202.47 |
| 07-27 | $1,132.96 | | |

**Transactions For Service Fee Calculation**

| | |
|---|---|
| Checks Paid / Debits | 5 |
| Deposits / Credits | 1 |
| Deposited Items | 1 |
| Transaction Total | 7 |

**Service Fee Calculation**

| | |
|---|---|
| Service Fee | 0.00 |
| Service Fee Credit | 0.00 |
| Net Service Fee | 0.00 |
| Excessive Transaction Fees (Above 150) | 0.00 |
| Total Service Fees | 0.00 |

SEC 012202

BO 00126

BANK ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

BANK ONE

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

**SEC 012203**

**BO 00127**



*BANK ONE*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

*BANK ONE*

This item is not available for immediate viewing.

Please submit a tape request for this item, and it will be retrieved
and ready for viewing based on your priority selection.

**SEC 012204**

**BO 00128**

NNN T 1 0 08 108788

Bank One, NA
Arizona Market
P.O. Box 260180
Baton Rouge , LA 70826-0180

Acct # 000000656089166

**Aug 12 through Sep 13, 2004**

Page 1 of 2

IBBC
4637 N 24TH ST
PHOENIX AZ  85016-5203

*To Contact Bank One*

| | |
|---|---|
| **By Phone:** | 1-800-404-4111 |
| *Para Espanol:* | 1-877-428-9707 |
| *Hearing Impaired:* | 1-888-663-4833 |
| *Internet:* | www.BankOne.com |

## BANK ONE BASIC BUSINESS CHECKING

Account number 000000656089166

| | Items | Amount |
|---|---|---|
| Beginning balance | | $202.47 |
| Checks paid | 0 | 0.00 |
| Other withdrawals | 12 | - 572.11 |
| Deposits / additions / other credits | 0 | 0.00 |
| Balance as of Sep 13 | | -369.64 |

**Other withdrawals including fees and list posted items**

| Date | Description | | Amount |
|---|---|---|---|
| 08-12 | Card Purchase With Pin | 082584 08/12401 S. Beeline Hwy Payson AZ | 24.20 |
| 08-13 | Card Purchase With Pin | 068741 08/131949 East Camelbac Phoenix AZ | 38.91 |
| 08-13 | The One Card Purchase | 08/11Laguna Travel Center Casa Blanca NM | 25.01 |
| 08-16 | The One Card Purchase | 08/13Enterprise Rentacar Phoenix AZ | 229.46 |
| 08-16 | The One Card Purchase | 08/12Laguna Travel Center Casa Blanca NM | 14.21 |
| 08-17 | Overdraft Fee | | 58.00 |
| 08-17 | The One Card Purchase | 08/16Usps 0363680078 Phoenix AZ | 15.40 |
| 08-18 | Overdraft Fee | | 29.00 |
| 08-19 | The One Card Purchase | 08/17Borders Books 01000546 Phoenix AZ | 33.45 |
| 08-19 | The One Card Purchase | 08/17Arco Ampm # 81976 Phoenix AZ | 21.47 |
| 08-20 | Overdraft Fee | | 58.00 |
| 08-23 | Extended Overdraft Fee | | 25.00 |
| | | | 572.11 |

*A overdraft fee was charged on 08-17 due to insufficient funds in your account.*

*A overdraft fee was charged on 08-18 due to insufficient funds in your account.*

*A overdraft fee was charged on 08-20 due to insufficient funds in your account.*

*continues*

SEC 012205

BO 00129

SEC 012207

BO 00131