

Subpoena Processing Department
P.O. Box 29728
MAC S3928-020
Phoenix, AZ 85038-9728

Page 1 of 2

## DECLARATION FOR RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

| Re: Subpoena | Our Reference #: | 1097336 |
|---|---|---|
| Agency Case #: None | Date Served: | 01/12/05 |
| Banking Entity: Wells Fargo Bank, N.A. (the "Bank") | | |

I, Marie Fagan, declare that I am employed by Wells Fargo Services ("WFS") in the Subpoena Processing Department and the Bank's designated duly authorized Custodian of Records for documents and/or information produced under the above referenced legal order. The Bank reserves its right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced herein. I certify the authenticity of the records produced herewith and that they were:

A)      Made at or near the time of the occurrence, condition or event of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

B)      Kept in the course of regularly conducted activity.

C)      Made by the regularly conducted activity as a regular practice, by the personnel of the business.

The identities of the records produced herewith are as follows:

☒ Signature Card(s)      ☒ Statement(s)      ☐ Cashiers' Check(s)

☐ Deposit(s)/Credit(s)      ☐ Check(s)/Withdrawal(s)      ☒ Wire Transfer(s)

☐ Other:

Records necessary for compliance may have been limited as indicated below:

☐ The Bank <u>does not possess any of the records</u> as described in the above referenced legal order.

☐ The enclosed records are true copies of bank records in the custodian's possession as described in the above referenced legal order. This constitutes <u>final</u> production, unless notified otherwise.

☒ The enclosed records are true copies of bank records. This submission constitutes <u>only part</u> of the records in the custodian's possession as described in the above referenced legal order.

     ☐ The Bank and/or WFSC received notification that <u>no further production is required.</u> File closed.

☐ Compliance with the above referenced legal order was <u>limited to the following</u> through agreement with the requesting party:

☒ The Bank is <u>unable to provide the following records</u> as described in the above referenced legal order:
     **Unable to locate signature card for account 0556925675 ,IBBC International Biofuel and Biochemical Corporation.**

Microfilm copies of requested transactions may be missing for the following reasons: Item(s) not on film, Film fogged, blank, black, damaged, destroyed or not available, Item(s) piggy-backed on film, electronic transaction(s), or other reasons that may prevent the Bank from completing a thorough search of records. The Bank's Legal Group will direct compliance for credit card, various types of loan information, and other non-depository information subject to the above referenced legal order.

I:\Subpoena Department\Documents\Declaration WFSC.doc
Rev. 11/03

SEC 010794      WF 00001



PLAINTIFF'S EXHIBIT



Subpoena Processing Department
P.O. Box 29728
MAC S3928-020
Phoenix, AZ 85038-9728

Page 2 of 2

Our Reference #:  1097336

I am familiar with the **mode of preparation** of the enclosed records.  They were prepared as follows:

☒  **Signature Card(s):**    The customer(s) whose name appears on the signature card/account application and agreement form submitted the form to us requesting checking and/or savings account(s).  The customer(s) submitted personal and financial information which were relied upon by the Bank.  The customer(s) signed the form.  The Bank opened the savings and/or checking account(s) listed on the signature card.  The signature card was stored at and retrieved from the Bank's designated retention site(s).

☐  **Check(s):**  The check(s) drawn on the customer(s) account(s) were presented to the Bank and paid.  During the process of paying the check(s), a microfilm image of the front and back of the check(s) is taken in the sequence the check(s) is processed by the Bank.  The microfilm/fiche is then stored in the Bank's secured facilities.  In response to this legal order, the Bank retrieved the microfilm reel/fiche and produced an image of the check(s).

☐  **Withdrawal Slip(s)/Deposit(s):**  The withdrawal(s) (as evidenced by a withdrawal slip) made by customer at a teller window and all deposits made either at a teller window or through an ATM are processed by the Bank at designated central processing centers.  When the transaction is processed, a microfilm/fiche image of the front and back of the item is taken in the sequence the item is processed by the Bank.  The microfilm/fiche is then stored in the Bank's secured facilities.  In response to this legal order, the Bank retrieved the microfilm reel/fiche and produced an image of the withdrawal slip(s)/deposit(s).

☒  **Statement(s):**  Each monthly statement was prepared immediately after the closing date of the monthly account cycle as indicated on the statement(s).  The statement(s) accurately reflects all debit entries (checks, point of sale, ATM, teller withdrawals, fees, etc.) and credits (deposits, etc.) which occurred on the account(s) during the monthly account cycle.

☒  **Other:**   Original records were prepared or received at or near the time of their creation and were stored by Bank in the ordinary course of business.   Upon receipt of this subpoena, we searched and retrieved the original records and prepared a true and correct copy using generally accepted photocopying techniques.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 31st day of January, 2005, in the City of Chandler, State of Arizona.

_Marie Jagan_

Subpoena Processing Representative   (480) 724-2053

Microfilm copies of requested transactions may be missing for the following reasons:  Item(s) not on film, Film fogged, blank, black, damaged, destroyed or not available, Item(s) piggy-backed on film, electronic transaction(s), or other reasons that may prevent the Bank from completing a thorough search of records.  The Bank's Legal Group will direct compliance for credit card, various types of loan information, and other non-depository information subject to the above referenced legal order.

I:\Subpoena Department\Documents\Declaration WFSC.doc
Rev. 11/03



SUBPOENA

# UNITED STATES OF AMERICA
## SECURITIES AND EXCHANGE COMMISSION

**In the Matter of J-Bird Music Group Ltd. and
International Biofuel and Biochemical Corporation, HO-09635**

To:     Wells Fargo Bank
        Custodian of Records
        Subpoena Processing
        100 W. Washington St.
        15th Floor
        Phoenix, AZ 85003
        Attn: Nathan Ward

☒     **YOU MUST PRODUCE** everything specified in the Attachment to this subpoena to officers of the Securities and Exchange Commission, at the place, date and time specified below.

450 Fifth Street, N.W., Washington, D.C. 20549-0707, on January 31, 2005, at 10:00 a.m.

☒     **YOU MUST TESTIFY** before officers of the Securities and Exchange Commission, at the place, date and time specified below.

450 Fifth Street, N.W., Washington, D.C. 20549-0707, on January 31, 2005, at 10:00 a.m.

### FEDERAL LAW REQUIRES YOU TO COMPLY WITH THIS SUBPOENA.
Failure to comply may subject you to a fine and/or imprisonment.

By:  _(signature)_                    Date: 1/6/05
     Christopher Conte
     Assistant Director
     450 Fifth Street, N.W. Washington, D.C.  20549-0707
     (202) 942-4579

                              SEC 010796          WF 00003

I am an officer of the Securities and Exchange Commission authorized to issue subpoenas in this matter. The Securities and Exchange Commission has issued a formal order authorizing this investigation under Section 20(a) of the Securities Act of 1933 and Section 21(a) of the Securities Exchange Act of 1934.

NOTICE TO WITNESS:     If you claim a witness fee or mileage, submit this subpoena with the claim voucher.

Attachment to Subpoena Duces Tecum to
Wells Fargo Bank dated January 6, 2005

A.    Instructions and Definitions

    1.   You must submit all documents required to be produced by the subpoena that are in your possession, custody, or control, including documents that are under your control or custody but are not in your immediate possession.

    2.   The term "document" means all records, materials and other tangible forms of expression in your possession or custody, or under your control, whether originals, copies, annotated copies, drafts or final versions, and however created, produced, stored or maintained, including, but not limited to, charts, lists, logs, spreadsheets, financial information or analyses, books, papers, files, notes, memoranda, reports, schedules, transcriptions, correspondence, telegrams, telexes, wire messages, telephone messages, calendars, diaries, budgets, invoices, audio and video recordings, electronic mail, electronic data compilations, computer disks (or hard copy of the data contained on such disks), and other electronic media, microfilm, microfiche, and storage devices, and all of the foregoing reflecting communications.

    3.   As used in this attachment, the term "accounts" refers to all accounts of LeeRoy Allen, Jr., including but not limited to accounts:

        (a)   at any and all branches of this financial institution;
        (b)   of every nature, whether checking, savings, trust, or otherwise; and
        (c)   in which any or all of such persons or entities are or were named as holder or joint-holder, or have or had control.

B.    Production

    1.   Produce the following documents for all of the accounts from December 1, 2002, through the date of production:

        (a)   account opening documents, including agreements, financial statements, authorized signatures, and modifications to account opening documents;
        (b)   account statements;
        (c)   cancelled checks (both sides) in the amount of $500 or more;
        (d)   cashiers' checks (both sides) and receipts for cashiers' checks, in the amount of $500 or more;
        (e)   bank wire advices, notices, and statements, in the amount of $500 or more;
        (f)   deposit slips and copies of items deposited, in the amount of $500 or more;
        (g)   documents showing all withdrawals, in the amount of $500 or more;
        (h)   debit and credit advices, in the amount of $500 or more;
        (i)   notices of transfers between accounts;

SEC 010797

WF 00004

Attachment
Page 2

| | |
|---|---|
| (j) | letters of credit; |
| (k) | line of credit agreements; |
| (l) | correspondence and memoranda; |
| (m) | powers of attorney; |
| (n) | overdraft notices and officer approval slips; |
| (o) | loan payment summaries; |
| (p) | signature cards; |
| (q) | time and/or demand notes; |
| (r) | loan guarantees; and |
| (s) | credit references and credit inquiries. |

Provided, however, that there shall not be produced in response to this subpoena any original of, copy of, or information known to have been derived from any record maintained by Wells Fargo Bank in relation to an account in the name of a "customer" other than LeeRoy Allen, Jr. The term "customer" is limited to any individual, sole proprietorship, or partnership of five or fewer individuals, or authorized representative of that individual, sole proprietorship, or partnership, who utilized or is utilizing any service of Wells Fargo Bank, or for whom Wells Fargo Bank is acting or has acted as a fiduciary, in relation to an account maintained in such individual's, sole proprietorship's, or partnership's name. The term "customer" does not include (i) any trust or corporation; (ii) any partnership that has more than five members or that has as a member any trust or corporation; (iii) any person that holds an account jointly with any person whose records are otherwise called for by this subpoena; nor (iv) any other person, with respect to any records (including cashier's checks, money orders, and documents maintained in relation to the issuance thereof) not maintained in relation to an account in the name of that person.

SEC 010798


WF 00005

```
WELLS FARGO BANK ARIZONA, N.A.              PAGE 1 of 2
PHOENIX MAIN OFFICE
P.O. BOX 6995                               Account Number:       055-6925675
PORTLAND, OR  97228-6995                    Statement End Date:     07/31/03
```

```
        IBBC INTERNATIONAL BIOFUEL AND
        BIOCHEMICAL CORPORATION
        886 N COFCO CENTER CT UNIT 1135
        PHOENIX AZ 85008-6447
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

------------------------------------------------------------------------

YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BUSINESS MARKET RATE 055-6925675 | 5,488.91 |

------------------------------------------------------------------------

NEWS FROM WELLS FARGO

Increase your sales by providing your customers with more payment options.
Wells Fargo Merchant Services can expand your business with our credit, debit,
and ATM/online payment choices. And, when you have a Wells Fargo Business
Checking account, funds may be posted to your account the next business day.
Call us at 1-800-359-3557, ext. 422 or visit wellsfargospecial.com and enter
keyword: merchant3 to find out about ways to provide more payment options.

Being self-employed is rewarding. Reward yourself by refinancing with Wells
Fargo Home Mortgage. With Wells Fargo Home Mortgage's flexible guidelines, you
can refinance without worrying about verifying every dollar that you earn. Call
Wells Fargo Home Mortgage at 1-877-291-4326 and mention code 77g2.

------------------------------------------------------------------------

BUSINESS MARKET RATE 055-6925675

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

| | | |
|---|---|---|
| JUN 30 | BEGINNING BALANCE | 9,000.06 |
| | TOTAL DEPOSITS/CREDITS | 1.85 |
| | TOTAL WITHDRAWALS/DEBITS | - 3,513.00 |
| JUL 31 | ENDING BALANCE | 5,488.91 |

DEPOSITS AND CREDITS ----------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| JUL 31 | INTEREST PAYMENT | 1.85 |

WITHDRAWALS AND DEBITS ---------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| JUL 28 | TELE-TRANSFER TO CHECKING 0556925352 REFERENCE # TFH4XSR363 | - 1,000.00 |
| JUL 30 | WITHDRAWAL MADE IN A BRANCH/STORE | - 1,513.00 |
| JUL 30 | WITHDRAWAL MADE IN A BRANCH/STORE | - 1,000.00 |

------------------------------------------------------------------------

CONTINUED ON NEXT PAGE

SEC 010799                          WF 00006

```
WELLS FARGO BANK ARIZONA, N.A.        PAGE 1 of 2
PHOENIX MAIN OFFICE
P.O. BOX 6995                         Account Number:      055-6925675
PORTLAND, OR  97228-6995             Statement End Date:     06/30/03
```

```
      IBBC INTERNATIONAL BIOFUEL AND
      BIOCHEMICAL CORPORATION
      886 N COFCO CENTER CT UNIT 1135
      PHOENIX AZ 85008-6447
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

---------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

```
    ACCOUNT                                                    ENDING
    TYPE                                                      BALANCE

    BUSINESS MARKET RATE                                     9,000.06
      055-6925675
```

---------------------------------------------------------------------
NEWS FROM WELLS FARGO

*Simplify your business banking - and save hundreds of dollars. You can do both with Wells Fargo Business Services PackagesSM. Customize a Package that is right for your business, including checking, savings, payroll, credit, merchant card processing or other services. Whatever financial services your business might need, Wells Fargo has a Business Services Package for you. Stop by a Wells Fargo location or call 1-800-359-3557, extension 416 for more information.*

*Take advantage of our special Payroll offer. Sign up for Online Payroll by Wells FargoSM between 6/1/03 and 7/15/03 for free installation (value up to $100). First payroll must be processed by 8/31/03. Online Payroll by Wells Fargo allows you to calculate payroll instantly, view reports online and offer direct deposit or print paper checks at your business. It also offers next day paychecks and basic business checking free of monthly maintenance fees when that account is used to fund payroll. Call 1-800-359-3557 extension 417 or visit wellsfargospecial.com and enter keyword Payroll3 for more information.*
---------------------------------------------------------------------
BUSINESS MARKET RATE 055-6925675

```
  IBBC INTERNATIONAL BIOFUEL AND
  BIOCHEMICAL CORPORATION

  JUN 30 BEGINNING BALANCE                                    0.00
         TOTAL DEPOSITS/CREDITS                           9,000.06
         TOTAL WITHDRAWALS/DEBITS                             0.00
  JUN 30 ENDING BALANCE                                   9,000.06
```

  DEPOSITS AND CREDITS -----------------------------------------------

```
    DATE    TRANSACTION DETAIL                              AMOUNT

    JUN 30  TRANSFER FROM DDA # 000000556925352           9,000.00
    JUN 30  INTEREST PAYMENT                                   0.06
```

---------------------------------------------------------------------
*CONTINUED ON NEXT PAGE*

**SEC 010800**

**WF 00007**

PAGE 2 of 2
Account Number:              055-6925675
IBBC INTERNATIONAL BIOFUEL AND          Statement End Date:          06/30/03
BIOCHEMICAL CORPORATION

INTEREST SUMMARY ------------------------------------------------------------

    ANNUAL PERCENTAGE YIELD EARNED THIS PERIOD                    0.24%
    INTEREST EARNED FOR THIS PERIOD                               0.06
    YEAR-TO-DATE INTEREST AND BONUSES PAID                        0.06

------------------------------------------------------------------------------
FOR YOUR INTEREST

------------------------------------------------------------------     SEC 010801
THANK YOU FOR BANKING WITH WELLS FARGO.

WF 00008

PAGE 2 of 2
Account Number:          055-6925675
Statement End Date:      07/31/03

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

INTEREST SUMMARY ----------------------------------------------------------------

ANNUAL PERCENTAGE YIELD EARNED THIS PERIOD                        0.25%
INTEREST EARNED FOR THIS PERIOD                                    1.85
YEAR-TO-DATE INTEREST AND BONUSES PAID                             1.91

--------------------------------------------------------------------------------
FOR YOUR INTEREST

Simplify your business banking and save hundreds of dollars. You can do both
with Wells Fargo Business ServicesSM Packages. Customize a Package that is
right for your business, including checking, savings, payroll, credit, merchant
card processing or other services. Stop by a Wells Fargo location or call
1-800-359-3557, extension 423 for more information.

--------------------------------------------------------------------------------
THANK YOU FOR BANKING WITH WELLS FARGO.                    **SEC 010802**

                                                            **WF 00009**

```
WELLS FARGO BANK ARIZONA, N.A.              PAGE 1 of 2
PHOENIX MAIN OFFICE                 Account Number:        055-6925675
P.O. BOX 6995                       Statement End Date:      08/31/03
PORTLAND, OR  97228-6995
```

```
        IBBC INTERNATIONAL BIOFUEL AND
        BIOCHEMICAL CORPORATION
        886 N COFCO CENTER CT UNIT 1135
        PHOENIX AZ 85008-6447
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

------------------------------------------------------------------

YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BUSINESS MARKET RATE 055-6925675 | 79.60 |

------------------------------------------------------------------

NEWS FROM WELLS FARGO

Receive daily account updates and alerts via fax or email with our Morning
Express(R) service - an easy-to-read report on your previous day's business
checking account activity - as early as 7am every business day. Talk to a
banker or call 1-800-359-3557 ext. 464 for more information.

------------------------------------------------------------------

BUSINESS MARKET RATE 055-6925675

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

```
JUL 31 BEGINNING BALANCE                            5,488.91
        TOTAL DEPOSITS/CREDITS                          0.69
        TOTAL WITHDRAWALS/DEBITS                   -  5,410.00
AUG 31 ENDING BALANCE                                  79.60
```

DEPOSITS AND CREDITS --------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| AUG 29 | INTEREST PAYMENT | 0.69 |

WITHDRAWALS AND DEBITS ------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| AUG 06 | WITHDRAWAL MADE IN A BRANCH/STORE | - 1,000.00 |
| AUG 07 | TELE-TRANSFER TO CHECKING 0556925352 | |
| | REFERENCE # TFHJJZS2YR | - 1,000.00 |
| AUG 20 | WITHDRAWAL MADE IN A BRANCH/STORE | - 500.00 |
| AUG 28 | WITHDRAWAL MADE IN A BRANCH/STORE | - 2,900.00 |
| AUG 29 | MONTHLY SERVICE FEE | - 10.00 |

INTEREST SUMMARY ------------------------------------------------------

```
ANNUAL PERCENTAGE YIELD EARNED THIS PERIOD             0.25%
INTEREST EARNED FOR THIS PERIOD                        0.69
YEAR-TO-DATE INTEREST AND BONUSES PAID                 2.60
```

------------------------------------------------------------------

CONTINUED ON NEXT PAGE                              SEC 010803


WF 00010

```
                                          PAGE 2 of 2
                                          Account Number:        055-6925675
        IBBC INTERNATIONAL BIOFUEL AND    Statement End Date:      08/31/03
        BIOCHEMICAL CORPORATION
```

--------------------------------------------------------------------------
FOR YOUR INTEREST

--------------------------------------------------------------------------
*THANK YOU FOR BANKING WITH WELLS FARGO.*                      SEC 010804


WF 00011

```
                                        PAGE 1 of 2
WELLS FARGO BANK ARIZONA, N.A.
PHOENIX MAIN OFFICE                     Account Number:        055-6925675
P.O. BOX 6995                           Statement End Date:     09/30/03
PORTLAND, OR  97228-6995
```

```
        IBBC INTERNATIONAL BIOFUEL AND
        BIOCHEMICAL CORPORATION
        886 N COPCO CENTER CT UNIT 1135
        PHOENIX AZ 85008-6447
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

```
ACCOUNT                                                    ENDING
TYPE                                                      BALANCE

BUSINESS MARKET RATE                                       69.61
   055-6925675
```

------------------------------------------------------------------
NEWS FROM WELLS FARGO

The Wells Fargo Visa Business Card is a convenient source of credit that gives
your business the control and flexibility you need. Your Wells Fargo(R)
Business Card gives you:
- Access credit when you need it
- Get cash from over 800,000 ATMs worldwide
- Control how much credit is authorized for each employee
- Track expenses with quarterly management reports
- Benefit from the optional BusinessMiles program and you will earn
  valuable points toward air travel, merchandise and gift certificates.

Call 1-800-359-3557 extension 427 or visit wellsfargospecial.com and enter
keyword: Bcard for more information on how a Wells Fargo Visa Business Card can
help your business.
------------------------------------------------------------------
BUSINESS MARKET RATE 055-6925675

```
IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

AUG 31 BEGINNING BALANCE                                   79.60
        TOTAL DEPOSITS/CREDITS                              0.01
        TOTAL WITHDRAWALS/DEBITS                          - 10.00
SEP 30 ENDING BALANCE                                      69.61
```

DEPOSITS AND CREDITS ---------------------------------------------

```
DATE    TRANSACTION DETAIL                                 AMOUNT

SEP 30  INTEREST PAYMENT                                     0.01
```

WITHDRAWALS AND DEBITS -------------------------------------------

```
DATE    TRANSACTION DETAIL                                 AMOUNT

SEP 30  MONTHLY SERVICE FEE                                - 10.00
```

------------------------------------------------------------------
CONTINUED ON NEXT PAGE                          SEC 010805


                                                WF 00012

```
                                    PAGE 2 of 2
                                    Account Number:        055-6925675
    IBBC INTERNATIONAL BIOFUEL AND  Statement End Date:      09/30/03
    BIOCHEMICAL CORPORATION
```

INTEREST SUMMARY --------------------------------------------------------------

```
    ANNUAL PERCENTAGE YIELD EARNED THIS PERIOD              0.15%
    INTEREST EARNED FOR THIS PERIOD                         0.01
    YEAR-TO-DATE INTEREST AND BONUSES PAID                  2.61
```

--------------------------------------------------------------------------------
FOR YOUR INTEREST

*Your home is a powerful resource. Whether your goal is to improve your home, pay for college, or consolidate bills, a home equity account can help you do it. Now is a great time for you to take advantage of historically low rates and possible tax savings (consult your tax advisor). Apply today. Call 1-866-847-6410 or apply online at wellsfargospecial.com and enter keyword: Equity. Wells Fargo Banks. Equal Housing Lenders.*

**SEC 010806**

--------------------------------------------------------------------------------
*THANK YOU FOR BANKING WITH WELLS FARGO.*

**WF 00013**

```
WELLS FARGO BANK ARIZONA, N.A.        PAGE 1 of 2
PHOENIX MAIN OFFICE                   I-3
P.O. BOX 6995                         Account Number:     055-6925675
PORTLAND, OR  97228-6995              Statement End Date:   10/31/03
```

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION
886 N COFCO CENTER CT UNIT 1135
PHOENIX AZ 85008-6447

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

------------------------------------------------------------------------

YOUR ACCOUNTS AT A GLANCE

```
ACCOUNT                                               ENDING
TYPE                                                  BALANCE

BUSINESS MARKET RATE                                    59.61
  055-6925675
```

------------------------------------------------------------------------

NEWS FROM WELLS FARGO

Want to take advantage of the new tax laws? Small businesses can now expense as
much as $100,000 of new equipment each year   a $75,000 increase over last
year. If you are in the market for new equipment, an Equipment Express loan can
offer you a competitive fixed interest rate and flexible terms, with no
application costs and no prepayment penalty. Apply today with our quick
application, and upon approval you'll have a full six months to use your loan.
Simply talk with a banker, call 1-800-359-9557 ext. 603, or visit
wellsfargospecial.com and enter the keyword: Equipment. Your business' tax
advisor can inform you about whether an equipment purchase qualifies for these
tax benefits.

------------------------------------------------------------------------

BUSINESS MARKET RATE 055-6925675

```
IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

SEP 30 BEGINNING BALANCE                                69.61
        TOTAL DEPOSITS/CREDITS                           0.00
        TOTAL WITHDRAWALS/DEBITS                       - 10.00
OCT 31 ENDING BALANCE                                   59.61
```

WITHDRAWALS AND DEBITS -----------------------------------------------

```
DATE    TRANSACTION DETAIL                            AMOUNT

OCT 31  MONTHLY SERVICE FEE                           - 10.00
```

INTEREST SUMMARY ----------------------------------------------------

```
ANNUAL PERCENTAGE YIELD EARNED THIS PERIOD            0.00%
INTEREST EARNED FOR THIS PERIOD                       0.00
YEAR-TO-DATE INTEREST AND BONUSES PAID                2.61
```

------------------------------------------------------------------    **SEC 010807**

CONTINUED ON NEXT PAGE

**WF 00014**

```
                                      PAGE 2 of 2
                                      Account Number:        055-6925675
   IBBC INTERNATIONAL BIOFUEL AND     Statement End Date:    10/31/03
   BIOCHEMICAL CORPORATION
------------------------------------------------------------------------
FOR YOUR INTEREST

Looking for information on how to obtain affordable business health care? Or
how to take advantage of recent tax breaks? Wells Fargo Business Tips provides
small business owners like you helpful money, marketing, management, legal and
technology tips to help you successfully manage your business. With hundreds of
Tips, you're sure to find something to help your business reach the Next Stage.
Simply visit wellsfargospecial.com and enter keyword: Business Tips, to find
the small business information you need today.
```

**SEC 010808**

```
------------------------------------------------------------------------
THANK YOU FOR BANKING WITH WELLS FARGO.
```

**WF 00015**

PAGE 1 of 2

WELLS FARGO BANK ARIZONA, N.A.
PHOENIX MAIN OFFICE
P.O. BOX 6995
PORTLAND, OR  97228-6995

Account Number:       055-6925675
Statement End Date:      11/30/03

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION
886 N COFCO CENTER CT UNIT 1135
PHOENIX AZ 85008-6447

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

--------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

| ACCOUNT<br>TYPE | ENDING<br>BALANCE |
|---|---|
| BUSINESS MARKET RATE<br>055-6925675 | 49.62 |

--------------------------------------------------------------------
NEWS FROM WELLS FARGO

The following changes are effective January 12, 2004. Insufficient Funds*: Paid
Item (OD), $33/item. Returned Item (NSF), $30/item. For questions, please
contact your Wells Fargo banker. We appreciate your business & look forward to
continuing to serve your financial needs.

*Effective March 15, 2004 for quarterly savings accounts.
--------------------------------------------------------------------
BUSINESS MARKET RATE 055-6925675

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

| | |
|---|---|
| OCT 31 BEGINNING BALANCE | 59.61 |
| TOTAL DEPOSITS/CREDITS | 0.01 |
| TOTAL WITHDRAWALS/DEBITS | - 10.00 |
| NOV 30 ENDING BALANCE | 49.62 |

DEPOSITS AND CREDITS --------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| NOV 28 | INTEREST PAYMENT | 0.01 |

WITHDRAWALS AND DEBITS ------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| NOV 28 | MONTHLY SERVICE FEE | - 10.00 |

INTEREST SUMMARY ----------------------------------------------------

| | |
|---|---|
| ANNUAL PERCENTAGE YIELD EARNED THIS PERIOD | 0.20% |
| INTEREST EARNED FOR THIS PERIOD | 0.01 |
| YEAR-TO-DATE INTEREST AND BONUSES PAID | 2.62 |

--------------------------------------------------------    SEC 010809

CONTINUED ON NEXT PAGE


WF 00016

PAGE 2 of 2
Account Number:        055-6925675
Statement End Date:        11/30/03

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

--------------------------------------------------------------------------------
FOR YOUR INTEREST

*Wells Fargo offers fast, reliable, and affordable Payroll Services for your business! Let Wells Fargo manage your payroll while you manage the day-to-day demands of your business. Sign up between 11/3/03 and 12/31/03 for free setup (value up to $150). First payroll must be processed by 1/31/04. Call us today at 1-800-359-3557 extension 658 or visit wellsfargo.com/biz/save and enter code B444 for more information.*

--------------------------------------------------------------------------------
*THANK YOU FOR BANKING WITH WELLS FARGO.*

SEC 010810

WF 00017

*PAGE 1 of 2*

*WELLS FARGO BANK ARIZONA, N.A.*
*PHOENIX MAIN OFFICE*
*P.O. BOX 6995*
*PORTLAND, OR  97228-6995*

*Account Number:        055-6925675*
*Statement End Date:      12/31/03*

*IBBC INTERNATIONAL BIOFUEL AND*
*BIOCHEMICAL CORPORATION*
*886 N COFCO CENTER CT UNIT 1135*
*PHOENIX AZ 85008-6447*

*IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,*
*CALL: 800-225-5935 (1-800-CALL-WELLS).*

--------------------------------------------------------------------

YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| *BUSINESS MARKET RATE* | *39.62* |
| *055-6925675* | |

--------------------------------------------------------------------

NEWS FROM WELLS FARGO

*Why wait to receive your statements in the mail? Get FREE, real-time access to*
*your accounts with Wells Fargo Business Online Banking. View account balances*
*and review account activity including deposits, cleared checks, loan payments*
*and credit card transactions - anytime, anywhere. Enroll in Wells Fargo*
*Business Online Banking at wellsfargo.com/biz/bankonline*
*Member FDIC.*

--------------------------------------------------------------------

BUSINESS MARKET RATE 055-6925675

*IBBC INTERNATIONAL BIOFUEL AND*
*BIOCHEMICAL CORPORATION*

| | | |
|---|---|---|
| *NOV 30 BEGINNING BALANCE* | | *49.62* |
| *TOTAL DEPOSITS/CREDITS* | | *0.00* |
| *TOTAL WITHDRAWALS/DEBITS* | | *- 10.00* |
| *DEC 31 ENDING BALANCE* | | *39.62* |

WITHDRAWALS AND DEBITS --------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| *DEC 31* | *MONTHLY SERVICE FEE* | *- 10.00* |

INTEREST SUMMARY --------------------------------------------------

| | |
|---|---|
| *ANNUAL PERCENTAGE YIELD EARNED THIS PERIOD* | *0.00%* |
| **INTEREST EARNED FOR THIS PERIOD** | *0.00* |
| *YEAR-TO-DATE INTEREST AND BONUSES PAID* | *2.62* |

--------------------------------------------------------------------

**SEC 010811**

*CONTINUED ON NEXT PAGE*

**WF 00018**

PAGE 2 of 2
Account Number:            055-6925675
Statement End Date:        12/31/03

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

--------------------------------------------------------------------------------
FOR YOUR INTEREST

*Looking for information on how to obtain affordable business health care? Or
how to take advantage of recent tax breaks? Wells Fargo Business Tips provides
small business owners like you helpful tips on money, marketing, management,
legal and technology to help you successfully manage your business.   With
hundreds of Tips, you re sure to find something to help your business reach the
Next Stage. Simply visit wellsfargospecial.com and enter keyword: Business
Tips, to find the small business information you need today.*

--------------------------------------------------------------- ---
*THANK YOU FOR BANKING WITH WELLS FARGO.*

**SEC 010812**

**WF 00019**

```
WELLS FARGO BANK ARIZONA, N.A.          PAGE 1 of 1
PHOENIX MAIN OFFICE
P.O. BOX 6995                           Account Number:      055-6925675
PORTLAND, OR  97228-6995                Statement End Date:    01/31/04
```

```
    IBBC INTERNATIONAL BIOFUEL AND
    BIOCHEMICAL CORPORATION
    4637 N 24TH ST
    PHOENIX AZ 85016-5203
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

------------------------------------------------------------------------

YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BUSINESS MARKET RATE 055-6925675 | 29.63 |

------------------------------------------------------------------------

NEWS FROM WELLS FARGO

The following changes are effective June 1, 2004. Stop Payments will be $29 per
item.  Cashed/ Deposited Items Returned Unpaid will be $7 per item. Please
contact your banker or call 1-800-225-5935 if you have any questions or need
any assistance with your account. We appreciate your business and look forward
to continuing to serve your financial needs.

------------------------------------------------------------------------

BUSINESS MARKET RATE 055-6925675

```
IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

DEC 31 BEGINNING BALANCE                        39.62
       TOTAL DEPOSITS/CREDITS                    0.01
       TOTAL WITHDRAWALS/DEBITS                - 10.00
JAN 31 ENDING BALANCE                           29.63
```

DEPOSITS AND CREDITS --------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| JAN 30 | INTEREST PAYMENT | 0.01 |

WITHDRAWALS AND DEBITS ------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| JAN 30 | MONTHLY SERVICE FEE | - 10.00 |

INTEREST SUMMARY -----------------------------------------------------

```
ANNUAL PERCENTAGE YIELD EARNED THIS PERIOD      0.30%
INTEREST EARNED FOR THIS PERIOD                 0.01
YEAR-TO-DATE INTEREST AND BONUSES PAID          0.01
TOTAL INTEREST PAID IN 2003                     2.62
```

------------------------------------------------------------------------

FOR YOUR INTEREST

------------------------------------------------------------------------

THANK YOU FOR BANKING WITH WELLS FARGO.                    SEC 010813

WF 00020

```
WELLS FARGO BANK, N.A.                    PAGE 1 of 1
PHOENIX MAIN OFFICE
P.O. BOX 6995                             Account Number:      055-6925675
PORTLAND, OR  97228-6995                  Statement End Date:  02/29/04



          IBBC INTERNATIONAL BIOFUEL AND
          BIOCHEMICAL CORPORATION
          4637 N 24TH ST
          PHOENIX AZ 85016-5203



IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).
-------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

     ACCOUNT                                              ENDING
     TYPE                                                 BALANCE

     BUSINESS MARKET RATE                                  19.63
       055-6925675

-------------------------------------------------------------------
NEWS FROM WELLS FARGO

-------------------------------------------------------------------
BUSINESS MARKET RATE 055-6925675

     IBBC INTERNATIONAL BIOFUEL AND
     BIOCHEMICAL CORPORATION

     JAN 31 BEGINNING BALANCE                              29.63
            TOTAL DEPOSITS/CREDITS                          0.00
            TOTAL WITHDRAWALS/DEBITS                     - 10.00
     FEB 29 ENDING BALANCE                                 19.63

     WITHDRAWALS AND DEBITS -----------------------------------------

     DATE    TRANSACTION DETAIL                           AMOUNT

     FEB 27  MONTHLY SERVICE FEE                         - 10.00
     INTEREST SUMMARY ------------------------------------------------

     ANNUAL PERCENTAGE YIELD EARNED THIS PERIOD            0.00%
     INTEREST EARNED FOR THIS PERIOD                       0.00
     YEAR-TO-DATE INTEREST AND BONUSES PAID                0.01
     TOTAL INTEREST PAID IN 2003                           2.62

-------------------------------------------------------------------
FOR YOUR INTEREST
```

```
-----------------------------------------------------------------   SEC 010814
THANK YOU FOR BANKING WITH WELLS FARGO.
```

WF 00021

```
                                    PAGE 1 of 1

WELLS FARGO BANK, N.A.
PHOENIX MAIN OFFICE          Account Number:        055-6925675
P.O. BOX 6995                Statement End Date:      03/31/04
PORTLAND, OR  97228-6995
```

```
        IBBC INTERNATIONAL BIOFUEL AND
        BIOCHEMICAL CORPORATION
        4637 N 24TH ST
        PHOENIX AZ 85016-5203
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

------------------------------------------------------------------

YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BUSINESS MARKET RATE 055-6925675 | 19.63 |

------------------------------------------------------------------

NEWS FROM WELLS FARGO

Simplify your business banking - and save hundreds of dollars. You can do both
with Wells Fargo Business Services Packages. Customize a Package that is right
for your business, including checking, savings, payroll, credit, merchant card
processing or other services. Whatever financial services your business might
need, Wells Fargo has a Business Services Package for you. Stop by a Wells
Fargo location or call 1-800 359-3557, extension 431 for more information.

------------------------------------------------------------------

BUSINESS MARKET RATE 055-6925675

    IBBC INTERNATIONAL BIOFUEL AND
    BIOCHEMICAL CORPORATION

| | |
|---|---|
| FEB 29 BEGINNING BALANCE | 19.63 |
| TOTAL DEPOSITS/CREDITS | 0.00 |
| TOTAL WITHDRAWALS/DEBITS | 0.00 |
| MAR 31 ENDING BALANCE | 19.63 |

    INTEREST SUMMARY ---------------------------------------------

| | |
|---|---|
| ANNUAL PERCENTAGE YIELD EARNED THIS PERIOD | 0.00% |
| INTEREST EARNED FOR THIS PERIOD | 0.00 |
| YEAR-TO-DATE INTEREST AND BONUSES PAID | 0.01 |
| TOTAL INTEREST PAID IN 2003 | 2.62 |

------------------------------------------------------------------

FOR YOUR INTEREST

Receive daily account updates and alerts via fax or email with our Morning
Express service - an easy-to-read report on your previous day's business
checking account activity as early as 7am every business day. Talk to a banker
or call 1-800-359-3557 ext. 432 for more information.

------------------------------------------------------------------    **SEC 010815**

THANK YOU FOR BANKING WITH WELLS FARGO.

**WF 00022**

```
WELLS FARGO BANK, N.A.              PAGE 1 of 1
PHOENIX MAIN OFFICE
P.O. BOX 6995                      Account Number:      055-6925675
PORTLAND, OR  97228-6995          Statement End Date:    04/30/04
```

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION
4637 N 24TH ST
PHOENIX AZ 85016-5203

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

```
ACCOUNT                                              ENDING
TYPE                                                 BALANCE

BUSINESS MARKET RATE                                   9.63
  055-6925675
```

------------------------------------------------------------------
NEWS FROM WELLS FARGO

Save time by ordering your business checks through Wells Fargo. We offer a wide
variety of styles to complement your professional image. Whether your business
requires the convenience of manual checks, or the efficiency of computer
checks, we can help. Call 1-800-237-8982 to find out more or place an order.

------------------------------------------------------------------
BUSINESS MARKET RATE 055-6925675

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

```
MAR 31 BEGINNING BALANCE                              19.63
       TOTAL DEPOSITS/CREDITS                          0.00
       TOTAL WITHDRAWALS/DEBITS                     - 10.00
APR 30 ENDING BALANCE                                  9.63
```

WITHDRAWALS AND DEBITS ---------------------------------------------

```
DATE    TRANSACTION DETAIL                            AMOUNT

APR 30  MONTHLY SERVICE FEE                          - 10.00
```
INTEREST SUMMARY --------------------------------------------------

```
ANNUAL PERCENTAGE YIELD EARNED THIS PERIOD            0.00%
INTEREST EARNED FOR THIS PERIOD                       0.00
YEAR-TO-DATE INTEREST AND BONUSES PAID                0.01
```

------------------------------------------------------------------
FOR YOUR INTEREST

------------------------------------------------------------------
THANK YOU FOR BANKING WITH WELLS FARGO.                **SEC 010816**

                                                      **WF 00023**

```
WELLS FARGO BANK, N.A.              PAGE 1 of 2
PHOENIX MAIN OFFICE                 I-3
P.O. BOX 6995                       Account Number:        055-6925675
PORTLAND, OR  97228-6995            Statement End Date:      05/31/04
```

```
IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION
4637 N 24TH ST
PHOENIX AZ 85016-5203
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

------------------------------------------------------------------

YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BUSINESS MARKET RATE 055-6925675 | - 0.37 |

------------------------------------------------------------------

NEWS FROM WELLS FARGO

IMPORTANT MESSAGE FOR CUSTOMERS WHO RECEIVE WIRE TRANSFERS: Effective August
16, 2004 any wire transfer sent to Wells Fargo must use the following Wire
Routing Transit Number (RTN): 121000248. If you are currently receiving funds
by wire transfer, this may be a change for the sender. Although the new RTN
MUST be used as of August 16, 2004, it may be used effective immediately.
Therefore, to avoid delays, inform anyone sending wires to you at Wells Fargo
to begin using the following wire instructions now:

DIRECT TO: Wire Routing Transit Number 121000248
BANK NAME: Wells Fargo Bank, N.A.
CITY, STATE: San Francisco, CA (regardless of where your account is located)
BENEFICIARY ACCOUNT NUMBER (BNF): Your 10 digit Wells Fargo account number (If
your number is less than 10 digits in length, use leading zeroes to convert the
number to a 10-digit number)
BENEFICIARY ACCOUNT NAME: The name of your account as it appears on your
statement

For wires sent from your Wells Fargo account and wire templates there is no
change.
Note: There is no change to the RTNs used for checks, deposits, or ACH (direct
deposit/debit) transactions. If you have questions, contact your Wells Fargo
banker or call the customer service number printed on your statement.

------------------------------------------------------------------

BUSINESS MARKET RATE 055-6925675

```
IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION
```

```
APR 30  BEGINNING BALANCE                          9.63
        TOTAL DEPOSITS/CREDITS                     0.00
        TOTAL WITHDRAWALS/DEBITS                 - 10.00
MAY 31  ENDING BALANCE                           - 0.37
```

------------------------------------------------------------------           SEC 010817
CONTINUED ON NEXT PAGE

WF 00024

```
                                    PAGE 2 of 2
                                    Account Number:        055-6925675
   IBBC INTERNATIONAL BIOFUEL AND    Statement End Date:      05/31/04
   BIOCHEMICAL CORPORATION
```

```
WITHDRAWALS AND DEBITS ---------------------------------------------------

   DATE    TRANSACTION DETAIL                              AMOUNT

   MAY 28  MONTHLY SERVICE FEE                            - 10.00
INTEREST SUMMARY ---------------------------------------------------------

   ANNUAL PERCENTAGE YIELD EARNED THIS PERIOD              0.00%
   INTEREST EARNED FOR THIS PERIOD                         0.00
   YEAR-TO-DATE INTEREST AND BONUSES PAID                  0.01
-------------------------------------------------------------------------
FOR YOUR INTEREST
```

```
-----------------------------------------------------------------
THANK YOU FOR BANKING WITH WELLS FARGO.
```

SEC 010818

WF 00025

```
WELLS FARGO BANK, N.A.                 PAGE 1 of 2
PHOENIX MAIN OFFICE
P.O. BOX 6995                          Account Number:        055-6925675
PORTLAND, OR  97228-6995               Statement End Date:      06/30/04
```

```
         IBBC INTERNATIONAL BIOFUEL AND
         BIOCHEMICAL CORPORATION
         4637 N 24TH ST
         PHOENIX AZ 85016-5203
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

---------------------------------------------------------------------

YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BUSINESS MARKET RATE 055-6925675 | - 10.37 |

---------------------------------------------------------------------

NEWS FROM WELLS FARGO

Save time by ordering your business checks through Wells Fargo. We offer a wide
variety of styles to complement your professional image. Whether your business
requires the convenience of manual checks, or the efficiency of computer
checks, we can help. Call 1-800-237-8982 to find out more or place an order.

---------------------------------------------------------------------

BUSINESS MARKET RATE 055-6925675

    IBBC INTERNATIONAL BIOFUEL AND
    BIOCHEMICAL CORPORATION

| | |
|---|---|
| MAY 31 BEGINNING BALANCE | - 0.37 |
|     TOTAL DEPOSITS/CREDITS | 0.00 |
|     TOTAL WITHDRAWALS/DEBITS | - 10.00 |
| JUN 30 ENDING BALANCE | - 10.37 |

WITHDRAWALS AND DEBITS ----------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| JUN 30 | MONTHLY SERVICE FEE | - 10.00 |

INTEREST SUMMARY -----------------------------------------------------

| | |
|---|---|
| ANNUAL PERCENTAGE YIELD EARNED THIS PERIOD | 0.00% |
| INTEREST EARNED FOR THIS PERIOD | 0.00 |
| YEAR-TO-DATE INTEREST AND BONUSES PAID | 0.01 |

**SEC 010819**

---------------------------------------------------------------------

CONTINUED ON NEXT PAGE

**WF 00026**

```
                                        PAGE 2 of 2
                                        Account Number:        055-6925675
        IBBC INTERNATIONAL BIOFUEL AND  Statement End Date:      06/30/04
        BIOCHEMICAL CORPORATION
```

------------------------------------------------------------------------

**FOR YOUR INTEREST**

*IMPORTANT MESSAGE FOR CUSTOMERS WHO RECEIVE WIRE TRANSFERS: Effective August 16, 2004 any wire transfer sent to Wells Fargo must use the following Wire Routing Transit Number (RTN): 121000248. If you are currently receiving funds by wire transfer, this may be a change for the sender. Although the new RTN MUST be used as of August 16, 2004, it may be used effective immediately. Therefore, to avoid delays, inform anyone sending wires to you at Wells Fargo to begin using the following wire instructions now:*

*DIRECT TO: Wire Routing Transit Number 121000248*
*BANK NAME: Wells Fargo Bank, N.A.*
*CITY, STATE: San Francisco, CA (regardless of where your account is located)*
*BENEFICIARY ACCOUNT NUMBER (BNF): Your 10 digit Wells Fargo account number (If your number is less than 10 digits in length, use leading zeroes to convert the number to a 10-digit number)*
*BENEFICIARY ACCOUNT NAME: The name of your account as it appears on your statement*

*For wires sent from your Wells Fargo account and wire templates there is no change.*
*Note: There is no change to the RTNs used for checks, deposits, or ACH (direct deposit/debit) transactions. If you have questions, contact your Wells Fargo banker or call the customer service number printed on your statement.*

------------------------------------------------------------------------
*THANK YOU FOR BANKING WITH WELLS FARGO.*

**SEC 010820**

**WF 00027**

```
                                    PAGE 1 of 1
WELLS FARGO BANK, N.A.
PHOENIX MAIN OFFICE             Account Number:        055-6925675
P.O. BOX 6995                   Statement End Date:      07/31/04
PORTLAND, OR  97228-6995
```

```
        IBBC INTERNATIONAL BIOFUEL AND
        BIOCHEMICAL CORPORATION
        4637 N 24TH ST
        PHOENIX AZ 85016-5203
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

------------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BUSINESS MARKET RATE 055-6925675 | - 20.37 |

------------------------------------------------------------------------
NEWS FROM WELLS FARGO

Get up to $100,000 cash with a BusinessLine line of credit. Use it to:

- Cover unexpected or seasonal expenses
- Supplement your cash flow while you wait for payment from others
- Invest in new space, modernize, or upgrade
- Increase profit by purchasing inventory in bulk

Plus, get quick and easy access to your line of credit with free BusinessLine
checks, and online or telephone transfers to your Wells Fargo checking account.
Stop by your store, call 1-800-35 WELLS ext. 210 or visit wellsfargospecial.com
and enter keyword: 100K, for more information.
------------------------------------------------------------------------
BUSINESS MARKET RATE 055-6925675

    IBBC INTERNATIONAL BIOFUEL AND
    BIOCHEMICAL CORPORATION

    JUN 30 BEGINNING BALANCE                              - 10.37
            TOTAL DEPOSITS/CREDITS                           0.00
            TOTAL WITHDRAWALS/DEBITS                       - 10.00
    JUL 31 ENDING BALANCE                                 - 20.37

    WITHDRAWALS AND DEBITS ---------------------------------------------

    DATE    TRANSACTION DETAIL                             AMOUNT

    JUL 30  MONTHLY SERVICE FEE                            - 10.00
    INTEREST SUMMARY -------------------------------------------------

        ANNUAL PERCENTAGE YIELD EARNED THIS PERIOD        0.00%
        INTEREST EARNED FOR THIS PERIOD                    0.00
        YEAR-TO-DATE INTEREST AND BONUSES PAID             0.01

------------------------------------------------------------------------
FOR YOUR INTEREST

-----------------------------------------------------          SEC 010821
THANK YOU FOR BANKING WITH WELLS FARGO.

                                                            WF 00028