PAGE 1 of 1

WELLS FARGO BANK, N.A.
PHOENIX MAIN OFFICE
P.O. BOX 6995
PORTLAND, OR  97228-6995

Account Number:        055-6925675
Statement End Date:        08/31/04

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION
4637 N 24TH ST
PHOENIX AZ 85016-5203

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

---

YOUR ACCOUNTS AT A GLANCE

ACCOUNT                                            ENDING
TYPE                                               BALANCE

BUSINESS MARKET RATE                               0.00
   055-6925675

---

NEWS FROM WELLS FARGO

Get FREE, real-time access to your accounts with Wells Fargo Business Online
banking. Check account balances and review account activity - deposits, posted
checks, loan details and credit card transactions - anytime, anywhere. Not
enrolled in Wells Fargo Business Online Banking? Enroll now at
www.wellsfargo.com/biz/bankonline

---

BUSINESS MARKET RATE 055-6925675

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

JUL 31 BEGINNING BALANCE                           - 20.37
       TOTAL DEPOSITS/CREDITS                        20.37
       TOTAL WITHDRAWALS/DEBITS                        0.00
AUG 02 CLOSING BALANCE                               0.00

DEPOSITS AND CREDITS ------------------------------------------------

   DATE    TRANSACTION DETAIL                       AMOUNT

   AUG 02  FEES CHARGED OFF                          20.37
   AUG 02  CLOSEOUT CHARGEOFF CREDIT                  0.00
INTEREST SUMMARY ------------------------------------------------

   ANNUAL PERCENTAGE YIELD EARNED THIS PERIOD       0.00%
   INTEREST EARNED FOR THIS PERIOD                  0.00
   YEAR-TO-DATE INTEREST AND BONUSES PAID           0.01

---

FOR YOUR INTEREST

---

THANK YOU FOR BANKING WITH WELLS FARGO

SEC 010822

WF 00029



PLAINTIFF'S EXHIBIT
tabbies
J (2)

*Date: February 3, 2005*　　　　**Wells Fargo PhotoCopy**　　　　*Page 2 of 2*
　　　　　　　　　　　　　　　　　　　　　**Request**

*Reference: 1000006681968:1000006678968:1000006679968*

**Withdrawal/Retiro:**
(Check One/Marque Uno) ☐ Checking/Cuenta de Cheques  ☐ Savings/Ahorros  ☐ Money Market Access

WELLS FARGO

Checking, Savings, Money Market Access account number/
Número de cuenta de Cheques, Ahorros, MMA

*0556925675    Date/Fecha 7/30/93

Please print/Name - Letra de molde/Nombre    *I authorize this withdrawal and acknowledge receipt of the amount indicated below./*
TSC — Leroy Allen Jr    *Yo autorizo este retiro y doy constancia de haber recibido la cantidad indicada abajo.*
Please print/Street Address, City, State, Zip Code/Letra de molde: Domicilio, Ciudad, Estado, Código Postal    *Please sign on teller's presence/Favor de firmar en la presencia del cajero*

One thousand dollars & 00/100    Dollars  $    1000.00

Bank Use Only (When SVT is Not Available)
| Customer #: | Exp. date: |
| Token Verified/s/ I.D. | Approval |

TLR9230 (11/02)

$1,000.00
07/30/03  2:43pm Co0003B
01  06014   0260029
RT 503800697  Acct 0556925675

�串702671224⑈ ⑈500000694⑈

| R/T Number | 12210527 | Processing Date | 20030730 |
| Sequence Number | 4730837383 | Amount | 1000.0 |
| Account Number | 0556925675 | Check Number | 702671224 |

**SEC 010823**

**WF 00030**

*Date: February 3, 2005*    *Wells Fargo PhotoCopy Request*    *Page 1 of 2*

*Reference: 1000006681968:1000006678968:1000006679968*

**Withdrawal/Retiro:**

(Check One / Marque Uno)  ☐ Checking / Cuenta de Cheques    ☐ Savings / Ahorros    ☐ Money Market Access

Checking, Savings, Money Market Access account number /
Número de cuenta de Cheques, Ahorros, MMA

*0556925675    Date/Fecha

Please print: Name - Letra de molde: Nombre

Ceekos Allen Jr - BdC

I authorize this withdrawal and acknowledge receipt of the amount indicated below. /
Yo autorizo que se retiro y doy conformidad de haber recibido la cantidad indicada abajo.
Please sign in teller's presence. / Favor de firmar en la presencia del cajero.

Please print: Street Address, City, State, Zip Code / Letra de molde: Domicilio, Ciudad, Estado, Código Postal

Fifteen hundred and thirteen dollars $00/100    Dollars    $    1503.00

Bank Use Only (When SVT is Not Available)

| Customer Id: | | Exp. date: |
| Token Verified Y/N | | Approval: |

TL89230 (11/02)

⑈70 26 71 223⑈ ⑆50000069 4⑉

| R/T Number | 12210527 | Processing Date | 20030730 |
| Sequence Number | 4730837406 | Amount | 1513.0 |
| Account Number | 0556925675 | Check Number | 702671223 |

SEC 010824

WF 00031



08-FEB-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:    GLPU1097336E

Oper:    PXS004                    Type:    LP-MNAZ

Request ID    Account    Capture    Seq #    Pod #    Amount
27979-25JAN05 0556925675  06-AUG-03 006633364625         1,000.00/U

TOTAL ITEMS:    0
Q1    QUALITY POOR - BEST COPY POSSIBLE

SEC 010825              WF 00032

*Date: February 3, 2005*          *Wells Fargo PhotoCopy*          *Page 1 of 1*
                                  *Request*

*Reference: 1000006683891:1000006680891:1000006681891*

**Withdrawal For An Account In Arizona/ Retiro:**          Arizona
                                                           Company Id 038

(Check One/Marque Uno)  ☐ Checking/Cuenta de Cheques   ☐ Savings/Ahorros   ☐ Money Market Access

Checking, Savings, Money Market Access account number/
Número de cuenta de Cheques, Ahorros, MMA

\* 0556 925675          Date/Fecha  8 20 03

Name - Please print/Nombre - Letra de molde
Leeroy Allen Jr.

Street Address, City, State, Zip Code/Domicilio, Ciudad, Estado, Código Postal

I authorize this withdrawal and acknowledge receipt of the amount indicated below/
Yo autorizo este retiro y doy reconocimiento de haber recibido la cantidad indicada abajo.
Please sign in teller's presence./Favor de firmar en la presencia del cajero

X

five hundred                                          $  500.—
                                              Dollars

Bank Use Only (When SVT is Not Available)

Customer Id:                Exp. date:          $500.00
                                        08/20/03 11:54am Co00038
Token Verified/( ) CI   Approval:       11  06014  0350043

TLR60041 AZ (12/01)                     RT 503800697 Acct 0556925675

⑈701564072⑈ ⑆503800697⑆

| | | | |
|---|---|---|---|
| *R/T Number* | 12210527 | *Processing Date* | 20030820 |
| *Sequence Number* | 4830398611 | *Amount* | 500.0 |
| *Account Number* | 0556925675 | *Check Number* | 701564072 |

SEC 010826

WF 00033





27-JAN-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336E

| Oper: | RXT002 | | | Type: | LP-MNAZ |
|---|---|---|---|---|---|
| Request ID | Account | Capture | Seq # | Pod # | Amount |
| 27980-25JAN05 | 0556925675 | 28-AUG-03 | 006533675173 | | 2,900.00/U |

TOTAL ITEMS: 0

C1 COMPLETED

WFB TEMPE, AZ
TR#1352PKT #001
>1221-8527-8<
6533675173

SEC 010827

Withdrawal For An Account In Arizona/ Retiro:
Arizona Company Id 038
(Check One/Marque Uno) Checking/Cuenta de Cheques Savings/Ahorros Money Market Access

*0556 925675 08/28/03

Name - Please print Nombre - Letra de molde

Street Address, City, State, Zip Code/Domicilio, Ciudad, Estado, Código Postal

twenty nine hundred — $ 2900 — Dollars

122101194532505 ... 0014110000 08280008
6556925352 6500691 *

⑈70156408⑈ ⑆503800697⑆ 0556925675⑈ ⑈0000290000⑈

WF 00034

11-FEB-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA -------------

Group:      GLPU1097336D

Oper:      CAE002                          Type:        LP-MNAZ+

Request ID    Account      Capture      Seq #      Pod #    Amount
26556-25JAN05 0556925352   18-JUN-03 001236627929           3,000.00/U

TOTAL ITEMS:    0
C1      COMPLETED                              SEC 010828

WF 00035



27635-25JAN05/LP-MN-MG/ASYN/09-MAR-04/910527/001435481919/6,000.00/U//3
26-JAN-05//0556925352/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA -------------

Group: GLPU1097336D

WF 00036

Oper: ASYN                              Type: LP-MN-MG

Request ID      Account    Capture     Seq #       Pod #    Amount
27635-25JAN05      0556925352         09-MAR-04   001435481919
6,000.00/U

SEC 010829

TOTAL ITEMS:    0
K2      REQUEST SENT TO K2 FOR RETRIEVAL



27646-25JAN05/LP-MN-MG/ASYN/12-MAR-04/910527/000138530927/2,000.00/U//3
26-JAN-05//0556925352/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336D

WF 00037

Oper: ASYN                          Type: LP-MN-MG

Request ID       Account    Capture    Seq #       Pod #    Amount
27646-25JAN05       0556925352            12-MAR-04   000138530927
2,000.00/U

SEC 010830

TOTAL ITEMS:    0
K2        REQUEST SENT TO K2 FOR RETRIEVAL



27647-25JAN05/LP-MN-MG/ASYN/12-MAR-04/910527/001536979815/6,000.00/U//3
26-JAN-05//0556925352/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336D

Oper: ASYN                          Type: LP-MN-MG        WF 00038

Request ID      Account     Capture      Seq #      Pod #     Amount
27647-25JAN05      0556925352          12-MAR-04   001536979815
6,000.00/U

                                                            SEC 010831

                        TOTAL ITEMS:    0
                  K2       REQUEST SENT TO K2 FOR RETRIEVAL





11-FEB-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:        GLPU1097336D

Oper:        CAE002                         Type:         LP-MNAZ+

Request ID      Account      Capture      Seq #      Pod #    Amount
26553-25JAN05  0556925352   29-MAY-03  001530530956           37,000.00/

TOTAL ITEMS:      0
C1      COMPLETED

SEC 010832                    WF 00039

11-FEB-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:    GLPU1097336D

Oper:    CAE002                          Type:        LP-MNAZ+

Request ID     Account     Capture     Seq #     Pod #    Amount
26554-25JAN05  0556925352  02-JUN-03  001234614670        1,507.00/U

TOTAL ITEMS:    0
C1    COMPLETED                                   SEC 010833

WF 00040





11-FEB-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA -------------

                    Group:       GLPU1097336D

Oper:        CAE002                          Type:          LP-MNAZ+

Request ID     Account     Capture       Seq #      Pod #     Amount
26555-25JAN05  0556925352  04-JUN-03  000738432290            37,000.00/

                    TOTAL ITEMS:    0
                    C1      COMPLETED                   SEC 010834


                                                        WF 00041

Date: February 8, 2005          Wells Fargo PhotoCopy          Page 1 of 2
Request

Reference: 1000006783985:1000006780985:1000006781985

**Withdrawal/Retiro:**
(Check One/Marque Uno) ☑ Checking/Cuenta de Cheques   ☐ Savings/Ahorros   ☐ Money Market Access

Checking, Savings, Money Market Access account number/
Número de cuenta de Cheques, Ahorros, MMA

* 0556 925352    Date/Fecha 6/25/03

Please print: Name/Letra de molde: Nombre

Leroy Allen.

Please print: Street Address, City, State, Zip Code/Letra de molde: Domicilio, Ciudad, Estado, Código Postal

Nine hundred thirty two 84/100      Dollars $      932.84

I authorize this withdrawal and acknowledge receipt of the amount indicated below/
To autoriza este retiro y doy conocimiento de haber recibido la cantidad indicada abajo.
Please sign in tellers presence/ favor de firmar en la presencia del cajero

Bank Use Only (When SVT Is Not Available)

| Customer Id: | | Exp. date: |
| Token Verified/Σ)Ξ | | Approval: |

$932.84
06/25/03 10:46am 1000039
02 06014 0300036
R1 503800657 Acct 0556925352

⑈70 23 25 200⑈ ⑇500000694⑇

R/T Number       12210527
Sequence Number  4230857636
Account Number   0556925352

Processing Date  20030625
Amount           932.84
Check Number     702325200

SEC 010835

WF 00042

*Date: February 8, 2005*      *Wells Fargo PhotoCopy*      *Page 2 of 2*
*Request*

*Reference: 1000006783985:1000006780985:1000006781985*

**LESS CASH**        **LESS CASH**

**WELLS FARGO BANK**      TLR00001 (10/99)

AZ-40TH & THOMAS 6014

# CREDIT    02

Cash Line

02 06014 9990061 Less Cash **Cred**

06/25/03 12:04pm

$8,405.88

⑈50 2009 208⑈ 60 14 00 10 28⑈

| | | |
|---|---|---|
| R/T Number | 50209999 | |
| Sequence Number | 4230857624 | |
| Account Number | 06014001028 | |

| | |
|---|---|
| Processing Date | 20030625 |
| Amount | 8405.88 |
| Check Number | - |

**SEC 010836**

**WF 00043**

*Date: February 8, 2005*          *Wells Fargo PhotoCopy*          *Page 1 of 2*
                                          *Request*

*Reference: 1000006784852:1000006781852:1000006782852*

**Withdrawal/Retiro:**

(Check One / Marque Uno)  ☑ Checking / Cuenta de Cheques   ☐ Savings / Ahorros   ☐ Money Market Access

Checking, Savings, Money Market Access account number /
Número de cuenta de Cheques, Ahorros, MMA

\* 0556925350          Date/Fecha 6/25/07

Please print: Name - Letra de molde Nombre
*LeeRoy Allen Jr - TSSC*

Please print: Street Address, City, State, Zip Code/Letra de molde: Domicilio, Ciudad, Estado, Código Postal

I authorize this withdrawal and acknowledge receipt of the amount indicated below/
To autorizo este retiro y doy conocimiento de haber recibido la cantidad indicada abajo.
Please sign in teller's presence/Favor de firmar en la presencia del cajero

*Five hundred dollars $ 00/100*                    Dollars $    500.00

Bank Use Only (When SVT is Not Available)
Customer ID: ___   Exp. date: ___
Token Verified/113: ___   Approval: ___

TLP0030 (1/03)

                        $500.00
                        06/25/03 10:50am 000038
02  06014  0320038
RT 503800657 ACCT 0556925352

⑈702325201⑈ ⑈500000694⑈

| | |
|---|---|
| *R/T Number* | 12210527 |
| *Sequence Number* | 4230857637 |
| *Account Number* | 0556925352 |

| | |
|---|---|
| *Processing Date* | 20030625 |
| *Amount* | 500.0 |
| *Check Number* | 702325201 |

**SEC 010837**

**WF 00044**

Date: February 8, 2005          *Wells Fargo PhotoCopy*          *Page 2 of 2*
                                *Request*

*Reference: 1000006784852:1000006781852:1000006782852*

| LESS CASH | | | | LESS CASH |
|---|---|---|---|---|

**WELLS FARGO BANK**                                    TLR00001 (10/99)

AZ-40TH & THOMAS 6014                **CREDIT**          **02**

                                                        Cash Line

02 06014 9998881  less cash  Cred
06/25/03  12:04pm
                              $8,405.88

⑈50209208⑈  60140010128⑈

| R/T Number | 50209999 | Processing Date | 20030625 |
|---|---|---|---|
| Sequence Number | 4230857624 | Amount | 8405.88 |
| Account Number | 06014001028 | Check Number | - |

**SEC 010838**

**WF 00045**

Date: February 8, 2005          *Wells Fargo PhotoCopy*          *Page 1 of 1*
                                *Request*

*Reference: 1000006784854:1000006781854:1000006782854*

| Withdrawal For An Account In Arizona/ Retiro: | | Arizona Company Id 038 | WELLS FARGO |
|---|---|---|---|
| (Check One / Marque Uno) ☐ Checking/Cuenta de Cheques | ☐ Savings/Ahorros | ☒ Money Market Access | |

Checking, Savings, Money Market Access account number/
Número de cuenta de Cheques, Ahorros, MMA

*0556 925352          Date/Fecha  8'06'03

Name - Please print /Nombre - Letra de molde
Leeroy Allen Jr

Street Address, City, State, Zip Code/Domicilio, Ciudad, Estado, Código Postal

I authorize this withdrawal and acknowledge receipt of the amount indicated below/
To autorizo este retiro y doy conocimiento de haber recibido la cantidad indicada abajo.
Please sign in teller's presence/ Favor de firmar en la presencia del cajero

five hundred                                  $ 500.xx
                                        Dollars

Bank Use Only (When S/T Is Not Available)

| Customer Id: | Exp. date: | $500.00 |
| Token Verified/I/D | Approval | 08/06/03  2:16PM C000038 |
| TLR06041 AZ (12/01) | | 11 06014  0580069 |
| | | RT 503800697 Acct 0556925352 |

⑆701564043⑆ ⑇503800697⑇

| R/T Number | 12210527 | Processing Date | 20030806 |
|---|---|---|---|
| Sequence Number | 4830148358 | Amount | 500.0 |
| Account Number | 0556925352 | Check Number | 701564043 |

SEC 010839

WF 00046

Date: February 8, 2005          *Wells Fargo PhotoCopy*          Page 1 of 2
                                         *Request*

Reference: 1000006784857:1000006781857:1000006782857

| Withdrawal For An Account In Arizona/ Retiro: | Arizona |
|---|---|
| (Check One / Marque Uno)  ☐ Checking/Cuenta de Cheques   ☐ Savings/Ahorros   ☐ Money Market Access | Company Id 038 |

Checking, Savings, Money Market Access account number /
Número de cuenta de Cheques, Ahorros, MMA

* D556925352     Date/Fecha

Name - Please print/Nombre - Letra de molde /

Street Address, City, State, Zip Code/Domicilio, Ciudad, Estado, Código Postal

I authorize this withdrawal and acknowledge receipt of the amount indicated below /
Yo autorizo este retiro y doy constancia de haber recibido la cantidad indicada abajo.
Please sign in teller's presence / Favor de firmar en la presencia del cajero

Five hundred & 00/100        Dollars     $   500.00

| Bank Use Only (When SVT is Not Available) | | $500.00 |
|---|---|---|
| Customer Id: | Exp. date | 08/15/03  3:17pm Co00038 |
| Token Verified/J Cl | Approval: | 10 06014  0900108 |
| TLR0041 AZ (12/01) | | RT 503800697 Acct 0556925352 |

⑈701564473⑈ ⑆503800697⑆

| | | | | |
|---|---|---|---|---|
| R/T Number | 12210527 | | Processing Date | 20030815 |
| Sequence Number | 4230166211 | | Amount | 500.0 |
| Account Number | 0556925352 | | Check Number | 701564473 |

SEC 010840

WF 00047

Date: February 8, 2005        *Wells Fargo PhotoCopy*        *Page 2 of 2*
                                    *Request*

*Reference: 1000006784857:1000006781857:1000006782857*

CASH OUT                                        LESS CASH

**WELLS FARGO BANK**                            TLR00001 (10/99)

AZ-40TH & THOMAS 6014

# CREDIT                                         10

                                                Cash Line

                    ID 06014 9990141 less Cash  Cred
                    09/15/03  5:02pm
                                        $9,914.54

:50200920B: 6014001101

| | |
|---|---|
| R/T Number | 50209999 |
| Sequence Number | 4230166208 |
| Account Number | 06014001101 |

| | |
|---|---|
| Processing Date | 20030815 |
| Amount | 9914.54 |
| Check Number | - |

**SEC 010841**

**WF 00048**

**Withdrawal For An Account In Arizona/ Retiro:**

Arizona
Company Id 038

WELLS FARGO

Check One /Marque Uno:    ☐ Checking /Cuenta de Cheques    ☐ Savings / *savings*    ☐ Money Market Access

Checking, Savings, Money Market Access account number:

Número de cuenta de Cheques, Ahorros, MMA

0556925352

Date: 8/30/03

Name / Please print. Nombre / Letra de molde:    Nelson Allen

Street Address, City, State, Zip Code /ymAdiela: Ciudad, Estado, Código Postal

I authorize this withdrawal and acknowledge receipt of the amount indicated below.

Please sign in teller's presence

One thousand five hundred thirteen *00/100*    (1513.00)

(71)

⑈701707132⑈ ⑆503800697⑆ 0556925352 ⑈ ⑆0000151300⑈

11-FEB-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA -------------

Group:        GLPU1097336D

Oper:        CAE002                                Type:        LP-MNAZ+

Request ID        Account        Capture        Seq #        Pod #        Amount
26616-25JAN05    0556925352    02-SEP-03    001930853667                1,513.00/U

TOTAL ITEMS:    0
C1        COMPLETED

SEC 010842                        WF 00049

SEC 010843          WF 00050

11-FEB-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

                 Group:     GLPU1097336D

Oper:       JXL016                      Type:        LT-MNEM+

Request ID    Account      Capture    Seq #      Pod #   Amount
27909-25JAN05 0556925352   16-SEP-03  000928309008       1,500.00/U

                TOTAL ITEMS:    0
                C1      COMPLETED



SEC 010844

WF 00051

Date: February 8, 2005     *Wells Fargo PhotoCopy Request*     *Page 1 of 2*

*Reference: 1000006782908:1000006779908:1000006780908*

---

**Withdrawal For An Account In Arizona/ Retiro:**
(Check One/Marque Uno)   ☑ Checking/Cuenta de Cheques   ☐ Savings/Ahorros   ☐ Money Market Access

Arizona
Company Id 038

Checking, Savings, Money Market Access account number/
Número de cuenta de Cheques, Ahorros, MMA

* 0556925382   Date/Fecha 9/18/03

Name - Please print/Nombre - Letra de molde
Carlos Allen Jr
Street Address, City, State, Zip Code/Domicilio, Ciudad, Estado, Código Postal

I authorize this Withdrawal and acknowledge receipt of the amount indicated below/
Yo autorizo este retiro y doy reconocimiento de haber recibido la cantidad indicada abajo.
Please sign in teller's presence/ Favor de firmar en la presencia del cajero

X

Thirteen hundred dollars $ /100    Dollars    $ 1,300.00

Bank Use Only (When SVI Is Not Available)

| Customer Id | | Exp. date: |
| Token Verified/ ☐ | | Approval: |

TLR86041 AZ (12/01)

$1,300.00
09/18/03  11:50am D000008
10 06014  0230030
RT 503800697 Acct 0556925352

⑆701564169⑆ ⑈503800697⑈

---

(blank box)

---

| R/T Number | 12210527 | Processing Date | 20030918 |
| Sequence Number | 4830139847 | Amount | 1300.0 |
| Account Number | 0556925352 | Check Number | 701564169 |

SEC 010845

WF 00052

*Date: February 8, 2005*          *Wells Fargo PhotoCopy*          *Page 2 of 2*
                                          *Request*

*Reference: 1000006782908:1000006779908:1000006780908*

---

**CASH OUT**                                                    **LESS CASH**

**WELLS FARGO BANK**                                        TLR00001 (10/99)

AZ-40TH & THOMAS 6014            **CREDIT**            **10**

                                                      Cash Line

                              ID 06014 9990071 Less Cash  **Cred**
                              09/18/03  2:14pm

                                                    $4,258.32

⑈50 2009 208⑈  6014 001 101 ⑈'

---

| | | |
|---|---|---|
| R/T Number | 50209999 | |
| Sequence Number | 4830139841 | |
| Account Number | 06014001101 | |

| | | |
|---|---|---|
| Processing Date | 20030918 |
| Amount | 4258.32 |
| Check Number | - |

SEC 010846

WF 00053



11-FEB-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA -------------

Group:    GLPU1097336D

Oper:       JXL016                            Type:      LT-MNEM+

Request ID      Account       Capture      Seq #      Pod #   Amount
27910-25JAN05  0556925352   01-OCT-03  000623293564          2,000.00/U

TOTAL ITEMS:    0
C1      COMPLETED

SEC 010847              WF 00054



SEC 010848

WF 00055

*Date: February 8, 2005*        *Wells Fargo PhotoCopy*        *Page 1 of 2*
                                        *Request*

*Reference: 1000006784853:1000006781853:1000006782853*

| **Withdrawal For An Account In Arizona/ Retiro:** | **Arizona**<br>**Company Id 038** | WELLS FARGO |
|---|---|---|

(Check One/Marque Uno) ☐ Checking/Cuenta de Cheques   ☐ Savings/Ahorros   ☐ Money Market Access

Checking, Savings, Money Market Access account number/
Número de cuenta de Cheques, Ahorros, MMA

**0556 925352**          · Date/Fecha  10·09·03·

Name - Please print/Nombre - Letra de molde
Leeroy  Allen  Jr

Street Address, City, State, Zip Code/Domicilio, Ciudad, Estado, Código Postal

I authorize this withdrawal and acknowledge receipt of the amount indicated below/
Yo autorizo este retiro y doy conocimiento de haber recibido la cantidad indicada abajo.
Please sign in the teller's presence / Favor de firmar en la presencia del cajero

Seventeen hundred _____ Dollars     $  1700.—

Bank Use Only (When SVT is Not Available)

| Customer Id: | Exp. date: |
|---|---|
| Token Verified/Y/ | Approval: |

TLA6041 AZ (12/01)

$1,700.00
10/02/03  9:07am C000038
14  06014  0020006
RT 503800697 Acct 0556925352

⑈701564187⑈ ⑆503800697⑆

---

| | |
|---|---|
| **R/T Number** | 12210527 |
| **Sequence Number** | 4230558624 |
| **Account Number** | 0556925352 |

| | |
|---|---|
| **Processing Date** | 20031002 |
| **Amount** | 1700.0 |
| **Check Number** | 701564187 |

SEC 010849

WF 00056

*Date: February 8, 2005*        *Wells Fargo PhotoCopy Request*        *Page 2 of 2*

*Reference: 1000006784853:1000006781853:1000006782853*

CASH OUT                                          LESS CASH

**WELLS FARGO BANK**                                    TLR00001 (10/99)

AZ-40TH & THOMAS 6014              **CREDIT**        **14**

                                                    Cash Line

                        14 06014 9990124 Less Cash **Cred**
                        10/02/03   4:08pm
                                              **$3,425.57**

⑆50 2009 208⑆: 6014001143⑈

| | |
|---|---|
| *R/T Number* | 50209999 |
| *Sequence Number* | 4230558622 |
| *Account Number* | 06014001143 |

| | |
|---|---|
| *Processing Date* | 20031002 |
| *Amount* | 3425.57 |
| *Check Number* | - |

SEC 010850

WF 00057





11-FEB-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:     GLPU1097336D

Oper:      CAE002                          Type:        LP-MNAZ+

Request ID    Account    Capture      Seq #      Pod #    Amount
27590-25JAN05 0556925352 24-OCT-03 002132237836          5,160.00/U

TOTAL ITEMS:    0
C1      COMPLETED

SEC 010851         WF 00058

LeRoy signer on act changed — make payable to him

12-2003
3:17 pm
mr

IBBC
886 N. COFCO CENTER COURT, #1135
PHOENIX, AZ 85008
(602) 369-6935

91-527/1221

REMITTANCE ADVICE

OFFICE REMODEL
4736 N. 24  th Street
Phoenix Az.

1005

PAY Two thousand two hundred fifty Dollars & 00/00                    DOLLARS

| PAY | DATE | TO THE ORDER OF | DESCRIPTION | CHECK NO. | CHECK AMOUNT | $ |
|-----|------|-----------------|-------------|-----------|--------------|---|
| | 12/20/03 | Villalpando Corporation | Remodel Work | 105 | $ 2,250.00 | |

Cruz Villalpando
Carlos Otten Jr

WELLS FARGO BANK ARIZONA, N.A.
WWW.WELLSFARGO.COM

⑈00100⑈ ⑆122105278⑆ 0556925352⑈

SECURITY FEATURES: MICRO PRINT BORDERS · COLORED BACK PATTERN · WATERMARK ON REVERSE SIDE · MISSING FEATURE INDICATES A COPY

0556925352    038
$2,250.00
12/22/03  3:17 pm
07 06327 0056 388

SEC 010852

27589-25JAN05/LP-MN-MG/ASYN/22-DEC-03/910527/006935589432/2,250.00/U/1005/3
26-JAN-05//0556925352/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA -------------

Group: GLPU1097336D

Oper: ASYN                                    Type: LP-MN-MG          WF 00059

Request ID      Account     Capture      Seq #      Pod #    Amount
27589-25JAN05       0556925352       22-DEC-03   006935589432
2,250.00/U

TOTAL ITEMS:    0
K2        REQUEST SENT TO K2 FOR RETRIEVAL