IBBC
886 N. COFCO CENTER COURT, #1125
PHOENIX, AZ 85008
(602) 369-6935

REMITTANCE ADVICE

91-527/1221

1006

PAY *Two thousand two hundred and fifty dollars*

DOLLARS

CHECK
AMOUNT

DATE
12/24/03

TO THE ORDER OF
CRUZ Villispando, Jr.
Villispando Corp.

DESCRIPTION

CHECK NO.

$ **2250.00**

WELLS FARGO BANK ARIZONA, N.A.
WWW.WELLSFARGO.COM

⑈001006⑈ ⑆122105278⑆ 0556925352⑆

SECURITY FEATURES: MICRO-PRINT BORDERS - COLORED BRICK PATTERN - WATERMARK ON REVERSE SIDE - MISSING FEATURE INDICATES A COPY

0556925352      039
$2,250.00
12/24/03 12:06PM
03 06014 0070 576

SEC 010853

27591-25JAN05/LP-MN-MG/ASYN/24-DEC-03/910527/006635420043/2,250.00/U/1006/3
26-JAN-05//0556925352/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA -------------

Group: GLPU1097336D

WF 00060

Oper: ASYN                              Type: LP-MN-MG

Request ID      Account      Capture      Seq #        Pod #      Amount
27591-25JAN05      0556925352            24-DEC-03    006635420043
2,250.00/U

TOTAL ITEMS:    0
REQUEST SENT TO K2 FOR RETRIEVAL



PLAINTIFF'S
EXHIBIT
J (3)

SEC 010854

27592-25JAN05/LP-MN-MG/ASYN/26-DEC-03/910527/000733631318/5,111.77/U/1004/3
26-JAN-05//0556925352/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336D

Oper: ASYN

Type: LP-MN-MG         WF 00061

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 27592-25JAN05 | 0556925352 | | 26-DEC-03 | 000733631318 | |
| 5,111.77/U | | | | | |

TOTAL ITEMS:    0
K2      REQUEST SENT TO K2 FOR RETRIEVAL





SEC 010855

27593-25JAN05/LP-MN-MG/ASYN/02-JAN-04/910527/001433561866/40,000.00//1007/3
26-JAN-05//0556925352/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA -----------

Group: GLPU1097336D

Oper: ASYN

Type: LP-MN-MG

WF 00062

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 27593-25JAN05 | 0556925352 | | 02-JAN-04 | 001433561866 | |
| 40,000.00/ | | | | | |

TOTAL ITEMS:    0
K2      REQUEST SENT TO K2 FOR RETRIEVAL

**Withdrawal For An Account In Arizona/ Retiro:**

**Arizona Company Id 038**

WELLS FARGO

(Check One/Marque Uno)  ☒ Checking/Cuenta de Cheques   ☐ Savings/Ahorros   ☐ Money Market Access

Checking, Savings, Money Market Access account number /
Número de cuenta de Cheques, Ahorros, MMA

\* 0556925352                    Date/Fecha 1/2/2004

Name - Please print /Nombre - Letra de molde
Leeroy Alex Jr
Street Address, City, State, Zip Code/Domicilio, Ciudad, Estado, Código Postal

I authorize this withdrawal and acknowledge receipt of the amount indicated below./
Yo autorizo este retiro y doy conocimiento de haber recibido la cantidad indicada abajo.
Please sign in teller's presence/Favor de firmar en la presencia del cajero

X 780 _____

Three thousand Dollars $ 00/100                Dollars        $ 3000.00

**Bank Use Only (When SVT Is Not Available)**

| Customer kit | Exp. date: |
|---|---|
| Token Verified/ ☐ | Approval: |

TLR86041 AZ (12/01)

$3,000.00
01/02/04 12:01PM Co00038
14 06014 0038 082
RT 503800697 Acct 0556925352

⑆70150240⑆ ⑈503800697⑈

---

SEC 010856

27623-25JAN05/LP-MN-MG/ASYN/02-JAN-04/910527/006935818767/3,000.00/U//3
26-JAN-05//0556925352/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336D

WF 00063

Oper: ASYN                           Type: LP-MN-MG

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 27623-25JAN05 | 0556925352 | 02-JAN-04 | | 006935818767 | |
| 3,000.00/U | | | | | |

TOTAL ITEMS:    0
K2       REQUEST SENT TO K2 FOR RETRIEVAL

IBBC
886 N. COFCO CENTER COURT, #1135
PHOENIX, AZ 85008
(602) 369-6935

91-527/1221

REMITTANCE ADVICE

4637 N. 24th Street
Remodel

1008

PAY Two Thousand and two hundred dollars $ 00/100    CHECK AMOUNT

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NO. | AMOUNT |
|------|-----------------|-------------|-----------|--------|
| 1/2/2004 | Cruz Villapando | Remodel work | 1008 | $ 2200.00 |

Villapando Construction

WELLS FARGO BANK ARIZONA, N.A.
WWW.WELLSFARGO.COM

⑈001008⑈ ⑆122105278⑆ 0556925352⑈

SECURITY FEATURES: MICRO PRINT BORDERS · COLORED BACK PATTERN · WATERMARK ON REVERSE SIDE · MISSING FEATURE INDICATES A COPY

16 06360 0062 883
01/02/04 3:04pm
$2,200.00
0556925352    038

SEC 010857

27624-25JAN05/LP-MN-MG/ASYN/02-JAN-04/910527/006836109498/2,200.00/U/1008/3
26-JAN-05//0556925352/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA -------------

Group: GLPU1097336D

WF 00064

Oper: ASYN                          Type: LP-MN-MG

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|------------|---------|---------|-------|-------|--------|
| 27624-25JAN05 | 0556925352 | | 02-JAN-04 | 006836109498 | |
| 2,200.00/U | | | | | |

TOTAL ITEMS:    0
K2        REQUEST SENT TO K2 FOR RETRIEVAL

**Withdrawal For An Account In Arizona/ Retiro:**

Arizona
Company Id 038

WELLS FARGO

(Check One/Marque Uno)   ☐ Checking/Cuenta de Cheques   ☐ Savings/Ahorros   ☐ Money Market Access

Checking, Savings, Money Market Access account number/
Número de cuenta de Cheques, Ahorros, MMA

\* 0556 9.25 352    Date/Fecha

Name - Please print/Nombre - Letra de molde

Street Address, City, State, Zip Code/Domicilio, Ciudad, Estado, Código Postal

I authorize this withdrawal and acknowledge receipt of the amount indicated below./
Yo autorizo este retiro y doy conocimiento de haber recibido la cantidad indicada abajo.
Please sign in teller's presence /Favor de firmar en la presencia del cajero

X

eight hundred _____ Dollars   $   800.—

Bank Use Only (When SVF Is Not Available)

| Customer Id: | | Exp. date: |
|---|---|---|
| Token Verified/Id | | Approval: |

TLR0041 AZ (12/01)

⑈70 150 23 20⑈ ⑆50 3800697⑆

SEC 010858

27625-25JAN05/LP-MN-MG/ASYN/05-JAN-04/910527/007035856577/800.00/USD//3
26-JAN-05//0556925352/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336D

WF 00065

Oper: ASYN                          Type: LP-MN-MG

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 27625-25JAN05 | 0556925352 | | 05-JAN-04 | 007035856577 | |
| 800.00/USD | | | | | |

TOTAL ITEMS:   0
K2        REQUEST SENT TO K2 FOR RETRIEVAL





11-FEB-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:     GLPU1097336D

Oper:     CAE002                              Type:     LP-MNAZ+

Request ID     Account     Capture     Seq #     Pod #     Amount
27628-25JAN05  0556925352  22-JAN-04  001536337593        1,200.00/U

TOTAL ITEMS:     0
C1     COMPLETED

SEC 010859          WF 00066

**Withdrawal/Retiro:**
(Check One / Marque Uno)  ☐ Checking / Cuenta de Cheques    ☐ Savings / Ahorros    ☐ Money Market Access    WELLS FARGO

Checking, Savings, Money Market Access account number /
Número de cuenta de Cheques, Ahorros, MMA

*0556925352    Date/Fecha  2·10·04    SIG/VOID

Please print: Name / Letra de molde: Nombre
Leekay Allen Jr

Please print: Street Address, City, State, Zip Code/Letra de molde: Domicilio, Ciudad, Estado, Código Postal

I authorize this withdrawal and acknowledge receipt of the amount indicated below./
Yo autorizo este retiro y doy por recibido la cantidad indicada abajo.
Please sign in teller's presence / Favor de firmar en la presencia del cajero
X

One Thousand Seven Hundred Dollar 00/100    Dollars $    1700.00

**Bank Use Only (When SVT is Not Available)**
Customer Id:                          Exp. date:
Token Verified(s):            Approval:
TLR230 (11/02)

AZ01 B412700500 464
02/10/04 12:23PM C00003B
11 06014 00#1 107
RT 500000694 Acct 0556925352

⑅710557581⑅ ⑆500000694⑆

SEC 010860

27630-25JAN05/LP-MN-MG/ASYN/10-FEB-04/910527/006536471949/1,700.00/U//3
26-JAN-05//0556925352/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA -----------

Group: GLPU1097336D

WF 00067

Oper: ASYN                          Type: LP-MN-MG

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 27630-25JAN05 | 0556925352 | | 10-FEB-04 | 006536471949 | |
| 1,700.00/U | | | | | |

TOTAL ITEMS:    0
K2        REQUEST SENT TO K2 FOR RETRIEVAL

**Withdrawal/Retiro:** ☑ Checking/Cuenta de Cheques  ☐ Savings/Ahorros
(Check One/Marque Uno)  ☐ Money Market Access

AZ
CO ID 038

WELLS FARGO

Checking, Savings, Money Market Access account number/
Número de cuenta de Cheques, Ahorros, MMA

＊ 0556925352    Date/Fecha 2·10·4

Name - Please print/Nombre - Letra de molde   Leeroy Allen Jr

Street Address, City, State, Zip Code/Domicilio, Ciudad, Estado, Codigo Postal

Please sign in teller's presence/Favor de firmar en la presencia del cajero

X _____

Received of Wells Fargo Bank / Recibido del Banco Wells Fargo

One thousand five hundred seven'd 42/100 $  1,507.42
Dollars/Dólares

Bank Use Only When TV is Not Available

| Customer ID: | | Exp. date: |
|---|---|---|
| Office approval: | | |

TLR86041AZ (01/00)

⑈700780419⑈ ⑆503800697⑆

SEC 010861

27629-25JAN05/LP-MN-MG/ASYN/10-FEB-04/910527/007036514083/1,507.42/U//3
26-JAN-05//0556925352/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336D

WF 00068

Oper: ASYN                                    Type: LP-MN-MG

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 27629-25JAN05 | 0556925352 | 10-FEB-04 | 007036514083 | | |
| 1,507.42/U | | | | | |

TOTAL ITEMS:    0
K2      REQUEST SENT TO K2 FOR RETRIEVAL

**Withdrawal/Retiro:**

(Check One / Marque Uno)  ☑ Checking / Cuenta de Cheques    ☐ Savings / Ahorros    ☐ Money Market Access

WELLS FARGO

Checking, Savings, Money Market Access account number /
Número de cuenta de Cheques, Ahorros, MMA

* 0556 925352    Date/Fecha  2/13/04

Please print Name - Letra de molde: Nombre    LeRoy Allen

Please print: Street Address, City, State, Zip Code/Letra de molde: Domicilio, Ciudad, Estado, Código Postal

I authorize this withdrawal and acknowledge receipt of the amount indicated below./
Yo autorizo este retiro y doy constancia de haber recibido la cantidad indicada abajo.
Please sign in teller's presence / Favor de firmar en la presencia del cajero

Six hundred fifty _____ Dollars /100    1050.00

**Bank Use Only** (When SVT is Not Available)

| Customer Id: | Exp. date: |
| Token Verified (√) ☐ | Approval: |

TLR9230 (11/02)

$650.00
02/13/04   2:40pm C000038
14 06014 0099 328
RT 500000694 Acct 0556925352

⑈710557802⑈ ⑆500000694⑉

SEC 010862

27631-25JAN05/LP-MN-MG/ASYN/13-FEB-04/910527/007136356079/650.00/USD//3
26-JAN-05//0556925352/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336D

WF 00069

Oper: ASYN                          Type: LP-MN-MG

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 27631-25JAN05 | 0556925352 | | 13-FEB-04 | 007136356079 | |
| 650.00/USD | | | | | |

TOTAL ITEMS:    0
K2      REQUEST SENT TO K2 FOR RETRIEVAL

**Withdrawal/Retiro:**

(Check One/Marque Uno) ☑ Checking/Cuenta de Cheques    ☐ Savings/Ahorros    ☐ Money Market Access

WELLS FARGO

Checking, Savings, Money Market Access account number/
Número de cuenta de Cheques, Ahorros, MMA

*0556925352    Date/Fecha 3/1/04

Please print: Name—Letra de molde: Nombre    Ceekoy Allen Jr

Please print: Street Address, City, State, Zip Code/Letra de molde: Domicilio, Ciudad, Estado, Código Postal

I authorize this withdrawal and acknowledge receipt of the amount indicated below./
Yo autorizo este retiro y doy conocimiento de haber recibido la cantidad indicada abajo.
Please sign in teller's presence./Favor de firmarlo en la presencia del cajero

X

Three Thousand Five Hundred Dollars $3,500.—

Bank Use Only (When SVT is Not Available):

| Customer Id: | Exp. date: |
| Token Verified/ ☐ | Approval: |

TU09230 (11/02)

$3,500.00
03/01/04    4/469
05 06014 0178 545
RT 500000694 Acct 0556925352

⑈705307161⑈ ⑆500000694⑆

SEC 010863

27632-25JAN05/LP-MN-MG/ASYN/01-MAR-04/910527/007136635112/3,500.00/U//3
26-JAN-05//0556925352/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA -----------

Group: GLPU1097336D

WF 00070

Oper: ASYN                                    Type: LP-MN-MG

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 27632-25JAN05 | 0556925352 | 01-MAR-04 | | 007136635112 | |
| 3,500.00/U | | | | | |

TOTAL ITEMS:    0
K2    REQUEST SENT TO K2 FOR RETRIEVAL

IBBC
886 N. COFCO CENTER COURT, #1135
PHOENIX, AZ 85008
(602) 369-6935

REMITTANCE ADVICE
Crow Nation Fees

91-527/1221

1011

PAY  Three thousand dollars & 00/100

CHECK AMOUNT

DATE  3/5/04  TO THE ORDER OF  Way of the events  DESCRIPTION  Reimbursement  CHECK NO.  1011  DOLLARS  $ 3,000.00

WELLS FARGO BANK ARIZONA, N.A.
WWW.WELLSFARGO.COM

⑆00 1011⑆ ⑈1221052 78⑈0556925352⑈   ⑆0000300000⑆

— SECURITY FEATURES: MICRO PRINT BORDERS  COLORED BACK PATTERN  WATERMARK ON REVERSE SIDE  MISSING FEATURE INDICATES A COPY —

SEC 010864

27634-25JAN05/LP-MN-MG/ASYN/08-MAR-04/910527/001435221881/3,000.00/U//3
26-JAN-05//0556925352/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA -------------

Group: GLPU1097336D

WF 00071

Oper: ASYN                              Type: LP-MN-MG

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 27634-25JAN05 | 0556925352 | | 08-MAR-04 | 001435221881 | |
| 3,000.00/U | | | | | |

TOTAL ITEMS:   0
K2       REQUEST SENT TO K2 FOR RETRIEVAL



SEC 010865

27636-25JAN05/LP-MN-MG/ASYN/09-MAR-04/910527/000736960230/1,000.00/U//3
26-JAN-05//0556925352/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA -----------

Group: GLPU1097336D

Oper: ASYN                          Type: LP-MN-MG        WF 00072

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 27636-25JAN05 | 0556925352 | 09-MAR-04 | | 000736960230 | |
| 1,000.00/U | | | | | |

TOTAL ITEMS:    0
K2       REQUEST SENT TO K2 FOR RETRIEVAL



SEC 010866

27637-25JAN05/LP-MN-MG/ASYN/09-MAR-04/910527/000736665281/700.00/USD/1012/3
26-JAN-05//0556925352/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336D

WF 00073

Oper: ASYN                              Type: LP-MN-MG

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 27637-25JAN05 | 0556925352 | | 09-MAR-04 | 000736665281 | |
| 700.00/USD | | | | | |

TOTAL ITEMS:    0
K2      REQUEST SENT TO K2 FOR RETRIEVAL

IBBC
886 N. COFCO CENTER COURT, #1135
PHOENIX, AZ 85008
(602) 369-6935

REMITTANCE ADVICE
*March - 2004*

91-527/1221

1015

PAY *Two thousand dollars and five hundred and sixty dollars* $\frac{00}{100}$ DOLLARS

CHECK AMOUNT

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NO. |
|------|-----------------|-------------|-----------|
| 3/6/04 | *Commercial Properties, Inc.* *4637 N. 24th Street* *Phoenix, AZ 85016* | *Lease Payment* | 1015 | $ 2560.00

WELLS FARGO BANK ARIZONA, N.A.
WWW.WELLSFARGO.COM

⑈'001015'⑈  ⑆:122105278⑈:0556925352⑈'  ⑈'0000256000'⑈

— SECURITY FEATURES: MICRO PRINT BORDERS, COLORED BACK PATTERN, WATERMARK ON REVERSE SIDE, MISSING FEATURE INDICATES A COPY —

SEC 010867

27638-25JAN05/LP-MN-MG/ASYN/11-MAR-04/910527/001536699627/2,560.00/U/1015/3
26-JAN-05//0556925352/ /

--------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA -------------

Group: GLPU1097336D

Oper: ASYN                          Type: LP-MN-MG        WF 00074

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|------------|---------|---------|-------|-------|--------|
| 27638-25JAN05 | 0556925352 | | 11-MAR-04 | 001536699627 | |
| 2,560.00/U | | | | | |

TOTAL ITEMS:    0
K2      REQUEST SENT TO K2 FOR RETRIEVAL



SEC 010868

27789-25JAN05/LP-MN-MG/ASYN/29-MAR-04/910527/001437729319/1,500.00/U/1019/3
26-JAN-05//0556925352/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA -----------

Group: GLPU1097336D

Oper: ASYN                              Type: LP-MN-MG

Request ID      Account      Capture      Seq #       Pod #     Amount
27789-25JAN05        0556925352      29-MAR-04    001437729319
1,500.00/U

                        TOTAL ITEMS:    0
                     K2                                  WF 00075

14-FEB-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA --------

Group:        GLPU109733BD

Oper:                    JXW010            Type:        LP-MNAZ+

Request ID    Account      Capture    Seq #    Pod #    Amount
27832-25JAN05 0556925352 30-MAR-04 0066402218321        2,000.00/U

TOTAL ITEMS:  0
C1  COMPLETED



SEC 010869                          WF 00076





SEC 010870

27790-25JAN05/LP-MN-MG/ASYN/30-MAR-04/910527/000132353812/2,000.00/U/1024/3
14-FEB-05//0556925352/ /

------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA -------------

Group: GLPU1097336D

WF 00077

Oper: ASYN                            Type: LP-MN-MG

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 27790-25JAN05 | 0556925352 | | 30-MAR-04 | 000132353812 | |
| 2,000.00/U | | | | | |

TOTAL ITEMS:    0
K2       REQUEST SENT TO K2 FOR RETRIEVAL

**Withdrawal:**

( Check One) ☒ Checking  ☐ Savings  ☐ Money Market Access

WELLS FARGO

Checking, Savings, Money Market account number

\* 0556925352     Date 4-1-04

Please print: Name Leeroy Allen Jr.

Please print: Street Address, City, State, Zip Code 4637 N. 24 S. Phx A2 85016

Three Thousand 00/05

I authorize this withdrawal and acknowledge receipt of the amount indicated below. Please sign in teller's presence.

X _____

$ 3000.00 Dollars

**Bank Use Only (When SVT is Not Available)**

| Customer Id: | | Exp. date: |
|---|---|---|
| Token Verified? ☐ | Approval: | |

TLR 8586 (11/02)

⑈722628739⑈ ⑆500000694⑈

511303
4596.12
Check $31,000.00
PHX.01/04 1:06PM 00003
02 06014 0052 071
K1 500000694 Acct 0556925352

SEC 010871

27791-25JAN05/LP-MN-MG/ASYN/01-APR-04/910527/006737733312/3,000.00/U//3
14-FEB-05//0556925352/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336D

WF 00078

Oper: ASYN                              Type: LP-MN-MG

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 27791-25JAN05 | 0556925352 | 01-APR-04 | | 006737733312 | |
| 3,000.00/U | | | | | |

TOTAL ITEMS:    0
K2        REQUEST SENT TO K2 FOR RETRIEVAL



SEC 010872

27792-25JAN05/LP-MN-MG/ASYN/02-APR-04/910527/000735706232/2,560.00/U/1026/3
14-FEB-05//0556925352/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336D

Oper: ASYN                        Type: LP-MN-MG            WF 00079

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 27792-25JAN05 | 0556925352 | | 02-APR-04 | 000735706232 | |
| 2,560.00/U | | | | | |

TOTAL ITEMS:   0
K2     REQUEST SENT TO K2 FOR RETRIEVAL



SEC 010873

27793-25JAN05/LP-MN-MG/ASYN/06-APR-04/910527/001430763099/2,500.00/U/1027/3
14-FEB-05//0556925352/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA -----------

Group: GLPU1097336D

WF 00080

Oper: ASYN                              Type: LP-MN-MG

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 27793-25JAN05 | 0556925352 | 06-APR-04 | | 001430763099 | |
| 2,500.00/U | | | | | |

TOTAL ITEMS:    0
K2       REQUEST SENT TO K2 FOR RETRIEVAL

**IBBC**
806 N. COFCO CENTER COURT, #1135
PHOENIX, AZ 85008
(602) 369-6935

REMITTANCE ADVICE
Deposit — Vehicle purchase

91-627/1221

**1028**

PAY *Five hundred dollars & 00/100*

CHECK AMOUNT

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NO. | DOLLARS |
|------|-----------------|-------------|-----------|---------|
| 4/6/04 | Timbervine — VIP | Vehicle Purchase | 1028 | $ 500.00 |

WELLS FARGO BANK ARIZONA, N.A.
WWW.WELLSFARGO.COM

⑈001028⑈ ⑇122105278⑇ 0556925352⑈

SECURITY FEATURES: MICRO-PRINT BORDERS · COLORED BACK PATTERN · WATERMARK ON REVERSE SIDE · MISSING FEATURE INDICATES A COPY

ENDORSE HERE

SEC 010874

27794-25JAN05/LP-MN-MG/ASYN/06-APR-04/910527/007137485137/500.00/USD/1028/3
14-FEB-05//0556925352/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336D

WF 00081

Oper: ASYN                          Type: LP-MN-MG

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|------------|---------|---------|-------|-------|--------|
| 27794-25JAN05 | 0556925352 | 06-APR-04 | 007137485137 | | |
| 500.00/USD | | | | | |

TOTAL ITEMS:    0
K2       REQUEST SENT TO K2 FOR RETRIEVAL



SEC 010875

WF 00082



27796-25JAN05/EP-MNAZ/MXM009/10-MAY-04/910527/000735941138/500.00/USD/1031/3
15-FEB-05//0556925352/ /

Enclosed are the photocopied items you requested.  For further assistance,
please call the 24-hour Telephone Banking Center at 1-800-869-3557.
You have not been charged a fee for this service.

Thank you for banking with Wells Fargo - your Anytime Anywhere Bank.

- - - - INTEROFFICE MAIL - - - -
MAC: s3928-020                                        SEC 010876
TO:  marie            AU: 2974

                                  Group:      GLPU1097336D

                                                    WF 00083

```
FAR-01-02        01/14/2005 1:53     PAGE  8/14     RightFax
o:Marie Fagan-1097336  From: Banker Connection WFS (Confidential)
```

# Business Account Application

| Bank/Type | COID | Date | Branch number | Cost center |
|---|---|---|---|---|
| Wells Fargo Bank Arizona, N.A. | 038 | 05/13/2003 | 02065 | 6070 |

| Officer name | Officer number | Phone number |
|---|---|---|
| KEVIN PARR | P0834 | (602)318-4690 |

| Type of account | | Account number | Opening deposit |
|---|---|---|---|
| BASIC BUS CKG | CHK | 0556925352 | ***,***$500.00 INTERNAL TRANSFER |

| Business name and address | | |
|---|---|---|
| IBBC INTERNATIONAL BIOFUEL AND BIOCHEMICAL CORPORATION | 886 N COFCO CENTER CT UNIT 1135 PHOENIX            AZ 85008-6447 United States | |

| Business telephone number | Business Fax number | TIN | Organization type |
|---|---|---|---|
| 602/369-6935 | | 06-1411727 | |

| Mo./Yr. Business started | Annual sales | Number of employees |
|---|---|---|
| 12 2002 | 500,000 | 4 |

| Entity Identification by | Assumed name verification by | Business located in the geographical area of bank? If no, state reason for selecting bank. |
|---|---|---|
| ARTICLES OF INC | Not Applicable | |

| Address verification by | Business type: Manufacturing, Service, Retail, Wholesale, Agriculture | Description of product or service sold |
|---|---|---|
| EXISTCUST | Manufacturing | |

| Primary trade area | | Major Suppliers/Customers |
|---|---|---|
| International | | |

| International transactions? If yes, list type of transactions | BACC Reference |
|---|---|
| ☐ Yes  ☒ No | 603BAC0348133 |

| Identification Type/Number | Check reporting status | Previous bank reference |
|---|---|---|
| SSN  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 | NORECORD | |

**Certification:** Under penalties of perjury, I certify that:
1. The number shown on this form is my correct Taxpayer Identification Number, and
2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an individual Retirement Arrangement (IRA), and payments other than interest and dividends), and
3. I am a U.S. person (including a U.S. resident alien).

☐ I am subject to backup withholding          ☐ I am exempt from backup withholding

| Signature |
|---|

| Maintenance description |
|---|

By signing this application, I acknowledge that I have received a copy of the terms and conditions governing this account and agree to be bound by them. Also, for non-Bank products, I/we have received a prospectus and understand that the products I/we are purchasing are not deposits or other obligations of the Bank, are not insured, endorsed or guaranteed by the Bank, and are not insured by an Agency or Instrumentality of the United States such as the Federal Deposit Insurance Corporation ("FDIC"), and involve investment risk, including possible loss of principal. I also certify that the information contained in my application is correct and I agree to be bound by the terms of agreement for any additional services requested with this application, including those contained on the back page of this application. In the event of any dispute arising under this Agreement, I agree to be bound by the terms of the dispute resolution program, including arbitration, as more fully described in the Business Account Agreement. I understand that, under this program, at my request or the request of the Bank, disputes must be resolved by an arbitration proceeding before a neutral arbitrator. If arbitration is requested, I do not have the right to a jury or court trial to resolve the dispute.

| Name of authorized signer and title | Authorized signature | |
|---|---|---|
| LEEROY ALLEN JR ceo/ president | | SEC 010877 |

WF 56P15 (11-01-47923.I)

WF 00084                          1/2

| Do you want your statements mailed to an address other than the address listed on the first page? | Do you want duplicate statement copies? |
|---|---|
| ☐ Yes    ☒ No | ☐ Yes    ☒ No |
| Mail to: | What is the mailing address if different than the address specified in this application? |

Please indicate which services you would like to help your business save time or money.

☐ Wells Fargo Membership™ Banking     ☐ WellsTax ® Service     ☐ Business Express

☐ Wells Fargo Business Gateway® Service     ☐ Payroll Services

**By signing this application,** I acknowledge that I have received a copy of the terms and conditions governing this account and agree to be bound by them.

**Minnesota:** If the bank is located in Minnesota, by signing this application, I declare that I have not had a checking or similar account closed without my consent within 12 months and I have not been convicted of a crime involving a check or similar item within 24 months prior to my becoming a signer on this account.

**WellsTax:** If I have selected to receive WellsTax services, by signing this document I also certify that the information contained in my application is to the best of my knowledge correct, that I will receive and read a copy of the Agreement To Perform Automated Services (WellsTax), (the" Agreement"), and that I agree to be bound by the terms of the Agreement.

**Business Express:** If I have selected to receive Business Express services, by signing this document I also certify that the information contained in my application is to the best of my knowledge correct, that I will receive and read a copy of the Business Express Services Agreement, ("the Agreement"), and that I agree to be bound by the terms of the Agreement.

**Minnesota – Check Reporting Agency - Information on Individuals** (For a Sole Proprietor, all authorized signers of an unincorporated association, and any partner of a Partnership of 3 or fewer partners who will have signing authority.)

| Name | TIN | Date of Birth | Check Reporting Agency Information |
|---|---|---|---|
| Name | TIN | Date of Birth | Check Reporting Agency Information |
| Name | TIN | Date of Birth | Check Reporting Agency Information |

SEC 010878

WF 00085

side 2 page 1

FAR-01-02        01/14/2005 1:53    PAGE 6/14    RightFax
o:Marie Fagan-1097336  From: Banker Connection WFS (Confidential)

# WELLS FARGO

**Certificate of Authority**
(Deposits, Credit and Related Services)

| Bank name | WELLS FARGO BANK | COID | 038 | Date (mm/dd/yyyy) 05/13/2003 |
| --- | --- | --- | --- | --- |
| | | Location Code | 02066 | AU | 0607D |
| Officer name | KEVIN FARR | Officer number | P0834 | Phone number 602  378  4890 |

Account number(s)
0568925362

_____  ("Bank")

Customer's legal name   WELLS FARGO BANK

IBBC INTERNATIONAL BIOFUEL AND BIOCHEMICAL CORPORATION                    ("Customer")

doing business as                                        TIN/EIN   061411727

**Customer Type (Check Box):**

- ● Corporation
- ○ Partnership
- ○ Limited Partnership
- ○ Sole Proprietor
- ○ Non-Profit Corporation

- ○ Unincorporated Association
- ○ Limited Liability Company
- ○ Limited Liability Partnership
- ○ Professional Corporation
- ○ Trust

- ○ Federal, State or Local Government Unit or Government Agency
- ○ Tribal Government Unit or Tribal Government Agency
- ○ Other _____

Customer organized under the laws of   STATE OF ~~ILLINOIS~~ PENNSYLVANIA
(insert name of jurisdiction)

The person(s) signing below also certifies to the Bank that:

(i) If the customer is not a trust or a sole proprietor, the governing body of the Customer has by resolution, agreement or other legally sufficient means, named the Bank as the Customer's depository and has authorized and approved the terms of this Certificate in its own or any representative capacity in which it is acting, or

(ii) If the Customer is a trust, that the undersigned is/are all of the trustee(s) of the trust and the trustee(s) is/are duly authorized to execute this Certificate.

The person(s) signing below also certifies to the Bank that:

1. Any one of the persons whose names, any applicable titles and specimen signatures appear in the Signature Capture section is authorized on such terms, conditions and agreements as the Bank may at any time require to:

   a. Enter into agreements with the Bank for products and/or services now or hereafter offered by the Bank, and to amend, extend, supplement, terminate and otherwise in any manner act with respect to such agreements ("Agreements") on such terms and conditions as the Bank may at any time require;

   b. Establish one or more accounts with the Bank in the name of the Customer;

   c. Sign or otherwise authorize or endorse for deposit, cashing or collection, checks, drafts, payment orders, or other orders or instructions for payment, transfer or withdrawal (collectively "Withdrawals") from the Customer's account(s), including but not limited to, those payable to the individual order of any person signing or otherwise authorizing the Withdrawals and those payable to the Bank or to any other person for the benefit of any person who signed or otherwise authorized such Withdrawals;

   d. Give instructions to the Bank in writing (whether signed manually, by use of a facsimile, or by a mechanical device), orally, by telephone or by any electronic means in regard to the payment of funds and transaction of any business relating to the Customer's account(s) or agreements, and the Bank is authorized, directed and shall be indemnified and held harmless by the Customer for acting in accordance with any such instructions;

   e. Designate each account accessible with an ATM card or Debit card and each person in whose name a card will be issued;

   f. Purchase time accounts, whether certificated or not;

   g. Enter into agreements for safe deposit or safekeeping, cash management, wire or other funds transfer, commercial depository and other deposit account related services; and

   h. Delegate their authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank unless the customer is a trust.

2. If any Withdrawal authorization requires communication of a code to the Bank, and the code is communicated, the Withdrawal will be binding on the Customer regardless of who communicates the code.

3. The Customer has received a copy of the Bank's documents describing the terms, conditions, availability of funds and fees for the Customer's account(s) and agrees to be bound by them.

4. In addition, any one, unless otherwise provided below, of the person(s) named in this Certificate may on the Customer's behalf, and without limitation:

   a. negotiate and procure loans, lines and other extensions of credit, letters of credit and related services from the Bank in any form and in amounts and on terms as the person or persons shall determine;

   b. discount, sell, assign, transfer, mortgage or pledge to the Bank any property now or hereafter owned by the Customer for such consideration as the person(s) deem(s) appropriate or as security for the payment or performance of any debts, liabilities or obligations to the Bank;

   c. unconditionally guaranty payment of any indebtedness owed to the Bank by any person(s);

   d. apply for issuance of letters of credit and related products and services for the account of the Customer or waive any letter of credit discrepancies or nonconformities and execute lease inventory notes and assignments of leases on behalf of the Customer;

   e. sign in the name of the Customer any instrument or document deemed necessary or required to carry out the authority contained in this Certificate; and

   f. subordinate to the Bank any interest of the Customer in any instrument or any other asset belonging to the Customer as the person(s) may deem appropriate.

5. The information provided on this Certificate is correct and complete, the persons whose names appear below in the Signature Capture section hold any positions indicated, and the signatures appearing opposite their names are authentic, official signatures.

6. The Bank is authorized to inquire at any time about any person named below and in the Signature Capture section with check and/or credit reporting services.

7. All transactions described in this certificate, or which would have subsequently been authorized by this certificate, conducted by or on behalf of the Customer prior to delivery of this Certificate are in all respects ratified, approved and confirmed.

SEC 010879

WF 00086

42

8. This Certificate is in effect on the date indicated below and shall remain in effect until the Bank receives the Customer's written notice of its revocation and has had a reasonable opportunity to act on such notice.

9. If the Customer is a tribal government or tribal government agency, the Customer waives Sovereign Immunity with respect to all matters directly or indirectly referred to in this Certificate, and submits to the jurisdiction of, and the Bank may bring any legal proceeding directly or indirectly relating to a matter referred to this Certificate, in a state or federal court.

DATE: 05/13/2003
      (mm/dd/yy)

Certified Agreed for by:

Signature: _____       Signature: _____

Name: LEEROY ALLEN JR                      Name: _____

Title:  CEO                                 Title: _____

Imprint Seal (if any)

AUTHORIZED SIGNERS - Check the appropriate box and then complete the designated Signature Capture section(s). If neither box is checked and one of the Signature Capture sections is left blank the Bank will be authorized to treat the sections as having been completed identically.

○ Complete "Deposits and Related Services Only" section.

● Complete both of the following sections but if either section is blank and the other is completed, the Bank will be authorized to treat the sections as having been completed identically.

If the customer is a sole proprietor, any Authorized Signer named below shall hereby be appointed as the Customer's attorney-in-fact for the purpose of exercising the powers granted by this Certificate, and this power of attorney shall continue to be effective if the Customer becomes disabled or incompetent and until the Bank receives actual notice of this Certificate's termination.

SIGNATURE CAPTURE - Deposits and Related Services Only
Authorized Signers (Only one signer is required)

| Name | Title (if any) | Specimen Signature |
|------|----------------|--------------------|
| LeeRoy Allen Jr | President | |
| | | |
| | | |
| | | |

SIGNATURE CAPTURE - Credit and Related Services Only
Authorized Signers
Number of signers required (if left blank, only one signer is needed) _____

| Name | Title (if any) | Specimen Signature |
|------|----------------|--------------------|
| | | |
| | | |
| | | |
| | | |

SEC 010880

WF 00087

47

```
WELLS FARGO BANK ARIZONA, N.A.              PAGE 1 of 3
PHOENIX MAIN OFFICE
P.O. BOX 6995                               Account Number:        055-6925352
PORTLAND, OR  97228-6995                    Statement End Date:      06/09/03
```

```
IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION
886 N COFCO CENTER CT UNIT 1135
PHOENIX AZ 85008-6447
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

------------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 055-6925352 | 22,088.83 |

------------------------------------------------------------------------
NEWS FROM WELLS FARGO

Simplify your business banking - and save hundreds of dollars. You can do both
with Wells Fargo Business Services PackagesSM. Customize a Package that is
right for your business, including checking, savings, payroll, credit, merchant
card processing or other services. Whatever financial services your business
might need, Wells Fargo has a Business Services Package for you. Stop by a
Wells Fargo location or call 1-800-359-3557, extension 416 for more
information.

Take advantage of our special Payroll offer. Sign up for Online Payroll by
Wells FargoSM between 6/1/03 and 7/15/03 for free installation (value up to
$100). First payroll must be processed by 8/31/03. Online Payroll by Wells
Fargo allows you to calculate payroll instantly, view reports online and offer
direct deposit or print paper checks at your business. It also offers next day
paychecks and basic business checking free of monthly maintenance fees when
that account is used to fund payroll. Call 1-800-359-3557 extension 417 or
visit wellsfargospecial.com and enter keyword Payroll3 for more information.
------------------------------------------------------------------------
BASIC BUSINESS CHECKING 055-6925352

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

```
MAY 13  BEGINNING BALANCE                               0.00
        TOTAL DEPOSITS/CREDITS                    127,500.00
        TOTAL WITHDRAWALS/DEBITS                - 105,411.17
JUN 09  ENDING BALANCE                            22,088.83
```

DEPOSITS AND CREDITS ---------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| MAY 13 | DEPOSIT | 500.00 |
| MAY 30 | CHECK REVERSAL | 37,000.00 |
| MAY 30 | WT FED#01022 WORLD SAVINGS BANK /ORG=CHARLES S RUPPMAN SRF# 0185 TRN#030530068231 RFB# | 72,000.00 |
| JUN 09 | DEPOSIT | 18,000.00 |

------------------------------------------------------------------------
CONTINUED ON NEXT PAGE

SEC 010881                    WF 00088

```
                                      PAGE 2 of 3
                                      Account Number:          055-6925352
     IBBC INTERNATIONAL BIOFUEL AND   Statement End Date:      06/09/03
     BIOCHEMICAL CORPORATION
```

WITHDRAWALS AND DEBITS ------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| MAY 23 | CHECK CRD PURCHASE 05/22 MARIE CALLENDER'S #108 PHOENIX AZ 491987XXXXXX9200 24493984F60GAJLYB ?MCC=5812 122105278DA | - 34.00 |
| MAY 27 | ATM WITHDRAWAL - 05/26 MACH ID 5743H 4400 E. THOMAS (DRIVE PHOENIX AZ 9200 | - 60.00 |
| MAY 30 | WIRE TRANS SVC CHARGE - SEQUENCE: 030530068231 SRF# 0185 TRN#030530068231 RFB# | - 5.00 |
| MAY 30 | ATM WITHDRAWAL - 05/30 MACH ID 4655Z 8675 N. SCOTTSDALE RD SCOTTSDALE AZ 9200 | - 200.00 |
| JUN 02 | ATM STATEMENT FEE - 05/30 MACH ID 4655Z 8675 N. SCOTTSDALE RD, SCOTTSDALE, AZ 9200 | - 1.00 |
| JUN 02 | WITHDRAWAL MADE IN A BRANCH/STORE | - 1,507.00 |
| JUN 02 | CHECK CRD PURCHASE 05/31 SCOTT TOYOTA SCOTTSDALE AZ 491987XXXXXX9200 24403694RS6FFJGF9 ?MCC=5511 122105278DA | - 580.27 |
| JUN 02 | POS PURCHASE - 06/01 MACH ID 000000 4734 E Ray Rd Target 090Phoenix AZ 9200 | - 193.72 |
| JUN 02 | POS PURCHASE - 06/01 MACH ID 000000 2900 WEST CHANDLOWE'S CHANDLER AZ 9200 | - 176.78 |
| JUN 02 | CHECK CRD PURCHASE 05/31 PINNACLE PEAK PATIO SCOTTSDALE AZ 491987XXXXXX9200 24403694RS6FFL4JS ?MCC=5812 122105278DA | - 74.13 |
| JUN 03 | WIRE TRANS SVC CHARGE - SEQUENCE: 030603050282 SRF# FW06070154203155 TRN#030603050282 RFB# | - 15.00 |
| JUN 03 | WIRE TRANS SVC CHARGE - SEQUENCE: 030603051192 SRF# FW06070154243155 TRN#030603051192 RFB# | - 15.00 |
| JUN 03 | WT FED#02064 WELLS FARGO BANK, /FTR/BNF=American Bio Fuels, LLC SRF# FW06070154203155 TRN#030603050282 RFB# | - 20,000.00 |
| JUN 03 | WT FED#02094 WELLS FARGO BANK, /FTR/BNF=American Bio Fuels, LLC SRF# FW06070154243155 TRN#030603051192 RFB# | - 2,500.00 |
| JUN 03 | ATM WITHDRAWAL - 06/03 MACH ID 5743H 4400 E. THOMAS (DRIVE PHOENIX AZ 9200 | - 100.00 |
| JUN 03 | CHECK CRD PURCHASE 06/01 MI AMIGOS MEXICAN GRIL PHOENIX AZ 491987XXXXXX9200 24403694TS6FFJGBK ?MCC=5812 122105278DA | - 35.46 |
| JUN 05 | WIRE TRANS SVC CHARGE - SEQUENCE: 030605036288 SRF# FW06014156069065 TRN#030605036288 RFB# | - 15.00 |
| JUN 05 | WT FED#01399 BANK OF NEW YORK /FTR/BNF=HOPE D TROWBRIDGE SRF# FW06014156069065 TRN#030605036288 RFB# | - 2,500.00 |
| JUN 05 | ATM WITHDRAWAL - 06/05 MACH ID 5743H 4400 E. THOMAS (DRIVE PHOENIX AZ 9200 | - 200.00 |
| JUN 06 | WIRE TRANS SVC CHARGE - SEQUENCE: 030606036581 SRF# FW06014157272665 TRN#030606036581 RFB# | - 15.00 |
| JUN 06 | WT FED#01540 HSBC BANK USA /FTR/BNF=H. MELVILLE HICKS JR. SRF# FW06014157272665 TRN#030606036581 RFB# | - 2,500.00 |
| JUN 06 | CHECK CRD PURCHASE 06/04 STREETS OF NEW YORK #4 SCOTTSDALE AZ 491987XXXXXX9200 24326844WAQJ7QBMM ?MCC=5812 122105278DA | - 22.72 |

-----------------------------------------------------------------------------
CONTINUED ON NEXT PAGE

SEC 010882                    WF 00089

*PAGE 3 of 3*
Account Number:          055-6925352
Statement End Date:        06/09/03

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

WITHDRAWALS AND DEBITS ------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|-------------------|--------|
| JUN 06 | POS PURCHASE - 06/05 MACH ID 000000 | |
| | MOBIL OIL COR EXXONMOBILPHOENIX AZ 9200 | - 19.13 |
| JUN 09 | ATM WITHDRAWAL - 06/07 MACH ID BW1105 | |
| | TUCSON MALL BANK ONE TUCSON AZ 9200 | - 202.00 |
| JUN 09 | NON-WELLS FARGO ATM TRANSACTION FEE | - 2.00 |
| JUN 09 | CHECK CRD PURCHASE 06/07 CRACKER BARREL | |
| | #335 PHOENIX AZ 491987XXXXXX9200 | |
| | 24323014Z3FLRQMVT ?MCC=5812 122105278DA | - 19.11 |
| JUN 09 | CHECK CRD PURCHASE 06/07 CHEVRON | |
| | #00210190 TUCSON AZ 491987XXXXXX9200 | |
| | 24625124ZQH879TVR ?MCC=5542 122105278DA | - 18.85 |

CHECKS PAID --------------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---------|------|--------|---------|------|--------|
| | MAY 19 | 100.00 | | MAY 29 | 37,000.00 |
| | MAY 20 | 300.00 | | JUN 04 | 37,000.00 |

DAILY BALANCE SUMMARY ----------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| MAY 13 | 500.00 | JUN 02 | 69,268.10 |
| MAY 19 | 400.00 | JUN 03 | 46,602.64 |
| MAY 20 | 100.00 | JUN 04 | 9,602.64 |
| MAY 23 | 66.00 | JUN 05 | 6,887.64 |
| MAY 27 | 6.00 | JUN 06 | 4,330.79 |
| MAY 29 | - 36,994.00 | JUN 09 | 22,088.83 |
| MAY 30 | 71,801.00 | | |

RETURNED ITEMS-----------------------------------------------------------

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| MAY 30 | NON-MONETARY NOTATION TRANSACTION | - 37,000.00 |
| | REFERENCE #00910527001530530956 | |

-------------------------------------------------------------------------
FOR YOUR INTEREST

-------------------------------------------------------------------------
*THANK YOU FOR BANKING WITH WELLS FARGO.*                    **SEC 010883**

**WF 00090**