*PAGE 1 of 3*

*WELLS FARGO BANK ARIZONA, N.A.*
*PHOENIX MAIN OFFICE*
*P.O. BOX 6995*
*PORTLAND, OR  97228-6995*

*Account Number:*          *055-6925352*
*Statement End Date:*       *07/09/03*

*IBBC INTERNATIONAL BIOFUEL AND*
*BIOCHEMICAL CORPORATION*
*886 N COFCO CENTER CT UNIT 1135*
*PHOENIX AZ 85008-6447*

*IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,*
*CALL: 800-225-5935 (1-800-CALL-WELLS).*

---

YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 055-6925352 | 1,858.32 |

---

NEWS FROM WELLS FARGO

*Increase your sales by providing your customers with more payment options. Wells Fargo Merchant Services can expand your business with our credit, debit, and ATM/online payment choices. And, when you have a Wells Fargo Business Checking account, funds may be posted to your account the next business day. Call us at 1-800-359-3557, ext. 422 or visit wellsfargospecial.com and enter keyword: merchant3 to find out about ways to provide more payment options.*

*Being self-employed is rewarding. Reward yourself by refinancing with Wells Fargo Home Mortgage. With Wells Fargo Home Mortgage's flexible guidelines, you can refinance without worrying about verifying every dollar that you earn. Call Wells Fargo Home Mortgage at 1-877-291-4326 and mention code 77g2.*

---

BASIC BUSINESS CHECKING 055-6925352

*IBBC INTERNATIONAL BIOFUEL AND*
*BIOCHEMICAL CORPORATION*

| | |
|---|---|
| JUN 09 BEGINNING BALANCE | 22,088.83 |
| TOTAL DEPOSITS/CREDITS | 0.00 |
| TOTAL WITHDRAWALS/DEBITS | - 20,230.51 |
| JUL 09 ENDING BALANCE | 1,858.32 |

WITHDRAWALS AND DEBITS ----------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| JUN 11 | ATM WITHDRAWAL - 06/11 MACH ID 5743H 4400 E. THOMAS (DRIVE PHOENIX AZ 9200 | - 200.00 |
| JUN 12 | CHECK CRD PURCHASE 06/10 BORDERS BOOKS & MUSIC PHOENIX AZ 491987XXXXXX9200 2413482952BAAP4D1S ?MCC=5942 122105278DA | - 55.07 |
| JUN 12 | CHECK CRD PURCHASE 06/10 CHEVRON #00090463 PHOENIX AZ 491987XXXXXX9200 246251252QH8K0LVX ?MCC=5542 122105278DA | - 20.20 |
| JUN 13 | CHECK CRD PURCHASE 06/12 ENTERPRISE RENTACAR PHOENIX AZ 491987XXXXXX9200 242465153HLMSMFAB ?MCC=3405 122105278DA | - 250.00 |

---

*CONTINUED ON NEXT PAGE*

SEC 010884

WF 00091

PLAINTIFF'S EXHIBIT
J (4)
tabbies

```
                                    PAGE 2 of 3
                                    Account Number:        055-6925352
    IBBC INTERNATIONAL BIOFUEL AND      Statement End Date:    07/09/03
    BIOCHEMICAL CORPORATION
```

WITHDRAWALS AND DEBITS ------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|--------------------|--------|
| JUN 13 | CHECK CRD PURCHASE 06/11 ORGANIZED LIVING 4803482255 AZ 491987XXXXXX9200 2441295534L2K1713 ?MCC=5719 122105278DA | - 113.88 |
| JUN 16 | WITHDRAWAL MADE IN A BRANCH/STORE | - 400.00 |
| JUN 16 | ATM WITHDRAWAL - 06/14 MACH ID 2230A SAN DIEGO BROADWAY SAN DIEGO CA 9200 | - 200.00 |
| JUN 16 | CHECK CRD PURCHASE 06/10 NCO DEPT 99 800-5509619 PA 491987XXXXXX9200 243889454KG9BHW98 ?MCC=7399 122105278DA | - 308.82 |
| JUN 16 | CHECK CRD PURCHASE 06/13 ONTARIO AIRPORT HILTON ONTARIO CA 491987XXXXXX9200 2422970560RJTSYPL ?MCC=3504 122105278DA | - 166.66 |
| JUN 16 | CHECK CRD PURCHASE 06/14 MERVYNS 00001453 SAN DIEGO CA 491987XXXXXX9200 2416407567VKHHXRE ?MCC=5311 122105278DA | - 131.98 |
| JUN 16 | CHECK CRD PURCHASE 06/14 HILTON CAFE/MARTKET PHOENIX AZ 491987XXXXXX9200 24906045515E1PPSS ?MCC=5812 122105278DA | - 33.74 |
| JUN 16 | CHECK CRD PURCHASE 06/14 HILTON HOTELS PHOENIX AZ 491987XXXXXX9200 24906045515E1PR5D ?MCC=3504 122105278DA | - 24.00 |
| JUN 16 | CHECK CRD PURCHASE 06/14 BARONA STATION LAKESIDE CA 491987XXXXXX9200 2471705567AQ20LJ3 ?MCC=5542 122105278DA | - 21.01 |
| JUN 17 | POS PURCHASE - 06/16 MACH ID 000000 4502 E. OAK ROACOSTCO WHOPHOENIX AZ 9200 | - 120.98 |
| JUN 17 | CHECK CRD PURCHASE 06/16 ENTERPRISE RENTACAR PHOENIX AZ 491987XXXXXX9200 242465157HLMSS6NJ ?MCC=3405 122105278DA | - 117.44 |
| JUN 17 | CHECK CRD PURCHASE 06/15 CHEVRON #00207812 YUMA AZ 491987XXXXXX9200 246251257QH9JSYKA ?MCC=5542 122105278DA | - 19.01 |
| JUN 18 | CHECK CRD PURCHASE 06/15 BARONA VLLY RANCH RESO LAKESIDE CA 491987XXXXXX9200 24761975825Z6DD0 ?MCC=7011 122105278DA | - 418.60 |
| JUN 18 | CHECK CRD PURCHASE 06/16 STORQUEST PHOENIX 602-274-4811 AZ 491987XXXXXX9200 2432300587BTPMEVX ?MCC=4225 122105278DA | - 215.81 |
| JUN 18 | CHECK CRD PURCHASE 06/16 ARCO AMPM # 81976 PHOENIX AZ 491987XXXXXX9200 2441800584WL7PK25 ?MCC=5542 122105278DA | - 7.02 |
| JUN 19 | CHECK CRD PURCHASE 06/17 FEDEX SHP 06/12/03 AB# 840-698804546 TN 491987XXXXXX9200 24761975921B5LR5G ?MCC=4215 122105278DA | - 18.63 |
| JUN 19 | CHECK CRD PURCHASE 06/18 FEDEX SHP 06/03/03 AB# 840-774583349 TN 491987XXXXXX9200 24761975921B6MEEA ?MCC=4215 122105278DA | - 18.63 |
| JUN 20 | CHECK CRD PURCHASE 06/18 SPRINTPCS-SPEEDPAYIVR 888-211-4727 KS 491987XXXXXX9200 24445005AJ23FRNKF ?MCC=4812 122105278DA | - 175.00 |
| JUN 25 | ATM STATEMENT FEE - 06/25 MACH ID 5743H 4400 E. THOMAS (DRIVE UP), PHOENIX, AZ 9200 | - 1.00 |
| JUN 25 | WITHDRAWAL MADE IN A BRANCH/STORE | - 932.84 |

------------------------------------------------------------------

CONTINUED ON NEXT PAGE

SEC 010885

WF 00092

```
                                    PAGE 3 of 3
                                    Account Number:        055-6925352
    IBBC INTERNATIONAL BIOFUEL AND     Statement End Date:    07/09/03
    BIOCHEMICAL CORPORATION
```

WITHDRAWALS AND DEBITS ------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|--------------------|--------|
| JUN 25 | WITHDRAWAL MADE IN A BRANCH/STORE | - 500.00 |
| JUN 26 | CHECK CRD PURCHASE 06/24 FEDEX SHP 06/19/03 AB# 840-698859678 TN 491987XXXXXX9200 24761975G21BQ91L5 ?MCC=4215 122105278DA | - 28.46 |
| JUN 30 | TRANSFER TO SAV # 000000556925675 | - 9,000.00 |
| JUN 30 | WITHDRAWAL MADE IN A BRANCH/STORE | - 1,513.00 |
| JUN 30 | CHECK CRD PURCHASE 06/29 FEDEX SHP 06/12/03 AB# 840-698804877 TN 491987XXXXXX9200 24761975L21BH6PSF ?MCC=4215 122105278DA | - 35.97 |
| JUL 08 | WIRE TRANS SVC CHARGE - SEQUENCE: 030708045480 SRF# FW06014189460796 TRN#030708045480 RFB# | - 15.00 |
| JUL 08 | WT FED#02041 HSBC BANK USA /FTR/BNF=h. melville hicks, jr. SRF# FW06014189460796 TRN#030708045480 RFB# | - 2,000.00 |

CHECKS PAID -----------------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---------|------|--------|---------|------|--------|
| 1001 | JUN 17 | 3,000.00 | 1002 | JUL 07 | 167.76 |

DAILY BALANCE SUMMARY -------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| JUN 09 | 22,088.83 | JUN 19 | 16,227.35 |
| JUN 11 | 21,888.83 | JUN 20 | 16,052.35 |
| JUN 12 | 21,813.56 | JUN 25 | 14,618.51 |
| JUN 13 | 21,449.68 | JUN 26 | 14,590.05 |
| JUN 16 | 20,163.47 | JUN 30 | 4,041.08 |
| JUN 17 | 16,906.04 | JUL 07 | 3,873.32 |
| JUN 18 | 16,264.61 | JUL 08 | 1,858.32 |

--------------------------------------------------------------------------
**FOR YOUR INTEREST**

*Simplify your business banking and save hundreds of dollars. You can do both with Wells Fargo Business Services(SM) Packages. Customize a Package that is right for your business, including checking, savings, payroll, credit, merchant card processing or other services. Stop by a Wells Fargo location or call 1-800-359-3557, extension 423 for more information.*

--------------------------------------------------------------------------

**WF 00093**

*WELLS FARGO BANK ARIZONA, N.A.*
*PHOENIX MAIN OFFICE*
*P.O. BOX 6995*
*PORTLAND, OR  97228-6995*

*PAGE 1 of 3*

*Account Number:*      055-6925352
*Statement End Date:*      08/08/03

*IBBC INTERNATIONAL BIOFUEL AND*
*BIOCHEMICAL CORPORATION*
*886 N COPCO CENTER CT UNIT 1135*
*PHOENIX AZ 85008-6447*

*IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,*
*CALL: 800-225-5935 (1-800-CALL-WELLS).*

---

YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| *BASIC BUSINESS CHECKING*<br>055-6925352 | 1,472.28 |

---

NEWS FROM WELLS FARGO

*Receive daily account updates and alerts via fax or email with our Morning Express(R) service - an easy-to-read report on your previous day's business checking account activity - as early as 7am every business day. Talk to a banker or call 1-800-359-3557 ext. 464 for more information.*

---

BASIC BUSINESS CHECKING 055-6925352

*IBBC INTERNATIONAL BIOFUEL AND*
*BIOCHEMICAL CORPORATION*

| | | |
|---|---|---:|
| JUL 09 | BEGINNING BALANCE | 1,858.32 |
| | TOTAL DEPOSITS/CREDITS | 3,000.00 |
| | TOTAL WITHDRAWALS/DEBITS | - 3,386.04 |
| AUG 08 | ENDING BALANCE | 1,472.28 |

DEPOSITS AND CREDITS ---------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---:|
| JUL 28 | TELE-TRANSFER FR SAVINGS 0556925675<br>REFERENCE # TFH4XSR363 | 1,000.00 |
| AUG 06 | DEPOSIT | 1,000.00 |
| AUG 07 | TELE-TRANSFER FR SAVINGS 0556925675<br>REFERENCE # TFHJJZS2YR | 1,000.00 |

WITHDRAWALS AND DEBITS -------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---:|
| JUL 11 | POS PURCHASE - 07/11 MACH ID 000000<br>3920 E THOMAS RUSPS 03636PHOENIX AZ<br>9200 | - 61.95 |
| JUL 15 | CHECK CRD PURCHASE 07/14 FEDEX SHP<br>07/08/03 AB# 840-698518522 TN<br>491987XXXXXX9200 24761976321BZTXBQ<br>?MCC=4215 122105278DA | - 24.98 |

---

*CONTINUED ON NEXT PAGE*

SEC 010887

WF 00094

```
                                     PAGE 2 of 3
                                     Account Number:        055-6925352
    IBBC INTERNATIONAL BIOFUEL AND    Statement End Date:     08/08/03
    BIOCHEMICAL CORPORATION
```

WITHDRAWALS AND DEBITS -----------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|--------------------|--------|
| JUL 15 | CHECK CRD PURCHASE 07/14 FEDEX SHP 07/08/03 AB# 840-698518511 TN 491987XXXXXX9200 24761976321BZTXAS ?MCC=4215 122105278DA | - 17.30 |
| JUL 16 | WIRE TRANS SVC CHARGE - SEQUENCE: 030716041079 SRF# FW06014197823337 TRN#030716041079 RFB# | - 15.00 |
| JUL 16 | WT FED#02053 HSBC BANK USA /FTR/BNF=H. MELVILLE HICKS JR SRF# FW06014197823337 TRN#030716041079 RFB# | - 500.00 |
| JUL 16 | ATM WITHDRAWAL - 07/16 MACH ID 9995Q 4400 E. THOMAS PHOENIX AZ 9200 | - 200.00 |
| JUL 17 | CHECK CRD PURCHASE 07/15 STORQUEST¨ PHOENIX 602-274-4811 AZ 491987XXXXXX9200 2432300657BSGEXG9 ?MCC=4225 122105278DA | - 98.30 |
| JUL 18 | WITHDRAWAL MADE IN A BRANCH/STORE | - 814.45 |
| JUL 28 | ATM STATEMENT FEE - 07/25 MACH ID 9995Q 4400 E. THOMAS, PHOENIX, AZ 9200 | - 1.00 |
| JUL 30 | CHECK CRD PURCHASE 07/29 ENTERPRISE RENTACAR PHOENIX AZ 491987XXXXXX9200 24246516JHLMWTK7H ?MCC=3405 122105278DA | - 73.78 |
| JUL 30 | CHECK CRD PURCHASE 07/28 PINNACLE PEAK TUCSON AZ 491987XXXXXX9200 24492806J3DWMM9HK ?MCC=5812 122105278DA | - 61.45 |
| JUL 30 | CHECK CRD PURCHASE 07/28 LOVE S COUNTRY00002659 CASA GRANDE AZ 491987XXXXXX9200 24164076J37EGHOSH ?MCC=5542 122105278DA | - 17.45 |
| JUL 31 | ATM WITHDRAWAL - 07/31 MACH ID BW1171 241 N. CENTRAL BANK ONE PHOENIX AZ 9200 | - 202.00 |
| JUL 31 | NON-WELLS FARGO ATM TRANSACTION FEE | - 2.00 |
| JUL 31 | CHECK CRD PURCHASE 07/30 PAYPAL *SOUTHWESTRE 402-935-7733 CA 491987XXXXXX9200 24492156KPVVD8H3F ?MCC=8999 122105278DA | - 165.00 |
| AUG 04 | CHECK CRD PURCHASE 08/02 WESTIN HOTELS LAPALOMA TUCSON AZ 491987XXXXXX9200 24229706PFA7Y8FT6 ?MCC=5812 122105278DA | - 83.66 |
| AUG 05 | CHECK CRD PURCHASE 08/03 WESTIN HOTELS LAPALOMA TUCSON AZ 491987XXXXXX9200 24229706RF9A5BN0E ?MCC=3513 122105278DA | - 390.33 |
| AUG 05 | CHECK CRD PURCHASE 08/04 WESTIN HOTELS LAPALOMA TUCSON AZ 491987XXXXXX9200 24229706RF9A5BN06 ?MCC=3513 122105278DA | - 12.82 |
| AUG 06 | WITHDRAWAL MADE IN A BRANCH/STORE | - 500.00 |
| AUG 06 | CHECK CRD PURCHASE 08/03 WESTIN HOTELS LAPALOMA TUCSON AZ 491987XXXXXX9200 24229706TF9A4K6P3 ?MCC=5812 122105278DA | - 35.57 |
| AUG 08 | ATM WITHDRAWAL - 08/07 MACH ID 5739W FLAGSTAFF FLAGSTAFF AZ 9200 | - 100.00 |
| AUG 08 | MONTHLY SERVICE FEE | - 9.00 |

DAILY BALANCE SUMMARY ---------------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| JUL 09 | 1,858.32 | JUL 18 | 126.34 |
| JUL 11 | 1,796.37 | JUL 28 | 1,125.34 |
| JUL 15 | 1,754.09 | JUL 30 | 972.66 |
| JUL 16 | 1,039.09 | JUL 31 | 603.66 |
| JUL 17 | 940.79 | AUG 04 | 520.00 |

---------------------------------------------------------------

CONTINUED ON NEXT PAGE                    SEC 010888


WF 00095

```
                                    PAGE 3 of 3
                                    Account Number:        055-6925352
     IBBC INTERNATIONAL BIOFUEL AND   Statement End Date:      08/08/03
     BIOCHEMICAL CORPORATION
```

DAILY BALANCE SUMMARY --------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| AUG 05 | 116.85 | AUG 07 | 1,581.28 |
| AUG 06 | 581.28 | AUG 08 | 1,472.28 |

FOR YOUR INTEREST

----------------------------------------------------------------------------

THANK YOU FOR BANKING WITH WELLS FARGO.                    SEC 010889

WF 00096

```
                                        PAGE 1 of 3
WELLS FARGO BANK ARIZONA, N.A.
PHOENIX MAIN OFFICE                      Account Number:        055-6925352
P.O. BOX 6995                            Statement End Date:      09/09/03
PORTLAND, OR  97228-6995
```

```
        IBBC INTERNATIONAL BIOFUEL AND
        BIOCHEMICAL CORPORATION
        886 N COFCO CENTER CT UNIT 1135
        PHOENIX AZ 85008-6447
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).
--------------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

```
    ACCOUNT                                                  ENDING
    TYPE                                                    BALANCE

    BASIC BUSINESS CHECKING                                  993.26
    055-6925352
```
--------------------------------------------------------------------------
NEWS FROM WELLS FARGO

The Wells Fargo Visa Business Card is a convenient source of credit that gives
your business the control and flexibility you need. Your Wells Fargo(R)
Business Card gives you:
- Access credit when you need it
- Get cash from over 800,000 ATMs worldwide
- Control how much credit is authorized for each employee
- Track expenses with quarterly management reports
- Benefit from the optional BusinessMiles program and you will earn
   valuable points toward air travel, merchandise and gift certificates.

Call 1-800-359-3557 extension 427 or visit wellsfargospecial.com and enter
keyword: Bcard for more information on how a Wells Fargo Visa Business Card can
help your business.
--------------------------------------------------------------------------
BASIC BUSINESS CHECKING 055-6925352

```
    IBBC INTERNATIONAL BIOFUEL AND
    BIOCHEMICAL CORPORATION

    AUG 08 BEGINNING BALANCE                              1,472.28
            TOTAL DEPOSITS/CREDITS                        2,900.00
            TOTAL WITHDRAWALS/DEBITS                    - 3,379.02
    SEP 09 ENDING BALANCE                                  993.26
```

DEPOSITS AND CREDITS ------------------------------------------------------

```
    DATE    TRANSACTION DETAIL                            AMOUNT

    AUG 28  DEPOSIT                                      2,900.00
```

WITHDRAWALS AND DEBITS ----------------------------------------------------

```
    DATE    TRANSACTION DETAIL                            AMOUNT

    AUG 11  CHECK CRD PURCHASE 08/08 AMERISUITES -
            FF FLAGSTAFF AZ 491987XXXXXX9200
            24610436Y231YBEHL ?MCC=3514 122105278DA      - 196.02
```
--------------------------------------------------------------------------
CONTINUED ON NEXT PAGE                                   SEC 010890


                                                         WF 00097

PAGE 2 of 3
Account Number:        055-6925352
Statement End Date:      09/09/03

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

WITHDRAWALS AND DEBITS ---------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|--------------------|--------|
| AUG 11 | CHECK CRD PURCHASE 08/07 WEATHERFORD HOTEL & CA FLAGSTAFF AZ 491987XXXXXX9200 24445006YJT7DYNXB ?MCC=5812 122105278DA | - 6.00 |
| AUG 13 | CHECK CRD PURCHASE 08/12 ENTERPRISE RENTACAR PHOENIX AZ 491987XXXXXX9200 242465170HLMXDRKZ ?MCC=3405 122105278DA | - 88.74 |
| AUG 13 | CHECK CRD PURCHASE 08/11 CLAIM JUMPER #25 TEMPE AZ 491987XXXXXX9200 2449398708B4SAVK7 ?MCC=5812 122105278DA | - 53.21 |
| AUG 13 | CHECK CRD PURCHASE 08/11 KINKO'S #0635 TUCSON AZ 491987XXXXXX9200 244450070JSNGVRYT ?MCC=7338 122105278DA | - 9.21 |
| AUG 14 | CHECK CRD PURCHASE 08/13 FEDEX SHP 07/29/03 AB# 840-698551083 TN 491987XXXXXX9200 24761977121QW0TYT ?MCC=4215 122105278DA | - 28.33 |
| AUG 15 | WITHDRAWAL MADE IN A BRANCH/STORE | - 500.00 |
| AUG 15 | CHECK CRD PURCHASE 08/13 STORQUEST PHOENIX 602-274-4811 AZ 491987XXXXXX9200 2432300727BVA6WM2 ?MCC=4225 122105278DA | - 103.42 |
| AUG 15 | CHECK CRD PURCHASE 08/13 CHEVRON #00090463 PHOENIX AZ 491987XXXXXX9200 246251272QHL1ZKHT ?MCC=5542 122105278DA | - 21.70 |
| AUG 18 | ATM WITHDRAWAL - 08/18 MACH ID 5743H 4400 E. THOMAS (DRIVE PHOENIX AZ 9200 | - 100.00 |
| AUG 18 | POS PURCHASE - 08/17 MACH ID 000000 1445 W. ELLIOT COSTCO WHOTEMPE AZ 9200 | - 119.28 |
| AUG 18 | CHECK CRD PURCHASE 08/16 SOUTHWESTAIR5262762801 DALLAS TX 491987XXXXXX9200 247926275J6015685 ?MCC=3066 122105278DA | - 109.50 |
| AUG 18 | CHECK CRD PURCHASE 08/16 CHUY'S MESQUITE BROILE PHOENIX AZ 491987XXXXXX9200 241543475G9RPZMSS ?MCC=5812 122105278DA | - 20.21 |
| AUG 18 | CHECK CRD PURCHASE 08/13 KINKO'S #0676 PHOENIX AZ 491987XXXXXX9200 244450073JW16JBXW ?MCC=7338 122105278DA | - 5.64 |
| AUG 18 | POS PURCHASE - 08/18 MACH ID 000000 3920 E THOMAS RUSPS 03636PHOENIX AZ 9200 | - 4.75 |
| AUG 18 | CHECK CRD PURCHASE 08/14 KINKO'S #0676 PHOENIX AZ 491987XXXXXX9200 244450075JWQR797F ?MCC=7338 122105278DA | - 4.51 |
| AUG 20 | CHECK CRD PURCHASE 08/19 KNOCK KNEED LOBSTER PHOENIX AZ 491987XXXXXX9200 2419404780WGW297E2 ?MCC=5812 122105278DA | - 24.65 |
| AUG 28 | CHECK CRD PURCHASE 08/26 KINKO'S #0676 PHOENIX AZ 491987XXXXXX9200 24445007FK1MYMDY3 ?MCC=7338 122105278DA | - 10.20 |
| SEP 02 | WITHDRAWAL MADE IN A BRANCH/STORE | - 1,513.00 |
| SEP 02 | POS PURCHASE - 08/30 MACH ID 000000 4502 E. OAK ROACOSTCO WHOPHOENIX AZ 9200 | - 149.66 |
| SEP 02 | CHECK CRD PURCHASE 08/31 HOUSTON'S 602.957.9700 PHOENIX AZ 491987XXXXXX9200 24418007L73HKXSJ0 ?MCC=5812 122105278DA | - 110.40 |

---------------------------------------------------------------------------

CONTINUED ON NEXT PAGE                          SEC 010891


WF 00098

```
                                    PAGE 3 of 3
                                    Account Number:        055-6925352
    IBBC INTERNATIONAL BIOFUEL AND  Statement End Date:       09/09/03
    BIOCHEMICAL CORPORATION
```

WITHDRAWALS AND DEBITS  -----------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|--------------------|--------|
| SEP 02 | CHECK CRD PURCHASE 08/28 MY FLORIST<br>CAFE PHOENIX AZ 491987XXXXXX9200<br>24071057HWPQM3A6T ?MCC=5812 122105278DA | - 30.40 |
| SEP 02 | CHECK CRD PURCHASE 08/30 THE EGGERY<br>44TH PHOENIX AZ 491987XXXXXX9200<br>24108387J61QR9589 ?MCC=5812 122105278DA | - 22.51 |
| SEP 05 | CHECK CRD PURCHASE 09/04 KNOCK KNEED<br>LOBSTER PHOENIX AZ 491987XXXXXX9200<br>24194047RWGWZ92BF ?MCC=5812 122105278DA | - 16.43 |
| SEP 08 | ATM WITHDRAWAL - 09/06 MACH ID S1BAT321<br>1111 E MCDOWELLBANNER FEDPHOENIX AZ<br>9200 | - 101.75 |
| SEP 08 | NON-WELLS FARGO ATM TRANSACTION FEE | - 2.00 |
| SEP 08 | CHECK CRD PURCHASE 09/05 CHICO`S TECATE<br>GRILL PHOENIX AZ 491987XXXXXX9200<br>24493987T5ZZHBHY9 ?MCC=5814 122105278DA | - 18.50 |
| SEP 09 | MONTHLY SERVICE FEE | - 9.00 |

DAILY BALANCE SUMMARY  -----------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| AUG 08 | 1,472.28 | AUG 20 | 77.11 |
| AUG 11 | 1,270.26 | AUG 28 | 2,966.91 |
| AUG 13 | 1,119.10 | SEP 02 | 1,140.94 |
| AUG 14 | 1,090.77 | SEP 05 | 1,124.51 |
| AUG 15 | 465.65 | SEP 08 | 1,002.26 |
| AUG 18 | 101.76 | SEP 09 | 993.26 |

---

FOR YOUR INTEREST

*Your home is a powerful resource. Whether your goal is to improve your home, pay for college, or consolidate bills, a home equity account can help you do it. Now is a great time for you to take advantage of historically low rates and possible tax savings (consult your tax advisor). Apply today. Call 1-866-847-6410 or apply online at wellsfargospecial.com and enter keyword: Equity. Wells Fargo Banks. Equal Housing Lenders.*

---

*THANK YOU FOR BANKING WITH WELLS FARGO.*

**SEC 010892**

**WF 00099**

PAGE 1 of 3

WELLS FARGO BANK ARIZONA, N.A.
PHOENIX MAIN OFFICE
P.O. BOX 6995
PORTLAND, OR  97228-6995

Account Number:        055-6925352
Statement End Date:       10/08/03

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION
886 N COPCO CENTER CT UNIT 1135
PHOENIX AZ 85008-6447

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

--------------------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING  055-6925352 | 186.96 |

--------------------------------------------------------------------------------
NEWS FROM WELLS FARGO

Want to take advantage of the new tax laws? Small businesses can now expense as
much as $100,000 of new equipment each year  a $75,000 increase over last
year. If you are in the market for new equipment, an Equipment Express loan can
offer you a competitive fixed interest rate and flexible terms, with no
application costs and no prepayment penalty. Apply today with our quick
application, and upon approval you'll have a full six months to use your loan.
Simply talk with a banker, call 1-800-359-9557 ext. 603, or visit
wellsfargospecial.com and enter the keyword: Equipment. Your business' tax
advisor can inform you about whether an equipment purchase qualifies for these
tax benefits.
--------------------------------------------------------------------------------
BASIC BUSINESS CHECKING 055-6925352

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

| | | |
|---|---|---|
| SEP 09 BEGINNING BALANCE | | 993.26 |
| | TOTAL DEPOSITS/CREDITS | 3,500.00 |
| | TOTAL WITHDRAWALS/DEBITS | - 4,306.30 |
| OCT 08 ENDING BALANCE | | 186.96 |

DEPOSITS AND CREDITS ----------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| SEP 16 | BANK ORIGINATED CREDIT | 1,500.00 |
| OCT 01 | DEPOSIT MADE IN A BRANCH/STORE | 2,000.00 |

WITHDRAWALS AND DEBITS ---------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| SEP 11 | ATM WITHDRAWAL - 09/11 MACH ID 4653K SIXTY-EIGHTH & CAMELBA SCOTTSDALE AZ 9200 | - 20.00 |

--------------------------------------------------------------------------------
CONTINUED ON NEXT PAGE                          SEC 010893

WF 00100

```
                                    PAGE 2 of 3
                                    Account Number:        055-6925352
       IBBC INTERNATIONAL BIOFUEL AND   Statement End Date:    10/08/03
       BIOCHEMICAL CORPORATION
```

WITHDRAWALS AND DEBITS ---------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|--------------------|--------|
| SEP 12 | CHECK CRD PURCHASE 09/10 KLASSY GRAPHICS & PRIN PHOENIX AZ 491987XXXXXX9200 24158387YK8LNQZNA ?MCC=7338 122105278DA | - 99.46 |
| SEP 12 | POS PURCHASE - 09/12 MACH ID 000000 3920 E THOMAS RUSPS 03636PHOENIX AZ 9200 | - 7.70 |
| SEP 15 | ATM WITHDRAWAL - 09/15 MACH ID 5743H 4400 E. THOMAS (DRIVE PHOENIX AZ 9200 | - 300.00 |
| SEP 15 | ATM WITHDRAWAL - 09/13 MACH ID BW0936 BANK ONE CENTERBANK ONE PHOENIX AZ 9200 | - 42.00 |
| SEP 15 | NON-WELLS FARGO ATM TRANSACTION FEE | - 2.00 |
| SEP 15 | CASH DISBURSEMENT 09/12 CASH BANK ONE-E THOMAS PHOENIX AZ 491987XXXXXX9200 7432684722DHSV6BM ?MCC=6010 122105278DA | - 150.00 |
| SEP 15 | CHECK CRD PURCHASE 09/11 P.F. CHANG'S #5300 SCOTTSDALE AZ 491987XXXXXX9200 24323018040GPB02R ?MCC=5812 122105278DA | - 41.16 |
| SEP 15 | CHECK CRD PURCHASE 09/12 RED DEVIL PHOENIX AZ 491987XXXXXX9200 2415533881K9HQ8RPH ?MCC=5812 122105278DA | - 32.30 |
| SEP 15 | POS PURCHASE - 09/15 MACH ID 000000 980 W. UNIVERSIARCO PAYPOTEMPE AZ 9200 | - 22.41 |
| SEP 16 | CHECK CRD PURCHASE 09/13 LA PERLA CAFE GLENDALE AZ 491987XXXXXX9200 2440369827EDQL390 ?MCC=5812 122105278DA | - 56.07 |
| SEP 17 | CHECK CRD PURCHASE 09/16 ODYSSEY CAR WASH PHOENIX AZ 491987XXXXXX9200 2449280833E094YKG ?MCC=7542 122105278DA | - 13.99 |
| SEP 18 | WITHDRAWAL MADE IN A BRANCH/STORE | - 1,300.00 |
| SEP 22 | CHECK CRD PURCHASE 09/19 OFFICE MAX 00004218 PHOENIX AZ 491987XXXXXX9200 2439900875F42XR8D ?MCC=5943 122105278DA | - 129.71 |
| SEP 22 | POS PURCHASE - 09/20 MACH ID 000000 4403 E VAN BUREEXXON PHOENIX AZ 9200 | - 23.10 |
| SEP 22 | CHECK CRD PURCHASE 09/20 KINKO'S #0676 PHOENIX AZ 491987XXXXXX9200 244450088KDA7XH5Y ?MCC=7338 122105278DA | - 8.99 |
| SEP 26 | CHECK CRD PURCHASE 09/24 KINKO'S #0676 PHOENIX AZ 491987XXXXXX9200 24445008DKF768FKZ ?MCC=7338 122105278DA | - 12.41 |
| SEP 29 | ATM WITHDRAWAL - 09/27 MACH ID 5743H 4400 E. THOMAS (DRIVE PHOENIX AZ 9200 | - 20.00 |
| SEP 29 | CHECK CRD PURCHASE 09/25 FEDEX SHP 09/20/03 AB# 840-698754857 TN 491987XXXXXX9200 24761978D21B5544G ?MCC=4215 122105278DA | - 32.97 |
| SEP 29 | CHECK CRD PURCHASE 09/27 CHEVRON #00202512 CAMP VERDE AZ 491987XXXXXX9200 24625128FQHW8NB94 ?MCC=5542 122105278DA | - 27.25 |
| SEP 30 | CHECK CRD PURCHASE 09/27 CAFE & CATTLE COMPANY SEDONA AZ 491987XXXXXX9200 24403698G7VEL6L6T ?MCC=5812 122105278DA | - 26.96 |
| SEP 30 | CHECK CRD PURCHASE 09/28 KINKO'S #0676 PHOENIX AZ 491987XXXXXX9200 24445008HKH2ZKFJN ?MCC=7338 122105278DA | - 9.02 |
| OCT 02 | WITHDRAWAL MADE IN A BRANCH/STORE | - 1,700.00 |
| OCT 02 | ATM WITHDRAWAL - 10/02 MACH ID 2141W 24TH AND WASHINGTON PHOENIX AZ 9200 | - 40.00 |

-----------------------------------------------------------------

CONTINUED ON NEXT PAGE                                    SEC 010894


                                                          WF 00101

PAGE 3 of 3
Account Number:        055-6925352
Statement End Date: ·    10/08/03

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

WITHDRAWALS AND DEBITS --------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|-------------------|--------|
| OCT 06 | ATM WITHDRAWAL - 10/06 MACH ID 5743H<br>4400 E. THOMAS (DRIVE PHOENIX AZ 9200 | - 20.00 |
| OCT 06 | CHECK CRD PURCHASE 10/04 MATADOR<br>RESTAURANT PHOENIX AZ 491987XXXXXX9200<br>24493988N60Z9EG8H ?MCC=5814 122105278DA | - 26.16 |
| OCT 06 | CHECK CRD PURCHASE 10/03 CHEESECAKE<br>PHOENIX PHOENIX AZ 491987XXXXXX9200<br>24610438N2321D6MS ?MCC=5812 122105278DA | - 25.59 |
| OCT 07 | CHECK CRD PURCHASE 10/06 PT HILTON SP<br>HOLE WALL PHOENIX AZ 491987XXXXXX9200<br>24906048P15E1T8HX ?MCC=5812 122105278DA | - 108.05 |
| OCT 08 | MONTHLY SERVICE FEE | - 9.00 |

DAILY BALANCE SUMMARY ----------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| SEP 09 | 993.26 | SEP 26 | 231.96 |
| SEP 11 | 973.26 | SEP 29 | 151.74 |
| SEP 12 | 866.10 | SEP 30 | 115.76 |
| SEP 15 | 276.23 | OCT 01 | 2,115.76 |
| SEP 16 | 1,720.16 | OCT 02 | 375.76 |
| SEP 17 | 1,706.17 | OCT 06 | 304.01 |
| SEP 18 | 406.17 | OCT 07 | 195.96 |
| SEP 22 | 244.37 | OCT 08 | 186.96 |

--------------------------------------------------------------------------------
FOR YOUR INTEREST

Looking for information on how to obtain affordable business health care? Or
how to take advantage of recent tax breaks? Wells Fargo Business Tips provides
small business owners like you helpful money, marketing, management, legal and
technology tips to help you successfully manage your business. With hundreds of
Tips, you're sure to find something to help your business reach the Next Stage.
Simply visit wellsfargospecial.com and enter keyword: Business Tips, to find
the small business information you need today.

--------------------------------------------------------------------------------
THANK YOU FOR BANKING WITH WELLS FARGO.

SEC 010895

WF 00102

```
WELLS FARGO BANK ARIZONA, N.A.          PAGE 1 of 2
PHOENIX MAIN OFFICE                     I-4
P.O. BOX 6995                           Account Number:      055-6925352
PORTLAND, OR  97228-6995                Statement End Date:     11/10/03
```

```
        IBBC INTERNATIONAL BIOFUEL AND
        BIOCHEMICAL CORPORATION
        886 N COFCO CENTER CT UNIT 1135
        PHOENIX AZ 85008-6447
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 055-6925352 | 879.68 |

------------------------------------------------------------------
NEWS FROM WELLS FARGO

The following changes are effective January 12, 2004. Insufficient Funds*: Paid
Item (OD), $33/item. Returned Item (NSF), $30/item. For questions, please
contact your Wells Fargo banker. We appreciate your business & look forward to
continuing to serve your financial needs.

*Effective March 15, 2004 for quarterly savings accounts.
------------------------------------------------------------------
BASIC BUSINESS CHECKING 055-6925352

```
    IBBC INTERNATIONAL BIOFUEL AND
    BIOCHEMICAL CORPORATION

    OCT 08 BEGINNING BALANCE                         186.96
        TOTAL DEPOSITS/CREDITS                     6,000.00
        TOTAL WITHDRAWALS/DEBITS                  - 5,307.28
    NOV 10 ENDING BALANCE                            879.68
```

DEPOSITS AND CREDITS ---------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| OCT 22 | DEPOSIT | 6,000.00 |

WITHDRAWALS AND DEBITS --------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| OCT 10 | CHECK CRD PURCHASE 10/09 ABUELO'S INTERNATIONAL CHANDLER AZ 491987XXXXXX9200 24492808S3DWMM92Z ?MCC=5812 122105278DA | - 22.61 |
| OCT 14 | CHECK CRD PURCHASE 10/12 FEDEX SHP 10/07/03 AB# 840-698818612 TN 491987XXXXX9200 24761978Y21EML8TQ ?MCC=4215 122105278DA | - 25.34 |
| OCT 14 | CHECK CRD PURCHASE 10/12 CHEVRON #00206510 PHOENIX AZ 491987XXXXXX9200 24625128YQHYWWLQZ ?MCC=5542 122105278DA | - 18.01 |

------------------------------------------------------------------
CONTINUED ON NEXT PAGE

SEC 010896


WF 00103

```
                                    PAGE 2 of 2
                                    Account Number:        055-6925352
        IBBC INTERNATIONAL BIOFUEL AND     Statement End Date:    11/10/03
        BIOCHEMICAL CORPORATION
```

WITHDRAWALS AND DEBITS ------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|--------------------|--------|
| OCT 14 | CHECK CRD PURCHASE 10/09 CRACKER BARREL | |
|  | #335 PHOENIX AZ 491987XXXXXX9200 | |
|  | 2432301BV3ESMXRVE ?MCC=5812 122105278DA | - 14.23 |
| OCT 24 | CHECK CRD PURCHASE 10/22 HAMBURGER | |
|  | HAMLET #4 BEVERLY HILLS CA | |
|  | 491987XXXXXX9200 2432301987AA3NNA8 | |
|  | ?MCC=5812 122105278DA | - 58.09 |
| NOV 10 | MONTHLY SERVICE FEE | - 9.00 |

CHECKS PAID -----------------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---------|------|--------|---------|------|--------|
| 1003 | OCT 23 | 5,160.00 | | | |

DAILY BALANCE SUMMARY -------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| OCT 08 | 186.96 | OCT 23 | 946.77 |
| OCT 10 | 164.35 | OCT 24 | 888.68 |
| OCT 14 | 106.77 | NOV 10 | 879.68 |
| OCT 22 | 6,106.77 | | |

----------------------------------------------------------------------------

**FOR YOUR INTEREST**

*Wells Fargo offers fast, reliable, and affordable Payroll Services for your business!  Let Wells Fargo manage your payroll while you manage the day-to-day demands of your business. Sign up between 11/3/03 and 12/31/03 for free setup (value up to $150).  First payroll must be processed by 1/31/04. Call us today at 1-800-359-3557 extension 658 or visit wellsfargo.com/biz/save and enter code B444 for more information.*

----------------------------------------------------------------------------

**WF 00104**

```
WELLS FARGO BANK ARIZONA, N.A.          PAGE 1 of 1
PHOENIX MAIN OFFICE                     I-3
P.O. BOX 6995                           Account Number:        055-6925352
PORTLAND, OR  97228-6995                Statement End Date:      12/08/03
```

```
        IBBC INTERNATIONAL BIOFUEL AND
        BIOCHEMICAL CORPORATION
        886 N COPCO CENTER CT UNIT 1135
        PHOENIX AZ 85008-6447
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

---

YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING     055-6925352 | 870.68 |

---

NEWS FROM WELLS FARGO

Why wait to receive your statements in the mail? Get FREE, real-time access to
your accounts with Wells Fargo Business Online Banking. View account balances
and review account activity including deposits, cleared checks, loan payments
and credit card transactions - anytime, anywhere. Enroll in Wells Fargo
Business Online Banking at wellsfargo.com/biz/bankonline
Member FDIC.

---

BASIC BUSINESS CHECKING 055-6925352

```
IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

NOV 10 BEGINNING BALANCE                            879.68
        TOTAL DEPOSITS/CREDITS                        0.00
        TOTAL WITHDRAWALS/DEBITS                     - 9.00
DEC 08 ENDING BALANCE                               870.68
```

WITHDRAWALS AND DEBITS ---------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| DEC 08 | MONTHLY SERVICE FEE | - 9.00 |

DAILY BALANCE SUMMARY ----------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| NOV 10 | 879.68 | DEC 08 | 870.68 |

---

FOR YOUR INTEREST

Looking for information on how to obtain affordable business health care? Or
how to take advantage of recent tax breaks? Wells Fargo Business Tips provides
small business owners like you helpful tips on money, marketing, management,
legal and technology to help you successfully manage your business.  With
hundreds of Tips, you re sure to find something to help your business reach the
Next Stage. Simply visit wellsfargospecial.com and enter keyword: Business
Tips, to find the small business information you need today.

---

THANK YOU FOR BANKING WITH WELLS FARGO.                    SEC 010898

WF 00105

```
                                    PAGE 1 of 3
WELLS FARGO BANK ARIZONA, N.A.
PHOENIX MAIN OFFICE                  Account Number:        055-6925352
P.O. BOX 6995                        Statement End Date:      01/09/04
PORTLAND, OR  97228-6995
```

```
        IBBC INTERNATIONAL BIOFUEL AND
        BIOCHEMICAL CORPORATION
        886 N COFCO CENTER CT UNIT 1135
        PHOENIX AZ 85008-6447
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

--------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 055-6925352 | 6,879.36 |

--------------------------------------------------------------------
NEWS FROM WELLS FARGO

--------------------------------------------------------------------
BASIC BUSINESS CHECKING 055-6925352

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

| | |
|---|---|
| DEC 08 BEGINNING BALANCE | 870.68 |
| TOTAL DEPOSITS/CREDITS | 64,000.00 |
| TOTAL WITHDRAWALS/DEBITS | - 57,991.32 |
| JAN 09 ENDING BALANCE | 6,879.36 |

DEPOSITS AND CREDITS ------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| DEC 18 | TRANSFER FROM DDA # 000000556925204 | 14,000.00 |
| JAN 02 | WT FED#00208 WORLD SAVINGS BANK /ORG=CHARLES S RUPPMAN SRF# 0025 TRN#040102032547 RFB# | 50,000.00 |

WITHDRAWALS AND DEBITS --------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| DEC 22 | CHECK CRD PURCHASE 12/19 BANDERA 480.994.3524 SCOTTSDALE AZ 491987XXXXXX9200 2441800B2A9X4WD1S ?MCC=5812 122105278DA | - 99.78 |
| DEC 30 | ATM WITHDRAWAL - 12/30 MACH ID 5743H 4400 E. THOMAS (DRIVE PHOENIX AZ 9200 | - 100.00 |
| JAN 02 | WIRE TRANS SVC CHARGE - SEQUENCE: 040102032547 SRF# 0025 TRN#040102032547 RFB# | - 5.00 |
| JAN 02 | WITHDRAWAL MADE IN A BRANCH/STORE | - 3,000.00 |
| JAN 02 | ATM WITHDRAWAL - 01/01 MACH ID 1165Q E. GLENDALE & 7TH(SAFE PHOENIX AZ 9200 | - 100.00 |

--------------------------------------------------------------------
CONTINUED ON NEXT PAGE                              SEC 010899

WF 00106

```
                                   PAGE 2 of 3
                                   Account Number:        055-6925352
   IBBC INTERNATIONAL BIOFUEL AND     Statement End Date:    01/09/04
   BIOCHEMICAL CORPORATION
```

WITHDRAWALS AND DEBITS ------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|--------------------|--------|
| JAN 02 | POS PURCHASE - 01/02 MACH ID 000000 Sprint PCS Sprint PCSOverland ParkKS 9200 | - 200.00 |
| JAN 02 | CHECK CRD PURCHASE 12/31 MINING CAMP RST APACHE JCT AZ 491987XXXXXX9200 2449398QH6OTS5WHG ?MCC=5812 122105278DA | - 76.60 |
| JAN 05 | WITHDRAWAL MADE IN A BRANCH/STORE | - 800.00 |
| JAN 05 | ATM WITHDRAWAL - 01/05 MACH ID 5743H 4400 E. THOMAS (DRIVE PHOENIX AZ 9200 | - 200.00 |
| JAN 05 | POS PURCHASE - 01/04 MACH ID 000000 3609 EAST THOMATHE HOME DPHOENIX AZ 9200 | - 123.33 |
| JAN 05 | CHECK CRD PURCHASE 01/04 JCPENNEY CO 1480 PHOENIX AZ 491987XXXXXX9200 2429916QL3AXANB7T ?MCC=5311 122105278DA | - 103.51 |
| JAN 05 | CHECK CRD PURCHASE 01/03 GARDUNOS CHILI PACKING SCOTTSDALE AZ 491987XXXXXX9200 2471705QLJL2R7N26 ?MCC=5812 122105278DA | - 50.16 |
| JAN 05 | CHECK CRD PURCHASE 01/02 THE RITZ CARLTON F/B PHOENIX AZ 491987XXXXXX9200 2461043QJ23206F8Z ?MCC=3710 122105278DA | - 24.54 |
| JAN 05 | CHECK CRD PURCHASE 01/01 BILL JOHNSON'S APPLE E PHOENIX AZ 491987XXXXXX9200 2432301QJ40H6F5GV ?MCC=5812 122105278DA | - 21.99 |
| JAN 05 | POS PURCHASE - 01/05 MACH ID 000000 EXXON-CIRCLE K EXXON-CIRCTUCSON AZ 9200 | - 14.68 |
| JAN 06 | CHECK CRD PURCHASE 01/05 ENTERPRISE RENTACAR PHOENIX AZ 491987XXXXXX9200 2424651QMHLN3LZVS ?MCC=3405 122105278DA | - 250.00 |
| JAN 06 | POS PURCHASE - 01/05 MACH ID 000000 2050 SOUTH 4TH 7 ELEVEN 2EL CENTRO CA 9200 | - 24.41 |
| JAN 07 | CHECK CRD PURCHASE 01/05 SOUTHWESTAIR5262780377 DALLAS TX 491987XXXXXX9200 2479262QNJ56H27WE ?MCC=3066 122105278DA | - 218.20 |
| JAN 07 | CHECK CRD PURCHASE 01/05 WEST VALLEY VIEW INC 623-5358439 AZ 491987XXXXXX9200 2433239QNS6V82VQQ ?MCC=5994 122105278DA | - 211.65 |
| JAN 07 | CHECK CRD PURCHASE 01/05 CRACKER BARREL #305 YUMA AZ 491987XXXXXX9200 2432301QN3F86WPT2 ?MCC=5812 122105278DA | - 20.79 |
| JAN 07 | CHECK CRD PURCHASE 01/05 ARCO AMPM # 81976 PHOENIX AZ 491987XXXXXX9200 2441800QN05RWTHVD ?MCC=5542 122105278DA | - 15.76 |
| JAN 07 | CHECK CRD PURCHASE 01/05 KINKO'S #0676 PHOENIX AZ 491987XXXXXX9200 2444500QNMBAGX22E ?MCC=7338 122105278DA | - 0.17 |
| JAN 08 | CHECK CRD PURCHASE 01/06 RESIDENCE INNS HTL CIR SAN DIEGO CA 491987XXXXXX9200 2461043QP03T2T8NS ?MCC=3703 122105278DA | - 178.75 |
| JAN 08 | CHECK CRD PURCHASE 01/06 RESIDENCE INNS HTL CIR SAN DIEGO CA 491987XXXXXX9200 2461043QP03T2T8NJ ?MCC=3703 122105278DA | - 175.75 |
| JAN 08 | CHECK CRD PURCHASE 01/06 ULTRAMAR 3761 THOUSAND PAL CA 491987XXXXXX9200 2445501QP06ZAJV7Q ?MCC=5542 122105278DA | - 26.39 |

------------------------------------------------------------------------
CONTINUED ON NEXT PAGE                                    SEC 010900

WF 00107

```
                                    PAGE 3 of 3
                                    Account Number:       055-6925352
     IBBC INTERNATIONAL BIOFUEL AND   Statement End Date:     01/09/04
     BIOCHEMICAL CORPORATION
```

WITHDRAWALS AND DEBITS ----------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|--------------------|--------|
| JAN 09 | CHECK CRD PURCHASE 01/07 RESIDENCE INNS-PHONX A PHOENIX AZ 491987XXXXXX9200 2461043QR03T85AVL ?MCC=3703 122105278DA | - 110.95 |
| JAN 09 | CHECK CRD PURCHASE 01/07 PICACHO PEAK DQ&TRAVEL PICACHO AZ 491987XXXXXX9200 2461043QR03TZ3861 ?MCC=5542 122105278DA | - 27.14 |

CHECKS PAID -------------------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---------|------|--------|---------|------|--------|
| 1004 | DEC 26 | 5,111.77 | 1007 | JAN 02 | 40,000.00 |
| 1005 | DEC 22 | 2,250.00 | 1008 | JAN 02 | 2,200.00 |
| 1006 | DEC 24 | 2,250.00 | | | |

DAILY BALANCE SUMMARY ---------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| DEC 08 | 870.68 | JAN 02 | 9,477.53 |
| DEC 18 | 14,870.68 | JAN 05 | 8,139.32 |
| DEC 22 | 12,520.90 | JAN 06 | 7,864.91 |
| DEC 24 | 10,270.90 | JAN 07 | 7,398.34 |
| DEC 26 | 5,159.13 | JAN 08 | 7,017.45 |
| DEC 30 | 5,059.13 | JAN 09 | 6,879.36 |

FOR YOUR INTEREST

--------------------------------------------------------------------

*THANK YOU FOR BANKING WITH WELLS FARGO.*                    **SEC 010901**

**WF 00108**

```
WELLS FARGO BANK ARIZONA, N.A.        PAGE 1 of 4
PHOENIX MAIN OFFICE                   I-3
P.O. BOX 6995                         Account Number:        055-6925352
PORTLAND, OR  97228-6995              Statement End Date:      02/09/04
```

```
IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION
4637 N 24TH ST
PHOENIX AZ 85016-5203
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

--------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 055-6925352 | 186.05 |

--------------------------------------------------------------------
NEWS FROM WELLS FARGO

The following changes are effective June 1, 2004. Stop Payments will be $29 per
item.  Cashed/ Deposited Items Returned Unpaid will be $7 per item. Please
contact your banker or call 1-800-225-5935 if you have any questions or need
any assistance with your account. We appreciate your business and look forward
to continuing to serve your financial needs.
--------------------------------------------------------------------
BASIC BUSINESS CHECKING 055-6925352

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

| | |
|---|---|
| JAN 09 BEGINNING BALANCE | 6,879.36 |
| TOTAL DEPOSITS/CREDITS | 0.00 |
| TOTAL WITHDRAWALS/DEBITS | - 6,693.31 |
| FEB 09 ENDING BALANCE | 186.05 |

WITHDRAWALS AND DEBITS ---------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| JAN 12 | CHECK CRD PURCHASE 01/09 CHEVRON #00208389 NEW RIVER AZ 491987XXXXXX9200 2462512QTQTS7PBH8 ?MCC=5542 122105278DA | - 24.40 |
| JAN 12 | CHECK CRD PURCHASE 01/10 MATADOR RESTAURANT PHOENIX AZ 491987XXXXXX9200 2449398QV601FRYGK ?MCC=5814 122105278DA | - 24.11 |
| JAN 13 | CHECK CRD PURCHASE 01/10 ARIZONA PUBLIC SVC/NCO 800-794-1630 MI 491987XXXXXX9200 2438894QWKGANBJVP ?MCC=4900 122105278DA | - 118.39 |
| JAN 13 | CHECK CRD PURCHASE 01/11 CHEVRON #00092599 PHOENIX AZ 491987XXXXXX9200 2462512QWQTSLQTFE ?MCC=5542 122105278DA | - 26.89 |
| JAN 14 | CHECK CRD PURCHASE 01/13 ENTERPRISE RENTACAR PHOENIX AZ 491987XXXXXX9200 2424651QXHLN40EXT ?MCC=3405 122105278DA | - 344.79 |

--------------------------------------------------------------------
CONTINUED ON NEXT PAGE
SEC 010902

WF 00109

PAGE 2 of 4
Account Number:            055-6925352
Statement End Date:        02/09/04

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

WITHDRAWALS AND DEBITS ------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|--------------------|--------|
| JAN 14 | POS PURCHASE - 01/13 MACH ID 000000 4515 East ThomaTarget 095Phoenix AZ 9200 | - 115.85 |
| JAN 15 | CHECK CRD PURCHASE 01/14 PAYPAL *E S C P INC 402-935-7733 CA 491987XXXXXX9200 2449215QYPW5J2V66 ?MCC=8999 122105278DA | - 750.00 |
| JAN 15 | CHECK CRD PURCHASE 01/13 SOLE OUTDOORS #40 SCOTTSDALE AZ 491987XXXXXX9200 2441800QY0D6B1HEE ?MCC=5661 122105278DA | - 107.69 |
| JAN 15 | CHECK CRD PURCHASE 01/13 ARCO AMPM # 81976 PHOENIX AZ 491987XXXXXX9200 2441800QY0D5F8VMR ?MCC=5542 122105278DA | - 10.57 |
| JAN 20 | CHECK CRD PURCHASE 01/17 NCO UTILITY BILL PMT 800-794-1630 MI 491987XXXXXX9200 2438894D3KG8XJ30S ?MCC=4900 122105278DA | - 1,346.00 |
| JAN 20 | POS PURCHASE - 01/20 MACH ID 000000 Qwest/BillMatriQwest Arlington VA 9200 | - 720.25 |
| JAN 20 | POS PURCHASE - 01/19 MACH ID 000000 1949 EAST CAMELBEST BUY PHOENIX AZ 9200 | - 292.63 |
| JAN 20 | CHECK CRD PURCHASE 01/16 STORQUEST PHOENIX 602-274-4811 AZ 491987XXXXXX9200 2432300D17BZPBFXB ?MCC=4225 122105278DA | - 103.42 |
| JAN 20 | CHECK CRD PURCHASE 01/17 FEDEX SHP 12/30/04 AB# 842-157507958 TN 491987XXXXXX9200 2476197D1216MR5B0 ?MCC=4215 122105278DA | - 16.54 |
| JAN 20 | POS PURCHASE - 01/19 MACH ID 000000 1954 E HIGHLANDTWENTIETH PHOENIX AZ 9200 | - 15.90 |
| JAN 22 | CHECK CRD PURCHASE 01/21 AJO AL'S MEXICAN CAFE PHOENIX AZ 491987XXXXXX9200 2449398D65STSKJBY ?MCC=5814 122105278DA | - 30.57 |
| JAN 22 | POS PURCHASE - 01/22 MACH ID 000000 UNIVERSITY EX EXXONMOBILTEMPE AZ 9200 | - 20.97 |
| JAN 23 | ATM WITHDRAWAL - 01/22 MACH ID 9995Q 4400 E. THOMAS PHOENIX AZ 9200 | - 40.00 |
| JAN 23 | POS PURCHASE - 01/23 MACH ID 000000 3920 E THOMAS RUSPS 03636PHOENIX AZ 9200 | - 3.85 |
| JAN 26 | TRANSFER TO DDA # 000000556925204 | - 135.04 |
| JAN 26 | ATM WITHDRAWAL - 01/24 MACH ID 2632T BILTMORE PHOENIX AZ 9200 | - 40.00 |
| JAN 26 | POS PURCHASE - 01/24 MACH ID 000000 Sprint PCS Sprint PCSOverland ParkKS 9200 | - 200.00 |
| JAN 26 | CHECK CRD PURCHASE 01/23 HOUSTON'S 602.957.9700 PHOENIX AZ 491987XXXXXX9200 2441800D80NETZKY7 ?MCC=5812 122105278DA | - 72.70 |
| JAN 26 | CHECK CRD PURCHASE 01/22 TOMATOES BISTRO PHOENIX AZ 491987XXXXXX9200 2425477D7D48F56QN ?MCC=5812 122105278DA | - 20.71 |
| JAN 27 | ATM WITHDRAWAL - 01/27 MACH ID 2632T BILTMORE PHOENIX AZ 9200 | - 40.00 |
| JAN 27 | CHECK CRD PURCHASE 01/26 SOUPER SALAD #35 PHOENIX AZ 491987XXXXXX9200 2449398DB60BRR7NJ ?MCC=5814 122105278DA | - 15.30 |

------------------------------------------------------------------

CONTINUED ON NEXT PAGE                    SEC 010903


WF 00110

PAGE 3 of 4
Account Number:          055-6925352
Statement End Date:      02/09/04

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

WITHDRAWALS AND DEBITS ---------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|--------------------|--------|
| JAN 27 | POS PURCHASE - 01/27 MACH ID 000000 1801 E CAMELBACSTAPLES #2PHOENIX AZ 9200 | - 7.53 |
| JAN 28 | CHECK CRD PURCHASE 01/26 ARCO AMPM # 81976 PHOENIX AZ 491987XXXXXX9200 2441800DB0T874TGZ ?MCC=5542 122105278DA | - 20.00 |
| JAN 29 | CHECK CRD PURCHASE 01/28 AZ REPUBLIC SUBSCRIPTI 602-4441000 AZ 491987XXXXXX9200 2449280DQ3DWMM9YF ?MCC=5968 122105278DA | - 32.50 |
| JAN 29 | CHECK CRD PURCHASE 01/27 ALPHAGRAPHICS #011-TC PHOENIX AZ 491987XXXXXX9200 2415761DD02KFWE67 ?MCC=7338 122105278DA | - 11.07 |
| JAN 30 | CHECK CRD PURCHASE 01/29 DTV*DIRECTV SERVICE 800-347-3288 CA 491987XXXXXX9200 2469216DD00QTQEGS ?MCC=4899 122105278DA | - 91.75 |
| JAN 30 | CHECK CRD PURCHASE 01/29 EINSTEIN NOAH BGL 1 PHOENIX AZ 491987XXXXXX9200 2449398DE4YEK07JW ?MCC=5814 122105278DA | - 56.47 |
| JAN 30 | CHECK CRD PURCHASE 01/28 STAPLES #263 PHOENIX AZ 491987XXXXXX9200 2461043DD03T16JET ?MCC=5111 122105278DA | - 8.51 |
| FEB 02 | ATM WITHDRAWAL - 01/31 MACH ID 9995Q 4400 E. THOMAS PHOENIX AZ 9200 | - 200.00 |
| FEB 02 | CHECK CRD PURCHASE 01/29 BILL JOHNSON'S APPLE E PHOENIX AZ 491987XXXXXX9200 2432301DE40H26SVR ?MCC=5812 122105278DA | - 35.17 |
| FEB 02 | CHECK CRD PURCHASE 01/30 ARBY'S #980 Q52 PHOENIX AZ 491987XXXXXX9200 2461043DG231XBGN6 ?MCC=5814 122105278DA | - 16.83 |
| FEB 02 | CHECK CRD PURCHASE 01/30 ODYSSEY CAR WASH PHOENIX AZ 491987XXXXXX9200 2449280DE3E094YK4 ?MCC=7542 122105278DA | - 13.99 |
| FEB 02 | POS PURCHASE - 02/01 MACH ID 000000 4502 E. OAK ROACOSTCO WHOPHOENIX AZ 9200 | - 8.49 |
| FEB 03 | POS PURCHASE - 02/03 MACH ID 000000 5021 N 20TH ST USPS 03636PHOENIX AZ 9200 | - 22.00 |
| FEB 03 | CHECK CRD PURCHASE 02/01 DENNY'S INC PHOENIX AZ 491987XXXXXX9200 2445501DH0Z5K0GSL ?MCC=5814 122105278DA | - 20.19 |
| FEB 03 | CHECK CRD PURCHASE 02/02 THE GOOD EGG PARK CENT PHOENIX AZ 491987XXXXXX9200 2449398DH5SSP1859 ?MCC=5812 122105278DA | - 17.24 |
| FEB 03 | POS PURCHASE - 02/03 MACH ID 000000 3920 E THOMAS RUSPS 03636PHOENIX AZ 9200 | - 3.85 |
| FEB 04 | ATM WITHDRAWAL - 02/04 MACH ID 2632T BILTMORE PHOENIX AZ 9200 | - 40.00 |
| FEB 04 | CHECK CRD PURCHASE 02/03 LA PLACITA ENTERPR BUCKEYE AZ 491987XXXXXX9200 2422443DK8JGP1JYS ?MCC=5812 122105278DA | - 18.48 |
| FEB 04 | CHECK CRD PURCHASE 02/03 MIKEYS MINI MART INC BUCKEYE AZ 491987XXXXXX9200 2449398DK60TZVLZD ?MCC=5499 122105278DA | - 2.20 |
| FEB 06 | CHECK CRD PURCHASE 02/04 THE OLIVE GARD00014548 SCOTTSDALE AZ 491987XXXXXX9200 2439900DL42QAFLXE ?MCC=5812 122105278DA | - 43.12 |

----------------------------------------------------------------

CONTINUED ON NEXT PAGE

SEC 010904

WF 00111

```
                              PAGE 4 of 4
                              Account Number:           055-6925352
    IBBC INTERNATIONAL BIOFUEL AND    Statement End Date:        02/09/04
    BIOCHEMICAL CORPORATION
```

WITHDRAWALS AND DEBITS ----------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|-------------------|--------|
| FEB 09 | ATM WITHDRAWAL - 02/07 MACH ID 5739T AHWATUKEE PHOENIX AZ 9200 | - 100.00 |
| FEB 09 | CHECK CRD PURCHASE 02/05 CASEY MOORES TEMPE AZ 491987XXXXXX9200 2438775DM232L1TDS ?MCC=5812 122105278DA | - 29.15 |
| FEB 09 | CHECK CRD PURCHASE 02/06 CHEVRON #00090463 PHOENIX AZ 491987XXXXXX9200 2462512DMQTYTYY48 ?MCC=5542 122105278DA | - 21.83 |
| FEB 09 | CHECK CRD PURCHASE 02/07 CRACKER BARREL #335 PHOENIX AZ 491987XXXXXX9200 2432301DP3EY8BY0T ?MCC=5812 122105278DA | - 17.94 |
| FEB 09 | CHECK CRD PURCHASE 02/07 COCO'S #4153 PHOENIX AZ 491987XXXXXX9200 2445501DN13SHGWQ8 ?MCC=5813 122105278DA | - 9.43 |
| FEB 09 | MONTHLY SERVICE FEE | - 9.00 |

CHECKS PAID ---------------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---------|------|--------|---------|------|--------|
| 1009 | JAN 22 | 1,200.00 | | | |

DAILY BALANCE SUMMARY -----------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| JAN 09 | 6,879.36 | JAN 27 | 1,035.26 |
| JAN 12 | 6,830.85 | JAN 28 | 1,015.26 |
| JAN 13 | 6,685.57 | JAN 29 | 971.69 |
| JAN 14 | 6,224.93 | JAN 30 | 814.96 |
| JAN 15 | 5,356.67 | FEB 02 | 540.48 |
| JAN 20 | 2,861.93 | FEB 03 | 477.20 |
| JAN 22 | 1,610.39 | FEB 04 | 416.52 |
| JAN 23 | 1,566.54 | FEB 06 | 373.40 |
| JAN 26 | 1,098.09 | FEB 09 | 186.05 |

--------------------------------------------------------------------------
FOR YOUR INTEREST

The following changes are effective April 1, 2004. If you use your ATM & Check
Card to get cash from a teller at a non-Wells Fargo Bank, there is a $3 cash
disbursement fee that will be charged to your Wells Fargo account. Also, to
complete as many of your Bill Pay transactions as possible, Wells Fargo is
enhancing the Bill Pay Service processing procedures. If you schedule a payment
through your Bill Pay Service, and there are not sufficient funds in your
account to cover the transaction on the payment date, Wells Fargo may take any
of the following actions:
-     Cover the transaction if you have overdraft protection;
-     Pay the transaction and create an overdraft to your account; or
-     Decline the transaction.
You may be assessed a fee, which will vary depending on the action taken. If
you do not have overdraft protection, we encourage you to contact your local
banker, call 1-800-225-5935, or visit us Online to enroll. We appreciate your
business and look forward to continuing to serve your financial needs.

--------------------------------------------------------------------------
THANK YOU FOR BANKING WITH WELLS FARGO.                    SEC 010905


                                                           WF 00112

WELLS FARGO BANK, N.A.
PHOENIX MAIN OFFICE
P.O. BOX 6995
PORTLAND, OR  97228-6995

PAGE 1 of 5

Account Number:          055-6925352
Statement End Date:       03/08/04


IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION
4637 N 24TH ST
PHOENIX AZ 85016-5203


IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

---

YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 055-6925352 | 21,697.14 |

---

NEWS FROM WELLS FARGO

*Simplify your business banking - and save hundreds of dollars. You can do both with Wells Fargo Business Services Packages. Customize a Package that is right for your business, including checking, savings, payroll, credit, merchant card processing or other services.  Whatever financial services your business might need, Wells Fargo has a Business Services Package for you. Stop by a Wells Fargo location or call 1-800 359-3557, extension 431 for more information.*

---

BASIC BUSINESS CHECKING 055-6925352

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

| | |
|---|---|
| FEB 09 BEGINNING BALANCE | 186.05 |
| TOTAL DEPOSITS/CREDITS | 38,016.73 |
| TOTAL WITHDRAWALS/DEBITS | - 16,505.64 |
| MAR 08 ENDING BALANCE | 21,697.14 |

DEPOSITS AND CREDITS ------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| FEB 10 | WT FED#01784 SUNTRUST BANK /ORG=WACHTEL CO SRF# 040210005587 TRN#040210021108 RFB# | 7,000.00 |
| FEB 25 | CHECK CRD PUR RTRN 02/24 ENTERPRISE RENTACAR PHOENIX AZ 491987XXXXXX9200 7424651E7HLM66N6G ?MCC=3405 122105278DA | 16.73 |
| FEB 27 | DEPOSIT | 6,000.00 |
| MAR 05 | WT FED#03390 SUNTRUST BANK /ORG=WACHTEL CO SRF# 040305010469 TRN#040305039956 RFB# | 15,000.00 |
| MAR 05 | WT FED#03402 SUNTRUST BANK /ORG=WACHTEL CO SRF# 040305010516 TRN#040305040203 RFB# | 10,000.00 |

---

CONTINUED ON NEXT PAGE                                SEC 010906


WF 00113

```
                                    PAGE 2 of 5
                                    Account Number:          055-6925352
   IBBC INTERNATIONAL BIOFUEL AND     Statement End Date:      03/08/04
   BIOCHEMICAL CORPORATION
```

WITHDRAWALS AND DEBITS ------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|--------------------|--------|
| FEB 10 | WIRE TRANS SVC CHARGE - SEQUENCE: 040210021108 SRF# 040210005587 TRN#040210021108 RPB# | - 5.00 |
| FEB 10 | WITHDRAWAL MADE IN A BRANCH/STORE | - 1,700.00 |
| FEB 10 | WITHDRAWAL MADE IN A BRANCH/STORE | - 1,507.42 |
| FEB 10 | POS PURCHASE - 02/10 MACH ID 000000 Qwest Phone/BMCQwest Arlington VA 9200 | - 233.88 |
| FEB 10 | CHECK CRD PURCHASE 02/06 CASINO ARIZONA MK SCOTTSDALE AZ 491987XXXXXX9200 2440369DRS6J45FOR ?MCC=5812 122105278DA | - 53.85 |
| FEB 10 | CHECK CRD PURCHASE 02/09 FEDEX SHP 01/23/04 AB# 842-257108897 TN 491987XXXXXX9200 2476197DR217BFGVT ?MCC=4215 122105278DA | - 36.58 |
| FEB 11 | CHECK CRD PURCHASE 02/09 CHEVRON #00093679 PHOENIX AZ 491987XXXXXX9200 2462512DTQTZH93KV ?MCC=5542 122105278DA | - 22.13 |
| FEB 12 | CHECK CRD PURCHASE 02/11 KLASSY GRAPHICS & PRIN PHOENIX AZ 491987XXXXXX9200 2415838DSMZTAGDES ?MCC=7338 122105278DA | - 233.50 |
| FEB 12 | POS PURCHASE - 02/12 MACH ID 000000 9955 S. PRIEST MCD 18544 TEMPE AZ 9200 | - 9.42 |
| FEB 13 | WITHDRAWAL MADE IN A BRANCH/STORE | - 650.00 |
| FEB 13 | ATM WITHDRAWAL - 02/13 MACH ID 5449I BILTMORE PHOENIX AZ 9200 | - 100.00 |
| FEB 13 | CHECK CRD PURCHASE 02/12 GO REPRO PHOENIX AZ 491987XXXXXX9200 2449398DW8AXKQQSW ?MCC=7333 122105278DA | - 7.46 |
| FEB 13 | CHECK CRD PURCHASE 02/11 JITB #0103 00001032 PHOENIX AZ 491987XXXXXX9200 2416407DVNT779B50 ?MCC=5814 122105278DA | - 5.38 |
| FEB 17 | ATM WITHDRAWAL - 02/16 MACH ID 9995Q 4400 E. THOMAS PHOENIX AZ 9200 | - 300.00 |
| FEB 17 | ATM WITHDRAWAL - 02/17 MACH ID 5449I BILTMORE PHOENIX AZ 9200 | - 60.00 |
| FEB 17 | CHECK CRD PURCHASE 02/13 FEDEX SHP 01/27/04 AB# 842-257108923 TN 491987XXXXXX9200 2476197DW217FRKPX ?MCC=4215 122105278DA | - 56.69 |
| FEB 17 | CHECK CRD PURCHASE 02/12 CRACKER BARREL #277 GOODYEAR AZ 491987XXXXXX9200 2432301DX3F8VW4WF ?MCC=5812 122105278DA | - 23.80 |
| FEB 17 | CHECK CRD PURCHASE 02/14 ARCO AMPM # 81976 PHOENIX AZ 491987XXXXXX9200 2441800D21BXHMHZT ?MCC=5542 122105278DA | - 22.75 |
| FEB 17 | CHECK CRD PURCHASE 02/16 FEDEX SHP 01/29/04 AB# 842-257108912 TN 491987XXXXXX9200 2476197DZ217J5AY5 ?MCC=4215 122105278DA | - 21.45 |
| FEB 17 | CHECK CRD PURCHASE 02/12 EXXONMOBIL59 07599996 GOODYEAR AZ 491987XXXXXX9200 2416405DWB018X6Z2 ?MCC=5542 122105278DA | - 21.19 |
| FEB 18 | POS PURCHASE - 02/17 MACH ID 000000 4502 E. OAK ROACOSTCO WHOPHOENIX AZ 9200 | - 55.02 |
| FEB 18 | POS PURCHASE - 02/18 MACH ID 000000 5021 N 20TH ST USPS 03636PHOENIX AZ 9200 | - 17.85 |
| FEB 19 | ATM WITHDRAWAL - 02/19 MACH ID 2632T BILTMORE PHOENIX AZ 9200 | - 200.00 |

------------------------------------------------------------------------
CONTINUED ON NEXT PAGE

SEC 010907

WF 00114

PAGE 3 of 5
Account Number:        055-6925352
Statement End Date:       03/08/04

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

WITHDRAWALS AND DEBITS ------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| FEB 19 | CHECK CRD PURCHASE 02/17 STORQUEST PHOENIX 602-274-4811 AZ 491987XXXXXX9200 2432300E17Q0LXHB6 ?MCC=4225 122105278DA | - 123.62 |
| FEB 19 | CHECK CRD PURCHASE 02/18 THE GOOD EGG PARK CENT PHOENIX AZ 491987XXXXXX9200 2449398E15SSP17FQ ?MCC=5812 122105278DA | - 19.94 |
| FEB 19 | CHECK CRD PURCHASE 02/18 FEDEX SHP 02/02/04 AB# 842-257108901 TN 491987XXXXXX9200 2476197E1217L9MLH ?MCC=4215 122105278DA | - 19.39 |
| FEB 20 | CHECK CRD PURCHASE 02/19 ENTERPRISE RENTACAR PHOENIX AZ 491987XXXXXX9200 2424651E2HLM5Z32T ?MCC=3405 122105278DA | - 350.00 |
| FEB 20 | CHECK CRD PURCHASE 02/18 PASCO #306 PHOENIX AZ 491987XXXXXX9200 2412942E21EY3FMW5 ?MCC=5542 122105278DA | - 23.09 |
| FEB 20 | CHECK CRD PURCHASE 02/19 FEDEX SHP 02/02/04 AB# 842-257108544 TN 491987XXXXXX9200 2476197E2217MEG77 ?MCC=4215 122105278DA | - 19.39 |
| FEB 20 | CHECK CRD PURCHASE 02/19 FEDEX SHP 02/02/04 AB# 842-257108555 TN 491987XXXXXX9200 2476197E2217MEG7E ?MCC=4215 122105278DA | - 19.39 |
| FEB 23 | ATM WITHDRAWAL - 02/22 MACH ID 5449I BILTMORE PHOENIX AZ 9200 | - 200.00 |
| FEB 23 | CHECK CRD PURCHASE 02/21 STREETS OF NEW YORK #9 PHOENIX AZ 491987XXXXXX9200 2432684E5AQXZ48XL ?MCC=5812 122105278DA | - 38.00 |
| FEB 23 | POS PURCHASE - 02/21 MACH ID 000000 15255 N. HAYDENCOSTCO GASSCOTTSDALE AZ 9200 | - 25.02 |
| FEB 24 | CHECK CRD PURCHASE 02/21 ENTERPRISE RENTACAR PHOENIX AZ 491987XXXXXX9200 2424651E7HLM64B6X ?MCC=3405 122105278DA | - 250.00 |
| FEB 24 | CHECK CRD PURCHASE 02/22 LOVEKIN ULTRAMAR BLYTHE CA 491987XXXXXX9200 2445501E61JR1VT46 ?MCC=5542 122105278DA | - 19.63 |
| FEB 25 | POS PURCHASE - 02/25 MACH ID 000000 Sprint PCS Sprint PCSOverland ParkKS 9200 | - 200.00 |
| FEB 25 | CHECK CRD PURCHASE 02/23 PECHANGA HOTEL TEMECULA CA 491987XXXXXX9200 2479262E7WZK3KS47 ?MCC=7011 122105278DA | - 139.93 |
| FEB 25 | CHECK CRD PURCHASE 02/23 CHEVRON #00090141 EL TORO CA 491987XXXXXX9200 2465512E7QSI2WZNS ?MCC=5542 122105278DA | - 31.75 |
| FEB 25 | CHECK CRD PURCHASE 02/23 LOVEKIN ULTRAMAR BLYTHE CA 491987XXXXXX9200 2445501E71KMVTMZS ?MCC=5542 122105278DA | - 29.20 |
| FEB 26 | ATM STATEMENT FEE - 02/26 MACH ID 2632T BILTMORE, PHOENIX, AZ 9200 | - 1.00 |
| FEB 26 | ATM WITHDRAWAL - 02/26 MACH ID 2632T BILTMORE PHOENIX AZ 9200 | - 100.00 |
| FEB 26 | CHECK CRD PURCHASE 02/25 ENTERPRISE RENTACAR PHOENIX AZ 491987XXXXXX9200 2424651E8HLM68984 ?MCC=3405 122105278DA | - 55.95 |
| FEB 26 | CHECK CRD PURCHASE 02/24 ARCO AMPM # 81976 PHOENIX AZ 491987XXXXXX9200 2441800E81L8N9M9X ?MCC=5542 122105278DA | - 16.25 |

--------------------------------------------------------------------------------
CONTINUED ON NEXT PAGE

SEC 010908

WF 00115

```
                                    PAGE 4 of 5
                                    Account Number:        055-6925352
        IBBC INTERNATIONAL BIOFUEL AND      Statement End Date:    03/08/04
        BIOCHEMICAL CORPORATION
```

WITHDRAWALS AND DEBITS ----------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|-------------------|--------|
| MAR 01 | WITHDRAWAL MADE IN A BRANCH/STORE | - 3,500.00 |
| MAR 01 | ATM WITHDRAWAL - 02/28 MACH ID 2632T BILTMORE PHOENIX AZ 9200 | - 100.00 |
| MAR 01 | CHECK CRD PURCHASE 02/27 HARRAHS AK-CHIN HOTEL MARICOPA AZ 491987XXXXXX9200 2461043EQ03T4WXMR ?MCC=7011 122105278DA | - 59.97 |
| MAR 02 | CHECK CRD PURCHASE 02/29 CHEESECAKE NO SCOTTSDA SCOTTSDALE AZ 491987XXXXXX9200 2461043ED23224YTK ?MCC=5812 122105278DA | - 62.32 |
| MAR 02 | CHECK CRD PURCHASE 02/27 JACKRABBIT 08004560036 BUCKEYE AZ 491987XXXXXX9200 2416407ED58L1VKJ7 ?MCC=5542 122105278DA | - 24.68 |
| MAR 02 | CHECK CRD PURCHASE 02/29 EXXONMOBIL75 04759734 TEMPE AZ 491987XXXXXX9200 2416405EDB018YB9G ?MCC=5542 122105278DA | - 24.50 |
| MAR 02 | CHECK CRD PURCHASE 03/01 EINSTEIN NOAH BGL 2 PHOENIX AZ 491987XXXXXX9200 2449398EE4YB02V7Z ?MCC=5814 122105278DA | - 9.57 |
| MAR 03 | POS PURCHASE - 03/03 MACH ID 000000 1949 EAST CAMELBEST BUY PHOENIX AZ 9200 | - 76.44 |
| MAR 04 | CHECK CRD PURCHASE 03/02 SOUTHWESTAIR5262789147 DALLAS TX 491987XXXXXX9200 2479262EFJ58NLQAT ?MCC=3066 122105278DA | - 278.20 |
| MAR 04 | CHECK CRD PURCHASE 03/02 PHOENIX INN #8 PHOENIX AZ 491987XXXXXX9200 247170SEF3GB328TP ?MCC=7011 122105278DA | - 144.57 |
| MAR 04 | CHECK CRD PURCHASE 03/02 HOUSTON'S 602.957.9700 PHOENIX AZ 491987XXXXXX9200 2441800EF1SSG93J7 ?MCC=5812 122105278DA | - 31.57 |
| MAR 05 | WIRE TRANS SVC CHARGE - SEQUENCE: 040305039956 SRF# 040305010469 TRN#040305039956 RFB# | - 5.00 |
| MAR 05 | WIRE TRANS SVC CHARGE - SEQUENCE: 040305040203 SRF# 040305010516 TRN#040305040203 RFB# | - 5.00 |
| MAR 05 | ATM WITHDRAWAL - 03/05 MACH ID 9989R 4400 E. THOMAS PHOENIX AZ 9200 | - 40.00 |
| MAR 05 | POS PURCHASE - 03/05 MACH ID 000000 3920 E THOMAS RUSPS 03636PHOENIX AZ 9200 | - 58.45 |
| MAR 08 | WIRE TRANS SVC CHARGE - SEQUENCE: 040308025326 SRF# FW06014068249267 TRN#040308025326 RFB# | - 15.00 |
| MAR 08 | WT FED#01032 BANK ONE, N.A. /FTR/BNF=JOSEPH R LINKEVIC SRF# FW06014068249267 TRN#040308025326 RFB# | - 1,500.00 |
| MAR 08 | CHECK CRD PURCHASE 03/05 QWESTCOMM*TN602 800-603-6000 CO 491987XXXXXX9200 2469216EH00PBQ9GJ ?MCC=4814 122105278DA | - 536.45 |
| MAR 08 | MONTHLY SERVICE FEE | - 9.00 |

CHECKS PAID -------------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---------|------|--------|---------|------|--------|
| 1011 | MAR 08 | 3,000.00 | | | |

---------------------------------------------------------------  **SEC 010909**

CONTINUED ON NEXT PAGE

**WF 00116**

```
                                          PAGE 5 of 5
                                          Account Number:          055-6925352
        IBBC INTERNATIONAL BIOFUEL AND    Statement End Date:       03/08/04
        BIOCHEMICAL CORPORATION
```

DAILY BALANCE SUMMARY ------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| FEB 09 | 186.05 | FEB 24 | 735.21 |
| FEB 10 | 3,649.32 | FEB 25 | 351.06 |
| FEB 11 | 3,627.19 | FEB 26 | 177.86 |
| FEB 12 | 3,384.27 | FEB 27 | 6,177.86 |
| FEB 13 | 2,621.43 | MAR 01 | 2,517.89 |
| FEB 17 | 2,115.55 | MAR 02 | 2,396.82 |
| FEB 18 | 2,042.68 | MAR 03 | 2,320.38 |
| FEB 19 | 1,679.73 | MAR 04 | 1,866.04 |
| FEB 20 | 1,267.86 | MAR 05 | 26,757.59 |
| FEB 23 | 1,004.84 | MAR 08 | 21,697.14 |

------------------------------------------------------------------------------

**FOR YOUR INTEREST**

*Receive daily account updates and alerts via fax or email with our Morning
Express service - an easy-to-read report on your previous day's business
checking account activity as early as 7am every business day. Talk to a banker
or call 1-800-359-3557 ext. 432 for more information.*

------------------------------------------------------------------------------

*THANK YOU FOR BANKING WITH WELLS FARGO.*

SEC 010910

WF 00117