```
WELLS FARGO BANK, N.A.                 PAGE 1 of 6
PHOENIX MAIN OFFICE
P.O. BOX 6995                          Account Number:        055-6925352
PORTLAND, OR  97228-6995               Statement End Date:      04/08/04



        IBBC INTERNATIONAL BIOFUEL AND
        BIOCHEMICAL CORPORATION
        4637 N 24TH ST
        PHOENIX AZ 85016-5203
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

--------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

   ACCOUNT                                                 ENDING
   TYPE                                                    BALANCE

   BASIC BUSINESS CHECKING                               40,199.85
      055-6925352

--------------------------------------------------------------------
NEWS FROM WELLS FARGO

Save time by ordering your business checks through Wells Fargo. We offer a wide
variety of styles to complement your professional image. Whether your business
requires the convenience of manual checks, or the efficiency of computer
checks, we can help. Call 1-800-237-8982 to find out more or place an order.

--------------------------------------------------------------------
BASIC BUSINESS CHECKING 055-6925352

   IBBC INTERNATIONAL BIOFUEL AND
   BIOCHEMICAL CORPORATION

   MAR 08 BEGINNING BALANCE                              21,697.14
          TOTAL DEPOSITS/CREDITS                         61,035.52
          TOTAL WITHDRAWALS/DEBITS                     - 42,532.81
   APR 08 ENDING BALANCE                                 40,199.85

   DEPOSITS AND CREDITS ---------------------------------------------

     DATE    TRANSACTION DETAIL                            AMOUNT

     MAR 11  WT FED#00286 WACHOVIA BANK NA O
             /ORG=STEPHEN A MORRISON SRF#
             040311012445 TRN#040311017163 RFB#
             040311250062                                10,000.00
     MAR 17  WT FED#00215 WACHOVIA BANK NA O
             /ORG=WAYNE J DEFRANCESCO SRF#
             040317027443 TRN#040317039009 RFB#
             040317300042                                10,000.00
     MAR 19  WT FED#00081 PENTAGON FCU /ORG=TONY R
             SYDNOR SRF# 81 TRN#040319029807 RFB#        10,000.00
     MAR 23  WT FED#00168 WACHOVIA BANK NA O
             /ORG=FIRST CLEARING LLC SRF#
             040323009339 TRN#040323013962 RFB#
             183280                                       30,000.00
     MAR 23  DEPOSIT                                       1,035.52


--------------------------------------------------------------------
CONTINUED ON NEXT PAGE                              SEC 010911
```

PLAINTIFF'S
EXHIBIT
tabbies
J(5)

WF 00118

```
                                    PAGE 2 of 6
                                    Account Number:        055-6925352
    IBBC INTERNATIONAL BIOFUEL AND      Statement End Date:     04/08/04
    BIOCHEMICAL CORPORATION
```

WITHDRAWALS AND DEBITS ---------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| MAR 09 | POS PURCHASE - 03/09 MACH ID 000000 5021 N 20TH ST USPS 03636PHOENIX AZ 9200 | - 21.05 |
| MAR 09 | CHECK CRD PURCHASE 03/06 ARCO AMPM # 81976 PHOENIX AZ 491987XXXXXX9200 2441800EL1ZFNVJYB ?MCC=5542 122105278DA | - 19.25 |
| MAR 09 | POS PURCHASE - 03/09 MACH ID 000000 3980 E MCDOWELLDIAMOND 16PHOENIX AZ 9200 | - 11.76 |
| MAR 10 | CHECK CRD PURCHASE 03/08 MIRACLE MILE DELI PHOENIX AZ 491987XXXXXX9200 2415813EM04JBW1PW ?MCC=5812 122105278DA | - 20.43 |
| MAR 11 | WIRE TRANS SVC CHARGE - SEQUENCE: 040311017163 SRF# 040311012445 TRN#040311017163 RFB# 040311250062 | - 5.00 |
| MAR 11 | CHECK CRD PURCHASE 03/09 CITY PHX PYMT COUNTER PHOENIX AZ 491987XXXXXX9200 2432684EN61Q2BGNG ?MCC=4900 122105278DA | - 220.36 |
| MAR 11 | POS PURCHASE - 03/11 MACH ID 000000 1949 EAST CAMELBEST BUY PHOENIX AZ 9200 | - 64.85 |
| MAR 12 | POS PURCHASE - 03/12 MACH ID 000000 3800 ROSEDALE HCOSTCO GASBAKERSFIELD CA 9200 | - 12.57 |
| MAR 15 | ATM WITHDRAWAL - 03/13 MACH ID 0180066 496 JEFFERSON PDN BANK SAN FRANCISCOCA 9200 | - 301.75 |
| MAR 15 | NON-WELLS FARGO ATM TRANSACTION FEE | - 2.00 |
| MAR 15 | CHECK CRD PURCHASE 03/12 EXPEDIA*TRAVEL 800-367-3476 NV 491987XXXXXX9200 2469216ER006HSJE6 ?MCC=4722 122105278DA | - 506.52 |
| MAR 15 | CHECK CRD PURCHASE 03/12 BLUE MERMAID SAN FRANCISCO CA 491987XXXXXX9200 2449398ESBMFM5FLZ ?MCC=5812 122105278DA | - 64.70 |
| MAR 15 | POS PURCHASE - 03/13 MACH ID 000000 35015 FREMONT B7 ELEVEN 1FREMONT CA 9200 | - 28.46 |
| MAR 15 | CHECK CRD PURCHASE 03/13 ACC GRAND PALMS BUFFET RANCHO MIRAGE CA 491987XXXXXX9200 2461043ES231YAM45 ?MCC=5812 122105278DA | - 25.70 |
| MAR 15 | CHECK CRD PURCHASE 03/12 CHEVRON #00202405 QUARTZSITE AZ 491987XXXXXX9200 2462512ERQS52V0FF ?MCC=5542 122105278DA | - 13.53 |
| MAR 15 | POS PURCHASE - 03/15 MACH ID 000000 LIGHT PETRO 2 EXXONMOBILCATHEDRA CA 9200 | - 11.37 |
| MAR 16 | ATM WITHDRAWAL - 03/16 MACH ID 5449F 7TH & CAMELBACK PHOENIX AZ 9200 | - 300.00 |
| MAR 16 | CHECK CRD PURCHASE 03/15 ARGONAUT HOTEL SAN FRANCISCO CA 491987XXXXXX9200 2449398EV4Z1K8ADK ?MCC=7011 122105278DA | - 83.80 |
| MAR 16 | CHECK CRD PURCHASE 03/14 SHELL OIL 20468701345 SAN LUIS OBIS CA 491987XXXXXX9200 2469216EV00QN77VS ?MCC=5542 122105278DA | - 35.01 |
| MAR 16 | CHECK CRD PURCHASE 03/14 WOODSTOCK'S PIZZA SLO SN LUIS OBISP CA 491987XXXXXX9200 2415838EVNLQB4Q1G ?MCC=5812 122105278DA | - 26.08 |

-------------------------------------------------------------------
CONTINUED ON NEXT PAGE

SEC 010912

WF 00119

PAGE 3 of 6
Account Number:            055-6925352
Statement End Date:          04/08/04

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

WITHDRAWALS AND DEBITS -------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| MAR 17 | WIRE TRANS SVC CHARGE - SEQUENCE: 0403170390009 SRF# 040317027443 TRN#040317039009 RFB# 040317300042 | - 5.00 |
| MAR 17 | CHECK CRD PURCHASE 03/15 LAQUINTA ONTARIO #0170 ONTARIO CA 491987XXXXXX9200 2444500EWNLZ0W4K2 ?MCC=3516 122105278DA | - 128.51 |
| MAR 17 | CHECK CRD PURCHASE 03/14 MAMA FRANCESCAIS SAN FRANCISCO CA 491987XXXXXX9200 2440369EW2524FRLW ?MCC=5812 122105278DA | - 37.45 |
| MAR 17 | CHECK CRD PURCHASE 03/15 RICK'S RESTAURANT PALM SPRINGS CA 491987XXXXXX9200 2432300EW7QMN6YG6 ?MCC=5812 122105278DA | - 28.08 |
| MAR 17 | CHECK CRD PURCHASE 03/15 CHEVRON #00202405 QUARTZSITE AZ 491987XXXXXX9200 2462512EWQS5SZBAT ?MCC=5542 122105278DA | - 24.25 |
| MAR 18 | ATM WITHDRAWAL - 03/18 MACH ID 90109400 1775 PENN AV NWCITIBANK 9WASHNGTN DC 9200 | - 301.50 |
| MAR 18 | NON-WELLS FARGO ATM TRANSACTION FEE | - 2.00 |
| MAR 18 | CHECK CRD PURCHASE 03/17 ENTERPRISE RENTACAR PHOENIX AZ 491987XXXXXX9200 2424651EXHLM78PVW ?MCC=3405 122105278DA | - 423.41 |
| MAR 18 | CHECK CRD PURCHASE 03/16 ARCO AMPM # 81976 PHOENIX AZ 491987XXXXXX9200 2441800EX27V2H7LH ?MCC=5542 122105278DA | - 25.00 |
| MAR 18 | CHECK CRD PURCHASE 03/17 ENTERPRISE RENTACAR PHOENIX AZ 491987XXXXXX9200 2424651EXHLM78PPP ?MCC=3405 122105278DA | - 23.01 |
| MAR 19 | WIRE TRANS SVC CHARGE - SEQUENCE: 040319029807 SRF# 81 TRN#040319029807 RFB# | - 5.00 |
| MAR 19 | POS PURCHASE - 03/19 MACH ID 000000 3801 N. 33RD AVCOSTCO BUSPHOENIX AZ 9200 | - 395.43 |
| MAR 19 | CHECK CRD PURCHASE 03/17 COURTYARD BY MARRIOTT- WASHINGTON DC 491987XXXXXX9200 2461043EY03TBEPF3 ?MCC=3690 122105278DA | - 30.85 |
| MAR 22 | CHECK CRD PURCHASE 03/18 COURTYARD BY MARRIOTT- WASHINGTON DC 491987XXXXXX9200 2461043EZ03TBMZH4 ?MCC=3690 122105278DA | - 364.12 |
| MAR 22 | CHECK CRD PURCHASE 03/20 BARNES & NOBLE #2116 SCOTTSDALE AZ 491987XXXXXX9200 2444500F1NPZGK96G ?MCC=5942 122105278DA | - 232.26 |
| MAR 22 | CHECK CRD PURCHASE 03/20 UNION 76 15639156 PHOENIX AZ 491987XXXXXX9200 2416407F06DSA0RFR ?MCC=5542 122105278DA | - 24.99 |
| MAR 22 | CHECK CRD PURCHASE 03/18 COURTYARD BY MARRIOTT- WASHINGTON DC 491987XXXXXX9200 2461043EZ03TBMZGJ ?MCC=3690 122105278DA | - 16.05 |
| MAR 22 | CHECK CRD PURCHASE 03/18 CORNER BAKERY 00000729 MCLEAN VA 491987XXXXXX9200 2416407EZM29XJNEF ?MCC=5814 122105278DA | - 3.32 |

--------------------------------------------------------------------------

CONTINUED ON NEXT PAGE

SEC 010913

WF 00120

```
                                      PAGE 4 of 6
                                      Account Number:        055-6925352
     IBBC INTERNATIONAL BIOFUEL AND    Statement End Date:       04/08/04
     BIOCHEMICAL CORPORATION
```

WITHDRAWALS AND DEBITS -----------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|--------------------|--------|
| MAR 23 | WIRE TRANS SVC CHARGE - SEQUENCE: 040323013962 SRF# 040323009339 TRN#040323013962 RFB# 183280 | - 5.00 |
| MAR 23 | POS PURCHASE - 03/23 MACH ID 000000 Sprint PCS Sprint PCSOverland ParkKS 9200 | - 200.00 |
| MAR 24 | ATM WITHDRAWAL - 03/24 MACH ID 5743H 4400 E. THOMAS (DRIVE PHOENIX AZ 9200 | - 300.00 |
| MAR 24 | CHECK CRD PURCHASE 03/22 DOREMUS FINANCIAL PRIN 212-366-3800 NY 491987XXXXXX9200 2438894F3B215STZL ?MCC=5969 122105278DA | - 460.00 |
| MAR 24 | CHECK CRD PURCHASE 03/22 DOREMUS FINANCIAL PRIN 212-366-3800 NY 491987XXXXXX9200 2438894F3B215STZW ?MCC=5969 122105278DA | - 404.00 |
| MAR 25 | CHECK CRD PURCHASE 03/24 ENTERPRISE RENTACAR PHOENIX AZ 491987XXXXXX9200 2424651P4HLM7LRQG ?MCC=3405 122105278DA | - 250.00 |
| MAR 26 | POS PURCHASE - 03/25 MACH ID 000000 46155 DILLION RARCO PAYPOCOACHELLA CA 9200 | - 33.79 |
| MAR 26 | CHECK CRD PURCHASE 03/24 CHEVRON #00202405 QUARTZSITE AZ 491987XXXXXX9200 2462512F5QS7GDBBD ?MCC=5542 122105278DA | - 18.70 |
| MAR 29 | POS PURCHASE - 03/29 MACH ID 000000 4502 E. OAK ROACOSTCO WHOPHOENIX AZ 9200 | - 199.97 |
| MAR 29 | CHECK CRD PURCHASE 03/25 LAQUINTA ONTARIO #0170 ONTARIO CA 491987XXXXXX9200 2444500F6NVQN7VP3 ?MCC=3516 122105278DA | - 135.78 |
| MAR 29 | POS PURCHASE - 03/29 MACH ID 000000 4502 E. OAK ROACOSTCO WHOPHOENIX AZ 9200 | - 56.61 |
| MAR 29 | CHECK CRD PURCHASE 03/26 EXPRESS STOP MARICOPA AZ 491987XXXXXX9200 2445501F72HEV67L1 ?MCC=5542 122105278DA | - 28.75 |
| MAR 29 | POS PURCHASE - 03/27 MACH ID 000000 7000 E MAYO BLVTHE HOME DSCOTTSDALE AZ 9200 | - 16.43 |
| MAR 29 | CHECK CRD PURCHASE 03/26 FEDEX SHP 03/26/04 AB# 883-965816020 TN 491987XXXXXX9200 2476197F6218P97JE ?MCC=4215 122105278DA | - 14.57 |
| MAR 29 | CHECK CRD PURCHASE 03/26 FEDEX SHP 03/26/04 AB# 883-965815894 TN 491987XXXXXX9200 2476197F6218P97J6 ?MCC=4215 122105278DA | - 9.42 |
| MAR 29 | CHECK CRD PURCHASE 03/26 FEDEX SHP 03/26/04 AB# 883-965816129 TN 491987XXXXXX9200 2476197F6218P97JN ?MCC=4215 122105278DA | - 6.36 |
| MAR 30 | CHECK CRD PURCHASE 03/29 ENTERPRISE RENTACAR PHOENIX AZ 491987XXXXXX9200 2424651FAHLM7W51B ?MCC=3405 122105278DA | - 132.43 |
| MAR 30 | CHECK CRD PURCHASE 03/29 KEEGAN`S GRILL TAPROOM PHOENIX AZ 491987XXXXXX9200 2449398FA5SX9FDF3 ?MCC=5812 122105278DA | - 31.35 |

-----------------------------------------------------------------

CONTINUED ON NEXT PAGE

SEC 010914

WF 00121

```
                          PAGE 5 of 6
                          Account Number:        055-6925352
    IBBC INTERNATIONAL BIOFUEL AND              Statement End Date:    04/08/04
    BIOCHEMICAL CORPORATION
```

WITHDRAWALS AND DEBITS ----------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|-------------------|--------|
| MAR 31 | CHECK CRD PURCHASE 03/29 ARCO AMPM # 81976 PHOENIX AZ 491987XXXXXX9200 2441800FA2KWER9T8 ?MCC=5542 122105278DA | - 11.48 |
| APR 01 | WITHDRAWAL MADE IN A BRANCH/STORE | - 3,000.00 |
| APR 01 | CHECK CRD PURCHASE 03/30 SS 57513 09801220014 PHOENIX AZ 491987XXXXXX9200 2416407FB58LY7PZ3 ?MCC=5542 122105278DA | - 24.56 |
| APR 02 | POS PURCHASE - 04/01 MACH ID 000000 3801 N. 33RD AVCOSTCO BUSPHOENIX AZ 9200 | - 43.11 |
| APR 05 | CHECK CRD PURCHASE 04/03 EXPEDIA*TRAVEL 800-367-3476 NV 491987XXXXXX9200 2469216FE00KLYX6Y ?MCC=4722 122105278DA | - 751.66 |
| APR 05 | CHECK CRD PURCHASE 04/02 CONTINENTAL 0057547949 ATLANTA GA 491987XXXXXX9200 2479262FE75Y66RH2 ?MCC=3061 122105278DA | - 415.39 |
| APR 05 | CHECK CRD PURCHASE 04/02 CONTINENTAL 0057547949 ATLANTA GA 491987XXXXXX9200 2479262FE75Y66RHK ?MCC=3061 122105278DA | - 415.39 |
| APR 05 | POS PURCHASE - 04/05 MACH ID 000000 1949 EAST CAMELBEST BUY PHOENIX AZ 9200 | - 75.65 |
| APR 05 | POS PURCHASE - 04/02 MACH ID 000000 MOBIL OIL COR EXXONMOBILCHANDLER AZ 9200 | - 24.55 |
| APR 06 | ATM WITHDRAWAL - 04/06 MACH ID 5449I BILTMORE PHOENIX AZ 9200 | - 100.00 |
| APR 06 | POS PURCHASE - 04/06 MACH ID 000000 Qwest Phone/BMCQwest Denver CO 9200 | - 272.31 |
| APR 06 | CHECK CRD PURCHASE 04/05 UNION 76 00356261 PHOENIX AZ 491987XXXXXX9200 2416407FG6DN0T4W5 ?MCC=5542 122105278DA | - 26.77 |
| APR 06 | CHECK CRD PURCHASE 04/04 DENNY'S INC PHOENIX AZ 491987XXXXXX9200 2445501FG2TV5B3D6 ?MCC=5814 122105278DA | - 18.54 |
| APR 07 | CHECK CRD PURCHASE 04/05 THE HOME DEPOT 477 PHOENIX AZ 491987XXXXXX9200 2461043FH09F6VSEG ?MCC=5200 122105278DA | - 37.07 |
| APR 07 | POS PURCHASE - 04/07 MACH ID 000000 5021 N 20TH ST USPS 03636PHOENIX AZ 9200 | - 27.30 |
| APR 08 | CHECK CRD PURCHASE 04/07 ENTERPRISE RENTACAR PHOENIX AZ 491987XXXXXX9200 2424651FJHLM8B8WV ?MCC=3405 122105278DA | - 23.01 |
| APR 08 | CHECK CRD PURCHASE 04/07 ENTERPRISE RENTACAR PHOENIX AZ 491987XXXXXX9200 2424651FJHLM8BKDE ?MCC=3405 122105278DA | - 20.00 |

CHECKS PAID --------------------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---------|------|--------|---------|------|--------|
| 1010 | MAR 10 | 400.00 | 1020 | MAR 23 | 488.19 |
| 1012* | MAR 09 | 700.00 | 1021 | MAR 23 | 135.06 |
| 1013 | MAR 09 | 1,000.00 | 1022 | MAR 30 | 300.00 |
| 1014 | MAR 09 | 6,000.00 | 1023 | MAR 26 | 87.57 |
| 1015 | MAR 10 | 2,560.00 | 1024 | MAR 29 | 2,000.00 |
| 1016 | MAR 11 | 367.62 | 1025 | MAR 30 | 2,000.00 |
| 1017 | MAR 11 | 6,000.00 | 1026 | APR 02 | 2,560.00 |
| 1018 | MAR 12 | 2,000.00 | 1027 | APR 05 | 2,500.00 |
| 1019 | MAR 29 | 1,500.00 | 1028 | APR 06 | 500.00 |

* GAP IN CHECK SEQUENCE

--------------------------------------------------------------------
CONTINUED ON NEXT PAGE                           SEC 010915

WF 00122

```
                                    PAGE 6 of 6
                                    Account Number:        055-6925352
      IBBC INTERNATIONAL BIOFUEL AND   Statement End Date:      04/08/04
      BIOCHEMICAL CORPORATION
```

DAILY BALANCE SUMMARY ------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| MAR 08 | 21,697.14 | MAR 24 | 57,868.37 |
| MAR 09 | 13,945.08 | MAR 25 | 57,618.37 |
| MAR 10 | 10,964.65 | MAR 26 | 57,478.31 |
| MAR 11 | 14,306.82 | MAR 29 | 53,510.42 |
| MAR 12 | 12,294.25 | MAR 30 | 51,046.64 |
| MAR 15 | 11,340.22 | MAR 31 | 51,035.16 |
| MAR 16 | 10,895.33 | APR 01 | 48,010.60 |
| MAR 17 | 20,672.04 | APR 02 | 45,407.49 |
| MAR 18 | 19,897.12 | APR 05 | 41,224.85 |
| MAR 19 | 29,465.84 | APR 06 | 40,307.23 |
| MAR 22 | 28,825.10 | APR 07 | 40,242.86 |
| MAR 23 | 59,032.37 | APR 08 | 40,199.85 |

-----------------------------------------------------------------------------

FOR YOUR INTEREST

-----------------------------------------------------------------------------

*THANK YOU FOR BANKING WITH WELLS FARGO.*

**SEC 010916**

**WF 00123**

```
WELLS FARGO BANK, N.A.              PAGE 1 of 7
PHOENIX MAIN OFFICE                I-3
P.O. BOX 6995                      Account Number:        055-6925352
PORTLAND, OR  97228-6995           Statement End Date:      05/10/04
```

```
IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION
4637 N 24TH ST
PHOENIX AZ 85016-5203
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

--------------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 055-6925352 | - 76.50 |

--------------------------------------------------------------------------
NEWS FROM WELLS FARGO

IMPORTANT MESSAGE FOR CUSTOMERS WHO RECEIVE WIRE TRANSFERS: Effective August
16, 2004 any wire transfer sent to Wells Fargo must use the following Wire
Routing Transit Number (RTN): 121000248. If you are currently receiving funds
by wire transfer, this may be a change for the sender. Although the new RTN
MUST be used as of August 16, 2004, it may be used effective immediately.
Therefore, to avoid delays, inform anyone sending wires to you at Wells Fargo
to begin using the following wire instructions now:

DIRECT TO: Wire Routing Transit Number 121000248
BANK NAME: Wells Fargo Bank, N.A.
CITY, STATE: San Francisco, CA (regardless of where your account is located)
BENEFICIARY ACCOUNT NUMBER (BNF): Your 10 digit Wells Fargo account number (If
your number is less than 10 digits in length, use leading zeroes to convert the
number to a 10-digit number)
BENEFICIARY ACCOUNT NAME: The name of your account as it appears on your
statement

For wires sent from your Wells Fargo account and wire templates there is no
change.
Note: There is no change to the RTNs used for checks, deposits, or ACH (direct
deposit/debit) transactions. If you have questions, contact your Wells Fargo
banker or call the customer service number printed on your statement.
--------------------------------------------------------------------------
BASIC BUSINESS CHECKING 055-6925352

```
IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

APR 08 BEGINNING BALANCE                      40,199.85
        TOTAL DEPOSITS/CREDITS                 1,754.55
        TOTAL WITHDRAWALS/DEBITS            - 42,030.90
MAY 10 ENDING BALANCE                           - 76.50
```

DEPOSITS AND CREDITS ------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| MAY 10 | DEPOSIT | 1,400.00 |

--------------------------------------------------------------------------
CONTINUED ON NEXT PAGE

SEC 010917

WF 00124

PAGE 2 of 7
Account Number:        055-6925352
Statement End Date:    05/10/04

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

DEPOSITS AND CREDITS ------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| MAY 10 | CHECK CRD PUR RTRN 05/07 IBM PCD*1AW3MN 888-SHOP-IBM AZ 491987XXXXXX9200 7461043GG03TSSLFR ?MCC=5045 122105278DA | 354.55 |

WITHDRAWALS AND DEBITS ----------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| APR 09 | CHECK CRD PURCHASE 04/07 STORQUEST PHOENIX 602-274-4811 AZ 491987XXXXXX9200 2432300FK7Q24KDGD ?MCC=4225 122105278DA | - 227.05 |
| APR 09 | POS PURCHASE - 04/09 MACH ID 000000 3801 N. 33RD AVCOSTCO BUSPHOENIX AZ 9200 | - 101.22 |
| APR 12 | ATM WITHDRAWAL - 04/12 MACH ID 5743H 4400 E. THOMAS (DRIVE PHOENIX AZ 9200 | - 300.00 |
| APR 12 | CHECK CRD PURCHASE 04/10 PF CHANGS #1100 SCOTTSDALE AZ 491987XXXXXX9200 2432301FN78YARA9X ?MCC=5812 122105278DA | - 67.52 |
| APR 12 | CHECK CRD PURCHASE 04/09 BARNES & NOBLE #2680 SCOTTSDALE AZ 491987XXXXXX9200 2444500FNP5DFESF1 ?MCC=5942 122105278DA | - 51.21 |
| APR 12 | CHECK CRD PURCHASE 04/09 BARNES & NOBLE #2680 SCOTTSDALE AZ 491987XXXXXX9200 2444500FNP5DFESHA ?MCC=5942 122105278DA | - 33.87 |
| APR 13 | CHECK CRD PURCHASE 04/10 ENTERPRISE RENTACAR PHOENIX AZ 491987XXXXXX9200 2424651FRHLM8JGV8 ?MCC=3405 122105278DA | - 250.00 |
| APR 13 | CHECK CRD PURCHASE 04/12 TEQUILA'S IV FARMINGTON NM 491987XXXXXX9200 2449398FR61DX6EZW ?MCC=5812 122105278DA | - 35.51 |
| APR 13 | CHECK CRD PURCHASE 04/10 ENTERPRISE RENTACAR PHOENIX AZ 491987XXXXXX9200 2424651FRHLM8JGH5 ?MCC=3405 122105278DA | - 20.00 |
| APR 14 | CHECK CRD PURCHASE 04/12 ARCO AMPM # 81976 PHOENIX AZ 491987XXXXXX9200 2441800FR3108ZS16 ?MCC=5542 122105278DA | - 30.32 |
| APR 14 | CHECK CRD PURCHASE 04/12 CHEVRON #00205643 WINDOW ROCK AZ 491987XXXXXX9200 2462512FRQSB1ZKQ8 ?MCC=5542 122105278DA | - 23.29 |
| APR 14 | POS PURCHASE - 04/14 MACH ID 000000 3920 E THOMAS RUSPS 03636PHOENIX AZ 9200 | - 7.70 |
| APR 15 | ATM WITHDRAWAL - 04/15 MACH ID 4653C PARK CENTRAL PHOENIX AZ 9200 | - 300.00 |
| APR 15 | CHECK CRD PURCHASE 04/13 RAMADA INN FARMINGTON NM 491987XXXXXX9200 2427074FR8W0TZZ3N ?MCC=3637 122105278DA | - 55.68 |
| APR 15 | CHECK CRD PURCHASE 04/13 RAMADA INN FARMINGTON NM 491987XXXXXX9200 2427074FR8W0TZZ3Y ?MCC=3637 122105278DA | - 55.68 |
| APR 15 | CHECK CRD PURCHASE 04/13 SAFEWAY FUEL 10017333 SHOWLOW AZ 491987XXXXXX9200 2416407FT6R2NN7MW ?MCC=5542 122105278DA | - 22.15 |
| APR 16 | ATM WITHDRAWAL - 04/16 MACH ID 5449I BILTMORE PHOENIX AZ 9200 | - 300.00 |
| APR 16 | POS PURCHASE - 04/16 MACH ID 000000 3980 E MCDOWELLDIAMOND 16PHOENIX AZ 9200 | - 12.08 |

------------------------------------------------------------------------

CONTINUED ON NEXT PAGE

SEC 010918

WF 00125

```
                                    PAGE 3 of 7
                                    Account Number:      055-6925352
     IBBC INTERNATIONAL BIOFUEL AND   Statement End Date:   05/10/04
     BIOCHEMICAL CORPORATION
```

WITHDRAWALS AND DEBITS ------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|-------------------|--------|
| APR 19 | CHECK CRD PURCHASE 04/16 ALAMO RENT-A-CAR FORT MYERS FL 491987XXXXXX9200 2427530FWNJRZSQD8 ?MCC=3387 122105278DA | - 174.95 |
| APR 19 | CHECK CRD PURCHASE 04/16 ENTERPRISE RENTACAR PHOENIX AZ 491987XXXXXX9200 2424651FVHLM8S392 ?MCC=3405 122105278DA | - 173.41 |
| APR 19 | CHECK CRD PURCHASE 04/17 PELICAN ISLE YACHT CLU NAPLES FL 491987XXXXXX9200 2432688FX5SEQSP8P ?MCC=7997 122105278DA | - 58.00 |
| APR 19 | CHECK CRD PURCHASE 04/17 PELICAN ISLE YACHT CLU NAPLES FL 491987XXXXXX9200 2432688FX5SEQSP8Z ?MCC=7997 122105278DA | - 30.74 |
| APR 20 | ATM WITHDRAWAL - 04/20 MACH ID 5449I BILTMORE PHOENIX AZ 9200 | - 100.00 |
| APR 20 | CHECK CRD PURCHASE 04/18 T-SHIRT CITY 78800026 KEY LARGO FL 491987XXXXXX9200 2439900FYB31DXPD1 ?MCC=5661 122105278DA | - 42.98 |
| APR 20 | CHECK CRD PURCHASE 04/18 AMOCO OIL 07088503 MIAMI FL 491987XXXXXX9200 2416407FXP879XE8D ?MCC=5542 122105278DA | - 22.84 |
| APR 20 | CHECK CRD PURCHASE 04/18 POLLO TROPICAL00000091 MIAMI FL 491987XXXXXX9200 2439900FY71QE9JJG ?MCC=5814 122105278DA | - 16.44 |
| APR 20 | CHECK CRD PURCHASE 04/18 MARRIOTT HOTELS-BAYBC KEY LARGO FL 491987XXXXXX9200 2461043FY232DPZ3K ?MCC=3509 122105278DA | - 12.09 |
| APR 21 | CHECK CRD PURCHASE 04/19 PINK SHELL BEACH RESOR FT MYERS BCH FL 491987XXXXXX9200 2461043FZ231VJGYH ?MCC=7011 122105278DA | - 44.90 |
| APR 21 | CHECK CRD PURCHASE 04/19 RACETRAC696 00006965 ST PETERSBUR FL 491987XXXXXX9200 2416407FZWBTJ6EKV ?MCC=5542 122105278DA | - 12.39 |
| APR 22 | CHECK CRD PURCHASE 04/21 HPSHOPPING.COM 888-999-4747 CA 491987XXXXXX9200 2423337G003S9EY0X ?MCC=5045 122105278DA | - 2,180.93 |
| APR 22 | CHECK CRD PURCHASE 04/21 QWEST BROADBAND 303-383-9400 NE 491987XXXXXX9200 2469216G000TTNDA1 ?MCC=4814 122105278DA | - 113.42 |
| APR 22 | CHECK CRD PURCHASE 04/21 DTV*DIRECTV SERVICE 800-347-3288 CA 491987XXXXXX9200 2469216G000RLWPPN ?MCC=4899 122105278DA | - 64.98 |
| APR 23 | CHECK CRD PURCHASE 04/21 SCOTT TOYOTA SCOTTSDALE AZ 491987XXXXXX9200 2440369G1S6JB46H1 ?MCC=5511 122105278DA | - 1,236.30 |
| APR 23 | POS PURCHASE - 04/23 MACH ID 000000 Sprint PCS Sprint PCSOverland ParkKS 9200 | - 200.00 |
| APR 23 | POS PURCHASE - 04/23 MACH ID 000000 5021 N 20TH ST USPS 03636PHOENIX AZ 9200 | - 27.30 |
| APR 26 | ATM WITHDRAWAL - 04/24 MACH ID 5743H 4400 E. THOMAS (DRIVE PHOENIX AZ 9200 | - 200.00 |

----------------------------------------------------------------

CONTINUED ON NEXT PAGE

SEC 010919

WF 00126

PAGE 4 of 7
Account Number:        055-6925352
Statement End Date:      05/10/04

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

WITHDRAWALS AND DEBITS ------------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|--------------------|--------|
| APR 26 | CHECK CRD PURCHASE 04/24 IBM PCD*1AW3MN 888-SHOPIBM AZ 491987XXXXXX9200 2461043G403T1YX3Z ?MCC=5045 122105278DA | - 354.55 |
| APR 26 | CHECK CRD PURCHASE 04/23 ENTERPRISE RENTACAR PHOENIX AZ 491987XXXXXX9200 2424651G2HLM958QK ?MCC=3405 122105278DA | - 250.00 |
| APR 26 | CHECK CRD PURCHASE 04/23 SOUTHWESTAIR5262797550 DALLAS TX 491987XXXXXX9200 2479262G4J5ATRHXX ?MCC=3066 122105278DA | - 196.70 |
| APR 26 | CHECK CRD PURCHASE 04/24 UNION 76 15639156 PHOENIX AZ 491987XXXXXX9200 2416407G46DSA0RFN ?MCC=5542 122105278DA | - 30.34 |
| APR 27 | ATM WITHDRAWAL - 04/27 MACH ID 5449I BILTMORE PHOENIX AZ 9200 | - 100.00 |
| APR 28 | CHECK CRD PURCHASE 04/26 COMPUTERSHARE TRUST 303-262-0623 CO 491987XXXXXX9200 2411039G607EW49DS ?MCC=7375 122105278DA | - 1,292.46 |
| APR 28 | POS PURCHASE - 04/27 MACH ID 000000 4502 E. OAK ROACOSTCO WHOPHOENIX AZ 9200 | - 101.55 |
| APR 28 | CHECK CRD PURCHASE 04/27 ENTERPRISE RENTACAR PHOENIX AZ 491987XXXXXX9200 2424651G6HLM9B4VG ?MCC=3405 122105278DA | - 46.48 |
| APR 28 | CHECK CRD PURCHASE 04/26 STAPLES #263 PHOENIX AZ 491987XXXXXX9200 2461043G603TL9FX7 ?MCC=5111 122105278DA | - 28.10 |
| APR 29 | ATM WITHDRAWAL - 04/29 MACH ID 5449I BILTMORE PHOENIX AZ 9200 | - 100.00 |
| APR 29 | CHECK CRD PURCHASE 04/28 HPSHOPPING.COM 888-999-4747 CA 491987XXXXXX9200 2423337G703TXM8DQ ?MCC=5045 122105278DA | - 225.97 |
| APR 29 | CHECK CRD PURCHASE 04/27 CHEVRON #00090463 PHOENIX AZ 491987XXXXXX9200 2462512G7QSDP7NKJ ?MCC=5542 122105278DA | - 26.24 |
| APR 30 | POS PURCHASE - 04/30 MACH ID 000000 Qwest Phone/BMCQwest Denver CO 9200 | - 341.61 |
| MAY 03 | CHECK CRD PURCHASE 04/30 RUSTLERS ROOSTE PHOENIX AZ 491987XXXXXX9200 2440369GBS6JA9Z0F ?MCC=5812 122105278DA | - 92.86 |
| MAY 03 | CHECK CRD PURCHASE 04/29 THE OLIVE GARD00014548 SCOTTSDALE AZ 491987XXXXXX9200 2439900G942QAFM6X ?MCC=5812 122105278DA | - 51.63 |
| MAY 03 | POS PURCHASE - 05/01 MACH ID 000000 5021 N 20TH ST USPS 03636PHOENIX AZ 9200 | - 19.40 |
| MAY 05 | CHECK CRD PURCHASE 05/04 FEDEX SHP 04/21/04 AB# 796-631480665 TN 491987XXXXXX9200 2476197GD219WN8P4 ?MCC=4215 122105278DA | - 36.41 |
| MAY 05 | CHECK CRD PURCHASE 05/04 FEDEX SHP 04/21/04 AB# 796-631480634 TN 491987XXXXXX9200 2476197GD219WN8PL ?MCC=4215 122105278DA | - 36.41 |
| MAY 05 | CHECK CRD PURCHASE 05/04 FEDEX SHP 04/21/04 AB# 796-631480641 TN 491987XXXXXX9200 2476197GD219WN8RE ?MCC=4215 122105278DA | - 36.41 |

------------------------------------------------------------------------

CONTINUED ON NEXT PAGE

SEC 010920

WF 00127

PAGE 5 of 7
Account Number:          055-6925352
Statement End Date:      05/10/04

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

WITHDRAWALS AND DEBITS --------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|--------------------|--------|
| MAY 05 | CHECK CRD PURCHASE 05/04 FEDEX SHP 04/21/04 AB# 796-631480658 TN 491987XXXXXX9200 2476197GD219WN8RM ?MCC=4215 122105278DA | - 36.41 |
| MAY 05 | CHECK CRD PURCHASE 05/04 FEDEX SHP 04/29/04 AB# 923-300000152 TN 491987XXXXXX9200 2476197GD219WN8VH ?MCC=4215 122105278DA | - 29.83 |
| MAY 05 | CHECK CRD PURCHASE 05/04 FEDEX SHP 04/29/04 AB# 923-300000282 TN 491987XXXXXX9200 2476197GD219WN8VR ?MCC=4215 122105278DA | - 25.69 |
| MAY 05 | CHECK CRD PURCHASE 05/04 FEDEX SHP 04/29/04 AB# 923-300000169 TN 491987XXXXXX9200 2476197GD219WN8W0 ?MCC=4215 122105278DA | - 25.08 |
| MAY 05 | CHECK CRD PURCHASE 05/04 FEDEX SHP 04/22/04 AB# 796-666371143 TN 491987XXXXXX9200 2476197GD219WN8SF ?MCC=4215 122105278DA | - 16.08 |
| MAY 05 | CHECK CRD PURCHASE 05/04 FEDEX SHP 04/21/04 AB# 796-631480702 TN 491987XXXXXX9200 2476197GD219WN8TF ?MCC=4215 122105278DA | - 15.71 |
| MAY 05 | CHECK CRD PURCHASE 05/04 FEDEX SHP 04/21/04 AB# 796-631480672 TN 491987XXXXXX9200 2476197GD219WN8NL ?MCC=4215 122105278DA | - 13.17 |
| MAY 05 | CHECK CRD PURCHASE 05/04 FEDEX SHP 04/22/04 AB# 796-666371136 TN 491987XXXXXX9200 2476197GD219WN8TZ ?MCC=4215 122105278DA | - 11.05 |
| MAY 05 | CHECK CRD PURCHASE 05/04 FEDEX SHP 04/22/04 AB# 796-666375479 TN 491987XXXXXX9200 2476197GD219WN8S7 ?MCC=4215 122105278DA | - 11.05 |
| MAY 05 | CHECK CRD PURCHASE 05/04 FEDEX SHP 04/21/04 AB# 796-646333567 TN 491987XXXXXX9200 2476197GD219WN8PQ ?MCC=4215 122105278DA | - 10.68 |
| MAY 05 | CHECK CRD PURCHASE 05/04 FEDEX SHP 04/21/04 AB# 796-631480696 TN 491987XXXXXX9200 2476197GD219WN8RX ?MCC=4215 122105278DA | - 10.68 |
| MAY 05 | CHECK CRD PURCHASE 05/04 FEDEX SHP 04/21/04 AB# 796-646333550 TN 491987XXXXXX9200 2476197GD219WN8TP ?MCC=4215 122105278DA | - 10.68 |
| MAY 05 | CHECK CRD PURCHASE 05/04 FEDEX SHP 04/29/04 AB# 923-300000138 TN 491987XXXXXX9200 2476197GD219WN8V9 ?MCC=4215 122105278DA | - 10.68 |
| MAY 05 | CHECK CRD PURCHASE 05/04 FEDEX SHP 04/23/04 AB# 795-946362345 TN 491987XXXXXX9200 2476197GD219WN8V1 ?MCC=4215 122105278DA | - 10.17 |
| MAY 05 | CHECK CRD PURCHASE 05/04 FEDEX SHP 04/21/04 AB# 796-631480689 TN 491987XXXXXX9200 2476197GD219WN8NW ?MCC=4215 122105278DA | - 10.05 |

----------------------------------------------------------------
CONTINUED ON NEXT PAGE

SEC 010921

WF 00128

```
                                    PAGE 6 of 7
                                    Account Number:        055-6925352
     IBBC INTERNATIONAL BIOFUEL AND   Statement End Date:    05/10/04
     BIOCHEMICAL CORPORATION
```

WITHDRAWALS AND DEBITS -------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|--------------------|--------|
| MAY 05 | CHECK CRD PURCHASE 05/04 FEDEX SHP 04/30/04 AB# 644-412445415 TN 491987XXXXXX9200 2476197GD219WN8WS ?MCC=4215 122105278DA | - 7.00 |
| MAY 05 | CHECK CRD PURCHASE 05/04 FEDEX SHP 04/29/04 AB# 923-300000121 TN 491987XXXXXX9200 2476197GD219WN8WJ ?MCC=4215 122105278DA | - 6.86 |
| MAY 05 | CHECK CRD PURCHASE 05/04 FEDEX SHP 04/21/04 AB# 796-646334441 TN 491987XXXXXX9200 2476197GD219WN8R6 ?MCC=4215 122105278DA | - 4.50 |
| MAY 06 | OVERDRAFT FEE | - 33.00 |
| MAY 06 | OVERDRAFT FEE | - 33.00 |
| MAY 06 | OVERDRAFT FEE | - 33.00 |
| MAY 06 | OVERDRAFT FEE | - 33.00 |
| MAY 06 | OVERDRAFT FEE | - 33.00 |
| MAY 06 | OVERDRAFT FEE | - 33.00 |
| MAY 06 | OVERDRAFT FEE | - 33.00 |
| MAY 06 | OVERDRAFT FEE | - 33.00 |
| MAY 06 | OVERDRAFT FEE | - 33.00 |
| MAY 06 | OVERDRAFT FEE | - 33.00 |
| MAY 06 | OVERDRAFT FEE | - 33.00 |
| MAY 06 | OVERDRAFT FEE | - 33.00 |
| MAY 06 | OVERDRAFT FEE | - 33.00 |
| MAY 06 | OVERDRAFT FEE | - 33.00 |
| MAY 06 | OVERDRAFT FEE | - 33.00 |
| MAY 06 | OVERDRAFT FEE | - 33.00 |
| MAY 06 | OVERDRAFT FEE | - 33.00 |
| MAY 06 | OVERDRAFT FEE | - 33.00 |
| MAY 06 | ATM WITHDRAWAL - 05/06 MACH ID 5449I BILTMORE PHOENIX AZ 9200 | - 100.00 |
| MAY 07 | OVERDRAFT FEE | - 33.00 |
| MAY 07 | POS PURCHASE - 05/07 MACH ID 000000 BEST BUY 1949 EM02530006 PHOENIX AZ 9200 | - 39.96 |
| MAY 10 | OVERDRAFT FEE | - 33.00 |
| MAY 10 | ATM WITHDRAWAL - 05/08 MACH ID 5743H 4400 E. THOMAS (DRIVE PHOENIX AZ 9200 | - 100.00 |
| MAY 10 | CHECK CRD PURCHASE 05/09 AZ REPUBLIC SUBSCRIPTI 602-4441000 AZ 491987XXXXXX9200 2449280GJ3DWMMBAN ?MCC=5968 122105278DA | - 32.50 |

CHECKS PAID ---------------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---------|------|--------|---------|------|--------|
| 1029 | APR 20 | 30,000.00 | 1031 | MAY 10 | 500.00 |
| 1030 | APR 29 | 295.00 | | | |

DAILY BALANCE SUMMARY --------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| APR 08 | 40,199.85 | APR 16 | 38,306.57 |
| APR 09 | 39,871.58 | APR 19 | 37,869.47 |
| APR 12 | 39,418.98 | APR 20 | 7,675.12 |
| APR 13 | 39,113.47 | APR 21 | 7,617.83 |
| APR 14 | 39,052.16 | APR 22 | 5,258.50 |
| APR 15 | 38,618.65 | APR 23 | 3,794.90 |

---------------------------------------------------------------
CONTINUED ON NEXT PAGE                        SEC 010922


WF 00129

```
                                    PAGE 7 of 7
                                    Account Number:        055-6925352
      IBBC INTERNATIONAL BIOFUEL AND  Statement End Date:    05/10/04
      BIOCHEMICAL CORPORATION
```

DAILY BALANCE SUMMARY --------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| APR 26 | 2,763.31 | MAY 03 | 42.01 |
| APR 27 | 2,663.31 | MAY 05 | - 332.59 |
| APR 28 | 1,194.72 | MAY 06 | - 1,092.59 |
| APR 29 | 547.51 | MAY 07 | - 1,165.55 |
| APR 30 | 205.90 | MAY 10 | - 76.50 |

---

FOR YOUR INTEREST

*During National Small Business Week and throughout the year, Wells Fargo recognizes the achievements of small businesses. We know that you are the backbone of our economy, and we are committed to helping you reach your financial goals. Please feel free to call us at 1-800-359-3557 ext. 631 to learn how we can help your business get to the Next Stage.*

---

*THANK YOU FOR BANKING WITH WELLS FARGO.*

SEC 010923

WF 00130

```
WELLS FARGO BANK, N.A.              PAGE 1 of 5
PHOENIX MAIN OFFICE                I-2
P.O. BOX 6995                      Account Number:        055-6925352
PORTLAND, OR  97228-6995           Statement End Date:      06/08/04
```

```
IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION
4637 N 24TH ST
PHOENIX AZ 85016-5203
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

------------------------------------------------------------------------

YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 055-6925352 | 547.31 |

------------------------------------------------------------------------

NEWS FROM WELLS FARGO

Save time by ordering your business checks through Wells Fargo. We offer a wide
variety of styles to complement your professional image. Whether your business
requires the convenience of manual checks, or the efficiency of computer
checks, we can help. Call 1-800-237-8982 to find out more or place an order.

------------------------------------------------------------------------

BASIC BUSINESS CHECKING 055-6925352

```
IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION
```

```
MAY 10 BEGINNING BALANCE                        - 76.50
        TOTAL DEPOSITS/CREDITS                  2,046.02
        TOTAL WITHDRAWALS/DEBITS              - 1,422.21
JUN 08 ENDING BALANCE                            547.31
```

DEPOSITS AND CREDITS ----------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| MAY 14 | DEPOSIT | 500.00 |
| MAY 19 | DEPOSIT | 1,000.00 |
| MAY 24 | CHECK CRD PUR RTRN 05/21 ENTERPRISE RENTACAR TEMPE AZ 491987XXXXXX9200 144404110597308 ?MCC=3405 122105278DA | 46.02 |
| JUN 01 | DEPOSIT | 500.00 |

WITHDRAWALS AND DEBITS --------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| MAY 11 | OVERDRAFT FEE | - 33.00 |
| MAY 11 | OVERDRAFT FEE | - 33.00 |
| MAY 13 | CHECK CRD PURCHASE 05/11 FEDEX SHP 05/07/04 AB# 796-621853790 TN 491987XXXXXX9200 134404103366150 ?MCC=4215 122105278DA | - 29.24 |

------------------------------------------------------------------------

CONTINUED ON NEXT PAGE                          SEC 010924

WF 00131

```
                                     PAGE 2 of 5
                                     Account Number:       055-6925352
                                     Statement End Date:   06/08/04
IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION
```

WITHDRAWALS AND DEBITS -----------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| MAY 13 | CHECK CRD PURCHASE 05/11 FEDEX SHP 05/07/04 AB# 796-621853806 TN 491987XXXXXX9200 134404103366151 ?MCC=4215 122105278DA | - 21.33 |
| MAY 13 | CHECK CRD PURCHASE 05/11 FEDEX SHP 05/07/04 AB# 796-621853486 TN 491987XXXXXX9200 134404103366148 ?MCC=4215 122105278DA | - 13.17 |
| MAY 13 | CHECK CRD PURCHASE 05/11 FEDEX SHP 05/07/04 AB# 796-621853493 TN 491987XXXXXX9200 134404103366152 ?MCC=4215 122105278DA | - 13.17 |
| MAY 13 | CHECK CRD PURCHASE 05/11 FEDEX SHP 05/06/04 AB# 883-931760968 TN 491987XXXXXX9200 134404103366155 ?MCC=4215 122105278DA | - 11.91 |
| MAY 13 | CHECK CRD PURCHASE 05/11 FEDEX SHP 04/28/04 AB# 923-300000145 TN 491987XXXXXX9200 134404103366156 ?MCC=4215 122105278DA | - 10.68 |
| MAY 13 | CHECK CRD PURCHASE 05/11 FEDEX SHP 05/07/04 AB# 796-621853950 TN 491987XXXXXX9200 134404103366153 ?MCC=4215 122105278DA | - 10.05 |
| MAY 13 | CHECK CRD PURCHASE 05/11 FEDEX SHP 05/07/04 AB# 796-621853943 TN 491987XXXXXX9200 134404103366154 ?MCC=4215 122105278DA | - 10.05 |
| MAY 13 | CHECK CRD PURCHASE 05/11 FEDEX SHP 04/29/04 AB# 923-310000012 TN 491987XXXXXX9200 134404103366157 ?MCC=4215 122105278DA | - 9.10 |
| MAY 13 | CHECK CRD PURCHASE 05/11 FEDEX SHP 05/06/04 AB# 844-973374413 TN 491987XXXXXX9200 134404103366147 ?MCC=4215 122105278DA | - 8.27 |
| MAY 13 | CHECK CRD PURCHASE 05/11 FEDEX SHP 05/07/04 AB# 644-413147405 TN 491987XXXXXX9200 134404103366158 ?MCC=4215 122105278DA | - 7.00 |
| MAY 13 | CHECK CRD PURCHASE 05/11 FEDEX SHP 05/07/04 AB# 796-621853783 TN 491987XXXXXX9200 134404103366149 ?MCC=4215 122105278DA | - 6.21 |
| MAY 14 | OVERDRAFT FEE | - 33.00 |
| MAY 14 | OVERDRAFT FEE | - 33.00 |
| MAY 14 | OVERDRAFT FEE | - 33.00 |
| MAY 14 | OVERDRAFT FEE | - 33.00 |
| MAY 14 | OVERDRAFT FEE | - 33.00 |
| MAY 14 | OVERDRAFT FEE | - 33.00 |
| MAY 14 | OVERDRAFT FEE | - 33.00 |
| MAY 14 | OVERDRAFT FEE | - 33.00 |
| MAY 14 | OVERDRAFT FEE | - 33.00 |
| MAY 14 | OVERDRAFT FEE | - 33.00 |
| MAY 14 | OVERDRAFT FEE | - 33.00 |
| MAY 14 | OVERDRAFT FEE | - 33.00 |
| MAY 17 | CHECK CRD PURCHASE 05/17 GO DADDY SOFTWARE INC 480-505-8855 AZ 491987XXXXXX9200 138427100069028 ?MCC=4816 122105278DA | - 44.75 |

--------------------------------------------------------------

CONTINUED ON NEXT PAGE

SEC 010925

WF 00132

```
                                    PAGE 3 of 5
                                    Account Number:        055-6925352
    IBBC INTERNATIONAL BIOFUEL AND     Statement End Date:    06/08/04
    BIOCHEMICAL CORPORATION
```

WITHDRAWALS AND DEBITS ----------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|-------------------|--------|
| MAY 17 | CHECK CRD PURCHASE 05/14 FEDEX SHP 05/06/04 AB# 845-028630547 TN 491987XXXXXX9200 137404109425626 ?MCC=4215 122105278DA | - 36.41 |
| MAY 18 | OVERDRAFT FEE | - 33.00 |
| MAY 18 | OVERDRAFT FEE | - 33.00 |
| MAY 18 | CHECK CRD PURCHASE 05/15 HOUSTON'S 480.922.7775 SCOTTSDALE AZ 491987XXXXXX9200 139404104699931 ?MCC=5812 122105278DA | - 41.89 |
| MAY 19 | OVERDRAFT FEE | - 33.00 |
| MAY 19 | CHECK CRD PURCHASE 05/18 FEDEX SHP 05/01/04 AB# 841-845581829 TN 491987XXXXXX9200 140404104979523 ?MCC=4215 122105278DA | - 15.62 |
| MAY 19 | CHECK CRD PURCHASE 05/18 FEDEX SHP 05/14/04 AB# 923-300000183 TN 491987XXXXXX9200 140404103554466 ?MCC=4215 122105278DA | - 13.81 |
| MAY 19 | CHECK CRD PURCHASE 05/18 FEDEX SHP 05/14/04 AB# 923-300000213 TN 491987XXXXXX9200 140404103554467 ?MCC=4215 122105278DA | - 13.81 |
| MAY 19 | CHECK CRD PURCHASE 05/18 FEDEX SHP 05/11/04 AB# 923-300000190 TN 491987XXXXXX9200 140404103554459 ?MCC=4215 122105278DA | - 10.68 |
| MAY 19 | CHECK CRD PURCHASE 05/18 FEDEX SHP 05/11/04 AB# 923-300000275 TN 491987XXXXXX9200 140404103554460 ?MCC=4215 122105278DA | - 10.68 |
| MAY 19 | CHECK CRD PURCHASE 05/18 FEDEX SHP 05/11/04 AB# 923-300000237 TN 491987XXXXXX9200 140404103554461 ?MCC=4215 122105278DA | - 10.68 |
| MAY 19 | CHECK CRD PURCHASE 05/18 FEDEX SHP 05/11/04 AB# 923-300000244 TN 491987XXXXXX9200 140404103554462 ?MCC=4215 122105278DA | - 10.68 |
| MAY 19 | CHECK CRD PURCHASE 05/18 FEDEX SHP 05/11/04 AB# 923-300000268 TN 491987XXXXXX9200 140404103554463 ?MCC=4215 122105278DA | - 10.68 |
| MAY 19 | CHECK CRD PURCHASE 05/18 FEDEX SHP 05/11/04 AB# 923-300000206 TN 491987XXXXXX9200 140404103554464 ?MCC=4215 122105278DA | - 10.68 |
| MAY 19 | CHECK CRD PURCHASE 05/18 FEDEX SHP 05/11/04 AB# 923-300000251 TN 491987XXXXXX9200 140404103554465 ?MCC=4215 122105278DA | - 10.68 |
| MAY 19 | CHECK CRD PURCHASE 05/18 FEDEX SHP 05/14/04 AB# 644-413846233 TN 491987XXXXXX9200 140404103554469 ?MCC=4215 122105278DA | - 7.00 |
| MAY 19 | CHECK CRD PURCHASE 05/18 FEDEX SHP 05/14/04 AB# 923-300000220 TN 491987XXXXXX9200 140404103554468 ?MCC=4215 122105278DA | - 6.21 |

----------------------------------------------------------------------

CONTINUED ON NEXT PAGE

SEC 010926

WF 00133

PAGE 4 of 5
Account Number:        055-6925352
Statement End Date:    06/08/04

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

WITHDRAWALS AND DEBITS --------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|--------------------|--------|
| MAY 20 | CHECK CRD PURCHASE 05/18 CHUYS MESQUITE BROILER PHOENIX AZ 491987XXXXXX9200 1414041034S6210 ?MCC=5812 122105278DA | - 28.28 |
| MAY 24 | CHECK CRD PURCHASE 05/21 MATADOR RESTAURANT PHOENIX AZ 491987XXXXXX9200 145404105161328 ?MCC=5814 122105278DA | - 24.86 |
| MAY 27 | CHECK CRD PURCHASE 05/25 THE OLIVE GARD00014548 SCOTTSDALE AZ 491987XXXXXX9200 148404104626495 ?MCC=5812 122105278DA | - 46.26 |
| MAY 27 | POS PURCHASE - 05/26 MACH ID 000000 Target 0950 0910000950Phoenix AZ 9200 | - 28.42 |
| MAY 27 | CHECK CRD PURCHASE 05/26 GO DADDY SOFTWARE INC 480-505-8855 AZ 491987XXXXXX9200 148430100260435 ?MCC=4816 122105278DA | - 8.95 |
| MAY 27 | CHECK CRD PURCHASE 05/26 GO DADDY SOFTWARE INC 480-505-8855 AZ 491987XXXXXX9200 148430100260449 ?MCC=4816 122105278DA | - 8.95 |
| MAY 28 | POS PURCHASE - 05/28 MACH ID 000000 SOU USPS 0363682390338052PHOENIX AZ 9200 | - 13.65 |
| MAY 28 | POS PURCHASE - 05/28 MACH ID 000000 SOU THE HOME DE6710700861PHOENIX AZ 9200 | - 4.29 |
| JUN 01 | ATM WITHDRAWAL - 06/01 MACH ID 5449I BILTMORE PHOENIX AZ 9200 | - 60.00 |
| JUN 04 | ATM WITHDRAWAL - 06/04 MACH ID 5449I BILTMORE PHOENIX AZ 9200 | - 100.00 |
| JUN 04 | CHECK CRD PURCHASE 06/02 CHEVRON 00207699 PHOENIX AZ 491987XXXXXX9200 156404105602651 ?MCC=5542 122105278DA | - 28.00 |
| JUN 07 | CHECK CRD PURCHASE 06/04 RED ROCK CAFE FOUNTAIN HILL AZ 491987XXXXXX9200 158404112291962 ?MCC=5812 122105278DA | - 53.85 |
| JUN 07 | CHECK CRD PURCHASE 06/05 CHEVRON 00090463 PHOENIX AZ 491987XXXXXX9200 159404107480608 ?MCC=5542 122105278DA | - 28.61 |
| JUN 07 | POS PURCHASE - 06/07 MACH ID 000000 SOU USPS 0363682390338052PHOENIX AZ 9200 | - 13.65 |
| JUN 08 | MONTHLY SERVICE FEE | - 9.00 |

DAILY BALANCE SUMMARY -------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| MAY 10 | - 76.50 | MAY 24 | 450.94 |
| MAY 11 | - 142.50 | MAY 27 | 358.36 |
| MAY 13 | - 292.68 | MAY 28 | 340.42 |
| MAY 14 | - 188.68 | JUN 01 | 780.42 |
| MAY 17 | - 269.84 | JUN 04 | 652.42 |
| MAY 18 | - 377.73 | JUN 07 | 556.31 |
| MAY 19 | 458.06 | JUN 08 | 547.31 |
| MAY 20 | 429.78 | | |

SEC 010927

--------------------------------------------------------------------

CONTINUED ON NEXT PAGE

WF 00134

PAGE 5 of 5
Account Number:          055-6925352
Statement End Date:       06/08/04

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

--------------------------------------------------------------------------

**FOR YOUR INTEREST**

*IMPORTANT MESSAGE FOR CUSTOMERS WHO RECEIVE WIRE TRANSFERS: Effective August
16, 2004 any wire transfer sent to Wells Fargo must use the following Wire
Routing Transit Number (RTN): 121000248. If you are currently receiving funds
by wire transfer, this may be a change for the sender. Although the new RTN
MUST be used as of August 16, 2004, it may be used effective immediately.
Therefore, to avoid delays, inform anyone sending wires to you at Wells Fargo
to begin using the following wire instructions now:*

*DIRECT TO: Wire Routing Transit Number 121000248*
*BANK NAME: Wells Fargo Bank, N.A.*
*CITY, STATE: San Francisco, CA (regardless of where your account is located)*
*BENEFICIARY ACCOUNT NUMBER (BNF): Your 10 digit Wells Fargo account number (If
your number is less than 10 digits in length, use leading zeroes to convert the
number to a 10-digit number)*
*BENEFICIARY ACCOUNT NAME: The name of your account as it appears on your
statement*

*For wires sent from your Wells Fargo account and wire templates there is no
change.*
*Note: There is no change to the RTNs used for checks, deposits, or ACH (direct
deposit/debit) transactions. If you have questions, contact your Wells Fargo
banker or call the customer service number printed on your statement.*

SEC 010928

--------------------------------------------------------------------------
*THANK YOU FOR BANKING WITH WELLS FARGO.*

WF 00135

```
WELLS FARGO BANK, N.A.              PAGE 1 of 3
PHOENIX MAIN OFFICE                 I-2
P.O. BOX 6995                       Account Number:        055-6925352
PORTLAND, OR  97228-6995            Statement End Date:      07/09/04
```

```
IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION
4637 N 24TH ST
PHOENIX AZ 85016-5203
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

--------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 055-6925352 | - 486.22 |

--------------------------------------------------------------------
NEWS FROM WELLS FARGO

Get up to $100,000 cash with a BusinessLine line of credit. Use it to:

- Cover unexpected or seasonal expenses
- Supplement your cash flow while you wait for payment from others
- Invest in new space, modernize, or upgrade
- Increase profit by purchasing inventory in bulk

Plus, get quick and easy access to your line of credit with free BusinessLine
checks, and online or telephone transfers to your Wells Fargo checking account.
Stop by your store, call 1-800-35 WELLS ext. 210 or visit wellsfargospecial.com
and enter keyword: 100K, for more information.
--------------------------------------------------------------------
BASIC BUSINESS CHECKING 055-6925352

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

```
JUN 08 BEGINNING BALANCE                   547.31
        TOTAL DEPOSITS/CREDITS             350.00
        TOTAL WITHDRAWALS/DEBITS       -  1,383.53
JUL 09 ENDING BALANCE                   -  486.22
```

DEPOSITS AND CREDITS -----------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| JUL 01 | DEPOSIT | 300.00 |
| JUL 08 | DEPOSIT | 50.00 |

WITHDRAWALS AND DEBITS --------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| JUN 10 | ATM WITHDRAWAL - 06/10 MACH ID 5449I BILTMORE PHOENIX AZ 9200 | - 100.00 |
| JUN 10 | CHECK CRD PURCHASE 06/08 MY FLORIST CAFE PHOENIX AZ 491987XXXXXX9200 162404103579469 ?MCC=5812 122105278DA | - 32.03 |

--------------------------------------------------------------------
CONTINUED ON NEXT PAGE

SEC 010929

WF 00136

```
                                        PAGE 2 of 3
                                        Account Number:         055-6925352
        IBBC INTERNATIONAL BIOFUEL AND         Statement End Date:     07/09/04
        BIOCHEMICAL CORPORATION
```

WITHDRAWALS AND DEBITS --------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|--------------------|--------|
| JUN 10 | POS PURCHASE - 06/10 MACH ID 000000 COSTCO BUSINESS0998270002PHOENIX AZ 9200 | - 16.20 |
| JUN 14 | ATM WITHDRAWAL - 06/13 MACH ID BX0907 2827 N 44TH ST BANK ONE PHOENIX AZ 9200 | - 42.00 |
| JUN 14 | NON-WELLS FARGO ATM TRANSACTION FEE | - 2.00 |
| JUN 14 | CHECK CRD PURCHASE 06/10 STORQUEST PHOENIX 602-274-4811 AZ 491987XXXXXX9200 165404109012942 ?MCC=4225 122105278DA | - 227.05 |
| JUN 14 | CHECK CRD PURCHASE 06/12 HAROLD'S CAVE CREEK CO CAVE CREEK AZ 491987XXXXXX9200 166404106682107 ?MCC=5812 122105278DA | - 76.67 |
| JUN 14 | POS PURCHASE - 06/12 MACH ID 000000 COSTCO BUSINESS0998270002PHOENIX AZ 9200 | - 48.52 |
| JUN 14 | CHECK CRD PURCHASE 06/10 CHEVRON 00207699 PHOENIX AZ 491987XXXXXX9200 165404111214285 ?MCC=5542 122105278DA | - 28.07 |
| JUN 14 | POS PURCHASE - 06/12 MACH ID 000000 BEST BUY 1949 EM02530004 PHOENIX AZ 9200 | - 16.20 |
| JUN 15 | OVERDRAFT FEE | - 33.00 |
| JUN 15 | OVERDRAFT FEE | - 33.00 |
| JUN 18 | CHECK CRD PURCHASE 06/17 FEDEX SHP 06/14/04 AB# 847-029056068 TN 491987XXXXXX9200 170404105125608 ?MCC=4215 122105278DA | - 17.76 |
| JUN 21 | OVERDRAFT FEE | - 33.00 |
| JUN 22 | CHECK CRD PURCHASE 06/21 FEDEX SHP 06/15/04 AB# 847-029189084 TN 491987XXXXXX9200 174404105395291 ?MCC=4215 122105278DA | - 17.01 |
| JUN 23 | OVERDRAFT FEE | - 33.00 |
| JUN 23 | CHECK CRD PURCHASE 06/22 FEDEX SHP 06/16/04 AB# 923-300002804 TN 491987XXXXXX9200 175404103589734 ?MCC=4215 122105278DA | - 28.64 |
| JUN 23 | CHECK CRD PURCHASE 06/22 FEDEX SHP 06/16/04 AB# 923-300002811 TN 491987XXXXXX9200 175404103589735 ?MCC=4215 122105278DA | - 11.68 |
| JUN 23 | CHECK CRD PURCHASE 06/22 FEDEX SHP 06/18/04 AB# 923-300002859 TN 491987XXXXXX9200 175404103589737 ?MCC=4215 122105278DA | - 10.68 |
| JUN 23 | CHECK CRD PURCHASE 06/22 FEDEX SHP 06/18/04 AB# 923-300002880 TN 491987XXXXXX9200 175404103589738 ?MCC=4215 122105278DA | - 10.68 |
| JUN 23 | CHECK CRD PURCHASE 06/22 FEDEX SHP 06/18/04 AB# 923-300002927 TN 491987XXXXXX9200 175404103589739 ?MCC=4215 122105278DA | - 10.68 |
| JUN 23 | CHECK CRD PURCHASE 06/22 FEDEX SHP 06/18/04 AB# 923-300002842 TN 491987XXXXXX9200 175404103589740 ?MCC=4215 122105278DA | - 10.68 |

--------------------------------------------------------------------

CONTINUED ON NEXT PAGE

SEC 010930

WF 00137

```
                                    PAGE 3 of 3
                                    Account Number:        055-6925352
         IBBC INTERNATIONAL BIOFUEL AND     Statement End Date:    07/09/04
         BIOCHEMICAL CORPORATION
```

WITHDRAWALS AND DEBITS ----------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|--------------------|--------|
| JUN 23 | CHECK CRD PURCHASE 06/22 FEDEX SHP 06/18/04 AB# 923-300002897 TN 491987XXXXXX9200 175404103589742 ?MCC=4215 122105278DA | - 10.68 |
| JUN 23 | CHECK CRD PURCHASE 06/22 FEDEX SHP 06/18/04 AB# 923-300002903 TN 491987XXXXXX9200 175404103589743 ?MCC=4215 122105278DA | - 10.68 |
| JUN 23 | CHECK CRD PURCHASE 06/22 FEDEX SHP 06/18/04 AB# 923-300002866 TN 491987XXXXXX9200 175404103589744 ?MCC=4215 122105278DA | - 10.68 |
| JUN 23 | CHECK CRD PURCHASE 06/22 FEDEX SHP 06/18/04 AB# 923-300002910 TN 491987XXXXXX9200 175404103589745 ?MCC=4215 122105278DA | - 10.68 |
| JUN 23 | CHECK CRD PURCHASE 06/22 FEDEX SHP 06/18/04 AB# 923-300002934 TN 491987XXXXXX9200 175404103589746 ?MCC=4215 122105278DA | - 10.68 |
| JUN 23 | CHECK CRD PURCHASE 06/22 FEDEX SHP 06/18/04 AB# 923-300002873 TN 491987XXXXXX9200 175404103589741 ?MCC=4215 122105278DA | - 10.05 |
| JUN 23 | CHECK CRD PURCHASE 06/22 FEDEX SHP 06/18/04 AB# 644-417346243 TN 491987XXXXXX9200 175404103589747 ?MCC=4215 122105278DA | - 7.00 |
| JUN 23 | CHECK CRD PURCHASE 06/22 FEDEX SHP 06/16/04 AB# 923-300002828 TN 491987XXXXXX9200 175404103589736 ?MCC=4215 122105278DA | - 3.53 |
| JUN 24 | OVERDRAFT FEE | - 33.00 |
| JUN 24 | OVERDRAFT FEE | - 33.00 |
| JUN 24 | OVERDRAFT FEE | - 33.00 |
| JUN 24 | OVERDRAFT FEE | - 33.00 |
| JUN 24 | OVERDRAFT FEE | - 33.00 |
| JUN 24 | OVERDRAFT FEE | - 33.00 |
| JUN 24 | OVERDRAFT FEE | - 33.00 |
| JUN 24 | OVERDRAFT FEE | - 33.00 |
| JUN 24 | OVERDRAFT FEE | - 33.00 |
| JUN 24 | OVERDRAFT FEE | - 33.00 |
| JUN 24 | OVERDRAFT FEE | - 33.00 |
| JUN 24 | OVERDRAFT FEE | - 33.00 |
| JUN 24 | OVERDRAFT FEE | - 33.00 |
| JUL 09 | MONTHLY SERVICE FEE | - 9.00 |

DAILY BALANCE SUMMARY ----------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| JUN 08 | 547.31 | JUN 22 | - 175.20 |
| JUN 10 | 399.08 | JUN 23 | - 365.22 |
| JUN 14 | - 41.43 | JUN 24 | - 827.22 |
| JUN 15 | - 107.43 | JUL 01 | - 527.22 |
| JUN 18 | - 125.19 | JUL 08 | - 477.22 |
| JUN 21 | - 158.19 | JUL 09 | - 486.22 |

----------------------------------------------------------------------------------
FOR YOUR INTEREST

----------------------------------------------------------------------------------    SEC 010931
THANK YOU FOR BANKING WITH WELLS FARGO.

WF 00138

*WELLS FARGO BANK, N.A.*
*PHOENIX MAIN OFFICE*
*P.O. BOX 6995*
*PORTLAND, OR  97228-6995*

*PAGE 1 of 2*

*Account Number:        055-6925352*
*Statement End Date:       08/09/04*

*IBBC INTERNATIONAL BIOFUEL AND*
*BIOCHEMICAL CORPORATION*
*4637 N 24TH ST*
*PHOENIX AZ 85016-5203*

*IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,*
*CALL: 800-225-5935 (1-800-CALL-WELLS).*

--------------------------------------------------------------------
**YOUR ACCOUNTS AT A GLANCE**

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| *BASIC BUSINESS CHECKING* | *4.78* |
| 055-6925352 | |

--------------------------------------------------------------------
**NEWS FROM WELLS FARGO**

*Get FREE, real-time access to your accounts with Wells Fargo Business Online banking. Check account balances and review account activity - deposits, posted checks, loan details and credit card transactions - anytime, anywhere. Not enrolled in Wells Fargo Business Online Banking? Enroll now at www.wellsfargo.com/biz/bankonline*
--------------------------------------------------------------------
**BASIC BUSINESS CHECKING 055-6925352**

*IBBC INTERNATIONAL BIOFUEL AND*
*BIOCHEMICAL CORPORATION*

| | |
|---|---|
| *JUL 09 BEGINNING BALANCE* | *- 486.22* |
| *TOTAL DEPOSITS/CREDITS* | *500.00* |
| *TOTAL WITHDRAWALS/DEBITS* | *- 9.00* |
| *AUG 09 ENDING BALANCE* | *4.78* |

**DEPOSITS AND CREDITS** ------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| *JUL 19* | *DEPOSIT* | *500.00* |

**WITHDRAWALS AND DEBITS** --------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| *AUG 09* | *MONTHLY SERVICE FEE* | *- 9.00* |

**DAILY BALANCE SUMMARY** ---------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| *JUL 09* | *- 486.22* | *AUG 09* | *4.78* |
| *JUL 19* | *13.78* | | |

--------------------------------------------------------------------
*CONTINUED ON NEXT PAGE*                                 **SEC 010932**

**WF 00139**

```
                                    PAGE 2 of 2
                                    Account Number:        055-6925352
        IBBC INTERNATIONAL BIOFUEL AND      Statement End Date:    08/09/04
        BIOCHEMICAL CORPORATION
```

----------------------------------------------------------------------

**FOR YOUR INTEREST**

*Increase your sales by providing your customers with more payment options.
Wells Fargo Merchant Services can expand your business with our credit, debit,
and ATM/online payment choices. And, when you have a Wells Fargo Business
Checking account, funds may be posted to your account the next business day.
Call us at 1 866 380 9828 ext. 105 or visit wellsfargospecial.com and enter
keyword: merchant to find out about our credit and debit card processing
solutions.*

**SEC 010933**

----------------------------------------------------------------------
*THANK YOU FOR BANKING WITH WELLS FARGO.*

**WF 00140**

```
WELLS FARGO BANK, N.A.                    PAGE 1 of 2
PHOENIX MAIN OFFICE                       I-2
P.O. BOX 6995                             Account Number:      055-6925352
PORTLAND, OR  97228-6995                  Statement End Date:    09/09/04
```

```
       IBBC INTERNATIONAL BIOFUEL AND
       BIOCHEMICAL CORPORATION
       4637 N 24TH ST
       PHOENIX AZ 85016-5203
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

--------------------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 055-6925352 | 0.00 |

--------------------------------------------------------------------------------
NEWS FROM WELLS FARGO

Check 21 (Check Clearing for the 21st Century Act) is a federal law taking
effect October 28, 2004. It allows financial institutions to process checks
using image technology to create substitute checks, which are a paper copy and
legal equivalent of an original check. Few changes will occur with your
account. If you request a check photocopy, it may be an image of a substitute
check.

Visit www.wellsfargo.com/biz/Check21FAQ for more details.
--------------------------------------------------------------------------------
BASIC BUSINESS CHECKING 055-6925352

  IBBC INTERNATIONAL BIOFUEL AND
  BIOCHEMICAL CORPORATION

```
  AUG 09 BEGINNING BALANCE                              4.78
         TOTAL DEPOSITS/CREDITS                         0.00
         TOTAL WITHDRAWALS/DEBITS                     - 4.78
  AUG 30 CLOSING BALANCE                                0.00
```

WITHDRAWALS AND DEBITS -----------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| AUG 30 | OUTSTANDING ITEMS CLOSE, NON-INT W/O FEE | 0.00 |
| AUG 30 | WITHDRAWAL MADE IN A BRANCH/STORE | - 4.78 |

DAILY BALANCE SUMMARY -----------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| AUG 09 | 4.78 | AUG 30 | 0.00 |

SEC 010934

--------------------------------------------------------------------------------
CONTINUED ON NEXT PAGE

WF 00141

PAGE 2 of 2
Account Number:          055-6925352
Statement End Date:      09/09/04

IBBC INTERNATIONAL BIOFUEL AND
BIOCHEMICAL CORPORATION

--------------------------------------------------------------------------------

**FOR YOUR INTEREST**

Are you in the market to purchase new or used equipment and vehicles? The
Equipment Express  loan provides your business with up-front approval for
multiple purchases, competitive fixed interest rates, and no application costs
or prepayment penalties.

Call us today! Legislation passed in 2003 may provide your business with tax
advantages when you purchase new equipment and new vehicles, but you must
complete your purchase by year-end 2004 to be eligible. Contact your tax
advisor for details.

Apply today by calling 1-800-35 WELLS (93557) ext. 604.

SEC 010935

--------------------------------------------------------------------------------

THANK YOU FOR BANKING WITH WELLS FARGO.

WF 00142