08-FEB-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:    GLPU1097336

Oper:    PXS004                                    Type:    LP-MNAZ

Request ID    Account    Capture    Seq #    Pod #    Amount
12363-27JAN05 0556925352 13-MAY-03 007032736482    500.00/USD

TOTAL ITEMS:    0                        SEC 010936
C1    COMPLETED

WF 00143

PLAINTIFF'S
EXHIBIT
tabbies*
J (6)





08-FEB-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA -------------

Group:     GLPU1097336

Oper:      PXS004                         Type:      LP-MNAZ

Request ID     Account     Capture     Seq #     Pod #     Amount
12364-27JAN05 0556925352 09-JUN-03 007132952156          9,000.00/U

TOTAL ITEMS:     0
Q1     QUALITY POOR - BEST COPY POSSIBLE          SEC 010937

WF 00144





08-FEB-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA -------------

Group:      GLPU1097336

Oper:        PXS004                                    Type:         LP-MNAZ

Request ID      Account        Capture       Seq #      Pod #    Amount
12365-27JAN05  0556925352   09-JUN-03  007132952157           9,000.00/U

TOTAL ITEMS:    0
Q1      QUALITY POOR - BEST COPY POSSIBLE           SEC 010938

WF 00145



08-FEB-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA -------------

Group:    GLPU1097336

Oper:    PXS004                                  Type:        LP-MNAZ

Request ID    Account    Capture    Seq #    Pod #    Amount
12366-27JAN05 0556925352 06-AUG-03 006633364625      1,000.00/U

TOTAL ITEMS:    0
Q1    QUALITY POOR - BEST COPY POSSIBLE        SEC 010939

WF 00146



27-JAN-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group:     GLPU1097336

Oper:        RXT002                              Type:        LP-MNAZ

Request ID     Account      Capture      Seq #       Pod #     Amount
12367-27JAN05  0556925352   28-AUG-03    006533675173          2,900.00/U

TOTAL ITEMS:    0
C1     COMPLETED

SEC 010940                    WF 00147

08-FEB-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

                        Group:       GLPU1097336

Oper:        PXS004                        Type:        LP-MNAZ

Request ID      Account      Capture      Seq #      Pod #      Amount
12393-27JAN05 0556925352  22-OCT-03 006834807199              6,000.00/U

                    TOTAL ITEMS:      0
                    Q1      QUALITY POOR - BEST COPY POSSIBLE

                                        SEC 010941          WF 00148

HENRY F DE FRANCESCO
AND BOBBIE N DE FRANCESCO
444 W PALM AIRE DR
POMPANO BEACH FL 33069

5017

Date 02/26/04

Pay to the
Order of _____ I B B C _____ $ 6000.00

60-238/219

Six Thousand Dollars & no cents ——————— Dollars

FBR FUND FOR GOVERNMENT INVESTORS

PAYABLE THROUGH THE BANK OF NEW YORK
WHITE PLAINS, NEW YORK

Memo Payment - Stock Option          Henry F. DeFrancesco MD

⑈02190235219031000322014 2⑈ 5017

ENDORSE HERE

PAYEE DO NOT SIGN, WRITE OR MARK BELOW LINE
RESERVED FOR FINANCIAL INSTITUTION USE
FEDERAL BANKING ACT 1987, FEDERAL RESERVE REG. CC

---

12394-27JAN05/LP-MN-MG/ASYN/27-FEB-04/910527/006936904872/6,000.00/U//3
27-JAN-05//0556925352/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336

Oper: ASYN                              Type: LP-MN-MG          WF 00149

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 12394-27JAN05 | 0556925352 | | 27-FEB-04 | 006936904872 | |
| 6,000.00/U | | | | | |

SEC 010942

TOTAL ITEMS:   0
K2      REQUEST SENT TO K2 FOR RETRIEVAL

■ VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. ■ CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM. ■

WELLS FARGO BANK NA
P.O. BOX 10347
DES MOINES, IA 50306

13-22
730

CHECK NO.
**2308838**
03/19/2004

■ ONE THOUSAND THIRTY-FIVE DOLLARS AND 52 CENTS * * * * * * * * * *

PAY
ONLY

1 0 3 5-52
ONE ZERO THREE FIVE CISCIS

TO THE ORDER OF

IBBC
886 N COFCO CENTER CT
STE 1135
PHOENIX, AZ 85008-6447

* * * * * * $1,035.52

Wells Fargo Bank N.A., Des Moines, IA  50304

VOID AFTER 90 DAYS
VOID OVER $1,035.52

⑈2308838⑈ ⑈073000228⑈ 7075080⑈

‖ THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.  HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENTS.

```
12395-27JAN05/LP-MN-MG/ASYN/23-MAR-04/910527/007037521756/1,035.52/U//3
27-JAN-05//0556925352/ /

       -------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

                   Group: GLPU1097336
                                                    WF 00150
   Oper: ASYN                      Type: LP-MN-MG

   Request ID    Account    Capture     Seq #      Pod #   Amount
   12395-27JAN05        0556925352    23-MAR-04   007037521756
   1,035.52/U
                                                    SEC 010943
                   TOTAL ITEMS:    0
              K2      REQUEST SENT TO K2 FOR RETRIEVAL
```

999994

91-2108
1221

PAY TO THE
ORDER OF *International Biofuel and Biochemical Corp.*    DATE *May 10, 200c*    $ *1400.00*

*One thousand four hundred dollars $00/100*    DOLLARS

**BANK ONE.**
Bank One, NA
Thomas Arizona Branch
www.BankOne.com

FOR *Cash Transfer*

⑈999994⑈ ⑆1221000 24⑆ ⑆5608966⑈

CREDITED TO THE ACCOUNT
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARA...
WELLS FARGO BANK, N...
AU (MM/d)

12396-27JAN05/LP-MN-MG/ASYN/10-MAY-04/910527/006738514878/1,400.00/U//3
27-JAN-05//0556925352/ /

--------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336

WF 00151

Oper: ASYN                                    Type: LP-MN-MG

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 12396-27JAN05 | 0556925352 | 10-MAY-04 | | 006738514878 | |
| 1,400.00/U | | | | | |

SEC 010944

TOTAL ITEMS:    0
K2        REQUEST SENT TO K2 FOR RETRIEVAL

IBBC
**DBA COMPUTERBATH**
4037 N 24TH ST.
PHOENIX, AZ  85016

1001

DATE *May 14, 2004*

91-2/108

PAY TO THE
ORDER OF  *IBBC*                                    $ *500.00*

*Five hundred dollars & ⁰⁰⁄₁₀₀*                         DOLLARS

**BANK ONE.**
Bank One, NA
Phoenix, Arizona 85073
www.BankOne.com

FOR *Master funds*

⑈00100⑈ ⑆122100024⑈ ⑈560849323⑈

ENDORSE HERE

CREDITED TO THE ACCOUNT OF
WITHIN NAMED PAYEE
LACK OF ENDORSEMENT GUARANTEED

WELLS FARGO BANK, N.A.
AU 00414

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

---

12397-27JAN05/LP-MN-MG/ASYN/14-MAY-04/910527/006938379814/500.00/USD//3
27-JAN-05//0556925352/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336

Oper: ASYN                              Type: LP-MN-MG           WF 00152

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 12397-27JAN05 | 0556925352 | | 14-MAY-04 | 006938379814 | |
| 500.00/USD | | | | | |

SEC 010945

TOTAL ITEMS:     0
K2        REQUEST SENT TO K2 FOR RETRIEVAL

```
12486-27JAN05/LP-MN-MG/ASYN/19-MAY-04/910527/006638591086/1,000.00/U//3
27-JAN-05//0556925352/ /

--------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA -------------

                    Group: GLPU1097336

Oper: ASYN                        Type: LP-MN-MG          WF 00153

  Request ID       Account    Capture      Seq #      Pod #    Amount
  12486-27JAN05     0556925352            19-MAY-04  006638591086
1,000.00/U

                                                       SEC 010946
              TOTAL ITEMS:    0
              K2      REQUEST SENT TO K2 FOR RETRIEVAL
```

12502-27JAN05/LP-MN-MG/ASYN/01-JUN-04/910527/006938656706/500.00/USD//3
27-JAN-05//556925352/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336

Oper: ASYN                          Type: LP-MN-MG        WF 00154

Request ID        Account     Capture     Seq #        Pod #    Amount
12502-27JAN05           556925352    01-JUN-04    006938656706
500.00/USD

SEC 010947

TOTAL ITEMS:    0
K2        REQUEST SENT TO K2 FOR RETRIEVAL

1015

IBBC
4637 N 24TH ST
PHOENIX, AZ 85016

PAY TO THE ORDER OF _International Biofuel & Bio Chemical Corp_    DATE _July 19, 2004_    $ 500 00/100

_Five hundred dollars_ 00/100    DOLLARS

BANK ONE.

Bank One, NA
Phoenix, Arizona 85070
www.bankone.com

FOR _Trade transfer_

⑈00¼0¼5⑈  ⑆¼22¼000 24⑆  6 560 4¼66⑈

---

12503-27JAN05/LP-MN-MG/ASYN/19-JUL-04/910527/006830899877/500.00/USD//3
27-JAN-05//556925352/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336

Oper: ASYN                          Type: LP-MN-MG            WF 00155

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 12503-27JAN05 | 556925352 | | 19-JUL-04 | 006830899877 | |
| 500.00/USD | | | | | |

SEC 010948

TOTAL ITEMS:   0
K2      REQUEST SENT TO K2 FOR RETRIEVAL

```
WELLS FARGO WIRE TRANSFER SERVICES          (Report Id: Run 30-MAY-2003 23:05 Page 68196
FULL TRANSACTION REPORT                                    For 30-MAY-2003

<<< TRN: 035550-068231 >>>

**** MESSAGE ENVELOPE ****                    ( Bank : 009 )

SRC/FED CALLER:                  CUR USD        EXT:
TEST : VAL:/         AMT:727,000.00    TYP:FT7X7  FNB SIS ONB DB-N CD:B COMM:N CBL:N
SAN ANTONIO, TX 0007425                                              TDDR:
DEPT:0007425/7796                      CDT RD:/03805569555352              ADV:LTR
WORLD SAVINGS BANK, F.S.B.             GBC INTERNATIONAL BIOFUEL AND
SAN ANTONIO, TX                        B&O N COFFCO CENTER CT UNIT 1135
SNDR: REF:NUM:0185                     BNF:/6925352
ORIG:/6639B3294                        INTERNATIONAL BIOFUEL &
CHARLES S RUPPMAN                      BIOCHEMICAL CORP              CHGI: BKCN
4291 FLAMINGO AVE                      BIOCHEMICAL CORP
NAPLES FL 34108

                                       ORIG TO BNF INFO:
                                       FBO CHARLES S RUPPMAN

**** MESSAGE TEXT ****

{1100}DDP N
{1110}035550071711F101
{1120}20030530118P01026002024503017711F101
{1510}1000
{1520}2003053011870010010022
{2000}000000000720000000
{3100}12228719SAVINGS - WSB*
{3320}0185
{3400}02910000019WELLS FARGO MN*
{3600}CTR*
{4200}D055562235P*
{4200}D055562235P*
INTERNATIONAL BIOFUEL & BIOCHEMICAL*
CORP*
{5000}D06639B3294*
CHARLES S RUPPMAN*
4291 FLAMINGO AVE*
NAPLES FL 34108*
{6000}FBO CHARLES S RUPPMAN*

**** MESSAGE HISTORY/SEQUENCE
009 is the banking bank. Priority: Delivery Ack.
      REF INDEX    REF #: 035550068231  30-MAY-2003 16:11:11.06
      FEDSNAIN2    SEQ #: 39855  30-MAY-2003 16:11:11.06
      FEDSNAIN2    SEQ #: 39855  30-MAY-2003 16:11:11.18
      FLASHROV     ABA: 12228719  FED 2003 16:11:11.18
                   IMAG: 0550118700100010220530171711F101
      FEDING       DEG TEXT:
```

SEC 010949

WF 00156

```
WELLS FARGO WIRE TRANSFER SERVICES        [Reptid] Run 3-JUN-2003 21:40 Page 24304
FULL TRANSACTION REPORT                             For  3-JUN-2003

<<<< TRN: 030603-050082 >>>>
*****MESSAGE ENVELOPE *****
                                          ( Bank ( 009 )

SRC:FI1 CALLER:                    CUR:USD          EXT:
RPT#  VAL:/ AMT:$20,000.00         TYP:FTR/1000: FNDS/S CHG:CR/BR CDH:H CDH:N TR:BRW
TEST: VAL:/                        DDT-AU/121000248                    ADV:FED
GL RECON: 030603 032353352        CDT-AU/121000248
DEPT:1867206070                   WELLS FARGO BANK, N.A.
BBC:INTERNATIONAL BIOFUEL AND     SAN FRANCISCO, CA
BBC:AMERICAN BIO FUELS, LLC       BNF BANK:
BBC:N COFCO CENTER, 11 UNIT 1155  WELLS FARGO BANK, N.A.
PHOENIX AZ 85008-6447             SAN FRANCISCO           CA
SNDR REF NUM:FW060701S4203155                                CHG: BKZN

                                  BNF:/620966722G
                                  American Bio Fuels, LLC

                                  ORIG TO BNF INFO:
                                  Licensing agreement for Arizona and
                                  Nevada (payment)

***** CREDIT PAYMENT MESSAGE TEXT *****

C1510) Type/Subtype Code:         10 (transfer of funds)
       Subtype Code:              00 (Regular transfer)

C2000) Amount:                    $20,000.00

C3100) Sending Bank:              091000019
       ABA Number:                WELLS FARGO MN
       Short name:                Address not on file
       ABA lookup:

C3320) Sender Reference:          030603050082

C3400) Receiving Bank:            121000248
       ABA Number:                WELLS FARGO SF
       Short name:                Address not on file
       ABA lookup:

C5000) Business Function Code:    CTR (Customer transfer)

C4100) Receiving Bank:            WELLS FARGO BANK, N.A.
                                  SAN FRANCISCO           CA

C4200) Beneficiary:               D/620966722G
                                  AMERICAN BIO FUELS, LLC

C4200) Beneficiary's Bank:        WELLS FARGO BANK, N.A.
                                  SAN FRANCISCO
```

SEC 010950

WF 00157

```
WELLS FARGO WIRE TRANSFER SERVICES  [Report(d)  Run 3-JUN-2003 21:40 Page 26538
FULL TRANSACTION REPORT                                  For  3-JUN-2003

<<< TRN: 030603 0511952 >>>
***** MESSAGE ENVELOPE *****

                                    ( Bank : 009 )

                                      EXIT:
                              CUR:USD        TRN#
RPT#:FTR/1000 FDDSS:CHP-DDA:DC CONV ORG:N
                   CDT : 00/021000248            ORG:N
                   DEPT : 003533                 ADV:FED
                   WELLS FARGO BANK, N.A.
                   SAN FRANCISCO, CA
                   BNK BANK:
                   WELLS FARGO BANK, N.A.
                   SAN FRANCISCO              CA        CHG: BKN

                              BNF:/620966726>
                              American Bio Fuels, LLC

                   ORIG TO BNF INFO:
                   Reimbursement of expenses

***** CREDIT PAYMENT MESSAGE TEXT *****

(1510) Type/Subtype Code:  10 (Transfer of funds)
       Subtype Code:       00 (Regular transfer)

(2000) Amount:             $2,500.00

(3100) Sending Bank:       091000019
       ABA Number:         WELLS FARGO INT
       Short name:         Address not on file
       ABA Lookup:

(3320) Sender Reference:   030603 0511952

(3400) Receiving Bank:     121000248
       ABA Number:         WELLS FARGO SF
       Short name:         Address not on file
       ABA Lookup:

(3600) Business Function Code:  CTR (Customer transfer)

(4100) Beneficiary's Bank:  WELLS FARGO BANK, N.A.
                            SAN FRANCISCO           CA

(4200) Beneficiary:        D/620966726>
                           AMERICAN BIO FUELS, LLC
```

```
SEC:FTI CALLER:
TEST: VALI/
***WIRE REIMBURSEMENT ***
GL RECON: 03B038
DEPT:1040700070
18001020026070
INTERNATIONAL BIOFUEL AND
BIO-CHEMICAL CORP
BBG, IL COFCO, CENTER CT UNIT 1135
PHOENIX AZ 85008-6447
SNDR REF NUM:F40607015424155
```

SEC 010951

WF 00158

```
WELLS FARGO WIRE TRANSFER SERVICES   Reported)  Run 5-JUN-2003 21:52 Page 87862
FULL TRANSACTION REPORT                          for 5-JUN-2003

<<<< TRN: 030605035288 >>>>
***** MESSAGE ENVELOPE *****                    ( BANK: 009 )

SEC:FT1 CALLER:                    EXT:
RPT#: VAL//                        TRDR#          TRDR#
TEST: VAL//                        TST
POST D: 030605035525E             TYPE:FRJ1000 FNDS:S CHGDR:B CDLI CBR:N
GL RECON: 03803B                  DEPT:0002102D0018       ADV:FED
DEPT:10401A04070                  DEPT:0002102D0018
BI:BENTRANSACTIONAL: RICHLE AND   BANK OF NEW YORK
BENTRANSACTIONAL:RICHLE AND       NEW YORK, NY
PHOENIX AZ 85008-6447             BNF BANK:
886: N COFCG CENTER CT UNIT 135   BANK OF NEW YORK          NY
SNDR REF NUM:FW0601415605059065   NEW YORK

                                  BNF:/644006870D
                                  HOPE D TROWBRIDGE
                                  DENVER CT                 CHGS:BKTW
                                  ORIG TO BNF INFO:
                                  REIMBURSEMENT EXPENSES

***** CREDIT PAYMENT MESSAGE TEXT *****
{1510} Type/Subtype Code:      10 (Transferred funds)
       Subtype Code:          00 (Regular transfer)

{2000} Amount:                 $2,500.00

{3100} Sending Bank:           091000019
       ABA Number:             WELLS FARGO MN
       ABA Lookup:             Address not on file

{3320} Sender Reference:       030605035288

{3400} Receiving Bank:         021000018
       ABA Number:             BK OF NYC
       Short Name:             Address not on file
       ABA Lookup:

{3600} Business Function Code: CTR (Customer transfer)

{4100} Beneficiary's Bank:     BANK OF NEW YORK
                               NEW YORK                     NY

{4200} Beneficiary:            D/644006847D
                               HOPE D TROWBRIDGE
```

SEC 010952

WF 00159

WELLS FARGO WIRE TRANSFER SERVICES   (Report[d])   Run 6-JUN-2003 21:43 Page 89215
FULL TRANSACTION REPORT                                   For 6-JUN-2003

<<< TRN: 030606-034581 >>>                                ( Bank : 009 )

***** MESSAGE ENVELOPE *****

SEC FTI CALLER:     CURUSR
TEST: VAL/          TYP-FTR/R1000 TN:PSSS MG:D3:N CD:H COM:N CBL:N
CLT:ECON 030606-034581              EXIT:            T:ADR
G/L RECON 0338028352               CDT A:021001088          ADV:FED
DEPT:104014C6070                   DEPT:0002/465
[IBBK:INTERNATIONAL BICHUEL AND    152 FIFTH AVE
BBK:COECOL CCENTER:CITI UNIT:1135  NEW YORK, NY, US
PHOENIX AZ 85008-6447              HSBC BANK USA
SNDR REF NUM:FW06014157272665      BUFFALO

                                   BNF:/2017-2835757-9          CHG: BCKN
                                   H: MELVILLE HICKS JR          NY
                                   NEW YORK, NY

                                   ORIG TO BNF INFO:
                                   LEGAL FEES

***** CREDIT PAYMENT MESSAGE TEXT *****

(1510) Type/Subtype Code:          10 (transfer of funds)
       Subtype Code:               00 (Regular transfer)

(2000) Amount:                     $2,500.00
                                   $2,500.00
(3100) Sending Bank:               021000019
       ABA number:                 WELLS FARGO NW
       Short name:                 Address not on file
       ABA lookup:

(3320) Sender Reference:           030606034581
(3400) Receiving Bank:
       ABA number:                 021001088
       Short name:                 HSBC USA
       ABA lookup (REL):           HSBC USA
                                   152 FIFTH AVE
                                   NEW YORK, NY, US

(3600) Business Function Code:     CTR (Customer transfer)

(4100) Beneficiary's Bank:         HSBC BANK USA          NY
                                   BUFFALO

SEC 010953

WF 00160

WELLS FARGO WIRE TRANSFER SERVICES    (Report Id) Run 8-JUL-2003 21:33 Page 13830
FULL TRANSACTION REPORT                            for 8-JUL-2003

<<< TRN: 030708-045480 >>>

**** MESSAGE ENVELOPE ****

( Bank : 009 )

SBC.CITI CALLER:                         CUR/USD:                    EXT:

RPT#: VAL// ANT:2,000.00         TYPE:FTR/1000: FUNDS XFER TRANSFER    CR*R    TRN#
TEST#:                                  DDT*A/02100108B             ADV:FED
*ABT 030805552                          DEPT:0074245
G/L RECON: 030638                       HSBC BANK USA
DEPT:10601406070                        1152 FIFTH AVE
IBBC INTERNATIONAL BIOFUEL AND          NEW YORK, NY US
CORP DBA: BUFFALO BIOFUEL CORP          BNF:NAME
BSSC COCECL CENTER/CTI UNIT 1175        HSBC BANK USA
PHOENIX AZ 85008-6447                   BUFFALO                      CHG: BKN
SNDR REF NUM:FWC0014/10960796
credit b: melville hicks jr accou       BNF:/017-22367-9                          NY
nt number: 017-22367-9                  951 fifth ave suite 1625
                                        NEW YORK, NY US
                                        ADVICE INSTRUCTIONS:
                                        PIN:12126559944

**** CREDIT PAYMENT MESSAGE TEXT ****

(3510): Type/Subtype Code:             00 (transfer of funds)
        Subtype Code:                  00 (regular transfer)

(2000): Amount:                        $2,000.00

(3100): Sending Bank:
        ABA number:                    091000019
        Short name:                    WELLS FARGO NW
        ABA lookup:                    Address not on file

(3320): Sender Reference:              030708045480

(3400): Receiving Bank:
        ABA number:                    021001088
        Short name:                    HSBC USA
        ABA lookup (REL):              HSBC BANK USA
                                       1152 FIFTH AVE
                                       NEW YORK, NY US

(3600): Business Function Code:        CTR (Customer transfer)

(4100): Beneficiary's Bank:            HSBC BANK USA
                                       BUFFALO                      NY

(4200): Beneficiary:                   D/017-22367-9

WELLS FARGO WIRE TRANSFER SERVICES          [Reportid] Run 16-JUL-2003 21:41 Page - 2/82
FULL TRANSACTION REPORT                                 For 16-JUL-2003

<<< TRN: 030716-041079 >>>

***** MESSAGE ENVELOPE *****                           ( Bank: (00) )

SRC: FTI CALLER:                                        EXT:
RPT#:
TEST: VAL:/                      CUR: USD
*BAT 2/030855695252             TYP: FTR/F1000 FNC: SIS CHG: DBR CID: N CCM: N FRC: N
GL RECV: 0030308               DEPT: 00021088                           ADV: FED
DEPT: 1001406070               HSBC BANK USA
INTERNATIONAL BIOFUEL AND      1152 FIFTH AVE
BIOCHEM CANADA CORPORATION     NEW YORK, NY, US
B66 N COECO CENTER CT UNIT 1135 BNF BANK:
PHOENIX AZ 85008-6447          HSBC BANK USA
SNDR REF NUM: FRC060141970823337 BUFFALO

                               BNF:/017-22267-9          CHG: BKN
                               H. MELVILLE HICKS JR
                               NEW YORK, NY

***** CREDIT PAYMENT MESSAGE TEXT *****
(C1510) Type/Subtype Code:     10 (transfer of funds)
        SubType Code:          00 (regular transfer)

(C2000) Amount:                $500.00

(C3100) Sending Bank:          091000019
        ABA number:            WELLS FARGO NA
        Short name:            Address not on file
        ABA lookup:

(C3320) Sender Reference:       030716041079

(C3400) Receiving Bank:        021001088
        ABA number:            HSBC USA
        Short name:            HSBC BANK USA
        ABA lookup (REL3)      1152 FIFTH AVE
                               NEW YORK, NY, US

(C3600) Business Function Code: CTR (Customer transfer)

(C4700) Beneficiary's Bank:     HSBC BANK USA
                                BUFFALO              NY

(4200) Beneficiary:             D/017-22267-9
                                H. MELVILLE HICKS JR
                                NEW YORK, NY

(C4320) Reference for Beneficiary: FRC060141970823337

                                                          SEC 010955

                                                          WF 00162

```
WELLS FARGO N.A.
FULL TRANSACTION REPORT                                    FOR 02-JAN-2004                    Page  4516

<<< TRN: 0401102-032547 >>>
***** MESSAGE ENVELOPE *****                               ( BANK: 1000 )

SPECIFIED CALLER:
RPT#                    AMT:$50,000.00        CUR:USD       EXT:
TEST1:VAL                              TYPE:FTX/  FWD:S/S CHG:DB.LW CD:B COM:N  TR0#W
                                       CDT *0/0305055925352                     ADV:LTR
*DBT A/122287196                       GL RECON: 032038
DBT:00087463                           1BBC INTERNATIONAL BIOFUEL AND
NORWEST BANK F.S.B                     BRANCH CORTLD CENTER CT UNIT:11135/
SAN ANTONIO,TX                         PHOENIX AZ 85080-6447               CHG:  BKN

SNDR REF NUM:0025                       BNF:/055602352                 CHG: BKN
ORIG /265786200B                       INTERNATIONAL BIOFUEL & BIOCHEMICAL
CHARLES S RUPPMAN                       CORP
493 FLAMINGO AVE                        ORIG TO BNF INFO:
NAPLES, FL 34108                        FBO: CHARLES S RUPPMAN/CPT ATTN DEER
                                        OF ALLEN JR.

C1100: Message Disposition:
        Format Version:                02 (New expanded format)
        Test Production Code:          P (Production)
        Msg Duplication Code:          (Original incoming msg)
        Msg Status Indicator:          N (Incoming msg)

C1110: Acceptance Treatment:
        Date:                          01/02
        Time:                          13:57
        Application Id:                TD1

C1120: OMAD:
        Output cycle date:             2004/01/02
        Output Destination Id:         1B7/TR
        Output sequence number:        000984
        Output date:                   01/02
        Output time:                   13:57
        Output application Id:         TD1

C1510: Type/Subtype Code:
        Type Code:                     10 (Transfer of funds)
        Subtype Code:                  00 (Regular transfer)

C1520: IMAD:
        Input cycle date:              2004/01/02
        Input source Id:               1B7201C
        Input Sequence number:         000208

C2000: Amount:                         $50,000.00
```

SEC 010956

WF 00163

```
WELLS FARGO BANK N.A.
FULL TRANSACTION REPORT                                    FOR 10-FEB-2004              Page 65847

<<< *** MESSAGE ENVELOPE *** >>>                          ( Bank: 1009 )
**** *** MESSAGE ENVELOPE **** ***

SRC-FED CALLER*                                                                  EXT.
RPT#:                        AMT/7,000:00    CUR/USD
TEST-VAL-                                    TYP/FTR/.    FNOSIS CUG/DB N CD B COM N CBL N
                                             CDT *0/038055 5092552                TROP#
*DBT A/0610000104                            GL RECON: 038038                    ADV1LTR
GL RECON: 009009
DATE 0/00000 0104                            1080 N INTERNATIONAL BIOFUEL AND
SUNTRUST BANK                                PHOENIX 24TH ST
ATLANTA GA                                   BNF1/055092552              R2 8501C-5203
                                             INTERNATIONAL BIO FUEL   CHG: BKN
SNDR REF NUM/0402100055587
ORIG /000001460203                           ORIG TO BNE INFO:
RACHEL/ ICB LMASHEE                          FRC DE FRANCESCO
ATTN: ICB 1 LMASHEE
1100 N 14TH ST NW 800
WASHINGTON, DC 20005

C1100: Message Disposition:
         Format Version:                     02 (New expanded format)
         Test Production Code:               P (Production)
         Msg Duplication Code:               (Original Incoming msg)
         Msg Status Indicator:               N (Incoming msg)

C1110: Acceptance Timestamp:

         Date:                               0210
         Time:                               1205
         Application Id:                     FT01

C1120: OMAT:
         Format cycle date:                  2004/02/10
         Output Destination Id:              IIBP0753R
         Output sequence number:             000474
         Output time:                        0210
         Output application id:              FT01

C1510: Type/Subtype Code:                    10 (Transfer of funds)
         Type Code:                          00 (Regular transfer)
         Subtype Code:

C1520: IMAD:
         Input cycle date:                   2004/02/10
         Input Source Id:                    F3GCY9AC
         Input sequence number:              001784

C2000: Amount:                               $7,000.00
```

SEC 010957

WF 00164

WELLS FARGO BANK N.A.
FULL TRANSACTION REPORT
FOR 05-MAR-2004    Page 29089

<<< TRN: 040305-035956 >>>    MESSAGE ENVELOPE  **** ( BANK: 002 )

SRC/FED CALLER:    EXI:
RP#    AMT:15,000.00    CUR:USD    TYPE:TRX:    FROSIS CHG:DB-N CD:B COM:N CBL:N
TEST:VAL                            CDT */O/:03805569253552    FRD#:
*DBT A/061000104                    GL RECON: 030038        ADV:LTR
DBT RECON: 000009                   1880 INTERNATIONAL BIOFUEL AND
SUNTRUST BANK                       4426 N 24TH ST         /42 85010-3203
ATLANTA, GA                         PHOENIX

SNDR REF NUM:04030501046 9          BNF/:03805692552
ORIG/:00000714680203                INTERNATIONAL BIO FUEL
MACHET CO                                              CHG:    BK:N
ATTN: WENDELL L MACHTE
1101 30TH STREET NW 500             ORIG TO BNF INFO:
WASHINGTON DC 20005                 FBO JEANNE ROEDER

C1100: Message Disposition:
                            02 (New expanded format)
    Text Version:
    Test Production Code:       P (Production)
    Msg Duplication Code:       (Original incoming msg)
    Msg Status Indicator:       N (Incoming msg)

C1110: Acceptance Timestamp:
    Date:                       03/05
    Time:                       14:48
    Appl:cation Id:             FT01

C1120: OWAD:
    Output level date:          2004/03/05
    Output Destination Id:      NB7001TR
    Output sequence number:     000866
    Output date:                03/05
    Output time:                14:48
    Output application id:      FT01

C1510: Type/Subtype Code:
    Type Code:                  10 (Transfer of funds)
    Subtype Code:               00 (Regular transfer)

C1520: IMAD:
    Input Cycle date:           2004/03/05
    Input Source Id:            F1026VAC
    Input Sequence number:      003350

C2000: Amount:                  $15,000.00

SEC 010958

WF 00165

```
WELLS FARGO BANK N.A.
FULL TRANSACTION REPORT                        FOR 05-MAR-2004,        Page 29901

<<< TRN: 040305:04203 >>>
***** MESSAGE ENVELOPE *****                   ( BANK : 002 )

SRC:FED CALLER:                                EXT:

RPT#:                    AMT:10,000.00     CUR:USD          FROM#
TESTI:WILL:                                TYP:FTR/     FMDS:S CHG:DBIW CD:8 CONV:N CBL:N
                                           CDI */035055022552               FROM#
*DBT X/061000104                           GL_RECON: 08038          ADV:LTR
GL_RECON: 009009                           IBBC INTERNATIONAL BIOFUEL AND
SUNTRUST BANK                              4850 N 24TH ST
ATLANTA, GA                               PHOENIX AZ 85014,5203

SNDR REF NUM:040305010516                 BNF:/055025252
ORIG:/000001680203                        INTERNATIONAL BIO FUEL,                CHG: BKŽN
MACHEL:CO
ATTN:VENDIE L MACHIE                      ORIG TO BNF INFO:
1101 14TH ST NW SUITE 600                 REI:/BO ROBERTA DEFRANCESCO
WASHINGTON DC 20005

C1100D: Message Disposition:              02  (New expanded format)
      Test Production Code:               T  (Test)
      Msg Duplication Code:              P  (Production)
      Msg Status Indicator:             N  (Original Incoming msg)

C1110D: Acceptance Timestamp:
      Date:                             05/05
      Time:                             14:50
      Application Id:                   FT01

C1120: OMAD:
      Output cycle date:               2004/03/05
      Output destination id:           118A70138R
      Output sequence number:          000835
      Output date:                     03/05
      Output time:                     14:50
      Output application id:           FT01

C1150: Type/Subtype code:              10 (Transfer of funds)
      Subtype Code:                    00 (Regular transfer)

C1520: IMAD:
      Input cycle date:                2004/03/05
      Input source id:                 F10Z26AC
      Input sequence number:           003402

C2000: Amount:                         $10,000.00
```

SEC 010959

WF 00166

```
WELLS FARGO BANK N.A.                                          FOR 08-MAR-2004        Page 80138
FULL TRANSACTION REPORT

<<< TRN: 04030B-025326 >>>    ( Bank: 009 )
**** MESSAGE ENVELOPE ****

SRC:FT1 CALLER:                                              EXT:
RPT#:
TEST: VAL:         AMT:1,500.00

*DBT : 053053235352                 CUR:USD   TYPE:FR/1000 FN:0S55 CRH:D8 R.OD:W CNM:CRL:N
**DBT : RECDN 0356028               CD*:A//121020024                        FROM*
DEPT:X601140607/0                   G1.0 RECDN 0350009                       ADV:FED
IBBC: INTERNATIONAL BIOFUEL AND     DEPT:0007463
BUSINESS CORPORATION                BANK ONE, N.A.
4357  W 24TH ST                     PHOENIX, AZ
PHOENIX AZ 85016-5203               AZ
SNDR REF NUM:FW0601100624*0267      BNF BANK:               CHG: BKON
                                    BANK ONE N.A.
                                    PHOENIX

                                    BNF:/643982770          AZ
                                    JOSEPH R LINKEVIC

                                    ORIG TO BNF INFO:
                                    REIMBURSEMENT OF EXPENSES

**** CREDIT PAYMENT MESSAGE TEXT ****

C1510) Type/Subtype Code:           10 (Transfer of funds)
        Type Code:                  00 (Regular transfer)
        Subtype Code:

C2000) Amount:                      $1,500.00

C3100) Sending Bank:                091000019
        ABA Number:                 WELLS FARGO MN.
        Short Name:                 WELLS FARGO BANK, NA
        ABA Lookup (AUX):           MINNEAPOLIS MN

C3320) Sender Reference:            04030B025326

C3400) Receiving Bank:              122000024
        ABA Number:                 BANK ONE ARIZONA
        Short Name:                 BANK ONE, N.A.
        ABA Lookup (AUX):           PHOENIX, AZ

C5000) Business Function Code:      CTR (Customer transfer)
```

SEC 010960

WF 00167

WELLS FARGO BANK N.A.
FULL TRANSACTION REPORT

FOR 11-MAR-2004                                    Page 52535

<<< TRN: 040311-017763 >>>
<<< **** MESSAGE ENVELOPE **** >>>          ( Bank 1 002 )

SPECIFIED CALLER:                            EXT:

RPT#                    AMT:410,000.00    CUR:USD    TYPE:FTR/   FN0SIS:C&B:B&W:CD:B ICOH:N CBI:N
TEST:VALL                                                                              ITR:FA
*DBT A/0514000549                          CDT */0.030555292535352                     ADV:LTR
GL RECON: 009009                           GL RECON: 038038
DEPT:00072423                              IBBC INTERNATIONAL BIOFUEL AND
HAROLD BANK NA OF VIRGINIA                 4637 N 24TH ST
ROANOKE, VA.                               PHOENIX AZ 85016-5203

SNDR REF NUM:040311012445
CORR/CA A/012727                           BNF:/0554925352                    CHG: BKN
STEPHEN A MORRISON                         INTERNATIONAL BIOFUEL AND BIOCHEM.
1206 MEADOW GREEN LN
MCLEAN VA

REF NUM:040311250062 22102

C(1100) Message Disposition:
        Format (Version):        D2 (New expanded format)
        Test Production Code:     P (Production)
        Msg Disposition Code:     P (Original outgoing msg)
        Msg Status Indicator:     N (Incoming msg)

C(1110) Acceptance Timestamp:
        Date:                     03/11
        Time:                     11:00
        Application Id:           FT01

C(1120) OMAD:
        Output cycle date:        2004/03/11
        Output Destination Id:    B7Q30338
        Output sequence number:   000252
        Output time:              03/11
        Output application Id:    FT01

C(1130) Type/Subtype Code:
        Type Code:                10 (Transfer of funds)
        Subtype Code:             00 (Regular transfer)

C(1520) IMAD:
        Input cycle date:         2004/03/11
        Input Source Id:          B7Q505CC
        Input Sequence number:    000200

C(2000) Amount:                   $10,000.00

C(3100) Sending Bank:

SEC 010961

WF 00168

```
WELLS FARGO BANK N.A.
FULL TRANSACTION REPORT
                                         FOR 17-MAR-2004          Page 25248
>>> TRN:040317-059009 >>>
***** MESSAGE ENVELOPE *****                ( Bank : 009 )

SRC-FED CALLER:                                                   EXT:

RPF#                    AMT:10,000.00
TEST:    VAL:           TYPE:FTR7     CUR:USD
                                      FND:IS CHG:DB:U CD:B COM:N CBL:N

*DBT A/05500320Ï                      CDT *0:/020005502953552
GL RECON:000009                       GL RECON:038036
DEPT:000007463                        1880 INTERNATIONAL BIOFUEL AND
WACHOVIA BANK, NA OF MARYLAND         P980 N 24TH ST
BETHESDA, MD                          AT 0001-0005030      TOPR#    ADV:LTR

SNDR REF NUM:040317027443             BNF:/055092953552     CHG:          BKCN
ORIG /103/400557027443                INTERNATIONAL BIOFUEL & BIO CHEMIC.
HAYNEJ DEFRANCESCO
6956 SILENT DELL LANE
COLUMBIA MD

REF NUM:040317300042    21044

(C1100) Message Disposition:
        Format Version:           02 (New expanded format)
        Msg Production Code:      P (Production)
        Msg Application Code:     O (Original incoming msg)
        Msg Status Indicator:     N (Incoming msg)

(C1110) Acceptance Timestamp:
        Date:                     03/17
        Time:                     14:49
        Application Id:           FT01

(C1120) OMAD:
        Output cycle date:        2004/03/17
        Output destination id:    11870158
        Output sequence number:   000623
        Output date:              03/17
        Output time:              14:49
        Output application Id:    FT01

(C1510) Type/Subtype Code:
        Type Code:                10 (Transfer of funds)
        Subtype Code:             00 (Regular transfer)

(C1520) IMAD: cycle date:         2004/03/17
        Input source id:          EBB976562
        Input sequence number:    000215

(C2000) Amount:                   $10,000.00

(C3100) Sending Bank:
```

SEC 010962

WF 00169

WELLS FARGO BANK N.A.
FULL TRANSACTION REPORT                                    FOR 19-MAR-2004                    Page 94,333

<<< TRN: 040319-029007 >>>
***** MESSAGE ENVELOPE *****                               ( BANK: 0009 )

SRC-FED CALLER:                                            EXT:
RPT#:              AMT:10,000.00        CUR:USD   TYPE:FTR/
TEST:      VAL:                                   FNDIS:CHG:DB:N CR:B COM:N CBL:N
*DBT A/25C078646           CDT *0/038055292552                              TRDR#
GL RECON: 009009           GL RECON: 038038                                 ADV:LTR
DEPT:0007653               1985 INTERNATIONAL BIOFUEL AND
DEPT:000FCU                PHOENIX 24TH ST
ALEXANDRIA VA

SNDR REF NUM:01            BNF:                                    CHG: BKCN
ORIG: GC STGNOR            INTERNATIONAL BIOFUEL & BIOCHEMICAL
TONY R STGNOR              CORP /AC 5925373 NORTH 24TH
12731 MARBORO LANE         STREET PHOENIX AR 85016-5203
FAIRFAX VA 22033

(1100) Message Disposition:
    Message Version:              22 (New expanded format)
    Test Production Code:         P (Production)
    Msg Duplication Code:           (Original incoming msg)
    Msg Status Indicator:         N (Incoming msg)

(1110) Acceptance Timestamp:
    Date:                         03/19
    Time:                         12:51
    Application Id:               FT01

(1120) OMAD:
    Output cycle date:            2004/03/19
    Output Destination Id:        1180/0134
    Output sequence number:       000575
    Output date:                  03/19
    Output time:                  12:51
    Output application id:        FT01

(1510) Type/Subtype Code
    Type/Subtype Code:            10 (Transfer of funds)
    Subtype Code:                 00 (Regular transfer)

(1520) IMAD:
    Input cycle date:             2004/03/19
    Input source Id:              E6B7426F1
    Input sequence number:        000681

(2000) Amount:          $10,000.00

(3100) Sending Bank:
    ABA number:         256078646
    Short name:         PENTAGON CU ALEX

SEC 010963

WF 00170

```
WELLS FARGO BANK N.A.
FULL TRANSACTION REPORT                                    FOR 23-MAR-2004                    Page 42477

<<< TRN: 040323-013962 >>>
**** MESSAGE ENVELOPE ****                          ( BANK: 000 )

SRC/FED CALLER:                        CUR$USD                      EXT.
TEST1.WALL        AMT:30,000.00     TYPE:FTR/   FMGIS.CHGGDBCH!ID:B.CONF'N.CBL.N      FROM#
                                                COT *D/0380556925352*                 ADVI.LTR
*DBT A/0514005549                      GL RECON:009009
GL RECON:009009                        GL RECON:009098
DEBIT:100250080000000                  BENE:INTERNATIONAL BIOFUEL AND
WACHOVIA BANK NA OF VIRGINIA           4657 N 24TH ST
ROANOKE:VA                             PHOENIX                        AZ 85016-5203

SNDR REF NUM:040323009339              BNF:D/0380556925352
ORIG:/550000000631                     INTERNATIONAL BIO-FUEL AND BIO-CHEM.    CHG: BK?N
FIRST CLEARING LLC                                                            CHG!  BK?N
GLEN ALLEN:I FIRST UNION (WS100)
GLEN ALLEN VA 23060
REF NUM:183280

C11000 Message Disposition:
       Format Version:                 02 (new expanded format)
       Test Production Code:           P (production)
       Msg Duplication Code:
       Msg Status Indicator:           N  (incoming msg)

C11000 Acceptance Timestamp:
       Date:                           03/23
       Time:                           10:16

C11100 CMQD:
       Application Id:                 FT01

C11200 CMQD:
       Output cycle date:              2004/03/23
       Output Destination Id:          I870019A
       Output Sequence Number:         000595
       Output date:                    2004/03/23
       Output time:                    10:16
       Output application Id:          FT01

C15100 Type/Subtype Code:
       Type Code:                      10 (transfer of funds)
       Subtype Code:                   00 (Regular transfer)

C15200 IMAD:
       Input cycle date:               2004/03/23
       Input Source Id:                I870019A
       Input Sequence Number:          000595C

C20000 Amount:                         $30,000.00

C31000 Sending Bank:
       ABA Number:                     0514005549
```

SEC 010964

WF 00171