

Subpoena Processing Department
P.O. Box 29728
MAC S3928-020
Phoenix, AZ 85038-9728

Page 1 of 2

## DECLARATION FOR RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

| Re:  Subpoena | Our Reference #:  1097336 |
|---|---|
| Agency Case #:    None | Date Served:    01/12/05 |
| Banking Entity:    Wells Fargo Bank, N.A.    (the "Bank") | |

I, Marie Fagan, declare that I am employed by Wells Fargo Services ("WFS") in the Subpoena Processing Department and the Bank's designated duly authorized Custodian of Records for documents and/or information produced under the above referenced legal order.  The Bank reserves its right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced herein.  I certify the authenticity of the records produced herewith and that they were:

A)     Made at or near the time of the occurrence, condition or event of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

B)     Kept in the course of regularly conducted activity.

C)     Made by the regularly conducted activity as a regular practice, by the personnel of the business.

The identities of the records produced herewith are as follows:

☐  Signature Card(s)          ☐  Statement(s)          ☐  Cashiers' Check(s)

☒  Deposit(s)/Credit(s)       ☒  Check(s)/Withdrawal(s)   ☒  Wire Transfer(s)

☐  Other:

Records necessary for compliance may have been limited as indicated below:

☐  The Bank does not possess any of the records as described in the above referenced legal order.

☒  The enclosed records are true copies of bank records in the custodian's possession as described in the above referenced legal order.  This constitutes final production, unless notified otherwise.

☐  The enclosed records are true copies of bank records.  This submission constitutes only part of the records in the custodian's possession as described in the above referenced legal order.

　　　☐  The Bank and/or WFSC received notification that no further production is required.  File closed.

☐  Compliance with the above referenced legal order was limited to the following through agreement with the requesting party:

☒  The Bank is unable to provide the following records as described in the above referenced legal order:
　　　Film for Deposit of 7/18/03 is unreadable.

Microfilm copies of requested transactions may be missing for the following reasons:  Item(s) not on film, Film fogged, blank, black, damaged, destroyed or not available, Item(s) piggy-backed on film, electronic transaction(s), or other reasons that may prevent the Bank from completing a thorough search of records.  The Bank's Legal Group will direct compliance for credit card, various types of loan information, and other non-depository information subject to the above referenced legal order.

E:\Subpoena Department\Documents\Declaration WFSC.doc
Rev. 11/03

SEC 010965                    WF 00172





Subpoena Processing Department
P.O. Box 29728
MAC S3928-020
Phoenix, AZ 85038-9728

Page 2 of 2

Our Reference #:  1097336

I am familiar with the **mode of preparation** of the enclosed records. They were prepared as follows:

☐  Signature Card(s):   The customer(s) whose name appears on the signature card/account application and agreement form submitted the form to us requesting checking and/or savings account(s).  The customer(s) submitted personal and financial information which were relied upon by the Bank.  The customer(s) signed the form.  The Bank opened the savings and/or checking account(s) listed on the signature card.   The signature card was stored at and retrieved from the Bank's designated retention site(s).

☒  Check(s):   The check(s) drawn on the customer(s) account(s) were presented to the Bank and paid.  During the process of paying the check(s), a microfilm image of the front and back of the check(s) is taken in the sequence the check(s) is processed by the Bank.   The microfilm/fiche is then stored in the Bank's secured facilities.  In response to this legal order, the Bank retrieved the microfilm reel/fiche and produced an image of the check(s).

☒  Withdrawal Slip(s)/Deposit(s):   The withdrawal(s) (as evidenced by a withdrawal slip) made by customer at a teller window and all deposits made either at a teller window or through an ATM are processed by the Bank at designated central processing centers.  When the transaction is processed, a microfilm/fiche image of the front and back of the item is taken in the sequence the item is processed by the Bank.   The microfilm/fiche is then stored in the Bank's secured facilities.  In response to this legal order, the Bank retrieved the microfilm reel/fiche and produced an image of the withdrawal slip(s)/deposit(s).

☐  Statement(s):   Each monthly statement was prepared immediately after the closing date of the monthly account cycle as indicated on the statement(s).   The statement(s) accurately reflects all debit entries (checks, point of sale, ATM, teller withdrawals, fees, etc.) and credits (deposits, etc.) which occurred on the account(s) during the monthly account cycle.

☒  Other:   Original records were prepared or received at or near the time of their creation and were stored by Bank in the ordinary course of business.   Upon receipt of this subpoena, we searched and retrieved the original records and prepared a true and correct copy using generally accepted photocopying techniques.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of February, 2005, in the City of Chandler, State of Arizona.

*Marie Sagan*
Subpoena Processing Representative   (480) 724-2053

SEC 010966

Microfilm copies of requested transactions may be missing for the following reasons: Item(s) not on film, Film fogged, blank, black, damaged, destroyed or not available, Item(s) piggy-backed on film, electronic transaction(s), or other reasons that may prevent the Bank from completing a thorough search of records. The Bank's Legal Group will direct compliance for credit card, various types of loan information, and other non-depository information subject to the above referenced legal order.

I:\Subpoena Department\Documents\Declaration WFSC.doc
Rev. 11/03

WF 00173



Subpoena Processing Department
P.O. Box 29728
MAC# S3928-020
Phoenix, AZ 85038-9728

# DECLARATION

| Re: Subpoena | | Our Reference #: 1097336 |
|---|---|---|
| Agency Case #: None | | Date Served: 01/12/05 |
| Banking Entity: Wells Fargo Bank, N.A. (the "Bank") | | |

I, Marie Fagan, declare that I am employed by Wells Fargo Bank, N.A., in the Subpoena Processing Department and the Bank's designated duly authorized Custodian of Records for this matter, with the authority to certify the information provided herein. The Bank reserves its right to designate another Custodian as it deems appropriate in the event an actual appearance is required.

Account #: 556925204          The following deposits consisted of cash only:

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 04/21/03 | 1000.00 | 06/25/03 | 500.00 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 17th day of February, 2005, in the City of Chandler, State of Arizona.

_Marie Fagan_

Subpoena Processing Representative  (480) 724-2053                    **SEC 010967**



Subpoena Processing Department
P.O. Box 29728
MAC# S3928-020
Phoenix, AZ 85038-9728

# DECLARATION

| Re:   Subpoena | | Our Reference #:   1097336 |
|---|---|---|
| Agency Case #:     None | | Date Served:       01/12/05 |
| Banking Entity:    Wells Fargo Bank, N.A.      (the "Bank") | | |

I, Marie Fagan, declare that I am employed by Wells Fargo Bank, N.A., in the Subpoena Processing Department and the Bank's designated duly authorized Custodian of Records for this matter, with the authority to certify the information provided herein. The Bank reserves its right to designate another Custodian as it deems appropriate in the event an actual appearance is required.

Account #: 1302404881                    The following deposits consisted of cash only:

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09/30/04 | 500.00 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I declare under the penalty of perjury that the foregoing is true and correct.  Executed this 17th day of February, 2005, in the City of Chandler, State of Arizona.

Subpoena Processing Representative  (480) 724-2053                    SEC 010968



UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
450 Fifth Street NW
Mail Stop 0707
Washington, DC 20549-0707

**DIVISION OF ENFORCEMENT**

January 24, 2005

<u>VIA FACSIMILE 480-724-5106</u>
<u>AND CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>
Wells Fargo Bank
Custodian of Records
Subpoena Processing
100 W. Washington St.
15th Floor
Phoenix, AZ 85003
Attn: Marie Fagan
Ref. #: 1097336

Re: In the Matter of J-Bird Music Group Ltd. and International Biofuel and Biochemical Corporation, HO-09635

Dear Sirs/Madams:

In accordance with my previous letter to you, dated January 6, 2005, I am enclosing a Certificate of Compliance with the Right to Financial Privacy Act of 1978.

Very truly yours,

Christopher Conte
Assistant Director

Enclosure:

Certificate of Compliance

SEC 010969

WF 00176

# Business Account Application

| Bank name | COID | Date | Branch number | Cost center |
|---|---|---|---|---|
| Wells Fargo Bank Arizona, N.A. | 038 | 04/17/2003 | 02065 | 6070 |

| Officer name | Officer number | | Phone number | |
|---|---|---|---|---|
| KEVIN FARR | P0B34 | | | |

| Type of account | | Account number | Opening deposit | |
|---|---|---|---|---|
| BASIC BUS CKG | CHK | 0556925204 | ***,$10,500.00  OBC | |

| Business name and address | |
|---|---|
| CONSOLIDATED TRIBAL INVESTMENTS | 886 N COFCO CENTER CT UNIT 1135 |
| | PHOENIX            AZ 85008-6447 |

| Business telephone number | Business Fax number | TIN | Organization type |
|---|---|---|---|
| 602/369-6935 | | 47-0916231 | |

| Mo./Yr. Business started | Annual sales | Number of employees |
|---|---|---|
| 04 2003 | 1,000,000 | 8 |

| Entity identification by | Assumed name verification by | Business located in the geographical area of bank? If no, state reason for selecting bank. |
|---|---|---|
| ARTICLES OF INC | ASSUMED NAME FILING | YES |

| Address verification by | Business type: Manufacturing, Service, Retail, Wholesale, Agriculture | Description of product or service sold |
|---|---|---|
| FP/FD | Manufacturing | renewable energy developemnt and technologies |

| Primary trade area | Major Suppliers/Customers |
|---|---|
| International | |

| International transactions? If yes, list type of transactions | DACC Reference# |
|---|---|
| ☒ Yes  ☐ No    shipping to intl ports | 603BAC0858107 |

| Identification Type/Number | Check reporting status | Previous bank reference |
|---|---|---|
| SSN 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 | NORECORD | |

**Certification:** Under penalties of perjury, I certify that:
1. The number shown on this form is my correct Taxpayer Identification Number, and
2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an individual Retirement Arrangement (IRA), and payments other than interest and dividends), and
3. I am a U.S. person (including a U.S. resident alien).

☐ I am subject to backup withholding          ☐ I am exempt from backup withholding

| Signature | |
|---|---|
| X | |

| Reference description | |
|---|---|
| | |

By signing this application, I acknowledge that I have received a copy of the terms and conditions governing this account and agree to be bound by them. Also, for non-bank products, I/we have received a prospectus and understand that the products I/we am purchasing are not deposits or other obligations of the Bank, are not insured, endorsed or guaranteed by the Bank, and are not insured by an Agency or Instrumentality of the United States such as the Federal Deposit Insurance Corporation ("FDIC"), and involve investment risk, including possible loss of principal. I also certify that the information contained in my application is correct and I agree to be bound by the terms of agreements for any additional services requested with this application, including those contained on the back page of this application. In the event of any dispute arising under this Agreement, I agree to be bound by the terms of the dispute resolution program, including arbitration, as more fully described in the Business Account Agreement. I understand that, under this program, at my request or the request of the Bank, disputes must be resolved by an arbitration proceeding before a neutral arbitrator. If arbitration is requested, I do not have the right to a jury or court trial to resolve the dispute.

| Name of authorized signer and title | Authorized signature |
|---|---|
| LEEROY ALLEN JR | |
| ceo/ president | |

W 14P18 (11-01-47925J)

SEC 010970

WF 00177

FAR-0J.-02          01/14/2005 1:53    PAGE 13/14    RightFax
o:Marie Fagan-1097336  From: Banker Connection WFS (Confidential)

Do you want your statements mailed to an address other than the address listed on the first page?  Do you want duplicate statement copies?

☐ Yes   ☒ No                      ☐ Yes   ☒ No

Mail to:                          What is the mailing address if different than the address specified in this application?

Please indicate which services you would like to help your business save time or money.

☐ Wells Fargo Membership™ Banking   ☐ WellsTax® Service   ☐ Business Express
☐ Wells Fargo Business Gateway® Service   ☐ Payroll Services

By signing this application, I acknowledge that I have received a copy of the terms and conditions governing this account and agree to be bound by them.

**Minnesota:** If the bank is located in Minnesota, by signing this application, I declare that I have not had a checking or similar account closed without my consent within 12 months and I have not been convicted of a crime involving a check or similar item within 24 months prior to my becoming a signer on this account.

**WellsTax:** If I have selected to receive WellsTax services, by signing this document I also certify that the information contained in my application is to the best of my knowledge correct, that I will receive and read a copy of the Agreement To Perform Automated Services (WellsTax), (the" Agreement"), and that I agree to be bound by the terms of the Agreement.

**Business Express:** If I have selected to receive Business Express services, by signing this document I also certify that the information contained in my application is to the best of my knowledge correct, that I will receive and read a copy of the Business Express Services Agreement, ("the Agreement"), and that I agree to be bound by the terms of the Agreement.

**Minnesota - Check Reporting Agency** – Information on Individuals (For a Sole Proprietor, all authorized signers of an unincorporated association, and any partner of a Partnership of 3 or fewer partners who will have signing authority.)

| Name | TIN | Date of Birth | Check Reporting Agency Information |
|---|---|---|---|
| Name | TIN | Date of Birth | Check Reporting Agency Information |
| Name | TIN | Date of Birth | Check Reporting Agency Information |

side 2 page 1

SEC 010971

WF 00178

## WELLS FARGO

**Certificate of Authority**
(Deposits, Credit and Related Services)

| Bank name | | CID | 038 | Date (mm/dd/yyyy) 04/17/2003 | |
|---|---|---|---|---|---|
| WELLS FARGO BANK | | Location Code | 07085 | AU 06070 | |
| Officer name | KEVIN FARR | Officer number | P0634 | Phone number 802  378  4860 | |

Account number(s)
0508025204

_____ . ('Bank')

Customer's legal name   WELLS FARGO BANK

CONSOLIDATED TRIBAL INVESTMENTS                                           ('Customer')

doing business as _____   TIN/EIN   470916231

**Customer Type** (Check Box):
- ⦿ Corporation
- ○ Partnership
- ○ Limited Partnership
- ○ Sole Proprietor
- ○ Non-Profit Corporation
- ○ Unincorporated Association
- ○ Limited Liability Company
- ○ Limited Liability Partnership
- ○ Professional Corporation
- ○ Trust
- ○ Federal, State or Local Government Unit or Government Agency
- ○ Tribal Government Unit or Tribal Government Agency
- ○ Other

Customer organized under the laws of   STATE OF NEVADA
                                        (insert name of jurisdiction)

The person(s) signing below certifies to the Bank that:

(i) If the customer is not a trust or a sole proprietor, the governing body of the Customer has by resolution, agreement or other legally sufficient means, named the Bank as the Customer's depositary and has authorized and approved the terms of this Certificate in its own or any representative capacity in which it is acting, or

(ii) If the Customer is a trust, that the undersigned is/are all of the trustee(s) of the trust and the trustee(s) is/are duly authorized to execute this Certificate.

The person(s) signing below also certifies to the Bank that:

1. Any one of the persons whose names, any applicable titles and specimen signatures appear in the Signature Capture section is authorized on such terms, conditions and agreements as the Bank may at any time require to:

   a. Enter into agreements with the Bank for products and/or services now or hereafter offered by the Bank, and to amend, extend, supplement, terminate and otherwise in any manner act with respect to such agreements ("Agreements") on such terms and conditions as the Bank may at any time require;

   b. Establish one or more accounts with the Bank in the name of the Customer;

   c. Sign or otherwise authorize or endorse for deposit, cashing or collection, checks, drafts, payment orders, or other orders or instructions for payment, transfer or withdrawal (collectively "Withdrawals") from the Customer's account(s), including but not limited to, those payable to the individual order of any person signing or otherwise authorizing the Withdrawals and those payable to the Bank or to any other person for the benefit of any person who signed or otherwise authorized such Withdrawals;

   d. Give instructions to the Bank in writing (whether signed manually, by use of a facsimile, or by a mechanical device), orally, by telephone or by any electronic means in regard to the payment of funds and transaction of any business relating to the Customer's account(s) or agreements, and the Bank is authorized, directed and shall be indemnified and held harmless by the Customer for acting in accordance with any such instructions;

   e. Designate each account accessible with an ATM card or Debit card and each person in whose name a card will be issued;

   f. Purchase time accounts, whether certificated or not;

   g. Enter into agreements for safe deposit or safekeeping, cash management, wire or other funds transfer, commercial depositary and other deposit account related services; and

   h. Delegate their authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank unless the customer is a trust.

2. If any Withdrawal authorization requires communication of a code to the Bank, and the code is communicated, the Withdrawal will be binding on the Customer regardless of who communicates the code.

3. The Customer has received a copy of the Bank's documents describing the terms, conditions, availability of funds and fees for the Customer's account(s) and agrees to be bound by them.

4. In addition, any one, unless otherwise provided below, of the person(s) named in this Certificate may on the Customer's behalf, and without limitation:

   a. negotiate and procure loans, lines and other extensions of credit, letters of credit and related services from the Bank in any form and in amounts and on terms as the person or persons shall determine;

   b. discount, sell, assign, transfer, mortgage or pledge to the Bank any property now or hereafter owned by the Customer for such consideration as the person(s) deem(s) appropriate or as security for the payment or performance of any debts, liabilities or obligations to the Bank;

   c. unconditionally guaranty payment of any indebtedness owed to the Bank by any person(s);

   d. apply for issuance of letters of credit and related products and services for the account of the Customer or waive any letter of credit discrepancies or nonconformities and execute lease inventory notes and assignments of leases on behalf of the Customer;

   e. sign in the name of the Customer any instrument or document deemed necessary or required to carry out the authority contained in this Certificate; and

   f. subordinate to the Bank any interest of the Customer in any instrument or any other asset belonging to the Customer as the person(s) may deem appropriate.

5. The information provided on this Certificate is correct and complete, the persons whose names appear below in the Signature Capture section hold any positions indicated, and the signatures appearing opposite their names are authentic, official signatures.

6. The Bank is authorized to inquire at any time about any person named below and in the Signature Capture section with check and/or credit reporting services.

7. All transactions described in this certificate, or which would have been subsequently been authorized by an Agreement authorized by this certificate, conducted by or on behalf of the Customer prior to delivery of this Certificate are in all respects ratified, approved and confirmed.

WF3094 (rev.4/00)-6

SEC 010972

WF 00179

FAR-01-02            01/14/2005 1:53   PAGE 11/14   RightFax
o:Marie Fagan-1097336  From: Banker Connection WFS (Confidential)

8. This Certificate is in effect on the date indicated below and shall remain in effect until the Bank receives the Customer's written notice of its revocation and has had a reasonable opportunity to act on such notice.

9. If the Customer is a tribal government or tribal government agency, the Customer waives Sovereign Immunity with respect to all matters directly or indirectly referred to in this Certificate, and submits to the jurisdiction of, and the Bank may bring any legal proceeding directly or indirectly relating to a matter referred to in this Certificate, in a state or federal court.

DATE: 04/17/2003
[mm/dd/yyyy]

Certified/Agreed to by:

Signature:                              Signature:

Name: LeeRoy Allen Jr                   Name: LeeRoy Allen, Jr

Title: PRESIDENT                        Title: PRESIDENT

Imprint Seal (if any)

**AUTHORIZED SIGNERS** - Check the appropriate box and then complete the designated Signature Capture section(s). If neither box is checked and one of the Signature Capture sections is left blank the Bank will be authorized to treat the sections as having been completed identically.

○ Complete "Deposits and Related Services Only" section.

● Complete both of the following sections but if either section is blank and the other is completed, the Bank will be authorized to treat the sections as having been completed identically.

If the customer is a sole proprietor, any Authorized Signer named below shall hereby be appointed as the Customer's attorney-in-fact for the purpose of exercising the powers granted by this Certificate, and this power of attorney shall continue to be effective if the Customer becomes disabled or incompetent and until the Bank receives actual notice of this Certificate's termination.

**SIGNATURE CAPTURE -** Deposits and Related Services Only

Authorized Signers (Only one signer is required)

| Name | Title (if any) | Specimen Signature |
|------|---------------|--------------------|
| LeeRoy Allen Jr | PRESIDENT | |
| | | |
| | | |
| | | |

**SIGNATURE CAPTURE -** Credit and Related Services Only

Authorized Signers

Number of signers required (if left blank, only one signer is needed) _____

| Name | Title (if any) | Specimen Signature |
|------|---------------|--------------------|
| | | |
| | | |
| | | |
| | | |

SEC 010973

WF 00180

```
WELLS FARGO BANK ARIZONA, N.A.              PAGE 1 of 2
PHOENIX MAIN OFFICE                         Account Number:      055-6925204
P.O. BOX 6995                               Statement End Date:     05/13/03
PORTLAND, OR  97228-6995
```

```
        CONSOLIDATED TRIBAL INVESTMENTS
        886 N COFCO CENTER CT UNIT 1135
        PHOENIX AZ 85008-6447
```

```
  IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
  CALL: 800-225-5935 (1-800-CALL-WELLS).
```

----------------------------------------------------------------------

YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 055-6925204 | 57.05 |

----------------------------------------------------------------------

NEWS FROM WELLS FARGO

*Effective May 1, 2003, if a check drawn against your Wells Fargo account is presented over the counter by a person who does not have a deposit account at Wells Fargo, the bank may charge a $5 fee per check to the person presenting the check as a condition for paying the check. If your company participates in the Wells Fargo Membership(R) program, your employees are eligible for many free or discounted services. Please contact your banker if you have questions or for information on how your payee can avoid this fee.*

----------------------------------------------------------------------

BASIC BUSINESS CHECKING 055-6925204

CONSOLIDATED TRIBAL INVESTMENTS

| | | |
|---|---|---|
| APR 17 BEGINNING BALANCE | | 0.00 |
| TOTAL DEPOSITS/CREDITS | | 12,000.00 |
| TOTAL WITHDRAWALS/DEBITS | | - 11,942.95 |
| MAY 13 ENDING BALANCE | | 57.05 |

DEPOSITS AND CREDITS ---------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| APR 17 | DEPOSIT | 10,500.00 |
| APR 21 | DEPOSIT | 1,000.00 |
| MAY 13 | DEPOSIT | 500.00 |

WITHDRAWALS AND DEBITS ------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| MAY 01 | TRANSFER TO DDA # 000002000205852 | - 1,000.00 |
| MAY 13 | WITHDRAWAL MADE IN A BRANCH/STORE | - 500.00 |
| MAY 13 | ATM WITHDRAWAL - 05/13 MACH ID 5743H 4400 E. THOMAS (DRIVE PHOENIX AZ 1900 | - 200.00 |
| MAY 13 | CHECK CRD PURCHASE 05/12 LONS AT HERMOSA PARADISE VALL AZ 491987XXXXXX1900 2449398444YGLGS5Y ?MCC=5812 122105278DA | - 198.83 |

----------------------------------------------------------------------

CONTINUED ON NEXT PAGE

**SEC 010974**

**WF 00181**

*CONSOLIDATED TRIBAL INVESTMENTS*

PAGE 2 of 2
Account Number:                055-6925204
Statement End Date:            05/13/03

WITHDRAWALS AND DEBITS ------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|--------------------|--------|
| MAY 13 | POS PURCHASE - 05/12 MACH ID 000000 | |
| | 4502 E. OAK ROACOSTCO WHOPHOENIX AZ | |
| | 1900 | - 35.12 |
| MAY 13 | MONTHLY SERVICE FEE | - 9.00 |

CHECKS PAID -----------------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---------|------|--------|---------|------|--------|
| | APR 21 | 5,000.00 | | APR 21 | 5,000.00 |

DAILY BALANCE SUMMARY -------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| APR 17 | 10,500.00 | MAY 01 | 500.00 |
| APR 21 | 1,500.00 | MAY 13 | 57.05 |

----------------------------------------------------------------------------

FOR YOUR INTEREST

----------------------------------------------------------------------------
*THANK YOU FOR BANKING WITH WELLS FARGO.*

**SEC 010975**

**WF 00182**

```
WELLS FARGO BANK ARIZONA, N.A.          PAGE 1 of 2
PHOENIX MAIN OFFICE                     Account Number:      055-6925204
P.O. BOX 6995                           Statement End Date:    06/12/03
PORTLAND, OR  97228-6995
```

```
        CONSOLIDATED TRIBAL INVESTMENTS
        886 N COFCO CENTER CT UNIT 1135
        PHOENIX AZ 85008-6447
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

------------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 055-6925204 | - 6.87 |

------------------------------------------------------------------------
NEWS FROM WELLS FARGO

Simplify your business banking - and save hundreds of dollars. You can do both
with Wells Fargo Business Services PackagesSM. Customize a Package that is
right for your business, including checking, savings, payroll, credit, merchant
card processing or other services. Whatever financial services your business
might need, Wells Fargo has a Business Services Package for you. Stop by a
Wells Fargo location or call 1-800-359-3557, extension 416 for more
information.

Take advantage of our special Payroll offer. Sign up for Online Payroll by
Wells FargoSM between 6/1/03 and 7/15/03 for free installation (value up to
$100). First payroll must be processed by 8/31/03. Online Payroll by Wells
Fargo allows you to calculate payroll instantly, view reports online and offer
direct deposit or print paper checks at your business. It also offers next day
paychecks and basic business checking free of monthly maintenance fees when
that account is used to fund payroll. Call 1-800-359-3557 extension 417 or
visit wellsfargospecial.com and enter keyword Payroll3 for more information.
------------------------------------------------------------------------
BASIC BUSINESS CHECKING 055-6925204

CONSOLIDATED TRIBAL INVESTMENTS

```
MAY 13  BEGINNING BALANCE                                57.05
        TOTAL DEPOSITS/CREDITS                          100.00
        TOTAL WITHDRAWALS/DEBITS                       - 163.92
JUN 12  ENDING BALANCE                                  - 6.87
```

DEPOSITS AND CREDITS -----------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| MAY 19 | DEPOSIT | 100.00 |

------------------------------------------------------------            **SEC 010976**
CONTINUED ON NEXT PAGE


**WF 00183**

PAGE 2 of 2
Account Number:       055-6925204
Statement End Date:   06/12/03

*CONSOLIDATED TRIBAL INVESTMENTS*

WITHDRAWALS AND DEBITS -----------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|--------------------|--------|
| MAY 19 | CHECK CRD PURCHASE 05/17 MARIE CALLENDER'S #108 PHOENIX AZ 491987XXXXXX1900 24493984A60GAJLWZ ?MCC=5812 122105278DA | - 38.65 |
| MAY 22 | POS PURCHASE - 05/21 MACH ID 000000 2701 W INDIAN STEXACO SERPHOENIX AZ 1900 | - 20.65 |
| MAY 22 | CHECK CRD PURCHASE 05/21 KNOCK KNEED LOBSTER PHOENIX AZ 491987XXXXXX1900 24194044EWGWZ92E0 ?MCC=5812 122105278DA | - 12.76 |
| MAY 23 | CHECK CRD PURCHASE 05/22 MIRACLE MILE DELI PHOENIX AZ 491987XXXXXX1900 24493984E60BA566K ?MCC=5814 122105278DA | - 22.86 |
| MAY 27 | ATM WITHDRAWAL - 05/26 MACH ID 5743H 4400 E. THOMAS (DRIVE PHOENIX AZ 1900 | - 60.00 |
| JUN 12 | MONTHLY SERVICE FEE | - 9.00 |

DAILY BALANCE SUMMARY -----------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| MAY 13 | 57.05 | MAY 23 | 62.13 |
| MAY 19 | 118.40 | MAY 27 | 2.13 |
| MAY 22 | 84.99 | JUN 12 | - 6.87 |

-----------------------------------------------------------------------------------
FOR YOUR INTEREST

-----------------------------------------------------------------------------------

*THANK YOU FOR BANKING WITH WELLS FARGO.*

SEC 010977

WF 00184

```
WELLS FARGO BANK ARIZONA, N.A.         PAGE 1 of 2
PHOENIX MAIN OFFICE
P.O. BOX 6995                          Account Number:     055-6925204
PORTLAND, OR  97228-6995               Statement End Date:     07/14/03
```

```
        CONSOLIDATED TRIBAL INVESTMENTS
        886 N COPCO CENTER CT UNIT 1135
        PHOENIX AZ 85008-6447
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

----------------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 055-6925204 | 321.85 |

----------------------------------------------------------------------------
NEWS FROM WELLS FARGO

Increase your sales by providing your customers with more payment options.
Wells Fargo Merchant Services can expand your business with our credit, debit,
and ATM/online payment choices. And, when you have a Wells Fargo Business
Checking account, funds may be posted to your account the next business day.
Call us at 1-800-359-3557, ext. 422 or visit wellsfargospecial.com and enter
keyword: merchant3 to find out about ways to provide more payment options.

Being self-employed is rewarding. Reward yourself by refinancing with Wells
Fargo Home Mortgage. With Wells Fargo Home Mortgage's flexible guidelines, you
can refinance without worrying about verifying every dollar that you earn. Call
Wells Fargo Home Mortgage at 1-877-291-4326 and mention code 77g2.
----------------------------------------------------------------------------
BASIC BUSINESS CHECKING 055-6925204

  CONSOLIDATED TRIBAL INVESTMENTS

```
  JUN 12 BEGINNING BALANCE                          - 6.87
         TOTAL DEPOSITS/CREDITS                      500.00
         TOTAL WITHDRAWALS/DEBITS                   - 171.28
  JUL 14 ENDING BALANCE                              321.85
```

DEPOSITS AND CREDITS -------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| JUN 25 | DEPOSIT | 500.00 |

WITHDRAWALS AND DEBITS -----------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| JUL 07 | POS PURCHASE - 07/06 MACH ID 000000 4502 E. OAK ROACOSTCO WHOPHOENIX AZ 1900 | - 132.82 |
| JUL 07 | CHECK CRD PURCHASE 07/05 OFFICE MAX 00004218 PHOENIX AZ 491987XXXXXX1900 24399005V5F42XN5D 7MCC=5943 122105278DA | - 29.46 |
| JUL 14 | MONTHLY SERVICE FEE | - 9.00 |

----------------------------------------------------------------------------
CONTINUED ON NEXT PAGE                                 SEC 010978


                                                       WF 00185

```
                                      PAGE 2 of 2
                                      Account Number:        055-6925204
      CONSOLIDATED TRIBAL INVESTMENTS   Statement End Date:     07/14/03
```

DAILY BALANCE SUMMARY -------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| JUN 12 | - 6.87 | JUL 07 | 330.85 |
| JUN 25 | 493.13 | JUL 14 | 321.85 |

--------------------------------------------------------------------------
FOR YOUR INTEREST

*Simplify your business banking and save hundreds of dollars. You can do both with Wells Fargo Business ServicesSM Packages. Customize a Package that is right for your business, including checking, savings, payroll, credit, merchant card processing or other services. Stop by a Wells Fargo location or call 1-800-359-3557, extension 423 for more information.*

--------------------------------------------------------------------------
*THANK YOU FOR BANKING WITH WELLS FARGO.*                    **SEC 010979**


                                                             **WF 00186**

```
                                      PAGE 1 of 2
WELLS FARGO BANK ARIZONA, N.A.
PHOENIX MAIN OFFICE                   Account Number:        055-6925204
P.O. BOX 6995                         Statement End Date:    08/13/03
PORTLAND, OR  97228-6995
```

```
     CONSOLIDATED TRIBAL INVESTMENTS
     886 N COFCO CENTER CT UNIT 1135
     PHOENIX AZ 85008-6447
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

------------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 055-6925204 | 281.37 |

------------------------------------------------------------------------
NEWS FROM WELLS FARGO

Receive daily account updates and alerts via fax or email with our Morning
Express(R) service - an easy-to-read report on your previous day's business
checking account activity - as early as 7am every business day. Talk to a
banker or call 1-800-359-3557 ext. 464 for more information.
------------------------------------------------------------------------
BASIC BUSINESS CHECKING 055-6925204

   CONSOLIDATED TRIBAL INVESTMENTS

   JUL 14 BEGINNING BALANCE                              321.85
          TOTAL DEPOSITS/CREDITS                           0.00
          TOTAL WITHDRAWALS/DEBITS                      -  40.48
   AUG 13 ENDING BALANCE                                 281.37

   WITHDRAWALS AND DEBITS --------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| JUL 28 | CHECK CRD PURCHASE 07/26 PSI #6389 SACRAMENTO CA 491987XXXXXX1900 24661626GQ1LADBAB ?MCC=5542 122105278DA | - 9.00 |
| AUG 04 | CHECK CRD PURCHASE 08/02 PIZZA HUT OF AZ #40 520-2993945 AZ 491987XXXXXX1900 24492806P3EMPSJ71 ?MCC=5812 122105278DA | - 20.22 |
| AUG 08 | CHECK CRD PURCHASE 08/06 KINKO'S #0676 PHOENIX AZ 491987XXXXXX1900 24445006VJRQPKKM2 ?MCC=7338 122105278DA | - 2.26 |
| AUG 13 | MONTHLY SERVICE FEE | - 9.00 |

   DAILY BALANCE SUMMARY --------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| JUL 14 | 321.85 | AUG 08 | 290.37 |
| JUL 28 | 312.85 | AUG 13 | 281.37 |
| AUG 04 | 292.63 | | |

------------------------------------------------------------------   **SEC 010980**

CONTINUED ON NEXT PAGE

                                                                    **WF 00187**

```
                                           PAGE 2 of 2
                                           Account Number:        055-6925204
        CONSOLIDATED TRIBAL INVESTMENTS    Statement End Date:     08/13/03

--------------------------------------------------------------------------------
FOR YOUR INTEREST
```

```
--------------------------------------------------------------------------------
THANK YOU FOR BANKING WITH WELLS FARGO.
```

**SEC 010981**

**WF 00188**

```
WELLS FARGO BANK ARIZONA, N.A.           PAGE 1 of 2
PHOENIX MAIN OFFICE
P.O. BOX 6995                            Account Number:        055-6925204
PORTLAND, OR  97228-6995                 Statement End Date:    09/12/03
```

```
         CONSOLIDATED TRIBAL INVESTMENTS
         886 N COFCO CENTER CT UNIT 1135
         PHOENIX AZ 85008-6447
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

------------------------------------------------------------------------

YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING<br>055-6925204 | 31.96 |

------------------------------------------------------------------------

NEWS FROM WELLS FARGO

The Wells Fargo Visa Business Card is a convenient source of credit that gives
your business the control and flexibility you need. Your Wells Fargo(R)
Business Card gives you:
- Access credit when you need it
- Get cash from over 800,000 ATMs worldwide
- Control how much credit is authorized for each employee
- Track expenses with quarterly management reports
- Benefit from the optional BusinessMiles program and you will earn
  valuable points toward air travel, merchandise and gift certificates.

Call 1-800-359-3557 extension 427 or visit wellsfargospecial.com and enter
keyword: Bcard for more information on how a Wells Fargo Visa Business Card can
help your business.
------------------------------------------------------------------------

BASIC BUSINESS CHECKING 055-6925204

CONSOLIDATED TRIBAL INVESTMENTS

```
AUG 13 BEGINNING BALANCE                       281.37
       TOTAL DEPOSITS/CREDITS                    0.00
       TOTAL WITHDRAWALS/DEBITS              - 249.41
SEP 12 ENDING BALANCE                           31.96
```

WITHDRAWALS AND DEBITS -------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| AUG 18 | CHECK CRD PURCHASE 08/13 KINKO'S #0676<br>PHOENIX AZ 491987XXXXXX1900<br>244450073JW16JBV9 ?MCC=7338 122105278DA | - 0.26 |
| SEP 02 | ATM WITHDRAWAL - 08/30 MACH ID 9989R<br>4400 E. THOMAS PHOENIX AZ 1900 | - 200.00 |
| SEP 02 | CHECK CRD PURCHASE 08/28 GODADDY COM<br>480-5058842 AZ 491987XXXXXX1900<br>24773007H3VA998ZW ?MCC=5734 122105278DA | - 10.90 |
| SEP 03 | CHECK CRD PURCHASE 09/01 CHEVRON<br>#00090463 PHOENIX AZ 491987XXXXXX1900<br>24625127MQHPKPL7X ?MCC=5542 122105278DA | - 25.40 |

------------------------------------------------------------------------

CONTINUED ON NEXT PAGE

SEC 010982

WF 00189

```
                                          PAGE 2 of 2
                                          Account Number:         055-6925204
        CONSOLIDATED TRIBAL INVESTMENTS   Statement End Date:       09/12/03


  WITHDRAWALS AND DEBITS --------------------------------------------------

   DATE    TRANSACTION DETAIL                                       AMOUNT

   SEP 10  POS PURCHASE - 09/10 MACH ID 000000
           3920 E THOMAS RUSPS 03636PHOENIX AZ
           1900                                                     - 3.85
   SEP 12  MONTHLY SERVICE FEE                                      - 9.00
  DAILY BALANCE SUMMARY --------------------------------------------------

    DATE                 BALANCE   DATE                           BALANCE
    --------------------------    --------------------------------
    AUG 13                281.37   SEP 03                           44.81
    AUG 18                281.11   SEP 10                           40.96
    SEP 02                 70.21   SEP 12                           31.96
```

-----------------------------------------------------------------------------

FOR YOUR INTEREST

*Your home is a powerful resource. Whether your goal is to improve your home, pay for college, or consolidate bills, a home equity account can help you do it. Now is a great time for you to take advantage of historically low rates and possible tax savings (consult your tax advisor). Apply today. Call 1-866-847-6410 or apply online at wellsfargospecial.com and enter keyword: Equity. Wells Fargo Banks. Equal Housing Lenders.*

---------------------------------------------------------------------   **SEC 010983**

*THANK YOU FOR BANKING WITH WELLS FARGO.*


**WF 00190**

```
WELLS FARGO BANK ARIZONA, N.A.        PAGE 1 of 2
PHOENIX MAIN OFFICE                   I-3
P.O. BOX 6995                         Account Number:        055-6925204
PORTLAND, OR  97228-6995              Statement End Date:    10/14/03
```

```
CONSOLIDATED TRIBAL INVESTMENTS
886 N COFCO CENTER CT UNIT 1135
PHOENIX AZ 85008-6447
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

------------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 055-6925204 | 5,231.38 |

------------------------------------------------------------------------
NEWS FROM WELLS FARGO

Want to take advantage of the new tax laws? Small businesses can now expense as
much as $100,000 of new equipment each year   a $75,000 increase over last
year. If you are in the market for new equipment, an Equipment Express loan can
offer you a competitive fixed interest rate and flexible terms, with no
application costs and no prepayment penalty. Apply today with our quick
application, and upon approval you'll have a full six months to use your loan.
Simply talk with a banker, call 1-800-359-9557 ext. 603, or visit
wellsfargospecial.com and enter the keyword: Equipment. Your business' tax
advisor can inform you about whether an equipment purchase qualifies for these
tax benefits.
------------------------------------------------------------------------
BASIC BUSINESS CHECKING 055-6925204

CONSOLIDATED TRIBAL INVESTMENTS

```
SEP 12 BEGINNING BALANCE                            31.96
       TOTAL DEPOSITS/CREDITS                   20,000.00
       TOTAL WITHDRAWALS/DEBITS               - 14,800.58
OCT 14 ENDING BALANCE                            5,231.38
```

DEPOSITS AND CREDITS ---------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| OCT 09 | WT FED#00509 MONTICELLO MARKETP /ORG=STEPHEN A. MORRISON SRF# 031009024557 TRN#031009027648 RFB# 031009250170 | 20,000.00 |

WITHDRAWALS AND DEBITS -------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| OCT 09 | WIRE TRANS SVC CHARGE - SEQUENCE: 031009027648 SRF# 031009024557 TRN#031009027648 RFB# 031009250170 | - 5.00 |

------------------------------------------------------------------------
CONTINUED ON NEXT PAGE                        SEC 010984


                                                       WF 00191

*CONSOLIDATED TRIBAL INVESTMENTS*

PAGE 2 of 2
Account Number:          055-6925204
Statement End Date:        10/14/03

WITHDRAWALS AND DEBITS ---------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|--------------------|--------|
| OCT 14 | WIRE TRANS SVC CHARGE - SEQUENCE: 031014047152 SRF# FW06014287603321 TRN#031014047152 RFB# | - 15.00 |
| OCT 14 | WIRE TRANS SVC CHARGE - SEQUENCE: 031014052672 SRF# FW06014287041421 TRN#031014052672 RFB# | - 15.00 |
| OCT 14 | WT FED#01743 BANK ONE, N.A. /FTR/BNF=JOSEPH LINKEVIC SRF# FW06014287603321 TRN#031014047152 RFB# | - 6,000.00 |
| OCT 14 | WT FED#01997 HSBC BANK USA /FTR/BNF=H MELVILLE HICKS JR SRF# FW06014287041421 TRN#031014052672 RFB# | - 5,000.00 |
| OCT 14 | WITHDRAWAL MADE IN A BRANCH/STORE | - 2,500.00 |
| OCT 14 | TELE-TRANSFER TO MC 5586680200014199 REFERENCE # TFHBQWTMR4 | - 1,057.82 |
| OCT 14 | POS PURCHASE - 10/12 MACH ID 000000 4502 E. OAK ROACOSTCO WHOPHOENIX AZ 1900 | - 165.90 |
| OCT 14 | CHECK CRD PURCHASE 10/13 KNOCK KNEED LOBSTER PHOENIX AZ 491987XXXXXX1900 24194048ZWGWZ930D ?MCC=5812 122105278DA | - 32.86 |
| OCT 14 | MONTHLY SERVICE FEE | - 9.00 |

DAILY BALANCE SUMMARY -------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| SEP 12 | 31.96 | OCT 14 | 5,231.38 |
| OCT 09 | 20,026.96 | | |

--------------------------------------------------------------------------------
FOR YOUR INTEREST

*Looking for information on how to obtain affordable business health care? Or how to take advantage of recent tax breaks? Wells Fargo Business Tips provides small business owners like you helpful money, marketing, management, legal and technology tips to help you successfully manage your business. With hundreds of Tips, you're sure to find something to help your business reach the Next Stage. Simply visit wellsfargospecial.com and enter keyword: Business Tips, to find the small business information you need today.*

--------------------------------------------------------------------------------
*THANK YOU FOR BANKING WITH WELLS FARGO.*                    **SEC 010985**


**WF 00192**

```
WELLS FARGO BANK ARIZONA, N.A.          PAGE 1 of 5
PHOENIX MAIN OFFICE
P.O. BOX 6995                           Account Number:      055-6925204
PORTLAND, OR  97228-6995                Statement End Date:    11/14/03
```

```
        CONSOLIDATED TRIBAL INVESTMENTS
        886 N COFCO CENTER CT UNIT 1135
        PHOENIX AZ 85008-6447
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

---------------------------------------------------------------------------

YOUR ACCOUNTS AT A GLANCE

| ACCOUNT TYPE | ENDING BALANCE |
|---|---|
| BASIC BUSINESS CHECKING 055-6925204 | 3,649.27 |

---------------------------------------------------------------------------

NEWS FROM WELLS FARGO

The following changes are effective January 12, 2004. Insufficient Funds*: Paid
Item (OD), $33/item. Returned Item (NSF), $30/item. For questions, please
contact your Wells Fargo banker. We appreciate your business & look forward to
continuing to serve your financial needs.

*Effective March 15, 2004 for quarterly savings accounts.

---------------------------------------------------------------------------

BASIC BUSINESS CHECKING 055-6925204

CONSOLIDATED TRIBAL INVESTMENTS

| | |
|---|---|
| OCT 14 BEGINNING BALANCE | 5,231.38 |
| TOTAL DEPOSITS/CREDITS | 40,000.00 |
| TOTAL WITHDRAWALS/DEBITS | - 41,582.11 |
| NOV 14 ENDING BALANCE | 3,649.27 |

DEPOSITS AND CREDITS ------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| OCT 16 | WT FED#01907 BANK OF AMERICA NA /ORG=HENRY F DEFRANCESCO SRF# 031016032362 TRN#031016049505 RFB# 01031016003701NN | 20,000.00 |
| OCT 23 | DEPOSIT | 20,000.00 |

WITHDRAWALS AND DEBITS ----------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| OCT 15 | WITHDRAWAL MADE IN A BRANCH/STORE | - 400.00 |
| OCT 15 | CHECK CRD PURCHASE 10/13 CLAIM JUMPER #25 TEMPE AZ 491987XXXXXX1900 244939882Z60LLQKOM ?MCC=5812 122105278DA | - 40.59 |
| OCT 16 | ATM STATEMENT FEE - 10/16 MACH ID 9989R 4400 E. THOMAS, PHOENIX, AZ 1900 | - 1.00 |

---------------------------------------------------------------------------

CONTINUED ON NEXT PAGE

SEC 010986

WF 00193

PAGE 2 of 5
*CONSOLIDATED TRIBAL INVESTMENTS*
Account Number:           055-6925204
Statement End Date:       11/14/03

### WITHDRAWALS AND DEBITS ---------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|--------------------|--------|
| OCT 16 | WIRE TRANS SVC CHARGE - SEQUENCE: 031016034833 SRF# FW06014289072931 TRN#031016034833 RFB# | - 15.00 |
| OCT 16 | WIRE TRANS SVC CHARGE - SEQUENCE: 031016049505 SRF# 031016032362 TRN#031016049505 RFB# 0103101600370 1NN | - 5.00 |
| OCT 16 | WT FED#01401 MARSHALL ILSLEY /FTR/BNF-Way of the Ancients SRF# FW06014289072931 TRN#031016034833 RFB# | - 3,000.00 |
| OCT 16 | WITHDRAWAL MADE IN A BRANCH/STORE | - 600.00 |
| OCT 16 | CHECK CRD PURCHASE 10/14 SEARS ROEBUCK 1188 PHOENIX AZ 491987XXXXXX1900 24610439003R5Q6X2 ?MCC=5311 122105278DA | - 54.04 |
| OCT 17 | CHECK CRD PURCHASE 10/15 KLASSY GRAPHICS & PRIN PHOENIX AZ 491987XXXXXX1900 241583891KRRA6ABY ?MCC=7338 122105278DA | - 170.25 |
| OCT 20 | CHECK CRD PURCHASE 10/18 BARONA VLLY RANCH RESO LAKESIDE CA 491987XXXXXX1900 24761979425 6MEJFT ?MCC=7011 122105278DA | - 245.74 |
| OCT 20 | CHECK CRD PURCHASE 10/17 COMFORT SUITES BAKERSFIELD CA 491987XXXXXX1900 24610439423 22PZ6M ?MCC=3562 122105278DA | - 94.88 |
| OCT 20 | CHECK CRD PURCHASE 10/16 HUNGRY HUNTER #210715 BAKERSFIELD CA 491987XXXXXX1900 2449279923ET8B3F3 ?MCC=5812 122105278DA | - 87.11 |
| OCT 20 | CHECK CRD PURCHASE 10/18 OLD TOWN MEXICAN CAFE SAN DIEGO CA 491987XXXXXX1900 2432300947QHRAZ97 ?MCC=5812 122105278DA | - 47.75 |
| OCT 20 | POS PURCHASE - 10/18 MACH ID 000000 2149 FENTON PKWIKEA - USASAN DIEGO CA 1900 | - 40.19 |
| OCT 20 | POS PURCHASE - 10/18 MACH ID 000000 K AND H PETRO EXXONMOBILTHSD PLM CA 1900 | - 30.34 |
| OCT 21 | CHECK CRD PURCHASE 10/19 BANDERA 480.994.3524 SCOTTSDALE AZ 491987XXXXXX1900 2441800958H4VRR1W ?MCC=5812 122105278DA | - 96.39 |
| OCT 21 | CHECK CRD PURCHASE 10/20 AJO AL'S MEXICAN CAFE PHOENIX AZ 491987XXXXXX1900 24493989660QLM1F8 ?MCC=5814 122105278DA | - 40.08 |
| OCT 21 | CHECK CRD PURCHASE 10/20 76 / CIRCLE K 32431629 PHOENIX AZ 491987XXXXXX1900 2416407956DNEWD3B ?MCC=5542 122105278DA | - 22.21 |
| OCT 22 | WITHDRAWAL MADE IN A BRANCH/STORE | - 6,000.00 |
| OCT 22 | CHECK CRD PURCHASE 10/20 KINKO'S #0676 PHOENIX AZ 491987XXXXXX1900 2444500096KV2F3BRV ?MCC=7338 122105278DA | - 206.69 |
| OCT 22 | CHECK CRD PURCHASE 10/20 HARRAHS AK-CHIN HOTEL MARICOPA AZ 491987XXXXXX1900 24610439603T60LX4 ?MCC=7011 122105278DA | - 17.97 |
| OCT 23 | CHECK CRD PURCHASE 10/21 CRACKER BARREL #335 PHOENIX AZ 491987XXXXXX1900 2432301973EV1BZDJ ?MCC=5812 122105278DA | - 18.09 |
| OCT 23 | CHECK CRD PURCHASE 10/21 CHEVRON #00206510 PHOENIX AZ 491987XXXXXX1900 246251297QJ0FASV2 ?MCC=5542 122105278DA | - 10.20 |

--------------------------------------------------------------------
*CONTINUED ON NEXT PAGE*                                     **SEC 010987**

**WF 00194**

PAGE 3 of 5
Account Number:          055-6925204
*CONSOLIDATED TRIBAL INVESTMENTS*    Statement End Date:       11/14/03

WITHDRAWALS AND DEBITS -------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|-------------------|--------|
| OCT 24 | ATM WITHDRAWAL - 10/24 MACH ID 5743H 4400 E. THOMAS (DRIVE PHOENIX AZ 1900 | - 300.00 |
| OCT 24 | CHECK CRD PURCHASE 10/23 ENTERPRISE RENTACAR PHOENIX AZ 491987XXXXXX1900 242465198HLN0JNS5 ?MCC=3405 122105278DA | - 499.90 |
| OCT 24 | POS PURCHASE - 10/24 MACH ID 000000 1646 W. MONTEBECOSTCO WHOPHOENIX AZ 1900 | - 110.59 |
| OCT 24 | CHECK CRD PURCHASE 10/23 AJO AL'S MEXICAN CAFE PHOENIX AZ 491987XXXXXX1900 24493989960QLM1HT ?MCC=5814 122105278DA | - 12.00 |
| OCT 27 | ATM WITHDRAWAL - 10/26 MACH ID 5740Q 44TH STREET & THOMAS F PHOENIX AZ 1900 | - 100.00 |
| OCT 27 | CHECK CRD PURCHASE 10/24 COMPUTERSHARE TRUST 303-262-0623 CO 491987XXXXXX1900 24110399A07EWLZR2 ?MCC=7375 122105278DA | - 730.26 |
| OCT 27 | POS PURCHASE - 10/25 MACH ID 000000 1041 N HWY 260 SIZZLER RECOTTONWOOD AZ 1900 | - 57.31 |
| OCT 27 | CHECK CRD PURCHASE 10/23 MACARONI GR24600002469 PHOENIX AZ 491987XXXXXX1900 241640799PS9B69TY ?MCC=5812 122105278DA | - 50.50 |
| OCT 27 | CHECK CRD PURCHASE 10/25 CAFE & CATTLE COMPANY SEDONA AZ 491987XXXXXX1900 24403699B8MH33D0R ?MCC=5812 122105278DA | - 40.21 |
| OCT 27 | CHECK CRD PURCHASE 10/26 ROCK SPRINGS CAFE ROCK SPRINGS AZ 491987XXXXXX1900 24158389BKX4HZB2Q ?MCC=5812 122105278DA | - 17.02 |
| OCT 28 | CHECK CRD PURCHASE 10/25 ENTERPRISE RENTACAR PHOENIX AZ 491987XXXXXX1900 2424651 9QHLN0PPGB ?MCC=3405 122105278DA | - 250.00 |
| OCT 29 | WIRE TRANS SVC CHARGE - SEQUENCE: 031029011252 SRF# FW00577301692191 TRN#031029011252 RFB# | - 15.00 |
| OCT 29 | WT FED#00481 HSBC BANK USA /FTR/BNF=h melvill hicks jr SRF# FW00577301692191 TRN#031029011252 RFB# | - 2,500.00 |
| OCT 29 | CHECK CRD PURCHASE 10/27 PARIS LE VILLAGE BUFFE LAS VEGAS NV 491987XXXXXX1900 24229709DFA7YEQQ7 ?MCC=5812 122105278DA | - 80.46 |
| OCT 30 | WITHDRAWAL MADE IN A BRANCH/STORE | - 3,000.00 |
| OCT 30 | WITHDRAWAL MADE IN A BRANCH/STORE | - 2,500.00 |
| OCT 30 | CHECK CRD PURCHASE 10/28 BALLYS PARIS LAS VEGAS NV 491987XXXXXX1900 24229709E0RJTEW2J ?MCC=3728 122105278DA | - 201.10 |
| OCT 31 | WIRE TRANS SVC CHARGE - SEQUENCE: 031031052438 SRF# FW06014304404402 TRN#031031052438 RFB# | - 15.00 |
| OCT 31 | WT FED#02755 BANK ONE, N.A. /FTR/BNF=JOSEPH LINKEVIC SRF# FW06014304404402 TRN#031031052438 RFB# | - 5,000.00 |
| OCT 31 | WITHDRAWAL MADE IN A BRANCH/STORE | - 1,513.00 |
| NOV 03 | ATM WITHDRAWAL - 11/03 MACH ID 4653L SEDONA WEST SEDONA AZ 1900 | - 300.00 |
| NOV 03 | ATM WITHDRAWAL - 11/02 MACH ID 5743H 4400 E. THOMAS (DRIVE PHOENIX AZ 1900 | - 200.00 |

-------------------------------------------------------------------
*CONTINUED ON NEXT PAGE*

SEC 010988

WF 00195

PAGE 4 of 5
Account Number:          055-6925204
Statement End Date:         11/14/03

*CONSOLIDATED TRIBAL INVESTMENTS*

WITHDRAWALS AND DEBITS ------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| NOV 03 | POS PURCHASE - 11/01 MACH ID 000000 2410 E CAMELBACMACYS WESTPHOENIX AZ 1900 | - 484.28 |
| NOV 03 | CHECK CRD PURCHASE 10/31 KINKO'S #0676 PHOENIX AZ 491987XXXXXX1900 24445009JL0BDG1TM ?MCC=7338 122105278DA | - 199.94 |
| NOV 03 | POS PURCHASE - 11/01 MACH ID 000000 15255 N. HAYDENCOSTCO WHOSCOTTSDALE AZ 1900 | - 148.12 |
| NOV 03 | CHECK CRD PURCHASE 10/31 CHEESECAKE PHOENIX PHOENIX AZ 491987XXXXXX1900 24610439J2320P25M ?MCC=5812 122105278DA | - 88.37 |
| NOV 03 | POS PURCHASE - 11/02 MACH ID 000000 3609 EAST THOMATHE HOME DPHOENIX AZ 1900 | - 83.82 |
| NOV 03 | POS PURCHASE - 11/02 MACH ID 000000 4500 N SCOTTSDAROBINSONS-SCOTTSDALE AZ 1900 | - 53.84 |
| NOV 03 | CHECK CRD PURCHASE 11/01 ORGANIZED LIVING 4803482255 AZ 491987XXXXXX1900 24412959J4L2K26TA ?MCC=5719 122105278DA | - 43.92 |
| NOV 03 | CHECK CRD PURCHASE 11/01 COUNTRY GLAZED HAM SCOTTSDALE AZ 491987XXXXXX1900 24403699J8W1NZPW3 ?MCC=5812 122105278DA | - 28.43 |
| NOV 03 | CHECK CRD PURCHASE 10/31 HOUSTON'S 602.957.9700 PHOENIX AZ 491987XXXXXX1900 24418009H8W6SA2QA ?MCC=5812 122105278DA | - 27.48 |
| NOV 03 | CHECK CRD PURCHASE 10/31 KINKO'S #0676 PHOENIX AZ 491987XXXXXX1900 24445009JL0BDG1W8 ?MCC=7338 122105278DA | - 10.03 |
| NOV 04 | WITHDRAWAL MADE IN A BRANCH/STORE | - 800.00 |
| NOV 04 | CHECK CRD PURCHASE 11/01 ENTERPRISE RENTACAR PHOENIX AZ 491987XXXXXX1900 24246519KHLN11VVQ ?MCC=3405 122105278DA | - 249.90 |
| NOV 05 | CHECK CRD PURCHASE 11/03 CHEVRON #00202512 CAMP VERDE AZ 491987XXXXXX1900 24625129LQJ2NHK8N ?MCC=5542 122105278DA | - 19.49 |
| NOV 06 | CHECK CRD PURCHASE 11/04 BEST WESTERN HOTELS POCATELLO ID 491987XXXXXX1900 24246519M5SELQQNJ ?MCC=3502 122105278DA | - 69.64 |
| NOV 10 | ATM WITHDRAWAL - 11/10 MACH ID 5743H 4400 E. THOMAS (DRIVE PHOENIX AZ 1900 | - 100.00 |
| NOV 10 | CHECK CRD PURCHASE 11/06 AMERICAN INN HARDIN MT 491987XXXXXX1900 24418009R92PSXV0D ?MCC=7011 122105278DA | - 209.72 |
| NOV 10 | POS PURCHASE - 11/10 MACH ID 000000 Sprint PCS Sprint PCSOverland ParkKS 1900 | - 200.00 |
| NOV 10 | CHECK CRD PURCHASE 11/07 CHEVRON #00207129 CORDES JUNCTI AZ 491987XXXXXX1900 24625129RQJ3DEPZ2 ?MCC=5542 122105278DA | - 19.31 |
| NOV 12 | POS PURCHASE - 11/11 MACH ID 000000 4502 E. OAK ROACOSTCO WHOPHOENIX AZ 1900 | - 205.55 |
| NOV 12 | CHECK CRD PURCHASE 11/10 STORQUEST PHOENIX 602-274-4811 AZ 491987XXXXXX1900 24323009V7BXSABX1 ?MCC=4225 122105278DA | - 103.42 |

----------------------------------------------------------------
*CONTINUED ON NEXT PAGE*

**SEC 010989**

**WF 00196**

PAGE 5 of 5
Account Number:          055-6925204
CONSOLIDATED TRIBAL INVESTMENTS          Statement End Date:          11/14/03

WITHDRAWALS AND DEBITS ----------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| NOV 12 | CHECK CRD PURCHASE 11/09 THE OLIVE GARD00014548 SCOTTSDALE AZ 491987XXXXXX1900 24399009S42QAFTN8 ?MCC=5812 122105278DA | - 71.74 |
| NOV 13 | CHECK CRD PURCHASE 11/11 HOUSTON'S 602.957.9700 PHOENIX AZ 491987XXXXXX1900 24418009W96FAXHKH ?MCC=5812 122105278DA | - 43.43 |
| NOV 14 | WITHDRAWAL MADE IN A BRANCH/STORE | - 5,500.00 |
| NOV 14 | CHECK CRD PURCHASE 11/12 HOUSTON'S 602.957.9700 PHOENIX AZ 491987XXXXXX1900 24418009X97AGMNKS ?MCC=5812 122105278DA | - 50.86 |
| NOV 14 | CHECK CRD PURCHASE 11/13 YAH*YAHOO MAIL/WEBSITE 408-349-5151 CA 491987XXXXXX1900 24692169X00DL9293 ?MCC=4816 122105278DA | - 34.95 |

CHECKS PAID -----------------------------------------------------------------------

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|
| 1001 | OCT 27 | 4,000.00 | | | |

DAILY BALANCE SUMMARY -----------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| OCT 14 | 5,231.38 | OCT 29 | 25,224.61 |
| OCT 15 | 4,790.79 | OCT 30 | 19,523.51 |
| OCT 16 | 21,115.75 | OCT 31 | 12,995.51 |
| OCT 17 | 20,945.50 | NOV 03 | 11,327.28 |
| OCT 20 | 20,399.49 | NOV 04 | 10,277.38 |
| OCT 21 | 20,240.81 | NOV 05 | 10,257.89 |
| OCT 22 | 14,016.15 | NOV 06 | 10,188.25 |
| OCT 23 | 33,987.86 | NOV 10 | 9,659.22 |
| OCT 24 | 33,065.37 | NOV 12 | 9,278.51 |
| OCT 27 | 28,070.07 | NOV 13 | 9,235.08 |
| OCT 28 | 27,820.07 | NOV 14 | 3,649.27 |

---

FOR YOUR INTEREST

Wells Fargo offers fast, reliable, and affordable Payroll Services for your business! Let Wells Fargo manage your payroll while you manage the day-to-day demands of your business. Sign up between 11/3/03 and 12/31/03 for free setup (value up to $150). First payroll must be processed by 1/31/04. Call us today at 1-800-359-3557 extension 658 or visit wellsfargo.com/biz/save and enter code B444 for more information.

---

THANK YOU FOR BANKING WITH WELLS FARGO.          SEC 010990


WF 00197

```
WELLS FARGO BANK ARIZONA, N.A.          PAGE 1 of 5
PHOENIX MAIN OFFICE                     I-3
P.O. BOX 6995                           Account Number:        055-6925204
PORTLAND, OR  97228-6995                Statement End Date:    12/11/03



            CONSOLIDATED TRIBAL INVESTMENTS
            886 N COFCO CENTER CT UNIT 1135
            PHOENIX AZ 85008-6447



    IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
    CALL: 800-225-5935 (1-800-CALL-WELLS).
```
--------------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

```
    ACCOUNT                                                  ENDING
    TYPE                                                     BALANCE

    BASIC BUSINESS CHECKING                                  5,393.35
      055-6925204
```
--------------------------------------------------------------------------
NEWS FROM WELLS FARGO

*Why wait to receive your statements in the mail? Get FREE, real-time access to
your accounts with Wells Fargo Business Online Banking. View account balances
and review account activity including deposits, cleared checks, loan payments
and credit card transactions - anytime, anywhere. Enroll in Wells Fargo
Business Online Banking at wellsfargo.com/biz/bankonline
Member FDIC.*
--------------------------------------------------------------------------
BASIC BUSINESS CHECKING 055-6925204

    CONSOLIDATED TRIBAL INVESTMENTS

```
    NOV 14 BEGINNING BALANCE                                 3,649.27
           TOTAL DEPOSITS/CREDITS                           20,198.11
           TOTAL WITHDRAWALS/DEBITS                       - 18,454.03
    DEC 11 ENDING BALANCE                                    5,393.35
```

DEPOSITS AND CREDITS ------------------------------------------------------

```
    DATE    TRANSACTION DETAIL                               AMOUNT

    NOV 25  WT FED#03844 SUNTRUST BANK /ORG=WACHTEL
            CO SRF# 031125011226 TRN#031125040413
            RFB#                                          20,000.00
    DEC 01  CHECK CRD PUR RTRN 11/28 ENTERPRISE
            RENTACAR PHOENIX AZ 491987XXXXXX1900
            7424651AQHLN24YLF ?MCC=3405 122105278DA          170.47
    DEC 09  CHECK CRD PUR RTRN 12/08 ENTERPRISE
            RENTACAR PHOENIX AZ 491987XXXXXX1900
            7424651ANHLN2HYDB ?MCC=3405 122105278DA           27.64
```

WITHDRAWALS AND DEBITS ---------------------------------------------------

```
    DATE    TRANSACTION DETAIL                               AMOUNT

    NOV 17  POS PURCHASE - 11/15 MACH ID 000000
            4502 E. OAK ROACOSTCO WHOPHOENIX AZ
            1900                                           - 103.84
```

--------------------------------------------------------------------------
*CONTINUED ON NEXT PAGE*                                 **SEC 010991**


                                                         **WF 00198**

*CONSOLIDATED TRIBAL INVESTMENTS*

Account Number:           055-6925204
Statement End Date:       12/11/03

WITHDRAWALS AND DEBITS ----------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| NOV 17 | CHECK CRD PURCHASE 11/13 AJO AL'S MEXICAN CAFE PHOENIX AZ 491987XXXXXX1900 2449389Y5STSKJMK ?MCC=5814 122105278DA | - 38.21 |
| NOV 18 | ATM WITHDRAWAL - 11/18 MACH ID 5743H 4400 E. THOMAS (DRIVE PHOENIX AZ 1900 | - 100.00 |
| NOV 18 | POS PURCHASE - 11/17 MACH ID 000000 1333 EAST CAMELCAMELBACK PHOENIX AZ 1900 | - 280.67 |
| NOV 18 | POS PURCHASE - 11/18 MACH ID 000000 Qwest/BillMatriBillMatrixArlington VA 1900 | - 200.00 |
| NOV 19 | ATM WITHDRAWAL - 11/19 MACH ID 5743H 4400 E. THOMAS (DRIVE PHOENIX AZ 1900 | - 300.00 |
| NOV 19 | POS PURCHASE - 11/18 MACH ID 000000 3933 E CamelbaWILDOATS Phoenix AZ 1900 | - 106.34 |
| NOV 20 | ATM WITHDRAWAL - 11/20 MACH ID 5743H 4400 E. THOMAS (DRIVE PHOENIX AZ 1900 | - 300.00 |
| NOV 20 | CHECK CRD PURCHASE 11/19 AJO AL'S MEXICAN CAFE PHOENIX AZ 491987XXXXXX1900 2449398A45STSKJLW ?MCC=5814 122105278DA | - 55.78 |
| NOV 20 | CHECK CRD PURCHASE 11/18 KINKO'S #0676 PHOENIX AZ 491987XXXXXX1900 2444500A3LAAGAAHZ ?MCC=7338 122105278DA | - 9.02 |
| NOV 20 | CHECK CRD PURCHASE 11/18 KINKO'S #0676 PHOENIX AZ 491987XXXXXX1900 2444500A3LAAGAALJ ?MCC=7338 122105278DA | - 3.95 |
| NOV 21 | POS PURCHASE - 11/20 MACH ID 000000 4505 E. THOMAS FRYS FOOD PHOENIX AZ 1900 | - 95.47 |
| NOV 24 | ATM WITHDRAWAL - 11/24 MACH ID 5743H 4400 E. THOMAS (DRIVE PHOENIX AZ 1900 | - 100.00 |
| NOV 24 | POS PURCHASE - 11/22 MACH ID 000000 4502 E. OAK ROACOSTCO WHOPHOENIX AZ 1900 | - 104.39 |
| NOV 24 | CHECK CRD PURCHASE 11/22 SUR LA TABLE 16 CHANDLER AZ 491987XXXXXX1900 2449280A73DWMM98S ?MCC=5399 122105278DA | - 40.65 |
| NOV 24 | CHECK CRD PURCHASE 11/23 MATADOR RESTAURANT PHOENIX AZ 491987XXXXXX1900 2449398A8601FRY9Q ?MCC=5814 122105278DA | - 40.59 |
| NOV 25 | WIRE TRANS SVC CHARGE - SEQUENCE: 031125040413 SRF# 031125011226 TRN#031125040413 RFB# | - 5.00 |
| NOV 25 | CHECK CRD PURCHASE 11/23 ARCO AMPM # 8197K PHOENIX AZ 491987XXXXXX1900 244180OA89HRSO6RR ?MCC=5542 122105278DA | - 21.40 |
| NOV 26 | WITHDRAWAL MADE IN A BRANCH/STORE | - 5,000.00 |
| NOV 26 | ATM WITHDRAWAL - 11/26 MACH ID 5743H 4400 E. THOMAS (DRIVE PHOENIX AZ 1900 | - 20.00 |
| NOV 26 | CHECK CRD PURCHASE 11/25 DTV*DIRECTV SERVICE 800-347-3288 CA 491987XXXXXX1900 2469216A9006NKSS0 ?MCC=4899 122105278DA | - 122.06 |
| NOV 26 | CHECK CRD PURCHASE 11/24 BUCA DI BEPPO-SCOTTDAL SCOTTSDALE AZ 491987XXXXXX1900 2471705A9JP3N04DL ?MCC=5812 122105278DA | - 117.57 |

----------------------------------------------------------------
*CONTINUED ON NEXT PAGE*

SEC 010992

WF 00199

```
                                    PAGE 3 of 5
                                    Account Number:        055-6925204
     CONSOLIDATED TRIBAL INVESTMENTS    Statement End Date:        12/11/03
```

WITHDRAWALS AND DEBITS ----------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| NOV 26 | CHECK CRD PURCHASE 11/24 POTTERY BARN 02004422 PALM DESERT CA 491987XXXXXX1900 2416407A819YEEPKJ ?MCC=5999 122105278DA | - 44.74 |
| NOV 28 | CHECK CRD PURCHASE 11/26 ENTERPRISE RENTACAR PHOENIX AZ 491987XXXXXX1900 2424651AAHLN237TF ?MCC=3405 122105278DA | - 250.00 |
| NOV 28 | CHECK CRD PURCHASE 11/26 LONE STAR 00128017 PHOENIX AZ 491987XXXXXX1900 2439900ABAXQPZRMB ?MCC=5812 122105278DA | - 56.30 |
| NOV 28 | POS PURCHASE - 11/26 MACH ID 000000 4505 E. THOMAS FRYS FOOD PHOENIX AZ 1900 | - 25.74 |
| NOV 28 | CHECK CRD PURCHASE 11/26 ALPHAGRAPHICS #011-TC PHOENIX AZ 491987XXXXXX1900 2415761AQ0YPH6VD4 ?MCC=7338 122105278DA | - 18.33 |
| DEC 01 | ATM WITHDRAWAL - 11/29 MACH ID 5743H 4400 E. THOMAS (DRIVE PHOENIX AZ 1900 | - 300.00 |
| DEC 01 | POS PURCHASE - 12/01 MACH ID 000000 Sprint PCS Sprint PCSOverland ParkKS 1900 | - 200.00 |
| DEC 01 | POS PURCHASE - 11/30 MACH ID 000000 19001 NORTH 27TCOSTCO WHOPHOENIX AZ 1900 | - 168.51 |
| DEC 01 | CHECK CRD PURCHASE 11/28 THE EGGERY 44TH PHOENIX AZ 491987XXXXXX1900 2449398AQ60EYKJVY ?MCC=5812 122105278DA | - 22.13 |
| DEC 02 | WITHDRAWAL MADE IN A BRANCH/STORE | - 3,500.00 |
| DEC 02 | CHECK CRD PURCHASE 11/30 RED DEVIL PHOENIX AZ 491987XXXXXX1900 2415838AFLHY8TYFS ?MCC=5812 122105278DA | - 24.57 |
| DEC 03 | POS PURCHASE - 12/02 MACH ID 000000 3801 N. 33RD AVCOSTCO BUSPHOENIX AZ 1900 | - 96.36 |
| DEC 03 | CHECK CRD PURCHASE 12/01 CHEVRON #00206657 PHOENIX AZ 491987XXXXXX1900 2462512AGQJ7F18EG ?MCC=5542 122105278DA | - 20.93 |
| DEC 05 | WIRE TRANS SVC CHARGE - SEQUENCE: 031205045971 SRF# FW06014339840063 TRN#031205045971 RFB# | - 15.00 |
| DEC 05 | WT FED#01977 CALIFORNIA BANK AN /FTR/BNF=ORLOFF CORPORATION SRF# FW06014339840063 TRN#031205045971 RFB# | - 1,500.00 |
| DEC 05 | WITHDRAWAL MADE IN A BRANCH/STORE | - 812.26 |
| DEC 05 | CHECK CRD PURCHASE 12/03 HOUSTON'S 602.957.9700 PHOENIX AZ 491987XXXXXX1900 2441800AJ9SZWRDN3 ?MCC=5812 122105278DA | - 34.73 |
| DEC 05 | POS PURCHASE - 12/04 MACH ID 000000 3166 E CAMELBACHAVA JAVAPHOENIX AZ 1900 | - 6.75 |
| DEC 08 | CHECK CRD PURCHASE 12/05 COMPUTERSHARE TRUST 303-262-0623 CO 491987XXXXXX1900 2411039AL07EYYF6E ?MCC=7375 122105278DA | - 434.98 |
| DEC 08 | CHECK CRD PURCHASE 12/05 ENTERPRISE RENTACAR PHOENIX AZ 491987XXXXXX1900 2424651AKHLN2F67K ?MCC=3405 122105278DA | - 250.00 |
| DEC 08 | CHECK CRD PURCHASE 12/04 CRACKER BARREL #335 PHOENIX AZ 491987XXXXXX1900 2432301AK3EWBARGZ ?MCC=5812 122105278DA | - 42.10 |

--------------------------------------------------------------------

CONTINUED ON NEXT PAGE

**SEC 010993**

**WF 00200**

PAGE 4 of 5

*CONSOLIDATED TRIBAL INVESTMENTS*

Account Number:          055-6925204
Statement End Date:      12/11/03

WITHDRAWALS AND DEBITS ------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|--------------------|--------|
| DEC 08 | CHECK CRD PURCHASE 12/05 AJO AL'S MEXICAN CAFE PHOENIX AZ 491987XXXXXX1900 2449398AL5STSKJEY ?MCC=5814 122105278DA | - 25.43 |
| DEC 08 | POS PURCHASE - 12/07 MACH ID 000000 7698 FRIARS RD HAZARD CENSAN DIEGO CA 1900 | - 25.42 |
| DEC 08 | CHECK CRD PURCHASE 12/04 CHILI'S GRZ14600001461 PHOENIX AZ 491987XXXXXX1900 2416407AKQQRG4RKJ ?MCC=5812 122105278DA | - 20.80 |
| DEC 08 | CHECK CRD PURCHASE 12/05 DENNY'S #1974 PHOENIX AZ 491987XXXXXX1900 2445501AL9WZT3T74 ?MCC=5814 122105278DA | - 19.06 |
| DEC 08 | CHECK CRD PURCHASE 12/06 CHEVRON #00202405 QUARTZSITE AZ 491987XXXXXX1900 2462512ALQJ83PDG2 ?MCC=5541 122105278DA | - 17.40 |
| DEC 08 | POS PURCHASE - 12/07 MACH ID 000000 11235 FORTUNA RTEXACO SERYUMA AZ 1900 | - 11.90 |
| DEC 08 | CHECK CRD PURCHASE 12/04 ALPHAGRAPHICS #011-TC PHOENIX AZ 491987XXXXXX1900 2415761AL0ZJBKZK5 ?MCC=7338 122105278DA | - 2.97 |
| DEC 08 | CHECK CRD PURCHASE 12/05 KINKO'S #0676 PHOENIX AZ 491987XXXXXX1900 2444500AMLMR6FM2Y ?MCC=7338 122105278DA | - 2.08 |
| DEC 09 | CHECK CRD PURCHASE 12/07 RESIDENCE INNS HTL CIR SAN DIEGO CA 491987XXXXXX1900 2461043AN03TSM1RX ?MCC=3703 122105278DA | - 186.80 |
| DEC 09 | CHECK CRD PURCHASE 12/07 OLD TOWN MEXICAN CAFE SAN DIEGO CA 491987XXXXXX1900 2432300AN7BMH6H8J ?MCC=5812 122105278DA | - 52.39 |
| DEC 10 | CHECK CRD PURCHASE 12/08 KFC 29000726 TEMPE AZ 491987XXXXXX1900 2416407APB5XAR3AG ?MCC=5814 122105278DA | - 22.56 |
| DEC 11 | WITHDRAWAL MADE IN A BRANCH/STORE | - 3,000.00 |
| DEC 11 | CHECK CRD PURCHASE 12/10 QWEST TELECHOICE 4026911999 NE 491987XXXXXX1900 2432684AR5SER4DHG ?MCC=4899 122105278DA | - 59.45 |
| DEC 11 | CHECK CRD PURCHASE 12/09 CIRCLE K 15639156 PHOENIX AZ 491987XXXXXX1900 2416407AR6DP2JVMZ ?MCC=5542 122105278DA | - 19.40 |

DAILY BALANCE SUMMARY -------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| NOV 14 | 3,649.27 | NOV 28 | 16,089.22 |
| NOV 17 | 3,507.22 | DEC 01 | 15,569.05 |
| NOV 18 | 2,926.55 | DEC 02 | 12,044.48 |
| NOV 19 | 2,520.21 | DEC 03 | 11,927.19 |
| NOV 20 | 2,151.46 | DEC 05 | 9,558.45 |
| NOV 21 | 2,055.99 | DEC 08 | 8,706.31 |
| NOV 24 | 1,770.36 | DEC 09 | 8,494.76 |
| NOV 25 | 21,743.96 | DEC 10 | 8,472.20 |
| NOV 26 | 16,439.59 | DEC 11 | 5,393.35 |

--------------------------------------------------------------    **SEC 010994**

*CONTINUED ON NEXT PAGE*

**WF 00201**

```
                                        PAGE 5 of 5
     CONSOLIDATED TRIBAL INVESTMENTS      Account Number:        055-6925204
                                          Statement End Date:      12/11/03
```

--------------------------------------------------------------------------------
**FOR YOUR INTEREST**

*Looking for information on how to obtain affordable business health care? Or
how to take advantage of recent tax breaks? Wells Fargo Business Tips provides
small business owners like you helpful tips on money, marketing, management,
legal and technology to help you successfully manage your business.  With
hundreds of Tips, you re sure to find something to help your business reach the
Next Stage. Simply visit wellsfargospecial.com and enter keyword: Business
Tips, to find the small business information you need today.*

--------------------------------------------------------------------------------
*THANK YOU FOR BANKING WITH WELLS FARGO.*                    **SEC 010995**


                                                             **WF 00202**

```
                                       PAGE 1 of 5
WELLS FARGO BANK ARIZONA, N.A.
PHOENIX MAIN OFFICE                    Account Number:        055-6925204
P.O. BOX 6995                          Statement End Date:      01/14/04
PORTLAND, OR  97228-6995
```

```
            CONSOLIDATED TRIBAL INVESTMENTS
            886 N COFCO CENTER CT UNIT 1135
            PHOENIX AZ 85008-6447
```

IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
CALL: 800-225-5935 (1-800-CALL-WELLS).

-----------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

```
ACCOUNT                                                    ENDING
TYPE                                                      BALANCE

BASIC BUSINESS CHECKING                                  - 135.04
   055-6925204
```
-----------------------------------------------------------------
NEWS FROM WELLS FARGO

-----------------------------------------------------------------
BASIC BUSINESS CHECKING 055-6925204

   CONSOLIDATED TRIBAL INVESTMENTS

```
DEC 11 BEGINNING BALANCE                                 5,393.35
       TOTAL DEPOSITS/CREDITS                           20,800.00
       TOTAL WITHDRAWALS/DEBITS                       - 26,328.39
JAN 14 ENDING BALANCE                                    - 135.04
```

DEPOSITS AND CREDITS ---------------------------------------------

```
   DATE    TRANSACTION DETAIL                             AMOUNT

   DEC 17  WT FED#00014 NBT NATIONAL ASSOC
           /ORG=SIAVASH S OKRAVI SRF# 103689
           TRN#031217016570 RFB#                       20,000.00
   JAN 05  DEPOSIT                                         800.00
```

WITHDRAWALS AND DEBITS -------------------------------------------

```
   DATE    TRANSACTION DETAIL                             AMOUNT

   DEC 12  ATM WITHDRAWAL - 12/12 MACH ID 2141W
           24TH AND WASHINGTON PHOENIX AZ 1900          - 100.00
   DEC 12  POS PURCHASE - 12/11 MACH ID 000000
           4502 E. OAK ROACOSTCO WHOPHOENIX AZ
           1900                                          - 24.52
   DEC 15  ATM WITHDRAWAL - 12/15 MACH ID 5743H
           4400 E. THOMAS (DRIVE PHOENIX AZ 1900        - 100.00
   DEC 15  POS PURCHASE - 12/14 MACH ID 000000
           4502 E. OAK ROACOSTCO WHOPHOENIX AZ
           1900                                         - 463.67
   DEC 15  CHECK CRD PURCHASE 12/12 YAH*YAHOO SM
           BUS/MAIL 408-349-5151 CA
           491987XXXXXX1900 2469216AS00DJFEQX
           ?MCC=4816 122105278DA                         - 9.95
```

-----------------------------------------------------------------
CONTINUED ON NEXT PAGE                          SEC 010996


                                                WF 00203

*PAGE 2 of 5*
*Account Number:*          *055-6925204*
*Statement End Date:*       *01/14/04*

*CONSOLIDATED TRIBAL INVESTMENTS*

WITHDRAWALS AND DEBITS ------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|--------------------|--------|
| DEC 16 | WIRE TRANS SVC CHARGE - SEQUENCE: 031216021453 SRF# FW06014350470304 TRN#031216021453 RFB# | - 15.00 |
| DEC 16 | WT FED#00796 CALIFORNIA BANK AN /FTR/BNF=COMPUTER BATH SRF# FW06014350470304 TRN#031216021453 RFB# | - 1,500.00 |
| DEC 16 | POS PURCHASE - 12/16 MACH ID 000000 2900 WEST CHANDLOWE'S CHANDLER AZ 1900 | - 66.44 |
| DEC 17 | WIRE TRANS SVC CHARGE - SEQUENCE: 031217035349 SRF# FW06014351817114 TRN#031217035349 RFB# | - 15.00 |
| DEC 17 | WIRE TRANS SVC CHARGE - SEQUENCE: 031217016570 SRF# 103689 TRN#031217016570 RFB# | - 5.00 |
| DEC 17 | WT FED#01497 BANK ONE, N.A. /FTR/BNF=JOSEPH LINKEVIC SRF# FW06014351817114 TRN#031217035349 RFB# | - 5,000.00 |
| DEC 17 | WITHDRAWAL MADE IN A BRANCH/STORE | - 1,500.00 |
| DEC 18 | TRANSFER TO DDA # 000000556925352 | - 14,000.00 |
| DEC 18 | POS PURCHASE - 12/18 MACH ID 000000 3801 N. 33RD AVCOSTCO BUSPHOENIX AZ 1900 | - 224.95 |
| DEC 19 | CHECK CRD PURCHASE 12/18 MASTERTEK INTL INC 303-6506700 CO 491987XXXXXX1900 2471705B03WBFV6AD ?MCC=7399 122105278DA | - 163.19 |
| DEC 19 | POS PURCHASE - 12/18 MACH ID 000000. 3609 EAST THOMATHE HOME DPHOENIX AZ 1900 | - 73.25 |
| DEC 22 | ATM WITHDRAWAL - 12/20 MACH ID 5743H 4400 'E. THOMAS (DRIVE PHOENIX AZ 1900 | - 100.00 |
| DEC 22 | POS PURCHASE - 12/22 MACH ID 000000 4500 N SCOTTSDAROBINSONS-SCOTTSDALE AZ 1900 | - 211.20 |
| DEC 22 | CHECK CRD PURCHASE 12/18 PHOENIX INN #8 PHOENIX AZ 491987XXXXXX1900 2471705B1JPAS27B4 ?MCC=7011 122105278DA | - 199.48 |
| DEC 22 | POS PURCHASE - 12/21 MACH ID 000000 15255 N. HAYDENCOSTCO WHOSCOTTSDALE AZ 1900 | - 102.15 |
| DEC 22 | CHECK CRD PURCHASE 12/19 MIRACLE MILE DELI PHOENIX AZ 491987XXXXXX1900 2415813B304JBRZHH ?MCC=5812 122105278DA | - 100.34 |
| DEC 22 | CHECK CRD PURCHASE 12/20 NORDSTROM #381 CHANDLER AZ 491987XXXXXX1900 2444500B3M0BGJZHP ?MCC=5311 122105278DA | - 96.97 |
| DEC 22 | POS PURCHASE - 12/21 MACH ID 000000 21001 N. TATUM KOHL'S #06PHOENIX AZ 1900 | - 85.43 |
| DEC 22 | POS PURCHASE - 12/21 MACH ID 000000 4502 E. OAK ROACOSTCO WHOPHOENIX AZ 1900 | - 65.80 |
| DEC 22 | CHECK CRD PURCHASE 12/20 SHELL OIL 60541220184 MARICOPA AZ 491987XXXXXX1900 2469216B3003EQP6Q ?MCC=5542 122105278DA | - 29.67 |
| DEC 23 | POS PURCHASE - 12/22 MACH ID 000000 6900 EAST CAMELDILLARD'S SCOTTSDALE AZ 1900 | - 52.77 |
| DEC 23 | CHECK CRD PURCHASE 12/21 JOANN ETC #1965 PHOENIX AZ 491987XXXXXX1900 2407280B4D8MVX5DR ?MCC=5949 122105278DA | - 45.53 |

------------------------------------------------------------------------
*CONTINUED ON NEXT PAGE*

**SEC 010997**

**WF 00204**

PAGE 3 of 5
Account Number:                    055-6925204
CONSOLIDATED TRIBAL INVESTMENTS    Statement End Date:    01/14/04

WITHDRAWALS AND DEBITS ---------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|---|---|---|
| DEC 23 | CHECK CRD PURCHASE 12/21 HOLLISTER #242 PHOENIX AZ 491987XXXXXX1900 2444500B4M1PWTJHS ?MCC=5691 122105278DA | - 21.08 |
| DEC 23 | CHECK CRD PURCHASE 12/21 IHOP #1516 PHOENIX AZ 491987XXXXXX1900 2440369B4AAKSM5N5 ?MCC=5812 122105278DA | - 17.89 |
| DEC 24 | ATM WITHDRAWAL - 12/24 MACH ID 5743H 4400 E. THOMAS (DRIVE PHOENIX AZ 1900 | - 200.00 |
| DEC 24 | POS PURCHASE - 12/23 MACH ID 000000 1815 GLENDALE AFRYS FOOD PHOENIX AZ 1900 | - 199.17 |
| DEC 24 | CHECK CRD PURCHASE 12/22 NORDSTROM #0380 SCOTTSDALE AZ 491987XXXXXX1900 2444500B5M2B4861D ?MCC=5311 122105278DA | - 155.00 |
| DEC 24 | CHECK CRD PURCHASE 12/23 FEDEX SHP 12/05/03 AB# 842-257186940 TN 491987XXXXXX1900 2476197B521GSGJFE ?MCC=4215 122105278DA | - 29.04 |
| DEC 24 | CHECK CRD PURCHASE 12/22 CHIPOTLE MEXICAN PHOEN PHOENIX AZ 491987XXXXXX1900 2427076B5611XBQA9 ?MCC=5814 122105278DA | - 27.83 |
| DEC 24 | CHECK CRD PURCHASE 12/23 FEDEX SHP 12/05/03 AB# 842-257186928 TN 491987XXXXXX1900 2476197B521GSGJF6 ?MCC=4215 122105278DA | - 18.72 |
| DEC 24 | CHECK CRD PURCHASE 12/23 FEDEX SHP 12/05/03 AB# 842-257186917 TN 491987XXXXXX1900 2476197B521GSGJFN ?MCC=4215 122105278DA | - 16.64 |
| DEC 24 | CHECK CRD PURCHASE 12/22 MIRACLE MILE DELI PHOENIX AZ 491987XXXXXX1900 2415813B504JBH2AG ?MCC=5812 122105278DA | - 15.57 |
| DEC 26 | CHECK CRD PURCHASE 12/21 CASINO ARIZONA MK SCOTTSDALE AZ 491987XXXXXX1900 2444369B6S6G344YA ?MCC=5812 122105278DA | - 49.80 |
| DEC 26 | CHECK CRD PURCHASE 12/23 BILL JOHNSON'S APPLE E PHOENIX AZ 491987XXXXXX1900 2432301B640H4Y399 ?MCC=5812 122105278DA | - 32.84 |
| DEC 26 | CHECK CRD PURCHASE 12/24 FEDEX SHP 12/05/03 AB# 842-257186939 TN 491987XXXXXX1900 2476197B621GSZ8LB ?MCC=4215 122105278DA | - 29.04 |
| DEC 26 | CHECK CRD PURCHASE 12/23 CRACKER BARREL #277 GOODYEAR AZ 491987XXXXXX1900 2432301B63F7Q69T1 ?MCC=5812 122105278DA | - 17.17 |
| DEC 26 | CHECK CRD PURCHASE 12/24 KINKO'S #0676 PHOENIX AZ 491987XXXXXX1900 2444500B7M4N13AWG ?MCC=7338 122105278DA | - 2.26 |
| DEC 29 | POS PURCHASE - 12/27 MACH ID 000000 4500 N SCOTTSDAROBINSONS-SCOTTSDALE AZ 1900 | - 108.51 |
| DEC 29 | CHECK CRD PURCHASE 12/24 MIRACLE MILE DELI PHOENIX AZ 491987XXXXXX1900 2415813B804JBHMKH ?MCC=5812 122105278DA | - 18.27 |
| DEC 29 | CHECK CRD PURCHASE 12/26 KINKO'S #0676 PHOENIX AZ 491987XXXXXX1900 2444500BAMST2EF12 ?MCC=7338 122105278DA | - 0.43 |
| DEC 30 | THE HARTFORD NTCLBIIVRC 10912231 IBBC DBA: CTI INVESTME | - 480.00 |

-----------------------------------------------------------------
CONTINUED ON NEXT PAGE                                    SEC 010998


WF 00205

CONSOLIDATED TRIBAL INVESTMENTS

WITHDRAWALS AND DEBITS ---------------------------------------------------------

| DATE | TRANSACTION DETAIL | AMOUNT |
|------|--------------------|--------|
| DEC 30 | CHECK CRD PURCHASE 12/28 CHEESECAKE<br>PHOENIX PHOENIX AZ 491987XXXXXX1900<br>2461043BB232D3ELE ?MCC=5812 122105278DA | - 62.40 |
| DEC 30 | CHECK CRD PURCHASE 12/27 MACARONI<br>GR13500001354 PHOENIX AZ<br>491987XXXXXX1900 2416407BBPS69XGE0<br>?MCC=5812 122105278DA | - 56.36 |
| DEC 31 | OVERDRAFT FEE | - 29.00 |
| DEC 31 | OVERDRAFT FEE | - 29.00 |
| DEC 31 | OVERDRAFT FEE | - 29.00 |
| DEC 31 | CHECK CRD PURCHASE 12/29 KINKO'S #0676<br>PHOENIX AZ 491987XXXXXX1900<br>2444500BQM77RVQ7Q ?MCC=7338 122105278DA | - 14.10 |
| DEC 31 | CHECK CRD PURCHASE 12/29 KINKO'S #0676<br>PHOENIX AZ 491987XXXXXX1900<br>2444500BDM7J2VL6L ?MCC=7338 122105278DA | - 5.41 |
| DEC 31 | CHECK CRD PURCHASE 12/29 DUNKIN DONUTS<br>PHOENIX AZ 491987XXXXXX1900<br>2449398BQ5SVZSKSX ?MCC=5814 122105278DA | - 2.68 |
| JAN 02 | OVERDRAFT FEE | - 29.00 |
| JAN 02 | OVERDRAFT FEE | - 29.00 |
| JAN 02 | OVERDRAFT FEE | - 29.00 |
| JAN 02 | CHECK CRD PURCHASE 12/31 FEDEX SHP<br>12/27/03 AB# 842-157676137 TN<br>491987XXXXXX1900 2476197BD21H1HVA3<br>?MCC=4215 122105278DA | - 20.12 |
| JAN 02 | CHECK CRD PURCHASE 12/31 FEDEX SHP<br>12/15/03 AB# 842-257180562 TN<br>491987XXXXXX1900 2476197BD21H1HV9V<br>?MCC=4215 122105278DA | - 16.54 |
| JAN 02 | CHECK CRD PURCHASE 12/30 KINKO'S #0676<br>PHOENIX AZ 491987XXXXXX1900<br>2444500BDM7X2JSX7 ?MCC=7338 122105278DA | - 5.64 |
| JAN 02 | CHECK CRD PURCHASE 12/30 KINKO'S #0676<br>PHOENIX AZ 491987XXXXXX1900<br>2444500BDM7X2JSZH ?MCC=7338 122105278DA | - 5.62 |
| JAN 05 | OVERDRAFT FEE | - 31.00 |
| JAN 05 | OVERDRAFT FEE | - 31.00 |
| JAN 05 | OVERDRAFT FEE | - 31.00 |
| JAN 05 | OVERDRAFT FEE | - 31.00 |
| JAN 13 | CHECK CRD PURCHASE 01/12 YAH*YAHOO SM<br>BUS/MAIL 408-349-5151 CA<br>491987XXXXXX1900 2469216QW00AZ79F0<br>?MCC=4816 122105278DA | - 9.95 |
| JAN 14 | OVERDRAFT FEE | - 33.00 |
| JAN 14 | MONTHLY SERVICE FEE | - 9.00 |

DAILY BALANCE SUMMARY --------------------------------------------------------

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| DEC 11 | 5,393.35 | DEC 24 | 342.10 |
| DEC 12 | 5,268.83 | DEC 26 | 210.99 |
| DEC 15 | 4,695.21 | DEC 29 | 83.78 |
| DEC 16 | 3,113.77 | DEC 30 | - 514.98 |
| DEC 17 | 16,593.77 | DEC 31 | - 624.17 |
| DEC 18 | 2,368.82 | JAN 02 | - 759.09 |
| DEC 19 | 2,132.38 | JAN 05 | - 83.09 |
| DEC 22 | 1,141.34 | JAN 13 | - 93.04 |
| DEC 23 | 1,004.07 | JAN 14 | - 135.04 |

--------------------------------------------------------------------------    **SEC 010999**

CONTINUED ON NEXT PAGE

WF 00206

*CONSOLIDATED TRIBAL INVESTMENTS*

```
PAGE 5 of 5
Account Number:        055-6925204
Statement End Date:      01/14/04
```

--------------------------------------------------------------------------------

**FOR YOUR INTEREST**

--------------------------------------------------------------------------------

*THANK YOU FOR BANKING WITH WELLS FARGO.*

**SEC 011000**

**WF 00207**

```
                                         PAGE 1 of 2
WELLS FARGO BANK ARIZONA, N.A.
PHOENIX MAIN OFFICE                      Account Number:        055-6925204
P.O. BOX 6995                            Statement End Date:      02/12/04
PORTLAND, OR  97228-6995
```

```
        CONSOLIDATED TRIBAL INVESTMENTS
        4637 N 24TH ST
        PHOENIX AZ 85016-5203
```

```
   IF YOU HAVE ANY QUESTIONS ABOUT THIS STATEMENT OR YOUR ACCOUNTS,
   CALL: 800-225-5935 (1-800-CALL-WELLS).
```
------------------------------------------------------------------
YOUR ACCOUNTS AT A GLANCE

```
   ACCOUNT                                                    ENDING
   TYPE                                                      BALANCE

   BASIC BUSINESS CHECKING                                      0.00
      055-6925204
```
------------------------------------------------------------------
NEWS FROM WELLS FARGO

The following changes are effective June 1, 2004. Stop Payments will be $29 per
item.  Cashed/ Deposited Items Returned Unpaid will be $7 per item. Please
contact your banker or call 1-800-225-5935 if you have any questions or need
any assistance with your account. We appreciate your business and look forward
to continuing to serve your financial needs.
------------------------------------------------------------------
BASIC BUSINESS CHECKING 055-6925204

```
   CONSOLIDATED TRIBAL INVESTMENTS

   JAN 14 BEGINNING BALANCE                                  - 135.04
          TOTAL DEPOSITS/CREDITS                               135.04
          TOTAL WITHDRAWALS/DEBITS                               0.00
   JAN 26 CLOSING BALANCE                                        0.00
```

DEPOSITS AND CREDITS ---------------------------------------------

```
   DATE    TRANSACTION DETAIL                               AMOUNT

   JAN 26   TRANSFER FROM DDA # 000000556925352              135.04
```

WITHDRAWALS AND DEBITS -------------------------------------------

```
   DATE    TRANSACTION DETAIL                               AMOUNT

   JAN 26   PAYOFF DEBIT, INTEREST WITHOUT FEE                 0.00
```
DAILY BALANCE SUMMARY --------------------------------------------

```
   DATE             BALANCE   DATE                          BALANCE
   ---------------------------    ------------------------------------
   JAN 14          - 135.04   JAN 26                           0.00
```

------------------------------------------------------------------
CONTINUED ON NEXT PAGE                               SEC 011001


WF 00208

PAGE 2 of 2
Account Number:       055-6925204
CONSOLIDATED TRIBAL INVESTMENTS        Statement End Date:      02/12/04

--------------------------------------------------------------------------------
FOR YOUR INTEREST

The following changes are effective April 1, 2004. If you use your ATM & Check
Card to get cash from a teller at a non-Wells Fargo Bank, there is a $3 cash
disbursement fee that will be charged to your Wells Fargo account. Also, to
complete as many of your Bill Pay transactions as possible, Wells Fargo is
enhancing the Bill Pay Service processing procedures. If you schedule a payment
through your Bill Pay Service, and there are not sufficient funds in your
account to cover the transaction on the payment date, Wells Fargo may take any
of the following actions:
-     Cover the transaction if you have overdraft protection;
-     Pay the transaction and create an overdraft to your account; or
-     Decline the transaction.
You may be assessed a fee, which will vary depending on the action taken. If
you do not have overdraft protection, we encourage you to contact your local
banker, call 1-800-225-5935, or visit us Online to enroll. We appreciate your
business and look forward to continuing to serve your financial needs.

**SEC 011002**

--------------------------------------------------------------------------------
THANK YOU FOR BANKING WITH WELLS FARGO.

**WF 00209**