C1 COMPLETED
TOTAL ITEMS: 0

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 11932-27JAN05 | 0556925204 | 17-APR-03 | 006832620169 | | 5,500.00/U |

Oper: YNM001 Type: LP-MNAZ

Group: GLPU1097336BB

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

28-JAN-05

00691 Office AU # 11-24 1210(8)

Operator I.D.: cx004852 cx006163

**OFFICIAL CHECK** 0069104417

April 11, 2003

PAY TO THE ORDER OF ***CONSOLIDATED TRIBAL INVESTMENTS***

***Five thousand five hundred dollars and no cents*** **$5,500.00**

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 394-3122

VERF w/ JILL

VOID IF OVER US $ 5,500.00

CONTROLLER

⑈0069104417⑈ ⑆121000248⑆4861 505345⑈

⑈0000550000⑈

SEC 011003

WF 00210

PLAINTIFF'S EXHIBIT K(2)

C1    COMPLETED
TOTAL ITEMS:    0

| Request ID | Account | Seq # | Capture | Pod # | Amount |
|---|---|---|---|---|---|
| 11933-27JAN05 | 0556925204 | 17-APR-03 | 0068326201681 | | 5,000.00/U |

Oper:    YNW001    Type:    LP-MNAZ

Group:    GLPU109733GBB

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA --------

28-JAN-05





| 00091 | 11.26 | | OFFICIAL CHECK | 0069104416 |
|---|---|---|---|---|
| 0069 AU # | | 121051 | | |

Operator I.D.: cu004852    cu008163

PAY TO THE ORDER OF    ***CONSOLIDATED TRIBAL INVESTMENTS***

April 11, 2003

***Five thousand dollars and no cents***    **$5,000.00**

WELLS FARGO & COMPANY ISSUER
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94163
PAYABLE AT WELLS FARGO BANK, N.A.
FOR INQUIRIES CALL (480) 354-3122

VOID IF OVER US $ 5 000 0'

CONTROLLER

⑈0069104416⑈ ⑆121000248⑆4861 505345⑈

⑈0000500000⑈

SEC 011004

WF 00211



AMERICAN BIOFUELS, LLC
9728 HAYVENHURST AVENUE
NORTH HILLS, CA 91345

3116

DATE 5/13/03

PAY TO THE ORDER OF Consolidated Trust Investment $ 500.00

Five Hundred & 00/100 DOLLARS

MEMO Loan

08-FEB-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336BB

Oper: PXS004 Type: LP-MNAZ

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 11934-27JAN05 | 0556925204 | 13-MAY-03 | 007032736483 | | 500.00/USD |

TOTAL ITEMS: 0

C1 COMPLETED





SIMIN O. AZHANDEH
KOOROSH AZHANDEH

DATE 10/14/03 3696

PAY TO THE ORDER OF Consolidated Tribal investment $ 20000 00/100
Twenty Thousands and 00/100

MEMO IBBG investment

⑆256075520⑆ 0695727⑈ 3696 ⑈0002000000⑈

08-FEB-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336BB

Oper: PXS004 Type: LP-MNAZ

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 11935-27JAN05 | 0556925204 | 23-OCT-03 | 006934465703 | | 20,000.00/ |

TOTAL ITEMS: 0

Q1 QUALITY POOR - BEST COPY POSSIBLE

**Withdrawal For An Account In Arizona/ Retiro:**

Arizona
Company Id 038

WELLS FARGO

(Check One/Marque Uno) ☐ Checking/Cuenta de Cheques ☐ Savings/Ahorros ☐ Money Market Access

Checking, Savings, Money Market Access account number/ Número de cuenta de Cheques, Ahorros, MMA

*0556925352i

Date/Fecha

| Name - Please print/Nombre - Letra de molde | I authorize this withdrawal and acknowledge receipt of the amount indicated below./ Yo autorizo este retiro y doy conocimiento de haber recibido la cantidad indicada abajo. Please sign in teller's presence / Favor de firmar en la presencia del cajero |
|---|---|
| Street Address, City, State, Zip Code/Domicilio, Ciudad, Estado, Código Postal | X |

eight hundred Dollars $ 800.—

Bank Use Only (When SVT Is Not Available)

| Customer Id: | Exp. date: |
|---|---|
| Token Verified(✓) ☐ | Approval: |

TLR86041 AZ (12/01)

⑈70150232O⑈ ⑆503800697⑆

SEC 011007

11936-27JAN05/LP-MN-MG/ASYN/05-JAN-04/910527/007035856577/800.00/USD//3
27-JAN-05//0556925204/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336BB

WF 00214

Oper: ASYN Type: LP-MN-MG

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 11936-27JAN05 | 0556925204 | 05-JAN-04 | 007035856577 | | |
| 800.00/USD | | | | | |

TOTAL ITEMS: 0
K2 REQUEST SENT TO K2 FOR RETRIEVAL



11-FEB-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336B

Oper: CAE002 Type: LP-MNAZ+

| Request ID | Account | Capture | Seq # | Pod # | Amount |
| --- | --- | --- | --- | --- | --- |
| 26072-25JAN05 | 0556925204 | 21-APR-03 | 006632111518 | | 5,000.00/U |

TOTAL ITEMS: 0

C1 COMPLETED

for deposit only
WFB TEMPE, AZ 04212003
TR#1000FKT #001

SEC 011008

WF 00215

C.T.I.
April 18, 2003
American Bio-Fuels, LLC
$ 5,000
DOLLARS

C1 COMPLETED

TOTAL ITEMS: 0

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 26073-25JAN05 | 0556925204 | 21-APR-03 | 006632111519 | | 5,000.00/U |

Oper: CAE002 Type: LP-MNAZ+

Group: GLPU1097336B

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

11-FEB-05

WFB TEMPE AZ 04212003

SEC 011009

WF 00216

C.T.I.
April 18, 2003
American Bio-Fuels, LLC
$ 5,000.00
Five Thousand dollars
DOLLARS

Withdrawal For An Account In Arizona:
Arizona Company Id 038
WELLS FARGO
(Check One) Checking Savings Money Market Access
Checking, Savings, Money Market Access account number
0556925204
Date 05/13/03
Name - Please print
LEEROY ALLEN JR
Street Address/City, State, Zip Code
I authorize this withdrawal and acknowledge receipt of the amount indicated
Please sign if teller is present
FIVE HUNDRED DOLLARS AND 00/100 Dollars
$ 500.00
708665052 503600697 0556925204 0000050000

HFB TEMPE, AZ 05132003
TR8228PKT 0001
>1221-0027-8<
7032736482

08-FEB-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336B

Oper: PXS004 Type: LP-MNAZ

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 26074-25JAN05 | 0556925204 | 13-MAY-03 | 007032736482 | | 500.00/USD |

TOTAL ITEMS: 0
C1 COMPLETED

*Date: February 3, 2005* *Wells Fargo PhotoCopy Request* *Page 1 of 1*

*Reference: 1000006680616:1000006677616:1000006678616*

**Withdrawal For An Account In Arizona/ Retiro:** Arizona Company Id 038

(Check One/Marque Uno) ☐ Checking/Cuenta de Cheques ☐ Savings/Ahorros ☐ Money Market Access

Checking, Savings, Money Market Access account number/ Número de cuenta de Cheques, Ahorros, MMA

*0556925204 Date/Fecha 10'14'03

Name - Please print/Nombre - Letra de molde: Leeroy Allen Jr.

Street Address, City, State, Zip Code/Domicilio, Ciudad, Estado, Código Postal

I authorize this withdrawal and acknowledge receipt of the amount indicated below./ Yo autorizo este retiro y doy conocimiento de haber recibido la cantidad indicada abajo. Please sign in teller's presence/ Favor de firmar en la presencia del cajero

x [signature]

twenty five 00 Dollars $ 2500.

Bank Use Only (When SVT Is Not Available)

Customer Id: Exp. date:

Token Verified(✓) Approval:

TLA86041 AZ (12/01)

$2,500.00
10/14/03 10:15am Co00038
14 06014 0890108
RT 503800697 Acct 0556925204

⑈701502377⑈ ⑆503800697⑆

| | | | |
|---|---|---|---|
| *R/T Number* | 12210527 | *Processing Date* | 20031014 |
| *Sequence Number* | 4530232988 | *Amount* | 2500.0 |
| *Account Number* | 0556925204 | *Check Number* | 701502377 |

SEC 011011

WF 00218

*Date: February 3, 2005* *Wells Fargo PhotoCopy Request* *Page 1 of 1*

*Reference: 1000006679678:1000006676678:1000006677678*

**Withdrawal For An Account In Arizona/ Retiro:**
Arizona
Company Id 038

(Check One/Marque Uno) Checking/Cuenta de Cheques ☐ Savings/Ahorros ☐ Money Market Access

Checking, Savings, Money Market Access account number/ Número de cuenta de Cheques, Ahorros, MMA
* 0556925204

Date/Fecha 10/16/03

Name - Please print/Nombre, Letra de molde
LeRoy Allen Jr.

Street Address, City, State, Zip Code/Domicilio, Ciudad, Estado, Código Postal

I authorize this withdrawal and acknowledge receipt of the amount indicated below./ Yo autorizo este retiro y doy conocimiento de haber recibido la cantidad indicada abajo. Please sign in teller's presence/Favor de firmar en la presencia del cajero
X

Six hundred dollars & 00/100 Dollars $ 600.00

Bank Use Only (When SVT Is Not Available)

| Customer Id: | Exp. date: |
|---|---|
| Token Verified(✓) ☐ | Approval: |

TLR8604 AZ (12/01)

$600.00
10/16/03 10:40am C000038
10 06014 0270031
RT 503800697 Acct 0556925204

⑈701502418⑈ ⑆503800697⑆

| R/T Number | 12210527 | Processing Date | 20031016 |
|---|---|---|---|
| Sequence Number | 5130304929 | Amount | 600.0 |
| Account Number | 0556925204 | Check Number | 701502418 |

SEC 011012

WF 00219



Withdrawal/Retiro

Check One/ Checking/Cuenta de Cheques Savings/Ahorros Money Market Access

*0556925204

10/21/2003

X

Dollars $ 6,000.00

⑈706951808⑈ ⑆500000694⑆ 0556925204⑈ ⑈0000600000⑈

08-FEB-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336B

Oper: PXS004 Type: LP-MNAZ

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 26075-25JAN05 | 0556925204 | 22-OCT-03 | 006834807199 | | 6,000.00/U |

TOTAL ITEMS: 0

Q1 QUALITY POOR - BEST COPY POSSIBLE





09-FEB-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336B

Oper: GXR011 Type: LP-MNAZ

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 26076-25JAN05 | 0556925204 | 28-OCT-03 | 001934653539 | | 4,000.00/U |

TOTAL ITEMS: 0
C1 COMPLETED

SEC 011014

WF 00221

*Date: February 3, 2005* *Wells Fargo PhotoCopy Request* *Page 1 of 1*

*Reference: 1000006679677:1000006676677:1000006677677*

**Withdrawal For An Account In Arizona/ Retiro:**

Arizona Company Id 038

WELLS FARGO

(Check One/Marque Uno) ☐ Checking/Cuenta de Cheques ☐ Savings/Ahorros ☐ Money Market Access

Checking, Savings, Money Market Access account number/ Número de cuenta de Cheques, Ahorros, MMA

*0556925204

Date/Fecha 10'30'03

Name - Please print/Nombre - Letra de molde: Leroy Allen Jr.

Street Address, City, State, Zip Code/Domicilio, Ciudad, Estado, Código Postal

I authorize this withdrawal and acknowledge receipt of the amount indicated below/ Yo autorizo este retiro y doy conocimiento de haber recibido la cantidad indicada abajo. Please sign in teller's presence / Favor de firmar en la presencia del cajero

X [signature]

twenty fivehundred 00 Dollars $ 2500.—

Bank Use Only (When SVT Is Not Available)

Customer Id: Exp. date:

Token Verified:✓13 Approval:

TLR86041 AZ (12/01)

$2,500.00
10/30/03 9:19am Co00038
14 06014 0030005
RT 503800697 Acct 0556925204

⑈701502262⑈ ⑆503800697⑆

| | | | |
|---|---|---|---|
| *R/T Number* | 12210527 | *Processing Date* | 20031030 |
| *Sequence Number* | 4830750888 | *Amount* | 2500.0 |
| *Account Number* | 0556925204 | *Check Number* | 701502262 |

SEC 011015

WF 00222

*Date: February 3, 2005* *Wells Fargo PhotoCopy Request* *Page 1 of 1*

*Reference: 1000006681198:1000006678198:1000006679198*

**Withdrawal/Retiro:**

(Check One/Marque Uno) [X] Checking/Cuenta de Cheques [ ] Savings/Ahorros [ ] Money Market Access

WELLS FARGO

Checking, Savings, Money Market Access account number/ Número de cuenta de Cheques, Ahorros, MMA

*0556925204

Date/Fecha 10/30/03

Please print: Name/Letra de molde: Nombre
Leeroy Allen Jr

Please print: Street Address, City, State, Zip Code/Letra de molde: Domicilio, Ciudad, Estado, Código Postal
2803 N. 29th St. Phoenix AZ 85008

I authorize this withdrawal and acknowledge receipt of the amount indicated below./ Yo autorizo este retiro y doy constancia de haber recibido la cantidad indicada abajo.
Please sign in teller's presence/ Favor de firmar en la presencia del cajero

X [signature]

Three thousand & no/100 Dollars $ 3000.00

Bank Use Only (When SVT Is Not Available)

| Customer Id: | Exp. date: |
|---|---|
| Token Verified(✓) ☐ | Approval: |

TLR9230 (11/02)

$3,000.00
10/30/03 12:29PM CoD0038
03 06315 0300040
RT 503800697 Acct 0556925204

⑈706022560⑈ ⑆500000694⑆

| | | | |
|---|---|---|---|
| *R/T Number* | 12210527 | *Processing Date* | 20031030 |
| *Sequence Number* | 4230028857 | *Amount* | 3000.0 |
| *Account Number* | 0556925204 | *Check Number* | 706022560 |

SEC 011016

WF 00223

*Date: February 3, 2005* *Wells Fargo PhotoCopy Request* *Page 1 of 1*

*Reference: 1000006681194:1000006678194:1000006679194*

**Withdrawal For An Account In Arizona/ Retiro:**

Arizona Company Id 038

WELLS FARGO

(Check One/Marque Uno) [✓] Checking/Cuenta de Cheques [ ] Savings/Ahorros [ ] Money Market Access

Checking, Savings, Money Market Access account number/ Número de cuenta de Cheques, Ahorros, MMA

*0556925204

Date/Fecha 10/31/2003

Name - Please print/Nombre - Letra de molde: Lee Roy Allen Jr

Street Address, City, State, Zip Code/Domicilio, Ciudad, Estado, Código Postal

I authorize this withdrawal and acknowledge receipt of the amount indicated below./ Yo autorizo este retiro y doy conocimiento de haber recibido la cantidad indicada abajo. Please sign in teller's presence/ Favor de firmar en la presencia del cajero

X [signature]

One thousand five hundred and thirteen dollars 00/00 Dollars $ 1513.00

Bank Use Only (When SVT Is Not Available)

| Customer Id: | Exp. date: |
|---|---|
| Token Verified(✓) | Approval: |

TLR86041 AZ (12/01)

⑈701554164⑈ ⑆503800697⑆

| | | | |
|---|---|---|---|
| *R/T Number* | 12210527 | *Processing Date* | 20031031 |
| *Sequence Number* | 4530055937 | *Amount* | 1513.0 |
| *Account Number* | 0556925204 | *Check Number* | 701554164 |

SEC 011017

WF 00224

**Withdrawal For An Account In Another Company Id:**

(Check One) [X] Checking [ ] Savings [ ] Money Market Access

Checking, Savings, Money Market Access account number

*0556925204 11-04-03

Name - Please print

Leeroy Allo...

Street Address, City, State, Zip Code

886 N. Cofco Center...

eight-Hundred and 00/00 Dollars $ 800.00

*709853287*

⑆503800697⑆ 0556925204⑈ ⑈0000080000⑈

11-FEB-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336B

Oper: CAE002 Type: LP-MNCO+

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 26378-25JAN05 | 0556925204 | 04-NOV-03 | 023071572042 | | 800.00/USD |

TOTAL ITEMS: 0

C1 COMPLETED

11-FEB-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336B

Oper: CAE002 Type: LP-MNAZ+

| Request ID | Account | Capture | Seq # | Pod # | Amount |
| --- | --- | --- | --- | --- | --- |
| 26343-25JAN05 | 0556925204 | 14-NOV-03 | 006634652841 | | 5,500.00/U |

TOTAL ITEMS: 0

C1 COMPLETED

Withdrawal For An Account In Arizona/Retiro:
Arizona
Company Id 038
WELLS FARGO
(Check One/Marque Uno) Checking/Cuenta de Cheques Savings/Ahorros Money Market Access
*0556925204 12/14/03
Name Please print Nombre - Letra de molde
Leeroy Allen Jr.
Street Address, City, State, Zip Code/Domicilio Ciudad Estado, Código Postal
fifty five hundred Dollars $ 5500.
11/14/03
14 06014 0016 47
503800697 0556925204
⑈70150 2373⑈ ⑆503800697⑆

SEC 011019 WF 00226

*Date: February 3, 2005* *Wells Fargo PhotoCopy Request* *Page 1 of 1*

*Reference: 1000006681196:1000006678196:1000006679196*

**Withdrawal For An Account In Arizona:**

**Arizona Company Id 038**

WELLS FARGO

(Check One) [X] Checking [ ] Savings [ ] Money Market Access 7-1

Checking, Savings, Money Market Access account number

* 0556925204

Date 11/26/03

Name - Please print: Lee Roy Allen Jr

Street Address, City, State, Zip Code

I authorize this withdrawal and acknowledge receipt of the amount indicated below. Please sign in teller's presence

X [signature]

Five Thousand Dollars $00/100 Dollars $ 5000.00

Bank Use Only (When SVT is Not Available)

Customer Id: Exp. date:

Token Verified(✓) Approval:

RTN 503800697

TLR8601S AZ (12/01)

⑈708891815⑈ ⑆503800697⑆

| | | | |
|---|---|---|---|
| *R/T Number* | 12210527 | *Processing Date* | 20031126 |
| *Sequence Number* | 4330242827 | *Amount* | 5000.0 |
| *Account Number* | 0556925204 | *Check Number* | 708891815 |

SEC 011020

WF 00227

11-FEB-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336B

Oper: CAE002 Type: LP-MNAZ+

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 26360-25JAN05 | 0556925204 | 02-DEC-03 | 007035150549 | | 3,500.00/U |

TOTAL ITEMS: 0

C1 COMPLETED

Withdrawal/Retiro

(Check One) Checking Savings Money Market Access

WELLS FARGO

*0556 925204 12/2/2003

Cecil Allen Jr

X [signature]

Three thousand five hundred dollars 00/100 Dollars 3500.00

$3,500.00

11-FEB-05

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336B

| Oper: | CAE002 | | Type: | LP-MNAZ+ | |
|---|---|---|---|---|---|
| Request ID | Account | Capture | Seq # | Pod # | Amount |
| 26361-25JAN05 | 0556925204 | 05-DEC-03 | 006835591070 | | 812.26/USD |

TOTAL ITEMS: 0

C1 COMPLETED

WFB TEMPE, AZ 12052003
TR#147/PKT #001
>1221-0527-0<
6835591070

SEC 011022

Withdrawal For An Account In Arizona/Retiro:

Arizona Company Id 038

Check One/Marque Uno: Checking/Cuenta de Cheques Savings Money Market Access

*0556925204 Dec 5, 2003

Lee Koy Allen

$ 812.26

0556925204

WF 00229

C1 COMPLETED

TOTAL ITEMS: 0

| Request ID | Capture | Seg # | Pod # | Amount |
|---|---|---|---|---|
| 26362-25JAN05 | 0556925204 | 11-DEC-03 | 0067355284 68 | 3,000.00/U |

Oper: CAE002                                      Type: LP-MNAZ+

Group: GLPU1097336B

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA --------

11-FEB-05





**Withdrawal For An Account In Arizona/ Retiro:**
Arizona Company Id 038

[Check One/Marque Uno] ☑ Checking/Cuenta de Cheques ☐ Savings/Ahorros ☐ Money Market Access

Checking, Savings, Money Market Access account number /
Número de cuenta de Cheques, Ahorros, MMA

* 0556925204 *                        Date 3/11/2003

Three thousand Dollars No/100                        $ 3,000.00

$3,000.00
12/11/03  2:15pm
10 06014 0073 428
91 503806697  0556925204

⑈70150215215⑈ ⑆503806697⑆

SEC 011023                        WF 00230

**Withdrawal For An Account In Arizona/ Retiro:**

Arizona
Company Id 038

WELLS FARGO

(Check One / Marque Uno) ☐ Checking /Cuenta de Cheques ☐ Savings /Ahorros ☐ Money Market Access

Checking, Savings, Money Market Access account number / Número de cuenta de Cheques, Ahorros, MMA

*0556925004

Date/Fecha 12'17'03.

Name - Please print/Nombre - Letra de molde
Leroy Allen Jr.

Street Address, City, State, Zip Code/Domicilio, Ciudad, Estado, Código Postal
2803 N 29 St.

I authorize this withdrawal and acknowledge receipt of the amount indicated below./ Yo autorizo este retiro y doy conocimiento de haber recibido la cantidad indicada abajo. Please sign in teller's presence / Favor de firmar en la presencia del cajero

X [signature]

Fifteen hundred Dollars $ 1500.—

Bank Use Only (When SVT Is Not Available)

| Customer Id: | Exp. date: |
|---|---|
| Token Verified(✓) ☐ | Approval: |

TLR86041 AZ (12/01)

$1,500.00
12/17/03 9:40am Co00038
14 06014 0010 515
RT 503800697 Acct 0556925204

⑈7015021060⑈ ⑆503800697⑆

26363-25JAN05/LP-MN-MG/ASYN/17-DEC-03/910527/006735665989/1,500.00/U//3
26-JAN-05//0556925204/ /

-------- THIS ITEM IS PART OF A LEGAL ORDER SUBPOENA ------------

Group: GLPU1097336B

WF 00231

Oper: ASYN Type: LP-MN-MG

| Request ID | Account | Capture | Seq # | Pod # | Amount |
|---|---|---|---|---|---|
| 26363-25JAN05 | 0556925204 | 17-DEC-03 | | 006735665989 | |
| 1,500.00/U | | | | | |

SEC 011024

TOTAL ITEMS: 0
K2 REQUEST SENT TO K2 FOR RETRIEVAL

WELLS FARGO BANK N.A. (121) [ReportId] Run 9-OCT-2003 21:30 Page 67831
FULL TRANSACTION REPORT For 9-OCT-2003

<<< TRN: 031009-027648 >>>

**** MESSAGE ENVELOPE **** ( Bank : 121 )

SRC:FED CALLER: EXT:
RPT# AMT:20,000.00 CUR:USD TRDR#
TEST: VAL:// TYP:FTR/ FNDS:S CHG:DB:W CD:B COM:N CBL:N

*DBT A/051400549 CDT *D/009:0380556925204 ADV:LTR
DEPT:0002729 GL RECON: 038038
WACHOVIA BANK NA OF VIRGINIA CONSOLIDATED TRIBAL INVESTMENTS
ROANOKE, VA 886 N COFCO CENTER CT UNIT 1135
PHOENIX AZ 85008-6447
SEND:/1070113168444 BNF:/0556925204 CHG: BK?N
STEPHEN A MORRISON CONSOLIDATED TRIBAL INVESTMENTS
1206 MEADOW GREEN LN
MCLEAN VA
22102411 ORIG TO BNF INFO:
SNDR REF NUM:031009024557 FOR BENEFIT OF STEPHEN A. MORRISON
ORDERING BNK:
MONTICELLO MARKETPL FT SETTLEMENT
ATTN: WIRE SERVICES
WILLIAMSBURG VA-5002
ORIG:
STEPHEN A. MORRISON
1206 MEADOW GREEN LANE
MCLEAN, VA 22102
REF NUM:031009250170

**** MESSAGE TEXT ****

{1100}02P N
{1110}10091320FT01
{1120}20031009I1B7034R00123910091320FT01
{1510}1000
{1520}20031009E3QPAA6C000509
{2000}000002000000
{3100}051400549WACHOVIA BK NA VA*
{3320}031009024557*
{3400}121000248WELLS FARGO SF*
{3600}CTR
{4200}D0556925204*
CONSOLIDATED TRIBAL INVESTMENTS*
{4320}031009250170*
{5000} *
STEPHEN A. MORRISON*
1206 MEADOW GREEN LANE*
MCLEAN, VA 22102*
{5100} *
MONTICELLO MARKETPL FT SETTLEMENT*
ATTN: WIRE SERVICES*
WILLIAMSBURG VA-5002*
{5200}D1070113168444*
STEPHEN A MORRISON*

SEC 011025

WF 00232

```
WELLS FARGO WIRE TRANSFER SERVICES    [ReportId] Run 14-OCT-2003 22:31 Page 17075
FULL TRANSACTION REPORT                          For 14-OCT-2003

<<< TRN: 031014-047152 >>>
    **** MESSAGE ENVELOPE ****                       ( Bank : 009 )

SRC:FT1 CALLER:                                          EXT:
RPT#         AMT:6,000.00             CUR:USD                    TRDR#
TEST: VAL://                        TYP:FTR/1000 FNDS:S CHG:DB:R CD:W COM:N CBL:N
-----------------------------------------------------------------------------------
*DBT D/0380556925204                    CDT *A/122100024                ADV:FED
GL RECON: 038038                        DEPT:0007463
DEPT:0601406070                         BANK ONE, N.A.
CONSOLIDATED TRIBAL INVESTMENTS         PHOENIX, AZ
886 N COFCO CENTER CT UNIT 1135
PHOENIX AZ 85008-6447                   BNF BANK:
SNDR REF NUM:FW06014287603321           BANK ONE, N.A.
                                        PHOENIX                        AZ

                                        BNF:/643982770                 CHG: BK?N
                                        JOSEPH LINKEVIC

                                        ORIG TO BNF INFO:
                                        REIMBURSEMENT OF EXPENSES SALARY

    **** CREDIT PAYMENT MESSAGE TEXT ****

{1510} Type/Subtype Code:
           Type Code:                   10 (Transfer of funds)
           Subtype Code:                00 (Regular transfer)

{2000} Amount:                          $6,000.00

{3100} Sending Bank:
           ABA number:                  091000019
           Short name:                  WELLS FARGO MN
           ABA lookup:                  Address not on file

{3320} Sender Reference:                031014047152

{3400} Receiving Bank:
           ABA number:                  122100024
           Short name:                  BANK ONE ARIZONA
           ABA lookup:                  Address not on file

{3600} Business Function Code:          CTR (Customer transfer)

{4100} Beneficiary's Bank:              /
                                        BANK ONE, N.A.
                                        PHOENIX                        AZ

{4200} Beneficiary:                     D/643982770
                                        JOSEPH LINKEVIC
```

```
WELLS FARGO WIRE TRANSFER SERVICES    [ReportId] Run 14-OCT-2003 22:31 Page 31071
FULL TRANSACTION REPORT                          For 14-OCT-2003

<<< TRN: 031014-052672 >>>

    **** MESSAGE ENVELOPE ****                 ( Bank : 009 )

SRC:FT1 CALLER:                                 EXT:
RPT#            AMT:5,000.00            CUR:USD                        TRDR#
TEST: VAL://                         TYP:FTR/1000 FNDS:S CHG:DB:R CD:W COM:N CBL:N
----------------------------------------------------------------------------------
*DBT D/0380556925204                    CDT A/021001088                ADV:FED
GL RECON: 038038                        DEPT:0007463
DEPT:0601406070                         HSBC BANK USA
CONSOLIDATED TRIBAL INVESTMENTS         1152 FIFTH AVE
886 N COFCO CENTER CT UNIT 1135         NEW YORK,NY,US
PHOENIX AZ 85008-6447                   BNF BANK:
SNDR REF NUM:FW06014287041421           HSBC BANK USA
                                        BUFFALO                        NY

                                        BNF:/01722367-9                CHG:  BK?N
                                        H MELVILLE HICKS JR

                                        ORIG TO BNF INFO:
                                        ATTORNEY FEES

    **** CREDIT PAYMENT MESSAGE TEXT ****

{1510} Type/Subtype Code:
        Type Code:                     10 (Transfer of funds)
        Subtype Code:                  00 (Regular transfer)

{2000} Amount:                         $5,000.00

{3100} Sending Bank:
        ABA number:                    091000019
        Short name:                    WELLS FARGO MN
        ABA lookup:                    Address not on file

{3320} Sender Reference:               031014052672

{3400} Receiving Bank:
        ABA number:                    021001088
        Short name:                    HSBC USA
        ABA lookup (REL):              HSBC BANK USA
                                       1152 FIFTH AVE
                                       NEW YORK,NY,US
{3600} Business Function Code:         CTR (Customer transfer)

{4100} Beneficiary's Bank:             /
                                       HSBC BANK USA
                                       BUFFALO                         NY
```

SEC 011027

WF 00234

```
WELLS FARGO BANK N.A. (121)             [ReportId] Run 16-OCT-2003 22:17 Page 22618
FULL TRANSACTION REPORT                            For 16-OCT-2003
<<< TRN: 031016-049505 >>>

    **** MESSAGE ENVELOPE ****                      ( Bank : 121 )

SRC:FED CALLER:                                       EXT:
RPT#          AMT:20,000.00             CUR:USD                         TRDR#
TEST: VAL://                           TYP:FTR/     FNDS:S CHG:DB:W CD:B COM:N CBL:N
--------------------------------------------------------------------------------
*DBT A/063100277                         CDT *D/009:0380556925204        ADV:LTR
DEPT:0002729                             GL RECON: 038038
BANK OF AMERICA N.A.                     CONSOLIDATED TRIBAL INVESTMENTS
TAMPA, FL                                886 N COFCO CENTER CT UNIT 1135
                                         PHOENIX                AZ 85008-6447
SEND:/003430483304                       BNF:/0556925204               CHG: BK?N
HENRY F DEFRANCESCO                      CONSOLIDATED TRIBAL INVESTMENTS
BOBBIE N DEFRANCESCO                                   CAUS
444 W PALM AIRE DR
POMPANO BEACH FL  33069-5544
SNDR REF NUM:031016032362
ORDERING BNK:
BANK OF AMERICA NA - BFT
FLORIDA, USA

ORIG:/003430483304
HENRY F DEFRANCESCO
444 W PALM AIRE DR
POMPANO BEACH FL  33069-5544
REF NUM:01031016003701NN

    **** MESSAGE TEXT ****

{1100}02P N
{1110}10161616FT01
{1120}20031016I1B7031R002278101616l6FT01
{1510}1000
{1520}20031016L1B7039C001907
{2000}000002000000
{3100}063100277BK AMERICA FL*
{3320}031016032362*
{3400}121000248WELLS FARGO SF*
{3600}CTR
{4200}D0556925204*
CONSOLIDATED TRIBAL INVESTMENTS*
                 CAUS*
{4320}01031016003701NN*
{5000}D003430483304*
HENRY F DEFRANCESCO*
444 W PALM AIRE DR*
POMPANO BEACH FL  33069-5544*
{5100} *
BANK OF AMERICA NA - BFT*
FLORIDA, USA*
{5200}D003430483304*
HENRY F DEFRANCESCO*
```

```
WELLS FARGO WIRE TRANSFER SERVICES    [ReportId] Run 16-OCT-2003 22:17 Page 85308
FULL TRANSACTION REPORT                          For 16-OCT-2003

<<< TRN: 031016-034833 >>>

    **** MESSAGE ENVELOPE ****                         ( Bank : 009 )

SRC:FT1 CALLER:                                      EXT:
RPT#        AMT:3,000.00              CUR:USD                         TRDR#
TEST: VAL://                        TYP:FTR/1000 FNDS:S CHG:DB:R CD:W COM:N CBL:N
---------------------------------------------------------------------------------
*DBT D/0380556925204                    CDT *A/122104046                ADV:FED
GL RECON: 038038                        DEPT:0007463
DEPT:0601406070                         MARSHALL & ILSLEY BANK
CONSOLIDATED TRIBAL INVESTMENTS         PHOENIX, AZ
886 N COFCO CENTER CT UNIT 1135
PHOENIX AZ 85008-6447                   BNF BANK:
SNDR REF NUM:FW06014289072931           MARSHALL    ILSLEY BANK
                                        PHOENIX                        AZ

                                        BNF:/0072113821                CHG: BK?N
                                        Way of the Ancients

                                        ORIG TO BNF INFO:
                                        Reimbursement of expenses

    **** CREDIT PAYMENT MESSAGE TEXT ****

{1510} Type/Subtype Code:
            Type Code:                  10 (Transfer of funds)
            Subtype Code:               00 (Regular transfer)

{2000} Amount:                          $3,000.00

{3100} Sending Bank:
            ABA number:                 091000019
            Short name:                 WELLS FARGO MN
            ABA lookup:                 Address not on file

{3320} Sender Reference:                031016034833

{3400} Receiving Bank:
            ABA number:                 122104046
            Short name:                 PHOENIX OFF M&I
            ABA lookup:                 Address not on file

{3600} Business Function Code:          CTR (Customer transfer)

{4100} Beneficiary's Bank:              /
                                        MARSHALL    ILSLEY BANK
                                        PHOENIX                        AZ

{4200} Beneficiary:                     D/0072113821
                                        WAY OF THE ANCIENTS
```

```
WTWH04                        FULL INTRANET WIRE TEXT        01/27/2005 17:23 CT
                                                                    PAGE  1 OF  9
TYPE    FT1-FWO  DATE 20031029       AMOUNT         2,500.00   TRAN 011252 FED
DEBIT   ACCOUNT D/0556925204         SENDER REF NUMBER FW00577301692191
CREDIT  ACCOUNT A/021001088          ORIGINATOR NAME    N/A

<<< TRN: 031029-011252 >>>
**** MESSAGE ENVELOPE ****           ( Bank  : 009 )
SRC:FT1 CALLER:                                EXT:
RPT#    AMT:2,500.00              CUR:USD                         TRDR#
TEST:  VAL://                   TYP:FTR/1000 FNDS:S CHG:DB:R CD:W COM:N CBL:N
*DBT D/0380556925204                CDT A/021001088                 ADV:FED
GL RECON:  038038                   DEPT:0007463
DEPT:0057706070                     HSBC BANK USA
CONSOLIDATED TRIBAL INVESTMENTS     1152 FIFTH AVE
886 N COFCO CENTER CT UNIT 1135     NEW YORK,NY,US
PHOENIX AZ 85008-6447               BNF BANK:
SNDR REF NUM:FW00577301692191       HSBC BANK USA
                                    BUFFALO                          NY
                                    BNF:/017223679                 CHG:   BK?N

PFKEYS: 2-Off,3-End,4-eXit,5-Top,6-Bottom,7-UP,8-DOwn,9-Print
ACTION ===>
```

```
WTWH04                        FULL INTRANET WIRE TEXT          01/27/2005 17:22 CT
                                                                     PAGE  1 OF  9
TYPE    FT1-FWO  DATE 20031031       AMOUNT        5,000.00  TRAN 052438 FED
DEBIT   ACCOUNT D/0556925204         SENDER REF NUMBER FW06014304404402
CREDIT  ACCOUNT A/122100024          ORIGINATOR NAME    N/A

<<< TRN: 031031-052438 >>>
**** MESSAGE ENVELOPE ****           ( Bank : 009 )
SRC:FT1 CALLER:                                EXT:
RPT#    AMT:5,000.00              CUR:USD                         TRDR#
TEST: VAL://                     TYP:FTR/1000 FNDS:S CHG:DB:R CD:W COM:N CBL:N
*DBT D/0380556925204                CDT *A/122100024                 ADV:FED
GL RECON: 038038                    DEPT:0007463
DEPT:0601406070                     BANK ONE, N.A.
CONSOLIDATED TRIBAL INVESTMENTS     PHOENIX, AZ
886 N COFCO CENTER CT UNIT 1135
PHOENIX AZ 85008-6447               BNF BANK:
SNDR REF NUM:FW06014304404402       BANK ONE, N.A.
                                    PHOENIX                       AZ
                                    BNF:/643982770              CHG:  BK?N

PFKEYS: 2-Off,3-End,4-eXit,5-Top,6-Bottom,7-UP,8-DOwn,9-Print,
ACTION ===>
```

```
WELLS FARGO BANK N.A.                                          Page 30608
FULL TRANSACTION REPORT                  FOR 25-NOV-2003
<<< TRN: 031125-040413 >>>
---------------------------------------------------------------------------
    **** MESSAGE ENVELOPE ****                     ( Bank : 121 )

SRC:FED CALLER:                              EXT:
RPT#        AMT:20,000.00            CUR:USD                  TRDR#
TEST: VAL:                          TYP:FTR/      FNDS:S CHG:DB:W CD:8 COM:N CBL:N
---------------------------------------------------------------------------
*DBT A/061000104                   CDT *D/009:0380556925204        ADV:LTR
GL RECON: 114114                   GL RECON: 038038
DEPT:0002729                       CONSOLIDATED TRIBAL INVESTMENTS
SUNTRUST BANK                      886 N COFCO CENTER CT UNIT 1135
ATLANTA, GA                        PHOENIX                AZ 85008-6447
                                   BNF:/0556925204              CHG:  BK?N
SNDR REF NUM:031125011226          CONSOLIDATED TRIBAL INVESTMENT
ORIG:/0000014680203
WACHTEL CO
ATTN WENDIE L WACHTEL              ORIG TO BNF INFO:
1101 14TH ST NW STE 800            FBO HENRY DEFRANZESCO
WASHINGTON, DC 20005

{1100} Message Disposition:
        Format Version:               02 (New expanded format)
        Test Production Code:         P  (Production)
        Msg Duplication Code:            (Original incoming msg)
        Msg Status Indicator:         N  (Incoming msg)
{1110} Acceptance Timestamp:
        Date:                         11/25
        Time:                         14:24
        Application Id:               FT01
{1120} OMAD:
        Output cycle date:            2003/11/25
        Output Destination Id:        I1B7034R
        Output sequence number:       001830
        Output date:                  11/25
        Output time:                  14:24
        Output application Id:        FT01
{1510} Type/Subtype Code:
        Type Code:                    10 (Transfer of funds)
        Subtype Code:                 00 (Regular transfer)
{1520} IMAD:
        Input Cycle date:             2003/11/25
        Input Source id:              F1QCZ6AC
        Input Sequence number:        003844

{2000} Amount:                        $20,000.00
```

```
WELLS FARGO BANK N.A.                                          Page 50493
FULL TRANSACTION REPORT                   FOR 05-DEC-2003
<<< TRN: 031205-045971 >>>
---------------------------------------------------------------------------
     **** MESSAGE ENVELOPE ****                 ( Bank : 009 )

SRC:FT1 CALLER:                                  EXT:
RPT#          AMT:1,500.00          CUR:USD                      TRDR#
TEST: VAL:                        TYP:FTR/1000 FNDS:S CHG:DB:R CD:W COM:N CBL:N
---------------------------------------------------------------------------
*DBT D/0380556925204                 CDT *A/121002042              ADV:FED
GL RECON: 038038                     GL RECON: 009009
DEPT:0601406070                      DEPT:0007463
CONSOLIDATED TRIBAL INVESTMENTS      CALIFORNIA BANK AND TRUST
886 N COFCO CENTER CT UNIT 1135      SAN FRANCISCO, CA
PHOENIX AZ 85008-6447
SNDR REF NUM:FW06014339840063        BNF BANK:
                                     CALIFORNIA BANK AND TRUST
                                     SAN FRANCISCO                CA

                                     BNF:/3340116741              CHG:  BK?N
                                     ORLOFF CORPORATION

                                     ORIG TO BNF INFO:
                                     REIMBURSEMENT OF EXPENSES

     **** CREDIT PAYMENT MESSAGE TEXT ****
{1510} Type/Subtype Code:
          Type Code:                 10 (Transfer of funds)
          Subtype Code:              00 (Regular transfer)

{2000} Amount:                       $1,500.00

{3100} Sending Bank:
          ABA number:                091000019
          Short name:                WELLS FARGO MN
          ABA lookup (AUX):          WELLS FARGO BANK MINNESOTA, NA
                                     MINNEAPOLIS, MN

{3320} Sender Reference:             031205045971

{3400} Receiving Bank:
          ABA number:                121002042
          Short name:                CA BK TR SF
          ABA lookup (AUX):          CALIFORNIA BANK AND TRUST
                                     SAN FRANCISCO, CA

{3600} Business Function Code:       CTR (Customer transfer)
```

```
WELLS FARGO BANK N.A.                                          Page 50451
FULL TRANSACTION REPORT                          FOR 17-DEC-2003
<<< TRN: 031217-016570 >>>
-------------------------------------------------------------------------
     **** MESSAGE ENVELOPE ****                    ( Bank : 121 )

SRC:FED CALLER:                                      EXT:
RPT#         AMT:20,000.00          CUR:USD                 TRDR#
TEST: VAL:                        TYP:FTR/      FNDS:S CHG:DB:W CD:B COM:N CBL:N
-------------------------------------------------------------------------
*DBT A/021303618                      CDT *D/009:0380556925204      ADV:LTR
GL RECON: 114114                      GL RECON: 038038
DEPT:0002729                          CONSOLIDATED TRIBAL INVESTMENTS
NBT NATIONAL ASSOCIATION              886 N COFCO CENTER CT UNIT 1135
NORWICH, NY                           PHOENIX              AZ 85008-6447
                                      BNF:/0556925204              CHG:  BK7N
SNDR REF NUM:103689                   CONSOLIDATED TRIBAL INVESTMENT 886
ORIG:/8500137852                      N COFCO CENTER COURT SUITE 135
SIAVASH S OKRAVI                      PHOENIX AZ 85008
101 DANBERRY CIRCLE
NEW HARTFORD NY 13413

{1100} Message Disposition:
          Format Version:             02 (New expanded format)
          Test Production Code:       P  (Production)
          Msg Duplication Code:          (Original incoming msg)
          Msg Status Indicator:       N  (Incoming msg)

{1110} Acceptance Timestamp:
          Date:                       12/17
          Time:                       10:58
          Application Id:             FT01

{1120} OMAD:
          Output cycle date:          2003/12/17
          Output Destination Id:      I1B7034R
          Output sequence number:     000869
          Output date:                12/17
          Output time:                10:58
          Output application Id:      FT01

{1510} Type/Subtype Code:
          Type Code:                  10 (Transfer of funds)
          Subtype Code:               00 (Regular transfer)

{1520} IMAD:
          Input Cycle date:           2003/12/17
          Input Source Id:            B1Q3311D
          Input Sequence number:      000014

{2000} Amount:                        $20,000.00

{3100} Sending Bank:
          ABA number:                 021303618
          Short name:                 NATL NORWICH
```

WELLS FARGO BANK N.A.
FULL TRANSACTION REPORT FOR 16-DEC-2003 Page 66208

<<< TRN: 031216-021453 >>>
**** MESSAGE ENVELOPE **** ( Bank : 009 )

SRC:FT1 CALLER: EXT:

RPT# AMT:1,500.00 CUR:USD TRDR#
TEST: VAL: TYP:FTR/1000 FNDS:S CHG:DB:R CD:W COM:N CBL:N

*DBT D/0380556925204 CDT *A/121002042 ADV:FED
GL RECON: 038038 GL RECON: 009009
DEPT:0601406070 DEPT:0007463
CONSOLIDATED TRIBAL INVESTMENTS CALIFORNIA BANK AND TRUST
886 N COFCO CENTER CT UNIT 1135 SAN FRANCISCO, CA
PHOENIX AZ 85008-6447
SNDR REF NUM:FW06014350470304 BNF BANK:
CALIFORNIA BANK AND TRUST
SAN FRANCISCO CA

BNF:/3340116741 CHG: BK?N
COMPUTER BATH

ORIG TO BNF INFO:
REIMBURSEMENT OF EXPENSES

**** CREDIT PAYMENT MESSAGE TEXT ****

{1510} Type/Subtype Code:
Type Code: 10 (Transfer of funds)
Subtype Code: 00 (Regular transfer)

{2000} Amount: $1,500.00

{3100} Sending Bank:
ABA number: 091000019
Short name: WELLS FARGO MN
ABA lookup (AUX): WELLS FARGO BANK MINNESOTA, NA
MINNEAPOLIS, MN

{3320} Sender Reference: 031216021453

{3400} Receiving Bank:
ABA number: 121002042
Short name: CA BK TR SF
ABA lookup (AUX): CALIFORNIA BANK AND TRUST
SAN FRANCISCO, CA

{3600} Business Function Code: CTR (Customer transfer)

```
WELLS FARGO BANK N.A.                                              Page 11905
FULL TRANSACTION REPORT                      FOR 17-DEC-2003
<<< TRN: 031217-035349 >>>
---------------------------------------------------------------------------------
   **** MESSAGE ENVELOPE ****                ( Bank : 009 )

SRC:FT1 CALLER:                                    EXT:
RPT#          AMT:5,000.00          CUR:USD                          TRDR#
TEST: VAL:                          TYP:FTR/1000 FNDS:S CHG:DB:R CD:W COM:N CBL:N
---------------------------------------------------------------------------------
*DBT D/0380556925204                   CDT *A/122100024              ADV:FED
GL RECON: 038038                       GL RECON: 009009
DEPT:0601406070                        DEPT:0007463
CONSOLIDATED TRIBAL INVESTMENTS        BANK ONE, N.A.
886 N COFCO CENTER CT UNIT 1135        PHOENIX, AZ
PHOENIX AZ 85008-6447
SNDR REF NUM:FW06014351817114          BNF BANK:
                                       BANK ONE, N.A.
                                       PHOENIX                        AZ
                                       BNF:/643982770               CHG:  BK?N
                                       JOSEPH LINKEVIC
                                       TUCSON AZ
                                       ORIG TO BNF INFO:
                                       REIMBURSEMENT OF EXPENSES

   **** CREDIT PAYMENT MESSAGE TEXT ****
{1510} Type/Subtype Code:
          Type Code:                  10 (Transfer of funds)
          Subtype Code:               00 (Regular transfer)

{2000} Amount:                        $5,000.00
{3100} Sending Bank:
          ABA number:                 091000019
          Short name:                 WELLS FARGO MN
          ABA lookup (AUX):           WELLS FARGO BANK MINNESOTA, NA
                                      MINNEAPOLIS, MN

{3320} Sender Reference:              031217035349
{3400} Receiving Bank:
          ABA number:                 122100024
          Short name:                 BANK ONE ARIZONA
          ABA lookup (AUX):           BANK ONE, N.A.
                                      PHOENIX, AZ

{3600} Business Function Code:        CTR (Customer transfer)
```