HARRISdirect™

Harris Investor Services LLC
Harborside Financial Center
501 Plaza II
Jersey City, New Jersey 07311
1.800.825.5723
Member NASD and SIPC

# YOUR Brokerage Account

C00000000339982
:850086445848:

LEEROY ALLEN JR
886 N COFCO CENTER COURT #1109
PHOENIX AZ 85008-6445

PLAINTIFF'S EXHIBIT 1

Account Number: 67E-172100
Statement Period: 11/30/2002 - 03/28/2003

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $0.00 |
| Cash Deposits | 2,659.91 |
| Cash Withdrawals | -6,924.76 |
| Change in Account Value* | 46,114.85 |
| Ending Account Value | $41,850.00 |

* Change in Account Value includes the value of free receives/delivers.

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation |
|---|---|---|---|
| Equities | 0.00 | 41,850.00 | 100% |
| Account Total | $0.00 | $41,850.00 | 100% |

Your Account is 100% invested in Equities.

SEC 010541

HD 00046

Clearing Through Pershing LLC One Pershing Plaza Jersey City, New Jersey 07399
PAR-02-CUTSHEET

SIPC

## Customer Service Information

Identification Number: NUL

## Portfolio Holdings

| Quantity | Description | Market Price | Market Value | Symbol/ISIN | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| Equities 100.00% of Portfolio | | | | | | |
| Stocks, Rights and Warrants | | | | | | |
| 465,000.000 | INTL BIOFUEL & BIOCHEMICAL CORP COM Dividend Option: Cash | 0.0900 | 41,850.00 | IBBO | | |
| Total Stocks, Rights and Warrants | | | $41,850.00 | | $0.00 | |
| Total Equities | | | $41,850.00 | | $0.00 | |

| Description | Market Value | Estimated Annual Income |
|---|---|---|
| Total Portfolio Holdings | $41,850.00 | $0.00 |

HD 00047

SEC 010542

Page 2 of 6

C00000000339982 LEEROY ALLEN JR Account Number: 67E-172100

Clearing Through Pershing LLC One Pershing Plaza Jersey City, New Jersey 07399

SIPC

HARRISdirect™

Harris Investor Services LLC
Harborside Financial Center
501 Plaza II
Jersey City, New Jersey 07311
1.800.825.5723
Member NASD and SIPC

YOUR **Brokerage** **Account**

Statement Period: 11/30/2002 - 03/28/2003

## Portfolio Holdings (continued)

Disclosures and Other Information

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

## Transactions by Type of Activity

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| Securities Bought and Sold | | | | | | | |
| 03/19/03 | 03/14/03 | SOLD | INTL BIOFUEL & BIOCHEMICAL CORP COM UNSOLICITED ORDER | -10,000.000 | 0.1400 | | 1,329.96 |
| 03/19/03 | 03/14/03 | SOLD | INTL BIOFUEL & BIOCHEMICAL CORP COM UNSOLICITED ORDER | -10,000.000 | 0.1400 | | 1,329.95 |
| 03/21/03 | 03/18/03 | SOLD | INTL BIOFUEL & BIOCHEMICAL CORP COM UNSOLICITED ORDER | -5,000.000 | 0.1200 | | 559.98 |
| 03/25/03 | 03/20/03 | SOLD | INTL BIOFUEL & BIOCHEMICAL CORP COM UNSOLICITED ORDER | -5,000.000 | 0.1100 | | 522.48 |
| 03/25/03 | 03/20/03 | SOLD | INTL BIOFUEL & BIOCHEMICAL CORP COM UNSOLICITED ORDER | -5,000.000 | 0.1100 | | 522.48 |

HD 00048

SEC 010543

C00000000339982

LEEROY ALLEN JR

Account Number: 67E-172100

Clearing Through Pershing LLC One Pershing Plaza Jersey City, New Jersey 07399

SIPC

## Transactions by Type of Activity (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| Cash Withdrawals and Deposits | | | | | | | |
| 03/19/03 | | CHECK DISBURSEMENT | SALE PROCEEDS CHECK # : 314000142 | | | | -2,659.91 |
| 03/20/03 | | CHECK DISBURSEMENT | ISSUED CHECK # 0314000143 ISSUED ON 3-19-03 | | | | -2,659.91 |
| 03/20/03 | | REVERSE CHECK DISBURSEMENT | CANCEL CHECK # 0314000142 ISSUED ON 3-19-03 | | | | 2,659.91 |
| 03/21/03 | | CHECK DISBURSEMENT | PER REQUEST CHECK # : 314000146 | | | | -559.98 |
| 03/25/03 | | CHECK DISBURSEMENT | PER REQUEST CHECK # : 314000150 | | | | -1,044.96 |
| Withdrawals and Deposits of Securities | | | | | | | |
| 03/13/03 | | RECEIVED INTO YOUR ACCOUNT | INTL BIOFUEL & BIOCHEMICAL CORP COM | 500,000.000 | | | 0.00 |

| Transactions Summary | Total Amount | Currency |
|---|---|---|
| UNITED STATES DOLLAR | 0.00 | USD |

The price and quantity displayed may have been rounded.

## Open Orders

| Date Entered | Buy/Sell | Type of Order | Security | Quantity | Limit Price | Current Price | Special Instructions |
|---|---|---|---|---|---|---|---|
| 03/18/03 | Sell | Limit | INTL BIOFUEL & BIOCHEMICAL CORP COM | 5,000.000 | .1200 | 0.0900 | |
| 03/21/03 | Sell | Limit | INTL BIOFUEL & BIOCHEMICAL CORP COM | 5,000.000 | .1100 | 0.0900 | |

Not all open orders may be reflected above. Please verify the current status of these and other open orders with your financial organization or Your Financial Consultant.

SEC 010544

HD 00049

HARRISdirect™

Harris Investor Services LLC
Harborside Financial Center
501 Plaza II
Jersey City, New Jersey 07311
1.800.825.5723
Member NASD and SIPC

YOUR **Brokerage** *Account*

Statement Period: 11/30/2002 - 03/28/2003

## Messages

PURSUANT TO THE SECURITIES EXCHANGE ACT OF 1934, PERSHING LLC, FORMERLY KNOWN AS DONALDSON, LUFKIN & JENRETTE SECURITIES CORPORATION (DLJSC), MUST PROVIDE INDIVIDUAL INVESTORS WITH CERTAIN FINANCIAL INFORMATION.

ON DECEMBER 31, 2002, DLJSC'S NET CAPITAL OF $1,204,209,000 WAS 25.86% OF AGGREGATE DEBIT BALANCES AND EXCEEDED THE MINIMUM REQUIREMENT BY $1,111,073,000.

DLJSC'S U.S. BROKER-DEALER SUBSIDIARIES ARE SUBJECT TO THE NET CAPITAL REQUIREMENTS OF THEIR RESPECTIVE REGULATORY AGENCIES. ON DECEMBER 31, 2002, DLJSC AND ITS BROKER-DEALER SUBSIDIARIES COMPLIED WITH ALL APPLICABLE REGULATORY CAPITAL ADEQUACY REQUIREMENTS.

DLJSC FILED A CONSOLIDATED STATEMENT OF FINANCIAL CONDITION PURSUANT TO RULE 17A-5 OF THE SECURITIES EXCHANGE ACT OF 1934. THE STATEMENT IS AVAILABLE FOR INSPECTION AT THE PRINCIPAL OFFICE OF PERSHING LLC AND AT THE NEW YORK REGIONAL OFFICE OF THE SECURITIES AND EXCHANGE COMMISSION.

A COMPLETE COPY OF THE STATEMENT IS AVAILABLE AT WWW.PERSHING.COM/FINANCIALSTATEMENT.HTM. YOU MAY ALSO REQUEST A FREE, PRINTED COPY BY CALLING (888) 860-8510.

HD 00050

SEC 010545

## TERMS AND CONDITIONS

### GENERAL INFORMATION

1. All orders and transactions shall be solely for your account and risk shall be subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market and the clearing facility, if any, where the transactions are executed and/or settled, or if applicable, of the National Association of Securities Dealers, Inc., and to all applicable laws and regulations.
2. Whenever you are indebted to the Pershing LLC ( Pershing ) for any amount, all securities held by it for you in any account in which you have any interest shall secure all your liabilities to Pershing, and Pershing may in its discretion at any time, without tender, demand or notice to you, close or reduce any or all of your accounts by public or private sale or purchase or both of all or any securities carried in such accounts; any balance remaining due Pershing to be promptly paid by you.
3. Whenever you are indebted to Pershing for any amount, all securities carried for your account are or may be, without further notice to you, loaned or pledged by Pershing, either separately or under circumstances which will permit the commingling thereof, with other securities for any amount less than, equal to or greater than your liabilities to Pershing, but not under circumstances for an amount prohibited by law.
4. Title to securities sold to you, where Pershing has acted as principal, shall remain with Pershing until the entire purchase price is received or until the settlement date, whichever is later.
5. Any free credit balance carried for your account represents funds payable upon demand which, although properly accounted for on Pershing's books of record, are not segregated and may be used in the conduct of its business.
6. You may have received confirmations for transactions which do not appear on your statement. If so, the transactions will appear on your next periodic statement. Such transactions must be considered by you when computing the value of your account. This is especially true if you have written options which have been exercised.
7. If you maintain a margin account, this is a combined statement of your general account and a special memorandum account maintained for you under Regulation T of the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection upon request.
8. Interest charged on debit balances in your account appears on the statement. The rate of interest and period covered are indicated. The rate may change from time to time due to fluctuations in money rates or other reasons. Interest is computed as described in material previously furnished to you. Please contact Harris Investor Services LLC ("HIS") if you desire additional copies.
9. A financial statement of Pershing LLC is available for your inspection at Pershing's offices. A copy of it will be mailed upon your written request.
10. This statement should be retained for your records.
11. Dividends, interest and other distributions shown on this statement were classified as taxable or nontaxable based on certain information known as of the distribution date. This classification is subject to change and is solely intended for use as general information.

    After year end, Pershing is required to provide tax information to the Internal Revenue Service and other governmental authorities. At that time Pershing will provide that information on the annual tax information statement to you; use that statement to prepare your tax filings. The tax statement also includes other useful information to assist in accumulating the data to prepare your tax returns.
12. **Pershing does not provide tax, investment or legal advisory services and no one associated with Pershing is authorized to render such advice. Do not rely upon any such advice, if given. Investors are encouraged to consult their tax advisors to determine the appropriate tax treatment of their business.**
13. Securities and cash held in custody by Pershing for your account are protected up to the total amount held in the account. Of this total, the Securities Investor Protection Corporation (SIPC) provides $500,000 of coverage, including $100,000 for claims for cash. The remaining coverage on securities and cash is provided by Pershing through a commercial insurer. The account protection applies when a SIPC member firm fails financially and is unable to meet obligations to securities clients, but it does not protect against losses from the rise and fall in the market value of investments.
14. Pershing trades for its own account as a market maker, specialist, odd lot dealer, block positioner, arbitrageur and/or investor. Consequently, at the time of any transaction you may make, Pershing may have a position in such securities, which position may be partially or completely hedged.
15. If average price transaction is indicated on the front of this statement Pershing may have acted as principal, agent or both. Details available upon request.
16. This statement will be deemed conclusive and an account stated unless you advise Pershing in writing of any objection to it within ten days after receipt. Any such objection should be sent to Pershing at One Pershing Plaza, Jersey City, New Jersey 07399, Attention: Compliance Department.

ERRORS AND OMISSIONS EXCEPTED.

### PORTFOLIO HOLDINGS

This section includes the net market value of the securities in your account on a settlement date basis, including short positions, at the close of the statement period. The market prices have been obtained from quotation services which we believe to be reliable; however, we cannot guarantee their accuracy. Securities for which a price is not available are marked "N/A" and are omitted from the Total.

The Annual Income, which is an estimated figure, is the current interest or most recently declared dividend for each security and is annualized. This figure particularly on equity mutual funds can vary substantially from one year to the next. As a result, actual amounts distributed may be more or less than those estimated on this statement. The Annual Income is then divided by the current Market Value to give the Estimated Yield which too could vary substantially because the Income is estimated and it does not take account of your holding period. Annual Income has been obtained from sources believed to be reliable, but no assurance can be made as to accuracy.

Accrued interest represents interest earned but not yet received.

### THE ROLE OF PERSHING

Pershing carries your account as clearing broker pursuant to a clearing agreement with HIS. Pershing may accept from HIS without inquiry or investigation (i) orders for the purchase and sale of securities and other property and (ii) any other instructions concerning your account. Pershing is not responsible or liable for any acts or omissions of CSFB*direct* or its employees and it does not supervise them. Pershing provides no investment advice nor does it assess the suitability of any transaction or order. Pershing acts as the agent of HIS and you agree that you will not hold Pershing or any person controlling or under common control with it liable for any investment losses incurred by you.

Pershing performs several key functions at the direction of HIS. It acts as custodian for funds and securities you may deposit with it directly or through HIS or that it receives as the result of securities transactions it processes. Inquiries concerning the position and balances in your account may only be directed to the **Pershing Customer Service Department at 201-413-3333.** All other inquiries regarding your account or activity should be directed to HIS. For a description of other functions performed by Pershing please consult the Disclosure Statement provided to you upon the opening of your account.

HIS is responsible for adherence to the securities laws, regulations and rules which apply to it regarding its own operations and the supervision of your account, its sales representatives and other personnel. HIS is also responsible for approving the opening of accounts and obtaining account documents; the acceptance and, in certain instances, execution of securities orders; the assessment of the suitability of those transactions, where applicable; the rendering of investment advice, if any, to you and in general, for the ongoing relationship that it has with you.

This notice is not meant as a definitive enumeration of every possible circumstance, but as a general disclosure.

If you have any questions regarding this notice or if you would like additional copies of the Disclosure Statement, please contact HIS at 1-800-825-5723.

### PAYMENT FOR ORDER FLOW POLICIES

The following statement is provided to you as required by Rule 11Ac1-3 of the Securities Exchange Act of 1934.

Pershing and its affiliate, Pershing Trading Company, L.P. (collectively "Pershing"), receive compensation for directing over-the-counter ("OTC") equity and listed options order flow to selected market makers and options specialists. HIS directs a percentage of listed equity order flow to certain exchanges or specialists and receives compensation in connection with the routing of such orders.

With respect to OTC and listed options transactions, Pershing's compensation may be in the form of a per share or per contract cash payment or non-cash compensation in the form of reciprocal arrangements whereby in exchange for having orders directed to them, other broker-dealers will direct certain orders to Pershing. Similar reciprocal arrangements exist with respect to listed equities, whereby other broker-dealers will direct orders to Pershing specialists on the floor of various exchanges in return for receiving orders from Pershing. Additionally, certain exchanges reduce or eliminate execution fees on orders directed to them in dually listed securities.

Pershing has selected certain market makers to provide execution of OTC securities transactions who have agreed to accept orders transmitted electronically up to a specific size and to execute them at or better than the national best bid or offer (NBBO). On larger orders, or if the designated market makers do not make a market in the subject security, Pershing directly contacts market makers to obtain an execution. The designated market makers to whom orders are automatically routed are selected based on the consistently high quality of their OTC executions in one or more market segments and their ability to provide opportunities for executions at prices superior to the NBBO.

If an order for an exchange-listed security is not immediately executable on the exchange to which it is routed, Pershing may represent the order in the national marketplace using the various means available for price discovery.

HIS and Pershing also regularly review reports for quality of execution purposes.

### ARBITRATION

ARBITRATION DISCLOSURES:

- ARBITRATION IS FINAL AND BINDING ON THE PARTIES.
- THE PARTIES ARE WAIVING THEIR RIGHT TO SEEK REMEDIES IN COURT, INCLUDING THE RIGHT TO JURY TRIAL.
- PRE-ARBITRATION DISCOVERY IS GENERALLY MORE LIMITED THAN AND DIFFERENT FROM COURT PROCEEDINGS.
- THE ARBITRATORS' AWARD IS NOT REQUIRED TO INCLUDE FACTUAL FINDINGS OR LEGAL REASONING AND ANY PARTY'S RIGHT TO APPEAL OR TO SEEK MODIFICATION OF RULINGS BY THE ARBITRATORS IS STRICTLY LIMITED.
- THE PANEL OF ARBITRATORS WILL TYPICALLY INCLUDE A MINORITY OF ARBITRATORS WHO WERE OR ARE AFFILIATED WITH THE SECURITIES INDUSTRY.

### ARBITRATION AGREEMENT

ANY CONTROVERSY BETWEEN YOU AND US SHALL BE SUBMITTED TO ARBITRATION BEFORE THE NEW YORK STOCK EXCHANGE, INC., ANY OTHER NATIONAL SECURITIES EXCHANGE ON WHICH A TRANSACTION GIVING RISE TO THE CLAIM TOOK PLACE (AND ONLY BEFORE SUCH EXCHANGE), OR THE NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.

NO PERSON SHALL BRING A PUTATIVE OR CERTIFIED CLASS ACTION TO ARBITRATION, NOR SEEK TO ENFORCE ANY PRE-DISPUTE ARBITRATION AGREEMENT AGAINST ANY PERSON WHO HAS INITIATED IN COURT A PUTATIVE CLASS ACTION; WHO IS A MEMBER OF A PUTATIVE CLASS WHO HAS NOT OPTED OUT OF THE CLASS WITH RESPECT TO ANY CLAIMS ENCOMPASSED BY THE PUTATIVE CLASS ACTION UNTIL: (I) THE CLASS CERTIFICATION IS DENIED; (II) THE CLASS IS DECERTIFIED; OR (III) THE CUSTOMER IS EXCLUDED FROM THE CLASS BY THE COURT. SUCH FORBEARANCE TO ENFORCE AN AGREEMENT TO ARBITRATE SHALL NOT CONSTITUTE A WAIVER OF ANY RIGHTS UNDER THIS AGREEMENT EXCEPT TO THE EXTENT STATED HEREIN.

THE LAWS OF THE STAT E OF NEW YORK GOVERN.

**If any of the above Terms and Conditions are unacceptable to you, please notify Pershing immediately in writing by certified mail to Pershing at One Pershing Plaza, Jersey City, New Jersey 07399. Attention Compliance Department**

Page 6 of 6

C00000000339982 LEEROY ALLEN JR Account Number: 67E-172100

Clearing Through Pershing LLC One Pershing Plaza Jersey City, New Jersey 07399

SIPC

SEC 010546

HD 00051

HARRISdirect™

Harris Investor Services LLC
Harborside Financial Center
501 Plaza II
Jersey City, New Jersey 07311
1.800.825.5723
Member NASD and SIPC

YOUR **Brokerage Account**

B00000000359132
:850086445848:

LEEROY ALLEN JR
886 N COFCO CENTER COURT #1109
PHOENIX AZ 85008-6445

Account Number: 67E-172100
Statement Period: 03/29/2003 - 04/25/2003

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $41,850.00 |
| Cash Withdrawals | -5,462.21 |
| Change in Account Value | 29,224.58 |
| Ending Account Value | $65,612.37 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation |
|---|---|---|---|
| Cash and Cash Equivalents | 0.00 | 2,612.37 | 4% |
| Equities | 41,850.00 | 63,000.00 | 96% |
| Account Total | $41,850.00 | $65,612.37 | 100% |

Asset allocation percentages are rounded to the nearest whole percentage.

Pie chart allocation excludes all asset classes which net to a liability.

SEC 010547

HD 00052

## Customer Service Information

Identification Number: NUL

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | 4.00% of Portfolio | | | | | |
| Cash Balance | | 0.00 | 2,612.37 | | | |
| Total Cash and Cash Equivalents | | $0.00 | $2,612.37 | $0.00 | $0.00 | |

| Quantity | Description | Market Price | Market Value | Symbol/ISIN | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| Equities | 96.00% of Portfolio | | | | | |
| Stocks, Rights and Warrants | | | | | | |
| 420,000.000 | INTL BIOFUEL & BIOCHEMICAL CORP COM Dividend Option: Cash | 0.1500 | 63,000.00 | IBBOE | | |
| Total Stocks, Rights and Warrants | | | $63,000.00 | | $0.00 | |
| Total Equities | | | $63,000.00 | | $0.00 | |

| Description | Market Value | Estimated Annual Income |
|---|---|---|
| Total Portfolio Holdings | $65,612.37 | $0.00 |

HD 00053

SEC 010548

B00000000359132

Account Number: 67E-172100
LEEROY ALLEN JR

Clearing Through Pershing LLC One Pershing Plaza Jersey City, New Jersey 07399

Page 2 of 4

SIPC



HARRISdirect™

Harris Investor Services LLC
Harborside Financial Center
501 Plaza II
Jersey City, New Jersey 07311
1.800.825.5723
Member NASD and SIPC

YOUR **Brokerage Account**

Statement Period: 03/29/2003 - 04/25/2003

## Portfolio Holdings (continued)

Disclosures and Other Information

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

## Transactions by Type of Activity

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| Securities Bought and Sold | | | | | | | |
| 04/07/03 | 04/02/03 | SOLD | INTL BIOFUEL & BIOCHEMICAL CORP COM UNSOLICITED ORDER | -5,000.000 | 0.1200 | | 569.97 |
| 04/07/03 | 04/02/03 | SOLD | INTL BIOFUEL & BIOCHEMICAL CORP COM UNSOLICITED ORDER | -5,000.000 | 0.1200 | | 569.97 |
| 04/14/03 | 04/09/03 | SOLD | INTL BIOFUEL & BIOCHEMICAL CORP COM UNSOLICITED ORDER | -5,000.000 | 0.1600 | | 759.96 |
| 04/15/03 | 04/10/03 | SOLD | INTL BIOFUEL & BIOCHEMICAL CORP COM UNSOLICITED ORDER | -5,000.000 | 0.1700 | | 807.46 |
| 04/16/03 | 04/11/03 | SOLD | INTL BIOFUEL & BIOCHEMICAL CORP COM UNSOLICITED ORDER | -5,000.000 | 0.2000 | | 949.95 |
| 04/17/03 | 04/14/03 | SOLD | INTL BIOFUEL & BIOCHEMICAL CORP COM UNSOLICITED | -5,000.000 | 0.1900 | | 902.45 |

HD 00054

SEC 010549

B00000000359132

Account Number: 67E-172100
LEEROY ALLEN JR

## Transactions by Type of Activity (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| Securities Bought and Sold (continued) | | | | | | | |
| 04/21/03 | 04/15/03 | SOLD | INTL BIOFUEL & BIOCHEMICAL CORP COM UNSOLICITED | -5,000.000 | 0.1900 | | 902.45 |
| 04/24/03 | 04/21/03 | SOLD | INTL BIOFUEL & BIOCHEMICAL CORP COM UNSOLICITED | -10,000.000 | 0.2750 | | 2,612.37 |
| Cash Withdrawals and Deposits | | | | | | | |
| 04/09/03 | | CHECK DISBURSEMENT | PER REQUEST CHECK # : 314000162 | | | | -1,139.94 |
| 04/15/03 | | CHECK DISBURSEMENT | SALE PROCEEDS CHECK # : 314000167 | | | | -1,567.42 |
| 04/23/03 | | CHECK DISBURSEMENT | SALE PROCEEDS CHECK # : 314000171 | | | | -2,754.85 |

| Transactions Summary | Total Amount | Currency |
|---|---|---|
| UNITED STATES DOLLAR | 2,612.37 | USD |

The price and quantity displayed may have been rounded.

## Open Orders

| Date Entered | Buy/Sell | Type of Order | Security | Quantity | Limit Price | Current Price | Special Instructions |
|---|---|---|---|---|---|---|---|
| 04/23/03 | Sell | Limit | INTL BIOFUEL & BIOCHEMICAL CORP COM | 5,000.000 | .2200 | 0.1500 | |

Not all open orders may be reflected above. Please verify the current status of these and other open orders with your financial organization or Your Financial Consultant.

## Trades Not Settled

| Settlement Date | Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Settlement Amount |
|---|---|---|---|---|---|---|---|
| 04/28/03 | 04/23/03 | Sell | INTL BIOFUEL & BIOCHEMICAL CORP COM UNSOLICITED ORDER | -5,000.000 | 0.2200 | 0.00 | 1,079.99 |
| Total Amount of Trades Not Settled | | | | | | | $1,079.99 |

SEC 010550

HD 00055

HARRISdirect™

Harris Investor Services LLC
Harborside Financial Center
501 Plaza II
Jersey City, New Jersey 07311
1.800.825.5723
Member NASD and SIPC

## YOUR Brokerage Account

B00000000362965
:850086447855:

LEEROY ALLEN JR
886 N COFCO CENTER COURT #1135
PHOENIX AZ 85008-6447

Account Number: 67E-172100
Statement Period: 04/26/2003 - 05/30/2003

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $65,612.37 |
| Cash Withdrawals | -4,302.32 |
| Change in Account Value | -20,310.05 |
| Ending Account Value | $41,000.00 |

## Asset Allocation

| | Value Last Period | Value This Period | Percent Allocation |
|---|---|---|---|
| Equities | 63,000.00 | 41,000.00 | 100% |
| Cash and Cash Equivalents | 2,612.37 | 0.00 | |
| Account Total | $65,612.37 | $41,000.00 | 100% |

Your Account is 100% Invested In Equities.

HD 00056

## For Your Information

Harrisdirect's Help Center
Get answers to common questions using Harrisdirect's new online Help Center.

Look for the "Help" link in the upper right corner (on most pages) of our Web site, www.harrisdirect.com.

SEC 010551

B00000000362965

Clearing Through Pershing LLC One Pershing Plaza Jersey City, New Jersey 07399
PAR-02-CUTSHEET

SIPC

## Customer Service Information

Identification Number: NUL

## Portfolio Holdings

| Quantity | Description | Opening Balance | Closing Balance | Accrued Income | Income This Year | 30-day Yield |
|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | 0.00% of Portfolio | | | | | |
| Cash Balance | | 2,612.37 | 0.00 | | | |
| Total Cash and Cash Equivalents | | $2,612.37 | $0.00 | $0.00 | $0.00 | |

| Quantity | Description | Market Price | Market Value | Symbol/ISIN | Estimated Annual Income | Estimated Yield |
|---|---|---|---|---|---|---|
| Equities 100.00% of Portfolio | | | | | | |
| Stocks, Rights and Warrants | | | | | | |
| 410,000.000 | INTL BIOFUEL & BIOCHEMICAL CORP COM Dividend Option: Cash | 0.1000 | 41,000.00 | IBBO | | |
| Total Stocks, Rights and Warrants | | | $41,000.00 | | $0.00 | |
| Total Equities | | | $41,000.00 | | $0.00 | |

| Description | Market Value | Estimated Annual Income |
|---|---|---|
| Total Portfolio Holdings | $41,000.00 | $0.00 |

SEC 010552

HD 00057

Page 2 of 4

B00000000362965

Account Number: 67E-172100
LEEROY ALLEN JR

Clearing Through Pershing LLC One Pershing Plaza Jersey City, New Jersey 07399

SIPC

**HARRISdirect**™

Harris Investor Services LLC
Harborside Financial Center
501 Plaza II
Jersey City, New Jersey 07311
1.800.825.5723
Member NASD and SIPC

YOUR **Brokerage Account**

Statement Period: 04/26/2003 - 05/30/2003

## Portfolio Holdings (continued)

Disclosures and Other Information

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Allocation Information at the beginning of this statement.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends or other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmation of these reinvestment transactions. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon written request to your introducing firm.

## Transactions by Type of Activity

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|
| **Securities Bought and Sold** | | | | | | | |
| 04/28/03 | 04/23/03 | SOLD | INTL BIOFUEL & BIOCHEMICAL CORP COM UNSOLICITED ORDER | -5,000.000 | 0.2200 | | 1,079.99 |
| 05/01/03 | 04/28/03 | SOLD | INTL BIOFUEL & BIOCHEMICAL CORP COM UNSOLICITED | -5,000.000 | 0.1300 | | 609.96 |
| **Cash Withdrawals and Deposits** | | | | | | | |
| 04/28/03 | | CHECK DISBURSEMENT | SALE PROCEEDS CHECK #: 314000172. | | | | -3,692.36 |
| 05/13/03 | | CHECK DISBURSEMENT | CHK PD.# 0910083673 AS PER YOUR REQUEST VIA OVERNITE DELIVRY | | | | -609.96 |

SEC 010553

HD 00058

B00000000362965

Account Number: 67E-172100
LEEROY ALLEN JR

Clearing Through Pershing LLC One Pershing Plaza Jersey City, New Jersey 07399

SIPC

## Transactions by Type of Activity (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Amount |
|---|---|---|---|---|---|---|---|

| Transactions Summary | Total Amount | Currency |
|---|---|---|
| UNITED STATES DOLLAR | -2,612.37 | USD |

The price and quantity displayed may have been rounded.

SEC 010554

HD 00059

B000000000362965

Account Number: 67E-172100
LEEROY ALLEN JR

Clearing Through Pershing LLC One Pershing Plaza Jersey City, New Jersey 07399

SIPC