

# U.S. Securities and Exchange Commission
# Division of Enforcement
# Prejudgment Interest Report

## SEC v. LeeRoy Allen, Jr.

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $122,331.00 |
| 03/01/2003-03/31/2003 | 5% | 0.42% | $509.71 | $122,840.71 |
| 04/01/2003-06/30/2003 | 5% | 1.25% | $1,535.51 | $124,376.22 |
| 07/01/2003-09/30/2003 | 5% | 1.25% | $1,554.70 | $125,930.92 |
| 10/01/2003-12/31/2003 | 4% | 1% | $1,259.31 | $127,190.23 |
| 01/01/2004-03/31/2004 | 4% | 1% | $1,271.90 | $128,462.13 |
| 04/01/2004-06/30/2004 | 5% | 1.25% | $1,605.78 | $130,067.91 |
| 07/01/2004-09/30/2004 | 4% | 1% | $1,300.68 | $131,368.59 |
| 10/01/2004-12/31/2004 | 5% | 1.25% | $1,642.11 | $133,010.70 |
| 01/01/2005-03/31/2005 | 5% | 1.25% | $1,662.63 | $134,673.33 |
| 04/01/2005-06/30/2005 | 6% | 1.5% | $2,020.10 | $136,693.43 |
| 07/01/2005-09/30/2005 | 6% | 1.5% | $2,050.40 | $138,743.83 |
| 10/01/2005-12/31/2005 | 7% | 1.75% | $2,428.02 | $141,171.85 |
| 01/01/2006-03/31/2006 | 7% | 1.75% | $2,470.51 | $143,642.36 |
| 04/01/2006-06/30/2006 | 7% | 1.75% | $2,513.74 | $146,156.10 |
| 07/01/2006-09/30/2006 | 8% | 2% | $2,923.12 | $149,079.22 |

| Prejudgment Violation Range | | | Quarter Interest Total | Prejudgment Total |
|---|---|---|---|---|
| 03/01/2003-09/30/2006 | | | $26,748.22 | $149,079.22 |



PLAINTIFF'S EXHIBIT