Computershare

DECLARATION OF COMPUTERSHARE TRUST COMPANY, INC. CERTIFYING RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

I, the undersigned, Kellie Gwinn, pursuant to 28 U.S.C., 1746, declare that:

1. I am employed by Computershare Trust Company, Inc. as Vice President and by reason of my position am authorized and qualified to make this declaration. In my position, I am familiar with the company's recordkeeping practices or systems.

2. I further certify that the documents Computershare Trust Company, Inc. produced to the Securities and Exchange Commission on March 24, 2005, are true copies of records that were:

   (a) made at or near the time of the occurrence of the matters set forth therein, by, or from information transmitted by, a person with knowledge of those matters;

   (b) kept in the course of regularly conducted business activity; and

   (c) made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 17, 2006.

Kellie Gwinn
Vice President
Computershare Trust Company, Inc.

PLAINTIFF'S EXHIBIT
N

| | | | |
|---|---|---|---|
| 000444<br>ALXET ADINI<br>2927 VALENTINE AVE<br>BRONX NY 10458 | 000417 [43-0895447]<br>AG EDWARDS & SON INC<br>1 NO JEFFERSON<br>ST LOUIS MO 63103 | 000428 [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]<br>SCOTT AKINS<br>1105 BLVD RTE 50 APT C<br>BELCOVILLE NJ 08330-1476 | 000464<br>LEEROY ALLEN JR<br>886 NORTH COFCO CENTER #1135<br>PHOENIX AZ 85008 |
| 000460<br>AMERICAN BIO-FUELS LLC<br>11011 RANCHO ROAD<br>ADELANTO CA 92301 | 000404<br>WALTER J ANCKER JR<br>C/O J BIRD MUSIC GROUP LTD<br>DANBURY RD<br>WILTON CT 06897 | 000474 [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]<br>ELWOOD BARTELT & GLORIA BARTEL<br>TEN<br>3706 N 33RD ST<br>GALESBURG MI 49053-9715 | 000485 [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]<br>MARKUS O BOHI<br>207 CALLE POTRANCA<br>SAN CLEMENTE CA 92672-4552 |
| 000386<br>K ANDRE BOHNEN<br>P O BOX #721<br>SOUTHPORT CT 06490 | 000442<br>HENRI ANDRE BOHNEN<br>PO BOX 721<br>SOUTHPORT CT 06890 | 000453 [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]<br>WILLIAM BORMANN<br>2829 76TH AVE<br>ELMWOOD PARK IL 60707 | 000431 [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]<br>PAUL W BROWN & ANN TAYLOR JTWR<br>7209 E MCDONALD 30<br>SCOTTSDALE AZ 85250-6053 |
| 000456 [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]<br>JAMES P BURNS<br>76 AUTUMN RIDGE RD<br>SHELTON CT 06484-3663 | 000393 [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]<br>LOUIS CANGRO<br>357 N GROVE ISLE CIRCLE CIR<br>VERO BEACH FL 32962-8518 | 000470 [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]<br>BARRY STRAUSS CARL<br>356 S MOUNTAIN RD<br>NEW CITY NY 10956-4514 | 000403<br>CARLY GORDON<br>C/O PKA MANAGEMENT INC<br>560 HARRISON AVENUE STE 502<br>BOSTON MA 02118-2592 |
| 000384 [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]<br>CHARLES E CAVANAUGH & DORRETTE<br>CAVANAUGH JTWROS<br>BOX 279<br>NEW MIDDLETOWN OH 44442-0279 | 000388 [94-1737782]<br>CHARLES SCHWAB & CO INC<br>333 BUSH ST 14TH FL<br>SEC OPS TRANS<br>SAN FRANCISCO CA 94104 | 000467 [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]<br>GLENN E CHURCHMAN<br>230 CALLE HIGUERA<br>CAMARILLO CA 93010 | 000475<br>CONSOLIDATED TRIBAL INVESTMENT<br>C/O INTERNATIONAL BIOFUEL<br>886 NO COFCO CENTER COURT SUIT<br>PHOENIX AZ 85008 |
| 000473<br>COOKE REALTY COMPANY INC<br>152 FRANCIS HORN DRIVE<br>KINGSTON RI 02881 | 000401<br>ROBERT ALLEN COOKE<br>152 FRANCIS HORN DR<br>KINGSTON RI 02881 | 000455<br>CORPORATE ROADSHOW.COM INC<br>80 ORVILLE DRIVE<br>BOHEMIA NY 11716 | 000434 [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]<br>TAMMY S COUTURE & JOE COUTURE<br>JTWROS<br>13201 S WAXIAL 1097<br>PHOENIX AZ 85044-5079 |
| 000410<br>JOANN CRONIN<br>C/O SAYID & ASSOCIATES LLP<br>315 WEST 57TH ST SUITE 14 K<br>NEW YORK NY 10019 | 000416 [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]<br>JAMES CROUSE<br>BOX 54<br>BATTLE LAKE MN 56515 | 000477 [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]<br>HENRY STEVE CUTLIP & BEATRICE<br>CUTLIP JTWROS<br>RTE ONE BOX 112-A<br>MURRAYSVILLE WV 26164-9733 | 000415 [34-7626407]<br>DAIN RAUSCHER INC<br>510 MARQUETTE AVE SOUTH<br>PO BOX 1510<br>MINNEAPOLIS MN 55402-1110 |
| 000387<br>ERIC DAVID<br>5 INDEPENDENCE WAY<br>STE 300<br>PRINCETON NJ 08540 | 000394 [94-1671384]<br>DEAN WITTER REYNOLDS INC<br>5 WORLD TRADE CENTER<br>NEW YORK NY 10048 | 000448 [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]<br>GARRETT DEN BLEYKER<br>121 TANGERINE RD NW<br>LAKE PLACID FL 33852-4012 | 000392 [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]<br>DARA DEWIRE<br>2920 SW 22ND AVE 612<br>DELRAY BEACH FL 33445-7819 |
| 000491 [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]<br>DOUGLAS MERRICK DEWITT<br>5280 SWEET WILLIAM COURT<br>GAHANNA OH 43230-1054 | 000459 [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]<br>DONALDSON LUFKIN & JENRETTE<br>SECURITIES CORP<br>PO BOX 2050<br>JERSEY CITY NJ 07303 | 000441 [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]<br>THOMAS DVORAK<br>159 FOREST AVE<br>WEST BABYLON NY 11704-5148 | 000462<br>K DONNA DYMON<br>240 GREENVIEW DR<br>DALY CITY CA 94014 |
| 000452<br>E VIEW MEDIA INC<br>120 REMSEN STREET<br>SUITE #3-A<br>BROOKLYN HEIGHTS NY 11201 | 000405 [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]<br>DON P ELLIS & PATSY S ELLIS JT<br>BOX 527<br>DANBURY TX 77534 | 000395<br>LYNNE ENYEART<br>6343 S W WILHELM ROAD<br>TUALATIN OR 97062-7734 | 000396<br>CHERYL EUSE<br>2074 DESERT PEACH DRIVE<br>CARSON CITY NV 89703 |
| 000458 [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]<br>FISERV SECURITIES INC<br>TWELVE HUNDRED ONE COMMERCE SQ<br>2005 MARKET ST<br>PHILADELPHIA PA 19103-3212 | 000398<br>ASA L FISH<br>100 PRINCETON STREET<br>BRIDGEPORT CT 06605 | 000420 [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]<br>RICHARD M FOX<br>BOX 1292<br>RATON NM 87740-1292 | 000484 [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]<br>JIM FUNKHOUSER & CAROLYN FUNKH<br>JTWROS<br>2150 N FIRST<br>GRAYVILLE IL 62844-1082 |
| 000414<br>KEITH GARDE<br>560 HARRISON AVE<br>BOSTON MA 02118 | 000423 [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]<br>ALBERT S GIZZARELLI JR<br>10 ORCHARD AVE<br>GREENVILLE RI 02828-2620 | 000430 [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]<br>WARREN T GOUSE<br>8075 LAGOON RD<br>FORT MYERS FL 33931-5018 | 000438 [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]<br>CECIL L GUNN<br>1010 PADRE BLVD<br>SO PADRE IS TX 78597-6605 |

| | | | |
|---|---|---|---|
| 000413<br>H MELVILLE HICKS JR<br>551 FIFTH AVE<br>SUITE 1625<br>NEW YORK NY 10176 | 000443<br>H MELVILLE HICKS JR<br>551 FIFTH AVENUE<br>SUITE 1625<br>NEW YORK NY 10176 | 000400<br>JAMES R HODGDON<br>4363 BLACK ROCK TURNPIKE<br>FAIRFIELD CT 06430 | 000409<br>TIMOTHY HURLEY<br>C/O SAYID & ASSOCIATES LLP<br>315 WEST 57TH ST SUITE 14 K<br>NEW YORK NY 10019 |
| 000463 [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]<br>DONALD E JACOY<br>2604 NE 45TH ST<br>VANCOUVER WA 98663 | 000433 [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]<br>DOUGLAS JOHNSON & CINDY JOHNSO<br>JTWROS<br>14023 N 57TH WAY<br>SCOTTSDALE AZ 85254-3038 | 000449 [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]<br>JAIMIE E KINTZ<br>599 BOBWHITE DR<br>PENSACOLA FL 32514-1402 | 000389 [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]<br>MICHAEL J KLAR<br>2 DARTMOUTH AVE<br>RIVERSIDE RI 02915-2627 |
| 000478 [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]<br>PATRICK KRUGER<br>3013 S CORAL CIRCLE<br>SIOUX FALLS SD 57103 | 000480 [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]<br>TROY L KRUGER<br>2310 LINCOLN ST<br>GREAT BEND KS 67530-7537 | 000432 [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]<br>KIM LANDOLFI<br>8068 ROSE MARIE CIRCLE<br>BOYNTON BEACH FL 33437-1023 | 000479 [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]<br>SHERRI LEHRKAMP<br>3013 S CORAL CIRCLE<br>SIOUX FALLS SD 57103 |
| 000407<br>LEROY ALLEN<br>2803 NORTH 29th STREET<br>PHOENIX AZ 85008 | 000426 [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]<br>MARK A LEWIS CUST FBO ANDREW S<br>UGMA NY<br>6655 BROADWAY 4D<br>BRONX NY 10471-1129 | 000482 [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]<br>DOUGLAS EDWARD MALIK<br>2564 GLENDALE DR<br>LOVELAND CO 80538-5348 | 000424 [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]<br>ANGELA M MARTINE<br>4984 SW 123RD AVE<br>COOPER CITY FL 33330-5431 |
| 000447 [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]<br>BARBARA MCCANN CUST FBO JONATH<br>MCCANN UTMA PA<br>1210 KING'S CIRCLE<br>MECHANICSBURG PA 17050-7673 | 000411 [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]<br>PATRICIA MCELROY<br>25909 MATLIN RD<br>RAMONA CA 92065-4817 | 000471 [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]<br>RICHARD A MEYER<br>12715 CHANDLER CIRCLE<br>OMAHA NE 68138 | 000481 [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]<br>MILTON MILLER<br>5 MORANE RD<br>EDISON NJ 08820 |
| 000427 [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]<br>DAVID MOELLER<br>68 SUMMIT WAY<br>ROANOKE VA 24014-5101 | 000457 [94-1671384]<br>MORGAN STANLEY DW INC<br>HARBORSIDE FINANCIAL 230 PLAZA<br>JERSEY CITY NJ 07311 | 000385<br>ROBERT T MORRISON<br>13 RIDGEDALE ROAD<br>BETHEL CT 06801 | 000399<br>BRIAN J MURPHY<br>42 EAST PAULDING STREET<br>FAIRFIELD CT 06430 |
| 000418<br>NATIONAL FINANCIAL SERVICES LL<br>200 LIBERTY ST<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK NY 10281 | 000435 [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]<br>JOHN NEAFUS & KRISTIE NEAFUS J<br>2807 N 52ND AVE<br>PHOENIX AZ 85035-1906 | 000445<br>HERB ORTIZ<br>C/O KGB RECORDS<br>244 FIFTH AVE STE P281<br>NEW YORK NY 10001-7604 | 000446<br>MARIA PICON ORTIZ<br>C/O KGB RECORDS<br>244 FIFTH AVE STE P281<br>NEW YORK NY 10001-7604 |
| 000412<br>GREGORY L PAIGE<br>700 WEST HILLSBORO BLVD<br>BUILDING 3 STE 101<br>DEERFIELD BEACH FL 33440 | 000436 [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]<br>JOHN PURCELL<br>1320 N DARLEN DR<br>VAIL AZ 85641-9727 | 000466<br>MELENTINA PUSZTAY<br>1655 POST ROAD EAST #19<br>WESTPORT CT 06897 | 000391 [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]<br>CHRIS RAPCZYNSKI<br>BOX 8335<br>BOSTON MA 02114 |
| 000421 [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]<br>CHARLES REED<br>3591 OAKHILL RD<br>PHILADELPHIA PA 19154 | 000483 [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]<br>HARVEY ALLEN REYNOLDS & MARY K<br>REYNOLDS JTWROS<br>18201 ROBERTS LAKE BLVD<br>FARIBAULT MN 55021 | 000390 [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]<br>RICHARD G RUSSELL<br>108 DAYBREAK LANE<br>SOUTHPORT CT 06490 | 000422 [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]<br>ROBERT S ROATH<br>16 SURF RD<br>WESTPORT CT 06880 |
| 000397<br>CHARLES S RUPPMAN<br>493 FLAMINGO AVENUE<br>NAPLES FL 34108 | 000476<br>CHARLES S RUPPMANN<br>493 FLAMINGO AVENUE<br>NAPLES FL 34108-2108 | 000419 [23-0731260]<br>JANNEY MONTGOMERY SCOTT LLC<br>1801 MARKET STREET<br>PHILADELPHIA PA 19103-1675 | 000408<br>SECURITY CAPITAL TRADING CORP<br>C/O THE LAW OFFICE OF A JOSEPH<br>720 FIFTH AVE 14TH FLOOR<br>NEW YORK NY 10022 |
| 000451 [13-4000575]<br>124-C 41 TAX SERVICE<br>39 ROBBINS CRESENT<br>NEW ROCHELLE NY 10801 | 000450 [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]<br>CHRIS SHELL<br>BOX 36<br>WILMINGTON IL 60481-0036 | 000425 [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]<br>MILTON N SHPRINTZEN<br>39 ROBINS CRESCENT<br>NEW ROCHELLE NY 10801-1003 | 000437 [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]<br>KEVIN SWANSON<br>BOX 426<br>ALAMO TX 78516-0426 |
| 000469<br>SYLVIE TELLIER<br>437 RUE DES GAILLARDES<br>SAINTE-JULIE QC J3E 2C3 CANADA | 000486 [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]<br>BENJAMIN L TOM & YOOK SIONG TO<br>JTWROS<br>1058 HERNE AVE NE<br>PALM BAY FL 32907-1247 | 000406 [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]<br>CAROLYN TRAMICK SEPARATE PROPE<br>BOX 484<br>MONROE LA 71210-0484 | 000468 [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]<br>UBS PAINEWEBBER INC<br>PHYSICAL PROCESSING, 6TH FLOOR<br>1000 HARBOR BLVD<br>WEEHAWKEN NJ 07086-8154 |

| | | | |
|---|---|---|---|
| 000489 [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]<br>HENRY VAL C/F ALEX VAL UNIF TR<br>MIN ACT NJ<br>9 NETTER COURT<br>MARLBORO NJ 07746 | 000488 [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]<br>HENRY VAL C/F ANTHONY VAL UNIF<br>TRANS MIN ACT NJ<br>9 NETTER COURT<br>MARLBORO NJ 07746 | 000487 [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]<br>HENRY VAL C/F MAXAM G VAL UNIF<br>TRANS MIN ACT NJ<br>9 NETTER COURT<br>MARLBORO NJ 07746 | 000490 [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]<br>HENRY VAL C/F MONICA A VAL UNI<br>TRANS MIN ACT NJ<br>9 NETTER COURT<br>MARLBORO NJ 07746 |
| 000454 [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]<br>JUSTIN WALKER<br>8757 GARDEN SPRINGS DR<br>FORT WORTH TX 76123 | 000472<br>WORLDTECH WASTE MANAGEMENT INC<br>750 BOSTON NECK ROAD<br>NARRAGANSETT RI 02882 | 000461<br>WORLDTECH WASTE MANAGEMENT INC<br>C/O INTERNATL BIOFUEL & BIOCHE<br>5 RIVER ROAD SUITE 301<br>WILTON CT 06897 | |

11/01/2003 - 03/22/2005

1591 - INTERNATIONAL BIOFUEL AND BIOCHEMICAL CORPORATION (Team: A) Transaction Journal
Transaction Detail

| Batch: 0310-9606 | Transfer Date:12/05/03 | Submitted by: | Shipped to: Submitter |
|---|---|---|---|
| Transaction: Transfer | | CHARLES S RUPPMANN<br>493 FLAMINGO AVENUE<br>NAPLES FL 34108-2108 | |

| * Cancel * Securityholder Information | Cancel Cert No | Status | Common Shares | * Issue * Securityholder Information | Issue Cert No | Status | Common Shares |
|---|---|---|---|---|---|---|---|
| 000476 [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]<br>CHARLES S RUPPMANN<br>493 FLAMINGO AVENUE<br>NAPLES FL 34108-2108 | 001565 | R | 1,000,000 | 000395 [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]<br>LYNNE ENYEART<br>6343 S W WILHELM ROAD<br>TUALATIN OR 97062-7734 | 001585 | R | 100,000 |
| | | | | 000396 [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]<br>CHERYL EUSE<br>2074 DESERT PEACH DRIVE<br>CARSON CITY NV 89703 | 001586 | R | 100,000 |
| | | | | 000476 [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]<br>CHARLES S RUPPMANN<br>493 FLAMINGO AVENUE<br>NAPLES FL 34108-2108 | 001587 | R | 800,000 |
| Total Cancel Items: 1 | | | 1,000,000 | Total Issue Items: 3 | | | 1,000,000 |

SEC 013362

CS 00005

Transaction Detail

| Batch: 0411-3351 | Transfer Date: 11/18/04 | Submitted by: | Shipped to: |
|---|---|---|---|
| Transaction: New Issue | | INTERNATIONAL BIOFUEL AND BIOCHEMICAL CORPORATION<br>444 W PALM AIRE DRIVE<br>POMPANO BEACH FL 33069 | SEE SPECIAL MAILING INSTRUCTIONS<br>NO |

| * Cancel * Securityholder Information | Cancel Cert No | Status | Common Shares | * Issue * Securityholder Information | Issue Cert No | Status | Common Shares |
|---|---|---|---|---|---|---|---|
| | | | | 000506 [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]<br>HENRY F DE FRANCESCO<br>444 WEST PALM AIRE DR<br>POMPANO BEACH FL 33069 | 001633 | R | 400,000 |
| | | | | 000507<br>SIMIN O AZHANDEHS<br>1746 PINEVALLY DR<br>VIENNA VA 22182 | 001634 | R | 200,000 |
| | | | | 000508 [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]<br>STEVE OXHRAVI<br>PO BOX 627<br>NEW HARTFORD NY 13413 | 001635 | R | 200,000 |
| | | | | 000509 [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]<br>STEVE MORRISON<br>1206 MEADOW GREEN LANE<br>MC LEAN VA 22102 | 001636 | R | 200,000 |
| | | | | 000359<br>CHARLES RUPPMAN<br>493 FLAMINGO AVENUE<br>NAPLES FL 34108 | 001637 | R | 1,080,000 |
| | | | | 000506 [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]<br>HENRY F DE FRANCESCO<br>444 WEST PALM AIRE DR<br>POMPANO BEACH FL 33069 | 001638 | R | 130,000 |
| | | | | 000509 [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]<br>STEVE MORRISON<br>1206 MEADOW GREEN LANE<br>MC LEAN VA 22102 | 001639 | R | 100,000 |
| | | | | 000508 [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]<br>STEVE OXHRAVI<br>PO BOX 627<br>NEW HARTFORD NY 13413 | 001640 | R | 300,000 |
| | | | | 000510 [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]<br>WAYNE DE FRANCESCO<br>6956 SILENT DELL LANE<br>COLUMBIA MD 21044 | 001641 | R | 100,000 |
| | | | | 000511 [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]<br>ROBBYE DE FRANCESCO<br>714 GARDENS DR<br>POMPANO BEACH FL 33069 | 001642 | R | 100,000 |
| | | | | 000512<br>JEANNE ROEDER<br>1108 OCEAN TERRACE<br>DEL RAY BEACH FL 33483 | 001643 | R | 150,000 |
| | | | | 000513 [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]<br>TONY SYDNOR<br>12731 MARBORO LANE<br>FAIRFAX VA 22033 | 001644 | R | 100,000 |
| | | | | 000514 [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]<br>H DONNA DYMON<br>240 GREENVIEW DR<br>DALE CITY CA | 001645 | R | 40,000 |
| | | | | Total Issue Items: 13 | | | 3,100,000 |

SEC 013387

CS 00030

New Shareholder List

| | | | |
|---|---|---|---|
| 000500 [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]<br>WALTER A ANDREWS<br>22 ANTHONY DR<br>PEMBROKE MA 02359 | 000507<br>SIMIN O AZHANDEHS<br>1746 PINEVALLY DR<br>VIENNA VA 22182 | 000515 [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]<br>HENRI ANDRE BOHNEN<br>625 MCFALL RD<br>APALACHIN NY 13732-3743 | 000506 [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]<br>HENRY F DE FRANCESCO<br>444 WEST PALM AIRE DR<br>POMPANO BEACH FL 33069 |
| 000511 [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]<br>ROBBYE DE FRANCESCO<br>714 GARDENS DR<br>POMPANO BEACH FL 33069 | 000510 [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]<br>WAYNE DE FRANCESCO<br>6956 SILENT DELL LANE<br>COLUMBIA MD 21044 | 000497 [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]<br>DOUGLAS MERRICK DEWITT<br>2201 W WABANSIA AVE APT 7<br>CHICAGO IL 60647-5494 | 000493 [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]<br>JANET DICKINSON<br>2626 AUTUMN CREEK CIRCLE<br>KISSIMMEE FL 34747-2237 |
| 000514 [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]<br>H DONNA DYMON<br>240 GREENVIEW DR<br>DALE CITY CA | 000518<br>FRANK FERRARO<br>27 HY PLACE<br>LAKE GROVE NY 11755 | 000516 [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]<br>DAVID GILLES & KAREN GILLES JT<br>355 PALOMINO HILL COURT<br>CHESTERFIELD MO 63005-4886 | 000495 [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]<br>STEVEN J GOLD<br>1440 LANES END<br>VILLANOVA PA 19085-2000 |
| 000501 [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]<br>ROBERT L KRUEGER<br>3013 S CORAL CIRCLE<br>SIOUX FALLS SD 57103 | 000499 [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]<br>HARRIETT KRUGER<br>3013 S CORAL CIRCLE<br>SIOUX FALLS SD 57103 | 000494 [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]<br>TERRY L LAND<br>113 BERRY ST<br>GREEN VALLEY IL 61534-8002 | 000509 [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]<br>STEVE MORRISON<br>1206 MEADOW GREEN LANE<br>MC LEAN VA 22102 |
| 000508 [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]<br>STEVE OKHRAVI<br>PO BOX 627<br>NEW HARTFORD NY 13413 | 000505 [23-2776320]<br>INVESTMENTS A PARTNERSHIP A<br>PARTNERSHIP<br>4616 MAGNOLIA AVE<br>BRISTOL PA 19007-2002 | 000512<br>JEANNE ROEDER<br>1108 OCEAN TERRACE<br>DEL RAY BEACH FL 33483 | 000503 [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]<br>STEPHEN A SELOVER<br>BOX 1758<br>LAFAYETTE CA 94549-7058 |
| 000492 [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]<br>JASON V SINGLETON<br>6021 KENWICK CIRCLE<br>HUNTINGTON BEACH CA 92648 | 000502 [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]<br>JEFF SCOTT SMYRAK<br>2708 E BRAGSTAD<br>SIOUX FALLS SD 57103-4047 | 000496 [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]<br>PAUL L STOCK<br>300 E 51ST ST APT 8D<br>NEW YORK NY 10022-7810 | 000513 [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]<br>TONY SYDNOR<br>12731 MARBORO LANE<br>FAIRFAX VA 22033 |
| 000498<br>GUY N TRAN<br>4138-37B AVENUE NW<br>EDMONTON AB T6L 6Z9 CANADA | 000504 [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]<br>HOPE D TROWBRIDGE<br>2 SPRING HILL AVE APT 17<br>NORWALK CT 06850-3035 | 000517 [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]<br>ROBERT O WHITE<br>BOX 4399<br>SPARTANBURG SC 29305-4399 | |

SEC 013394

CS 00037