Kenneth J. Guido
Assistant Chief Litigation Counsel
Enforcement Division
U.S. Securities and Exchange Commission
100 F. Street N.E.
Washington, DC 20549-4030
(202) 551-4480 (Direct)
(202) 772-9245 (Fax)
guidok@sec.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEEROY ALLEN, JR., )<br>)<br>Defendant. ) | 1:05 CV 01919 RCL |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 20, 2006, I electronically filed the Motion for Final Judgment Setting Disgorgement, Prejudgment Interest, and Civil Money Penalty Against Defendant Leeroy Allen, Jr., Memorandum of Points and Authorities in Support Thereof, Declaration Authenticating Documents and Exhibits A through O thereto, Proposed Final Judgment, and this Certificate of Service with the Clerk of the Court by using the CM/ECF system, and served a copy of the motion, memorandum and supporting documentation to Allen (1) by Federal Express at the following address:

LeeRoy Allen, Jr.
104 North Hurley Avenue
Bayard, New Mexico 88023

and

(2) by Express Overnight Mail postage prepaid at the following address:

LeeRoy Allen, Jr.
P.O. Box 70
Bayard, New Mexico 88023

_____
Attorney for Plaintiff
Securities and Exchange Commission