UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> LEEROY ALLEN, JR., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 05-1919 (RCL)

**FINAL JUDGMENT SETTING DISGORGEMENT, PREJUDGMENT INTEREST AND CIVIL MONETARY PENALTY AGAINST DEFENDANT LEEROY ALLEN, JR.**

Plaintiff Securities and Exchange Commission ("Commission") has duly commenced this action by filing its Complaint for Permanent Injunction and Other Equitable Relief (the "Complaint") against the defendant LeeRoy Allen, Jr. ("Allen"). On October 24, 2006, this Court issued a Judgment Against LeeRoy Allen, Jr. (the "Consent"), that, among other things, enjoined him from violating various provisions of the United States securities laws and ordered him to pay disgorgement, prejudgment interest and a civil monetary penalty in amounts to be determined by the Court upon motion of the Commission.

THIS CAUSE came before the Court upon Plaintiff's Unopposed Motion for Final Judgment Setting Disgorgement, Prejudgment Interest, and Civil Monetary Penalty against Defendant LeeRoy Allen, Jr. (the "Motion").

Upon consideration of the Motion, accompanying Memorandum of Points and Authorities and exhibits, including supporting affidavits, transcripts of sworn investigative testimony and deposition testimony, other discovery documents, and the Commission's

Prejudgment Interest Report, the Court having jurisdiction over the parties and the subject matter of this action, and being fully advised, and there being no just reason for delay, it is hereby

I.

ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion is GRANTED.

II.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Allen is liable for disgorgement of $122,331.00, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $26,748.22, for a total of $149,079.22.  The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after ten days following entry of this Final Judgment.  In response to any such civil contempt motion by the Commission, Allen may assert any legally permissible defense.  Allen shall satisfy this obligation by paying the disgorgement amount by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission.  The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying LeeRoy Allen, Jr., as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment.  A copy of the cover letter and of any money orders or checks, front and back, shall be transmitted simultaneously to Christy Romero, Esq., Securities and Exchange Commission, 100 F Street, N.E., Washington, D.C. 20549-8549C.  Allen shall pay post-

judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.  The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

### III.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Allen shall pay a third-tier civil penalty in the amount of $120,000, pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)].  Allen shall make this payment within ten (10) business days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission.  The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying LeeRoy Allen, Jr., as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment.  A copy of the cover letter and of any money orders or checks, front and back, shall be transmitted simultaneously to Christy Romero, Esq., Securities and Exchange Commission, 100 F Street, N.E., Washington, D.C. 20549-8549C.  Allen shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.  The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

### IV.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 24, 2007.